Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

Reygan Bourgault + 2 minor Children
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

State of Florida,
City of Key West,
Monroe County Fl. "et al"
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 23-cv-10109-KMM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

FILED BY ЄB D.C.
DEC 14 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Reygan Bourgault
Street Address: 1801 Polk St.
City and County: Hollywood FL 33022
State and Zip Code: Broward
Telephone Number: 7864260402  9546673477
E-mail Address: REYGAN@REYGANB.COM

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

**Defendant No. 1**

*[margin note: Asst State Attorney / Prosecutor]*

- Name: Charles Britt
- Job or Title (if known): Prosecutor
- Street Address: 530 Whitehead St #301
- City and County: Key West - Monroe
- State and Zip Code: FL 33040
- Telephone Number: 305 292-3400
- E-mail Address (if known): cbritt@

**Defendant No. 2**

*[margin note: Judge]*

- Name: Bonnie Helms
- Job or Title (if known): Judge
- Street Address: 302 Fleming St.
- City and County: Key West - Monroe
- State and Zip Code: FL 33040
- Telephone Number: 305 295 3840
- E-mail Address (if known): bonnie.helms@keyscourts

**Defendant No. 3**

*[margin note: DCF Attorney Asst]*

- Name: Anjelica Harden-Ivanoski
- Job or Title (if known): Attrny - DCF
- Street Address: 1111 12th Street
- City and County: Key West - Monroe
- State and Zip Code: Florida 33040
- Telephone Number: 305-
- E-mail Address (if known): any

**Defendant No. 4**

*[margin note: Spvsr @ Wesley House]*

- Name: Amy Eichen-Wesleyhouse
- Job or Title (if known): Supervisor of Supervision
- Street Address:
- City and County: Key West - Monroe
- State and Zip Code: Florida 33040
- Telephone Number: 305 -
- E-mail Address (if known): amy.eichen@wesleyhouse.

Stephanie Hassell
case mgr @ Wesley House

Key West FL 33040

Susan Merry - DCF Atrny

Key West FL 33040

Joe Albury - Appt Atrny.

Key West FL 33040

**Certificate of Service**

I Reygan Bourgault, certify that on this date 12/14/23 a true copy of the foregoing document was mailed to: All Parties Listed Section B of Complaint Email on File B CRR USPS or Similar /cost.

By:
REYGAN BOURGAULT
Printed or typed name of Filer

— NA —
Florida Bar Number

786 426 0402
Phone Number

180 Polk St
Street Address

Hollywood FL 33040
City, State, Zip Code

Signature of Filer

REYGAN@REYGANB.COM
E-mail address

Facsimile Number

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Numerous violations by numerous individuals & agencies abusing authority & diminishing US/FL Law damaging public trust and integrity

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* REYGAN BOURGAULT, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* State of Florida, City of Key West, Monroe County, is a citizen of the State of *(name)* FLORIDA. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation **State of Florida, City of Key West.**
The defendant, *(name)* **Monroe County** is incorporated under the laws of the State of *(name)* **FLORIDA**, and has its principal place of business in the State of *(name)* **FLORIDA**.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$150,000,000**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**involving MORAL TURPITUDE and MIS-conduct of various officials & employees have taken my children and without cause unlawful proceedings, Rights violations**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. **IMMEDIATE REUNIFICATION WITHOUT FURTHER PROCESS - ORDERED**
2. **PUNITIVE DAMAGES SETTLED**
3. **Full ADMINISTRATIVE INVESTIGATION & PROSECUTION - ACCORDINGLY.**

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-14-23

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Reygan Bourgault

EMAIL ALL DOCS REYGAN@REYGANB.COM

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____