23-cv-10109-KMM

IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT IN AND
FOR HENDRY COUNTY, FLORIDA

STATE OF FLORIDA
DEPARTMENT OF REVENUE
o.b.o.
REYGAN L BOURGAULT
Petitioner

vs

CIVIL ACTION
Case No.11-162-DR

CHRISTOPHER JONES
Respondent

*Current placement*
*FATHER OF EMILY B.*

TO ( CHRISTOPHER JONES )
6532 SW 59TH CT
SOUTH MIAMI, FL 33143

**NOTICE OF HEARING**

There will be a hearing before the Child Support Enforcement Hearing Officer, on   **JUNE 7TH,
2011** at 02:30 P.M., in Room *** (Please check with information desk for confirmation of room)
of the HENDRY County Courthouse, on the following issues:   **Establishment
Support/Paternity:**   10 minutes have been reserved for this hearing.

IF THE HEARING IS FOR A MOTION ON CONTEMPT, FAILURE TO APPEAR AT THE
HEARING MAY RESULT IN THE COURT ISSUING A WRIT OF BODILY ATTACHMENT FOR
YOUR ARREST.  IF YOU ARE ARRESTED, YOU MAY BE HELD IN JAIL UP TO 48 HOURS
BEFORE A HEARING IS HELD.

**ALL PARTIES ARE NOTIFIED THAT THE UNDERSIGNED ATTORNEY IS THE ATTORNEY
FOR THE DEPARTMENT OF REVENUE PURSUANT TO THE TERMS OF FLORIDA
STATUTE 409.2564(5), AND IS NOT THE ATTORNEY FOR EITHER PARTY.**

IF YOU DO NOT SPEAK ENGLISH AND NEED AN INTERPRETER, IT IS YOUR
RESPONSIBILITY TO MAKE THE NECESSARY ARRANGEMENTS PRIOR TO THE
HEARING AS THE COURT IS NOT OBLIGATED TO PROVIDE ONE FOR YOU.

YOU ARE HEREBY ADVISED THAT IN THIS CIRCUIT: electric recording is provided by this
court.  A party may provide a court reporter at that party's expense.

CERTIFICATE OF SERVICE
I certify that a copy of this notice was mailed to the individual parties listed above on 05/18/11.
Dated: 05/18/11

Philip B. Darnell, Esq.
Attorney for the Department
Florida Bar #0592935
3823 Tamiami Tr. E. #178
Naples, FL 34112
941- 227-7528

*Medical Records on file.*

*Concerns include
2- Baker Acts on
Emily follow 6
Mon stay post
COVID 19 -*

(305) 349-5551 Adria Villaverde

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY FLORIDA

DOMESTIC VIOLENCE DIVISION

CASE NUMBER 08-018621-FC-0

DATE 8/14/08

**MOTION FOR:** (choose from list)

_____ Dismiss Injunction
_____ Extend Permanent Injunction
_____ Modify Injunction
_____ Enforce Visitation
_____ Modify Child Support
_____ Enforce Child Support
___✓___ Rehearing
_____ Modify Advocate Referral
_____ Violation of Injunction
Other: _____

Reagan Bourgault
**PETITIONER**

VS.

Christopher Jones
**RESPONDENT**

respondent has a vehicle that is in my name, with my mother. He is driving it illegally and without insurance.

I would ask that the court advise him to return my property, unharmed immediately.

PRINT YOUR NAME Reagan Bourgault  SIGNATURE Reagan Bourgault

(ATTENTION: IF YOUR ADDRESS AND TELEPHONE NUMBER ARE CONFIDENTIAL, PLEASE GIVE THAT INFORMATION TO THE COUNSELOR SEPARATELY)

PETITIONER'S ADDRESS
11959 SW 110 St. cir S
Miami Fl 33186
PHONE # 786 426 0402

RESPONDENT'S ADDRESS
_____
_____
PHONE # 786 295 7840

Rev. 9/11/03

REMARKS

DATE 8/1/08        TIME 20:45

OFFICER OFC. C GARRET 5974

-TINJ-

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT,
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: 08-018621-FC-04
[ X ] DOMESTIC VIOLENCE DIVISION
[   ] FAMILY DIVISION

REYGAN BOURGAULT

Petitioner

[ X ] ORIGINAL ORDER
[   ] EXTENSION

and

FILED

JUL 3 1 2008

CLERK OF CIRCUIT &
COUNTY COURTS

CHRISTOPHER ALAN JONES

ISSUED: 07/31/2008
EXPIRES: 08/15/2008  OR UNTIL
THE FINAL JUDGMENT OF INJUNCTION
FOR PROTECTION, IF ENTERED, IS
SERVED ON RESPONDENT.

Father of
Emily

Respondent.

## TEMPORARY INJUNCTION FOR PROTECTION AGAINST DOMESTIC VIOLENCE
## WITH MINOR CHILD(REN)

The Petition for Injunction for Protection Against Domestic Violence under section 741.30, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter under the laws of Florida. The term "Petitioner" as used in this injunction includes the person on whose behalf this injunction is entered.

**It is intended that this protection order meet the requirements of 18 U.S.C. § 2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.**

### NOTICE OF HEARING

Because this Temporary Injunction for Protection Against Domestic Violence has been issued without prior notice to Respondent, Petitioner and Respondent are instructed that they are scheduled to appear and testify at a **fifteen minute** hearing regarding this matter on **August 14th, 2008**, at 08:30 AM a.m./p.m., when the Court will consider whether the Court should issue a Final Judgment of Injunction for Protection Against Domestic Violence, which would remain in effect until modified or dissolved by the Court, and whether other things should be ordered, including, for example, such matters as visitation and support. The hearing will be before The Honorable **ROSA FIGAROLA**, at **CourtHouse Center 175 NW 1st Avenue Miami, FL 33128-0000 Room: 29B**.  If Petitioner and/or Respondent do not appear, this temporary injunction may be continued in force, extended, or dismissed, and/or additional orders may be granted.

All witnesses and evidence, if any, must be presented at this time.  In cases where temporary support issues have been alleged in the pleadings, each party is ordered to bring his or her financial affidavit, tax return, pay stubs, and other evidence of financial income to the hearing. Children are not permitted to testify unless a motion is filed pursuant to Fla.Fam. L.R.P.12.407, and an order allowing the testimony is granted prior to the hearing.

Florida Family Law Form 12.980(d), Temporary Injunction for Protection Against Domestic Violence (2/98) Case No.: 08018621FC04

Page 1 of 12

Form -13A- / -MEXT-

FILED

AUG 14 2008

HARVEY RUVIN
CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR DADE COUNTY, FLORIDA

REYGAN BOURGAULT
        Petitioner,

v.

CHRISTOPHER ALAN JONES
        Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

[ X ] DOMESTIC VIOLENCE DIVISION
[   ] FAMILY DIVISION

Case No.  08-018621-FC-04

**MOTION AND ORDER TO EXTEND
TEMPORARY INJUNCTION AND
ORDER TO APPEAR FOR HEARING**

TO: PETITIONER
    REYGAN BOURGAULT
    **11959 S.W. 110 ST. CIR. S.**

    **MIAMI, FL 33186-**

TO: RESPONDENT
    **CHRISTOPHER ALAN JONES**
    **11959 S.W. 110 ST. CIR. S.**

    **MIAMI, FL 33186-**

      **THIS CASE** was heard on **August 14th, 2008,** upon the court's own Motion for Continuance of Hearing for Permanent Injunction and Extension of Temporary Injunction, and it appearing that there is good cause shown, it is:

      **ORDERED and ADJUDGED** that a continuance be granted and the Temporary Injunction previously entered on **July 31st, 2008,** and set for hearing on **August 14th, 2008,** is hereby reissued and extended for a period of *until   september 04, 2008.*

      Accordingly, both parties are hereby ORDERED TO APPEAR at a **fifteen minute** hearing on *September 03 , 2008,* at *10:00* a.m./p.m., at the following location: **CourtHouse Center 175 NW 1st Avenue Miami, FL 33128-0000 Room: 29B,** before the Honorable **ROSA FIGAROLA,** judge of the above styled court.

      **This is the final hearing.  All witnesses and evidence, if any, must be presented at this time.  If the Petitioner does not appear, the case may be dismissed.  If the Respondent does not appear, an injunction may be entered and additional relief may be granted. Children are  not permitted to testify unless a motion is filed pursuant to Fla. Fam. L.R.P. 12.407, and an  order allowing the testimony is granted prior to the hearing.**

DOMESTIC VIOLENCE
COURTHOUSE CENTER
175 N.W. 1ST AVENUE, ROOM 142
MIAMI, FL 33128

MOTION AND ORDER TO EXTEND TEMPORARY INJUNCTION AND ORDER TO APPEAR FOR HEARING - Case No.:
08018621FC04

10/6/2020

To Whom It May Concern:

This is to indicate the temporary arrangements for Emily Bourgault.

Due to the restrictions of COVID, living arrangements and employment changes have been necessary and I (mom) will be traveling for work, temporarily. Therefore, Emily will be attending Everglades Prep Academy in Homestead until further notice. She will be staying with her dad while attending this school. Monetary arrangements have been made for temporary circumstances.

Emily will return to stay with mom as soon as the situation improves, and structure is conducive.

_____
Reygan Bourgault (mom)

_____
10/19/20
Date signed

_____
Christopher Jones (dad)

_____
10/19/20
Date signed

*In online meeting/ court he said nothing about that agreement said "I just came and ripped her away" created knowing

Chris Jones & Reygan Bourgault Discussed 6 months around the 6th when I created this. On 10/19/20 I delivered her to him. On 1/ /21 I retrieved her.



*Agreement following pick up and didn's house —* (handwritten)


**Memorial**
**Healthcare System**

MRH 2 ADOLESCENT IP
3501 JOHNSON ST
HOLLYWOOD FL 33021

Bourgault, Emily Grace
MRN: 6103969, DOB: 5/7/2008, Sex: F
Acct #: 5021520604
Adm: 2/11/2021, Disch: 2/17/2021

## Nursing - All Notes

### Nursing by Neffretti A Miller, RN at 2/12/2021 6:47 AM

| Author: Neffretti A Miller, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 2/12/2021 6:48 AM | Date of Service: 2/12/2021 6:47 AM | Status: Signed |
| Editor: Neffretti A Miller, RN (Registered Nurse) | | |

Patient slept through the night no S/S of distress noted. No behavioral issues to report. Will continue to monitor for safety and comfort.

*23 DP 107 AJL/K* (handwritten)

*Reported to several people in case - Monroe Father denied in court. and lied about our "agreement" too. - I still have proof!.* (handwritten)

Signed by Neffretti A Miller, RN on 2/12/2021 6:48 AM

### Nursing by Angela Greggs, RN at 2/12/2021 12:50 AM

| Author: Angela Greggs, RN | Service: Peds Psychiatry | Author Type: Registered Nurse |
|---|---|---|
| Filed: 2/12/2021 8:59 AM | Date of Service: 2/12/2021 12:50 AM | Status: Signed |
| Editor: Angela Greggs, RN (Registered Nurse) | | |

12 year old female Baker Act admission from Peds ER.Nurse reported pt was brought in by police for evaluation due to S/I.Pt verbalized thoughts of wanting to end her life while at school.Reported feeling sad since 4th grade.She verbalized being bullied by other students at school.Pt reported being sexually assaulted by mom's ex-boyfriend.DCF report called in by Social Worker and accepted by Jelicia #395.No previous in pt psych admission.History of ADHD and was prescribed Vyvanse for treatment.Reported pt has not taken the medication for about a year.She is currently living with mother.Pt reports that she is sad that her dad is not accepting her being a lesbian and that she has a nose ring. Received pt tense, flat with depressed mood.She verbalized her suicidall thoughts goes and comes.She cuts herself to feel.Old scars to right arm left thigh.Pt agreed to seek staff should she have suicidal thoughts or feelings.Discussed orders and unit rules with pt.Belongings checked, fluids and snack offered.Pt oriented to the unit then staff accompanied to her bedroom.Safety precautions in progress.Pt's bedroom close to the nursing station,Q 15 minutes checks and social worker to follow up with safety plan.Mother called and message left to call the unit back.

Signed by Angela Greggs, RN on 2/12/2021 8:59 AM

### Nursing by Pauline Matthews, RN at 2/13/2021 5:57 AM

| Author: Pauline Matthews, RN | Service: Psychiatry | Author Type: Registered Nurse |
|---|---|---|
| Filed: 2/13/2021 5:57 AM | Date of Service: 2/13/2021 5:57 AM | Status: Signed |
| Editor: Pauline Matthews, RN (Registered Nurse) | | |

Patient slept throughout the shift, no distress or discomfort observed. No change of assessment. Continue to monitor q 15 minutes.

Signed by Pauline Matthews, RN on 2/13/2021 5:57 AM

### Nursing by Angela Greggs, RN at 2/14/2021 6:17 AM

| Author: Angela Greggs, RN | Service: Peds Psychiatry | Author Type: Registered Nurse |
|---|---|---|
| Filed: 2/14/2021 6:18 AM | Date of Service: 2/14/2021 6:17 AM | Status: Signed |
| Editor: Angela Greggs, RN (Registered Nurse) | | |

Pt on rounds in bed resting with eyes closed in no physical distress.N/C verbalized and safety precautions in progress.Continue close observation.

Signed by Angela Greggs, RN on 2/14/2021 6:18 AM

### Nursing by John Allette, RN at 2/14/2021 9:30 PM

projections

Similarities
between
Restraining Order
Requests

Cristina
VS
Samantha

manipulation

Manipulation

control
more fear
objections
projecting
anger/rage/anger

BPD - Borderline Personality Disorder
characterized by

an infantile mindset
untrustworthy
excessive obsessions
looping thoughts

**Delivering a professional edge for 35 years**

*[handwritten: Before Anthony Hubbard]*

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT,
IN AND FOR MONROE COUNTY, FLORIDA

Case No.: 2022-DR-209-K
Division: Key West Family Court

REYGAN BOURGAULT,
        Petitioner,

and

CRISTIAN CENTENO,
        Respondent.

*[handwritten: Regular Civilian treatment.]*

*[stamp: FILED FOR RECORD 2022 APR -6 AM 11:20 MONROE COUNTY FL]*

## FINAL JUDGMENT OF INJUNCTION FOR PROTECTION AGAINST REPEAT VIOLENCE (AFTER NOTICE)

The Petition for Injunction for Protection Against Repeat Violence under Section 784.046, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter. The term Petitioner as used in this injunction includes the person on whose behalf this injunction is entered.

**It is intended that this protection order meet the requirements of 18 U.S.C. Section 2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.**

SECTION I.   HEARING

This cause came before the Court for a hearing to determine whether an Injunction for Protection Against Repeat Violence in this case should be:
____✓____ issued _____ modified _____ extended.

The hearing was attended by:
____✓____ Petitioner
_____ Petitioner's Counsel
_____ Respondent
_____ Respondent's Counsel

SECTION II.   FINDINGS

On **April 5, 2022,** a notice of this hearing was served on Respondent together with a copy of Petitioner's petition to this Court and the temporary injunction, if issued. Service was within the time required by Florida law, and Respondent was afforded an opportunity to be heard.

Florida Supreme Court Approved Family Law Form 12.980(I), Final Judgment of Injunction for Protection Against Repeat Violence (After Notice) (03/15)

After hearing the testimony of each party present and of any witnesses, or upon consent of Respondent, the Court finds, based on the specific facts of this case, that Petitioner is a victim of repeat violence.

**SECTION III.     INJUNCTION AND TERMS**

This injunction shall be in full force and effect until either __✓__ further order of the Court or _____ *{date}* _____. This injunction is valid and enforceable throughout all counties in the State of Florida. The terms of this injunction may not be changed by either party alone or by both parties together. Only the Court may modify the terms of this injunction. Either party may ask the Court to change or end this injunction.

Willful violation of the terms of this injunction, such as refusing to vacate the dwelling which the parties share, going to Petitioner's residence, place of employment, school, or other place prohibited in this injunction, telephoning, contacting or communicating with Petitioner, if prohibited by this injunction, or committing an act of repeat violence against Petitioner constitutes a misdemeanor of the first degree punishable by up to one year in jail, as provided by Sections 775.082 and 775.083, Florida Statutes.

Any party violating this injunction shall be subject to civil or indirect criminal contempt proceedings, including the imposition of a fine or imprisonment, and also may be charged with a crime punishable by a fine, jail, or both, as provided by Florida Statutes.

**ORDERED and ADJUDGED:**

1.    **Violence Prohibited.**  Respondent shall not commit, or cause any other person to commit, any acts of violence against Petitioner, including assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnapping, or false imprisonment, or any criminal offense resulting in physical injury or death.  Respondent shall not commit any other violation of the injunction through an intentional unlawful threat, word or act to do violence to the Petitioner.

2.    **No Contact. Respondent shall have no contact with Petitioner unless otherwise provided in this section.**

    a. Unless otherwise provided herein, Respondent shall have no contact with Petitioner. Respondent shall not directly or indirectly contact Petitioner in person, by mail, e-mail, fax, telephone, through another person, or in any other manner.   Further, Respondent shall not contact or have any third party contact anyone connected with Petitioner's employment or school to inquire about Petitioner or to send any messages to Petitioner. Unless otherwise provided herein, **Respondent shall not go to, in, or within 500 feet of:**  Petitioner's current residence: _14 BEACHWOOD DRIVE, KEY WEST, FL 33040_ _____

    _____
    _____or any residence to which Petitioner may move; Petitioner's current or any subsequent place of

employment: **TEASERS, 218 DUVAL STREET, & RED GARTER, 208 DUVAL STREET, KEY WEST, FL 33040** _____
_____or place where Petitioner
attends school:_____;
or the following other places (if requested by Petitioner) where Petitioner or Petitioner's
minor child(ren) go often: **KEY HAVEN PARK, KEY WEST, FL** _____
_____
_____

*{Initial if applies; write N/A if not applicable}*

b. **P.S.F.** Respondent may not knowingly come within 100 feet of Petitioner's automobile at any time.

c. _____ Other provisions regarding contact:_____
_____
_____
_____
_____

3. **Firearms.**
*{Initial all that apply; write N/A if not applicable}*
a. **P.S.F.** Respondent shall not use or possess a firearm or ammunition.

b. **P.S.F.** Respondent shall surrender any firearms and ammunition in the Respondent's
possession to the Monroe County Sheriff's Department.

c. _____Other directives relating to firearms and ammunition:_____
_____
_____

4. **Mailing Address or Designated E-Mail Address(es).** Respondent shall notify the Clerk of the
Court of any change in either his or her mailing address, or designated e-mail address(es), within
10 days of the change. All further papers (excluding pleadings requiring personal service) shall
be served by either mail or e-mail to Respondent's *last known mailing address or by e-mail to
Respondent's designated e-mail address(es).* Service by mail or e-mail shall be complete upon
mailing.

5. **Additional order(s) necessary to protect Petitioner from repeat violence:**_____
_____
_____
_____
_____
_____
_____
_____
_____

Florida Supreme Court Approved Family Law Form 12.980(l), Final Judgment of Injunction for Protection Against
Repeat Violence (After Notice) (03/15)

**SECTION IV.   OTHER SPECIAL PROVISIONS**
*{This section to be used for inclusion of local provisions approved by the chief judge as provided in Florida Family Law Rule 12.610.}*

_____
_____
_____

**SECTION V.   DIRECTIONS TO LAW ENFORCEMENT OFFICER IN ENFORCING THIS INJUNCTION**
*{Unless ordered otherwise by the judge, all provisions in this injunction are considered mandatory provisions and should be interpreted as part of this injunction.}*

1.  **This injunction is valid and enforceable in all counties of the State of Florida.** Violation of this injunction should be reported to the appropriate law enforcement agency. Law enforcement officers of the jurisdiction in which a violation of this injunction occurs shall enforce the provisions of this injunction and are authorized to arrest without a warrant pursuant to Section 901.15, Florida Statutes, for any violation of its provision, which constitutes a criminal act under Section 784.047, Florida Statutes.

2.  Should any Florida law enforcement officer having jurisdiction have probable cause to believe that Respondent has knowingly violated this injunction, the officer may arrest Respondent, confine him/her in the county jail without bail, and shall bring him/her before the Initial Appearance Judge on the next regular court day so that Respondent can be dealt with according to law. The arresting agent shall notify the State Attorney's Office immediately after arrest. THIS INJUNCTION IS ENFORCEABLE IN ALL COUNTIES OF FLORIDA AND LAW ENFORCEMENT OFFICERS MAY EFFECT ARRESTS PURSUANT TO SECTION 901.15(6), FLORIDA STATUTES.

3.  **Reporting alleged violations.** If Respondent violates the terms of this injunction and there has not been an arrest, Petitioner may contact the Clerk of the Circuit Court of the county in which the violation occurred and complete an affidavit in support of the violation or Petitioner may contact the State Attorney's office for assistance in filing an action for indirect civil contempt or indirect criminal contempt. Upon receiving such a report, the State Attorney is hereby appointed to prosecute such violations by indirect criminal contempt proceedings, or the State Attorney may decide to file a criminal charge, if warranted by the evidence.

4.  Respondent, upon service of this injunction, shall be deemed to have knowledge of and to be bound by all matters occurring at the hearing and on the face of this injunction.

5.  The temporary injunction, if any, entered in this case is extended until such time as service of this injunction is effected upon Respondent.

DONE AND ORDERED in Key West, Florida on *April 5, 2022* .

*Peary Fowler*
PEARY S. FOWLER, ACTING CIRCUIT JUDGE

Florida Supreme Court Approved Family Law Form 12.980(I), Final Judgment of Injunction for Protection Against Repeat Violence (After Notice) (03/15)

COPIES TO:

Sheriff of Monroe County
Petitioner (or his or her attorney):
_____ by U. S. Mail
___✓___ by hand delivery in open court (Petitioner must acknowledge receipt in writing on the face of the
        original order--see below.)
_____ by e-mail to designated e-mail address(es)

Respondent (or his or her attorney):
___✓___ forwarded to sheriff for service
        original order--see below.)
_____ by certified mail (may only be used when Respondent is present at the hearing and Respondent
        fails or refuses to acknowledge the receipt of a certified copy of this injunction.)

_____ State Attorney's Office
_____ Batterer's intervention program (if ordered)
_____ State Disbursement Unit (if ordered)
_____ Central Depository (if ordered)
_____ Department of Revenue
__xx___ DVC-M. Parra
_____ Other:

I CERTIFY the foregoing is a true copy of the original **Final Judgment of Injunction for Protection Against
Repeat Violence** as it appears on file in the office of the Clerk of the Circuit Court of Monroe County,
Florida, and that I have furnished copies of this order as indicated above.

(SEAL)

CLERK OF THE CIRCUIT COURT

By : _____

*{Deputy Clerk or Judicial Assistant}*

**ACKNOWLEDGMENT**

I, **_Reygan Bourgault,_** acknowledge receipt of a certified copy of this Injunction for Protection.

_____
            Petitioner

**ACKNOWLEDGMENT**

I, **_Cristian Centeno,_** acknowledge receipt of a certified copy of this Injunction for Protection.

_____
            Respondent

Florida Supreme Court Approved Family Law Form 12.980(I), Final Judgment of Injunction for Protection Against
Repeat Violence (After Notice) (03/15)

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT,
IN AND FOR MONROE COUNTY, FLORIDA

Case No.: 2022-DR-209-K
Division: Key West Family Court

REYGAN BOURGAULT,
        Petitioner,

and

CRISTIAN CENTENO,
        Respondent.

## FINAL JUDGMENT OF INJUNCTION FOR PROTECTION AGAINST REPEAT VIOLENCE (AFTER NOTICE)

The Petition for Injunction for Protection Against Repeat Violence under Section 784.046, Florida Statutes, and other papers filed in this Court have been reviewed. The Court has jurisdiction of the parties and the subject matter. The term Petitioner as used in this injunction includes the person on whose behalf this injunction is entered.

**It is intended that this protection order meet the requirements of 18 U.S.C. Section 2265 and therefore intended that it be accorded full faith and credit by the court of another state or Indian tribe and enforced as if it were the order of the enforcing state or of the Indian tribe.**

**SECTION I. HEARING**

This cause came before the Court for a hearing to determine whether an Injunction for Protection Against Repeat Violence in this case should be:

    ✓ issued _____ modified _____ extended.

The hearing was attended by:
_✓___ Petitioner
_____ Petitioner's Counsel
_____ Respondent
_____ Respondent's Counsel

**SECTION II. FINDINGS**

On **April 5, 2022**, a notice of this hearing was served on Respondent together with a copy of Petitioner's petition to this Court and the temporary injunction, if issued. Service was within the time required by Florida law, and Respondent was afforded an opportunity to be heard.

Florida Supreme Court Approved Family Law Form 12.980(l), Final Judgment of Injunction for Protection Against Repeat Violence (After Notice) (03/15)

3/10/2023

## Monroe County Sheriff's Office - Call History



For Period Beginning March 31, 2022 and Ending March 8, 2023

CAD Number       Date Rcvd Time Rcvd       Nature of the Complaint       911  Offense Numbers

MALE ONSCENE REFUSING TO LEAVE
*CHRISTIAN SANTANA*          *Centeno*
RP ADVS SHE HAS A RESTRAINING ORDER AGAINST HIM
ADV 1123
STATES SHE OPENED THE DOOR THINKING IT WAS SOMEONE ELSE AND HE PUSHED HIS WAY IN          → *Same*
RP ADVS MALE IS WAKING UP HER KIDS                                                                                      *behaviors as*
RP AND MALE WERE FRIENDS                                                                                                  *Anthony in*
MALE IS STANDING IN RPS BEDROOM STILL REFUSING TO LEAVE                                            *5/7/23*
MALE IS POSS INTOXICATED PER THE RP
UPDATED 1125
MALE IS NO LONGER INSIDE THE HOUSE RP NOT SURE IF HES STILL OUTSIDE
UPDATED LEO
MALE IS NOW CALLING FROM THE SHELL KEY HAVEN WANTS TO MEET
UPDATED LEO
 NEG CONTACT AT KEY HAVEN SHELL
 RELOCATED 1040 UNITED ST
 ARR UNITD
MALE IN CUSTODY
 ENRT KWJ 1 MALE ON BOARD / SM 3170
 ARR EM 3174
OFFENSE NUMBER [MCSO22OFF003369] ASSIGNED FOR CALLNO [ 1125] IN AGENCY [ MCSO]
 ARR BEECHWOOD
LINK CREATED BETWEEN  INCIDENT [MCSO22CAD071226] AND INCIDENT [ MCSO22CAD073698]

3)    **MCSO22CAD077817** Friday       4:49 pm  06-May-2022      **UNKNOWN PROBLEM**      Y      MCSO22OFF003700

       [redacted]   D.C.'s:13-0, W,2-0,0          [redacted]   Sector:  1 Zone:  1  Grid: 0300

Shipped:   4:49 pm Dispatched:   8:30 pm      Enroute:   8:30 pm   OnScene:                Closed:  8:34 pm

**Units Responding:**       ***Dispatched***
       Primary          1128 - GALBO, NICHOLAS
       Backup          C01 - SMITH, DAVID E
       Backup          R08 - STATION, EIGHT RESCUE
       Backup          S250 - FERNANDEZ, DAVID
       Backup          1101 - WILLIAMS, BOYD
       Backup          0012 - SWOGGER, EDWARD

**Remarks:**

Ⓐ *it was later this night ←*
*that Cristian & January*
*were together for an entire*
*night. You think they did*
*speak of me?*

Program/Modified Date: cad24hr                          Page 2 of 12
3/10/2023      11:01:33AM

2.) I believe Anthony took to me and our Relationship on a mission of Pre-Militia w/ Cristian-acts of Prerevolution in Nicaragua political

- Both of which have be known to have done, set ups, or otherwise took part in the same activitie previously.

- A Hubband - Honorably discharged with forced resignation for acts PRE MILITIA
- X-girlfried Fled Hawaii to get away from him. Then he followed when he found her

(3)

~~stream~~ he is the cause of
her music career in
HI being destroyed.

this is His M.O.

He does this for sport.

he in running of 30 girls
on this island, terrified to go
against him.

Others still enamored by
the value (stage I) of
NARCISSISTIC abuse see
VT DR Ramani—

(1) He was a completely different person one moment to the next (seeimingly) sweet & helpful 1 moment then suddenly he was like a glass eyed angry Zombie.

Devalue came almost immediately when May/Ju came around.

They both called DCF and lied out of childish rebellion "not getting their way."

3/10/2023

## Monroe County Sheriff's Office - Call History


For Period Beginning March 31, 2022 and Ending March 8, 2023

| CAD Number | Date Rcvd Time Rcvd | Nature of the Complaint | 911 Offense Numbers |
|---|---|---|---|

5)   **MCSO22CAD116181** Friday      11:23 am  01-Jul-2022      **JUVENILE PROB**      N

14 BEECHWOOD DR/5.5 MM GU  KEY HAVEN  -
D.C.'s:58-0, D,2-0,0
Shipped:  11:24 am Dispatched: 11:27 am   Enroute: 11:27 am  OnScene: 11:37 am   Closed: 11:50 am

**Units Responding:**
Primary        1112 - RODRIGUEZ, FREDDY

*Kyle likes to play with Niko's stuff ---- Niko is a bully to Kyle.*

*NOT TRUE NOT VALID*

**Remarks:**
ONGOING ISSUE W A 7 YO JUVE
MALE NAMED KYLE  LSW BLU JEANS  NO SHIRT AND CROCS
HARRASSING RPS SON  HAS TAKEN HIS SHOES IN THE PAST
HIT ANOTHER JUVE WITH A STICK  WAS SEEN VAPING
GOES ON ALL THE NEIGHBORS PROPERTIES  ONGOING ISSUE
***RP WANTS TO REMAIN ANONY ***
SPOKE WITH JUVENILE'S MOTHER WHO STATED KYLE SOMETIMES LEAVE THE HOUSE WITHOUT HER KNOWING AND GETS IN TO THINGS
MOTHER HAS ASKD KYLE TO STAY AWAY FROM OTHER KIDS HOUSES AND NOT TO TAKE THINGS FROM THEIR PROPERTY
MOTHER MENTIONED SHE IS GOING TO GET A LATCH FOR THE FRONT DOOR AND PLACE UP HIGH WHERE KYLE CANT REACH IT
THAT WAY KYLE WONT LEAVE THE HOME WITHOUT HER KNOWING

6)   **MCSO22CAD116619** Friday      9:58 pm  01-Jul-2022      **SUSP:ACTIVITY**      Y

D.C.'s:58-0, V,2-0,0
Shipped:  9:58 pm Dispatched: 10:03 pm   Enroute: 10:03 pm  OnScene: 10:06 pm   Closed: 10:16 pm

**Units Responding:**      *Dispatched*
Primary        1124 - KETCHAM, JENNIFER

*Anthony January stalking incident*

**Remarks:**
RP IS 14 YO FEM
ADV SHE CAN HEAR KNOCKING
BUT MOTHER LOOKED ON CAMERAS AND NO ONE IS THERE
MOTHER IS CURRENTLY AT WORK / RP AND YOUNGER BROTHER HOME ALONE
ALL DOORS ARE LOCKED
SOUNDED LIKE IT WAS COMING FROM THE BACK DOOR // OTHER TIME IT CAME FROM BROTHERS WINDOW
RP JUST HEARD KNOCK AGAIN
RP IS VERY SCARED AND FREAKING OUT
RP HAD A KNIFE / BUT SECURED IT
RP STAYING INSIDE UNTIL LEO COMES TO FRONT DOOR
CODE 5 / NO ONE ON PROP / MAKING CONT

7)   **MCSO22CAD116735** Saturday      12:07 am  02-Jul-2022      **ANIMAL INCIDENT**      Y

D.C.'s: 3-0,  V, 2-0,  0
Shipped:  12:08 am Dispatched: 12:09 am   Enroute: 12:09 am  OnScene: 12:09 am   Closed: 12:36 am

**Units Responding:**      *SIFA*

3/10/2023

# Monroe County Sheriff's Office - Call History
### For Period Beginning March 31, 2022 and Ending March  8, 2023



| CAD Number | Date Rcvd Time Rcvd | Nature of the Complaint | 911 Offense Numbers |
|---|---|---|---|
| Primary | 1123 - LANE, JONATHAN | | |
| Backup | R65 - ROBERTS, DARRYL | | |

**Remarks:**
RP SCARED BECAUSE SCORPION IN THE HOUSE
ATL FOR SCORPION
NEG SCORPION

---

8)   **MCSO22CAD142330** Monday      7:24 pm  08-Aug-2022     **WELFARE CHECK**      N

14 BEECHWOOD DR/5.5 MM GU  KEY HAVEN  - CHRIS  (786)230-4310
D.C.'s:13-0,  E, 2-0,  0                          Sector:  1 Zone:  1 Grid: 0300
Shipped:  7:24 pm Dispatched:  7:25 pm  .Enroute:  7:25 pm  OnScene:  7:28 pm     Closed: 7:36 pm

**Units Responding:**       **Dispatched**
Primary                1124 - KETCHAM, JENNIFER

**Remarks:**
RP IS EX HUSBAND
EXWIFE HASNT COME TO PICK UP DAUGHTER
ATL REGAN BOURGAULT 786 426 0402
RP WAS ABLE TO SPEAK WITH HER ON THE PHONE AND SHE SOUNDED VERY OUT OF IT
WASNT MAKING SENSE
HAS NEVER HEARD HER LIKE THIS
MADE CONT W FEM - CODE 5
SPOKE WITH EXHUSBAND CHRIS AND ADVISED REAGAN WAS AT HER RESIDENCE AND APPEARED FINE
PROVIDED HIM WITH THE CAD NUMBER REF NOT PICKING UP THE CHILD
Changed Complainant from [] to [CHRIS]

*(handwritten: LoL)*
*(handwritten: Because of Anthony planting drugs on me & I was terrified + confused)*

---

9)   **MCSO22CAD155178** Sunday      2:24 pm  28-Aug-2022     **DISTURB**          Y     MCSO22OFF006827

D.C.'s:72-1, B,2-1,0                    Sector:  1 Zone:  1  Grid: 0300
Shipped:  2:25 pm Dispatched:  2:25 pm    Enroute:  2:25 pm  OnScene:  2:29 pm     Closed: 3:31 pm

**Units Responding:**
Primary      1116 - ALLEN, JOHN
Backup      1112 - RODRIGUEZ, FREDDY
**Remarks:**



Program/Modified Date: cad24hr
3/10/2023     11:01:33AM

3/10/2023

## Monroe County Sheriff's Office - Call History



For Period Beginning March 31, 2022 and Ending  March  8, 2023

| CAD Number | Date Rcvd Time Rcvd | Nature of the Complaint | 911 Offense Numbers |
|---|---|---|---|

FEMALE ON THE PROPERTY SCREAMING
NEG WEAPONS
SUSPECT SANDRA W/F 30'S-40'S
UPDATED LEO
SWITCHING TO PTL2
WARRANT CONFIRMATION SENT
ONE DETAINED
WARRANT CONFIRMATION RECEIVED
ENRT TO KWJ
VERBAL BETWEEN NEIGHBORS OVER THEIR CHILDREN
ONE JUVENILE HIT THE OTHER JUVENILE, AND PARENTS STARTED TO ARGUE
OFFENSE NUMBER [MCSO22OFF006827] ASSIGNED FOR CALLNO [ 1116] IN AGENCY [ MCSO]
SWITCHING BACK TO PTL1
ARR KWJ
FAM SENT & EMAILED TO 1116

*[handwritten]* Sandra - drunk screaming at Rob & Me over lies it turns out - I checked cameras. Her kids lied to her.

*[handwritten]* ✗ No TRESSPASS

10)   **MCSO22CAD175544** Friday        1:55 am  30-Sep-2022     **DOMESTIC:IN PROGRESS**

*[handwritten]* Issued on Sandra

D.C.'s:25-0, W,2-1,0                          Sector:   1 Zone:  1 Grid: 0300
Shipped:    1:55 am  Dispatched:   3:03 am    Enroute:   3:03 am  OnScene: 3:06 am     Closed:  3:23 am

**Units Responding:**        **Dispatched**
Primary        1128 - GALBO, NICHOLAS
Backup         1124 - KETCHAM, JENNIFER

**Remarks:**

*[handwritten]* All in one Day ???

*[handwritten]* Coincidence ? Conspiracy

*[handwritten]* ① Hearing for injunction against Sandra Suarez was scheduled for 10/18/23 9:30A

*[handwritten]* ② Also - DAY OF EVICTION

*[handwritten]* ③ Also - Day of Removal (Kids)

*[handwritten]* ④ Also - Day of 2nd home being asked to leave.

*[handwritten]* ⑤ Also - Day of RWPD trying to provoke me after DCF lied & stole my kids!

Program/Modified Date: cad24hr
3/10/2023    11:01:33AM

Page 6 of 12

3/10/2023

## Monroe County Sheriff's Office - Call History



For Period Beginning March 31, 2022 and Ending March  8, 2023

| CAD Number | Date Rcvd Time Rcvd | Nature of the Complaint | 911 Offense Numbers |
|---|---|---|---|

TRANS FROM KWPD
FEM TOLD KWPD HER "OTHER HALF IS DESTROYING THE HOUSE"
FEM DC'D ON MCSO
ATT CB - NEG ANS LVM
 LAST PRIOR W THIS ADDRESS IS A DISTURBANCE ON 8/28
CODE 5
SWITCHING TO PTL2
CODE 5
CODE 5
CODE 6
CALL STATUS CHANGED FROM [BLANK] TO CODE 6.
BOTH PARTIES WERE INVOLVED IN AN ALTERCATION ON DUVAL ST IN KW
THEY WERE ADVISED TO CONTACT THE KWPD IF THEY NEEDED A REPORT
AT THE LOC IN KEY HAVEN. HUBBARD RETRIEVED HIS CLOTHING AND BELONGINGS
HUBBARD PROVIDED A PAY STUB WITH THE BEECHWOOD DR ADDRESS AS HIS RESIDENCE
HUBBARD WAS ADVISED TO CONTACY POLICE IF HE NEEDS ANY FURTHER ITEMS FROM THR HOME
BOTH PARTIES WERE SEPERATED AT THIS TIME
OLD DISP CODES: CODE1 = 25-0, CODE2 = O, CODE3 = 2-1, CODE4 = 0, CODE5 = 0, CODE6 = 1
******REACTIVATED*******
RP ADV MALE IS BACK ON PROP                    *consistently stating he isn't*
UNK WPNS                                        *welcome here.)*
RP WANTS LEO TO REMOVE MALE FROM PROP
CT ADV RP TO STAY SEP - KEEP DOORS LOCKED AND TO CB IF ANYTHING ESCALATES
CAN YOU CONTACT RP AND HAVE HER STEP OUT
CALL STATUS CHANGED FROM CODE 6 TO [BLANK].
C5
MALE WAS GOA ⟶                                 *Never lived together*
HAS NO REASON TO BE THERE AND GOT MOST OF HIS BELONGINGS ⟶
RP CHECKED AND NOTHING MISSING AND ALL BIKES ACCOUNTED FOR ON PROPERTY

---

11)  **MCSO22CAD211466** Thursday      4:53 pm  24-Nov-2022      **MEDICAL EMERGENCY**      Y      MCSO22OFF009161

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
D.C.'s:25-0, R,2-1,0                                  Sector:   1 Zone:   1  Grid: 0300
Shipped:   4:54 pm Dispatched:   4:54 pm      Enroute:   4:55 pm  OnScene:   4:58 pm      Closed:  5:36 pm

**Units Responding:**        ***Dispatched***
Primary        1216 - DEEN, CHRISTIAN              *12/4 Report w/*
Backup        E08 - STATION, EIGHT ENGINE
Backup        R08 - STATION, EIGHT RESCUE          *inconsistencies*
Backup        1201 - CURRY, SPENCER
**Remarks:**                                          *and biased*
                                                      *statements.*

3/10/2023

## Monroe County Sheriff's Office - Call History

For Period Beginning March 31, 2022 and Ending March  8, 2023



| CAD Number | Date Rcvd Time Rcvd | Nature of the Complaint | 911 Offense Numbers |
|---|---|---|---|

COMP HAND IS ALL CUT UP
TONED FIRE/RESCUE
HER SON IS IN THE HOME
EYE INJURY ALSI
THINKS HER EYE IS POPPED
HE PUNCHED ME IN THE FACE
OFFENSE NUMBER [MCFD22OFF005144] ASSIGNED FOR CALLNO [ R08] IN AGENCY [ MCFD]
FEM CRYING - DIFF TO UNDERSTAND
HE IS IN THE OTHER ROOM
HE'S IN THE OTHER ROOM
HER BOYFRIEND
MALE BOYFRIEND - ANTHONY HUBBARD WHO THE FUCK KNOWS WHAT HE GOES BY THESES DAYS
BOYFRIEND ANTHONY HUBBARD
NO GUNS - JUST KITCHEN KNIVES
HE IS NOT INTOXICATED
WANTS TO STAY IN HER ROOM
HE BROKE HER WINDOW OUT LAST WEEK
SHE WANTS TO BREAK UP WITH HIM FOR GOOD
7 YOM
FEM WANTS TO BREAK UP WITH MALE - DOES NOT WANT MALE TO STAY
MALE KEEPS COMING BACK TO HOUSE AFTER BREAKING WINDOW LAST WEEK
SON HEARD EVERYTHING BUT DIDN'T WITNESS
7 YR OLD SON OF FEM HEARD INCIDENT
COMP HAS BEEN WITH BOYFRIEND FOR 6 MTHS
 MEDS STAGED UNTIL SCENE SECURE
FEM IS OUT ON BOND - ASKING IF SHE'LL GET ARRESTED
MALE POSS HEARD MUMBLE SOMETHING INAUDIBLE
COMP HUNG UP
THEN FEM SAID "I'M SORRY; I'M SORRY" - LINE DISCONNECTED
CODE 5
PHN# BELONGS TO ROOMMATE - HE HAS THE BOY IN THE ROOM FOR NOW
CODE 5
PATIENT CONTACT - PRIORITY 3 TRAUMA
SWITCHING TO PTL2
SWITCHING BACK TO PTL1
 PATIENT REFUSAL
OFFENSE NUMBER [MCSO22OFF009161] ASSIGNED FOR CALLNO [ 1216] IN AGENCY [ MCSO]

*[Handwritten, right margin: "Failed to mention my legs arms back all covered in scratches bruises at 50"]*

*[Handwritten, circled: "BIASED"]*

12)   **MCSO22CAD225313** Friday        8:18 am  16-Dec-2022        **SUSP ACTIVITY**

              14 BEECHWOOD DR/5.5 MM GU  KEY HAVEN     - ANONY,FEM
              D.C.'s:58-0,   V, 2-0,   0                              Sector:  1 Zone:  1  Grid: 0300
Shipped:   8:23 am  Dispatched:  8:25 am      Enroute:  8:28 am  OnScene:  8:28 am     Closed: 8:46 am

**Units Responding:**        **Dispatched**
              Primary         0012 - SWOGGER, EDWARD
**Remarks:**

*[Handwritten: "gave me a black eye while I was on the floor guarding myself & he had pulled me off the bed - Robert Saw it. American"]*

3/10/2023

## Monroe County Sheriff's Office - Call History



For Period Beginning March 31, 2022 and Ending March 8, 2023

| CAD Number | Date Rcvd Time Rcvd | Nature of the Complaint | 911 Offense Numbers |
|---|---|---|---|

SHE KNOWS A CHILD LIVES IN THE HOME
WANTS TO MAKE SURE THE CHILD IS OK
AS SHE CONTINUE TO WALK SHE SAW A FEM W/ A HOSE
RP ADV AS SHE CONTINUE WAS WALKING
GRY HYUN SONATA - FL/GJNU88
RP WANTS TO REMAIN ANONY - SHE DIDNT LEAVE NAME OR NUMBER
ADV OF SOMEONE HAD GOT ARRESTED A FEW DAYS AGO
SAW SOME SMOKE COMING FROM THE HOME
IN HER HAND STOPPING THE SMOKE.
SHE SAW A VEH TRAVELING AT HIGH RATE OF SPEED
RP WAS WALKING HER DOG
NEG CONTACT AT THE DOOR

*(handwritten: Country lady w/ dog say I was distinguishing like smoke ~ Country)*

13)  **MCSO22CAD225550** Friday      3:37 pm  16-Dec-2022      **DOMESTIC:IN PROGRESS** Y      MCSO22OFF009795

D.C.'s:20-0, B,2-1,0                    Sector:    1 Zone:   1  Grid: 0300
Shipped:    3:37 pm Dispatched:    3:38 pm    Enroute:    3:38 pm  OnScene:  3:40 pm      Closed: 5:44 pm

**Units Responding:**       *Dispatched*
        Primary        1124 - KETCHAM, JENNIFER
        Backup        E08 - STATION, EIGHT ENGINE
        Backup        R08 - STATION, EIGHT RESCUE
        Backup        1216 - DEEN, CHRISTIAN
        Backup        S160 - WESTERBAND, FRANK M
        Backup        1217 - TITKO, NICOLE

**Remarks:**
MULT PEOPLE FIGHTING
JUST KEPT YELLING COME GET HIM
LOTS OF YELLING IN BG
THEN DISCONNECTED
CAN I RUN CODE??
AFFIRM
KWPD CALLED IN - ADV SOMEONE CALLED IN ADV MALE WAS BEATING HER FEM NEIGHBOR
NO FURTHER INFO
ADD 911 CALLER REQ ANONY
2 MALES AND 1 FEMALE
UNITS UPDATED
1 MALE DETAINED
CODE 5
CODE 5
CODE 5
CODE 5
CODE 5
CODE 5
CODE 5
REQ MEDS REF MALE VOMITING
TONED FIRE/RESCUE
OFFENSE NUMBER [MCFD22OFF005457] ASSIGNED FOR CALLNO [ R08 ] IN AGENCY [ MCPD]
ENRT KWJ W ANTHONY SM 11752
ARR KWJ EM 11754
OFFENSE NUMBER [MCSO22OFF009795] ASSIGNED FOR CALLNO [ 1124 ] IN AGENCY [ MCSO]
PAT REFUSAL

*(handwritten: LOL January Anthony called his PD Andorno Same one Buddy always following / lurking when I'm around.   Andorno KWPD   Andorno)*

*(handwritten at bottom: JJ was w/ Sandra and San/Anthony called friend @ KWPD to cause trouble cuz JJ had put him out once)*

Program/Modified Date: cad24hr
3/10/2023    11:01:33AM

3/10/2023

## Monroe County Sheriff's Office - Call History

For Period Beginning March 31, 2022 and Ending March 8, 2023



| CAD Number | Date Rcvd Time Rcvd | Nature of the Complaint | 911  Offense Numbers |
|---|---|---|---|

14)   **MCSO23CAD013804** Saturday      8:20 am 21-Jan-2023      **DOMESTIC:IN PROGRESS** Y

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆        ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
D.C.'s:25-0, O,2-1,0                      Sector:  1 Zone:  1 Grid: 0300
Shipped:   8:20 am Dispatched:   8:21 am     Enroute:  8:21 am   OnScene:  8:25 am     Closed:  8:52 am

**Units Responding:**
      Primary          1101 - WILLIAMS, BOYD
      Backup           1125 - HUGHES, JENNIFER
**Remarks:**
MOM S EX BF IS ON SCENE
PHY
MALE SUBJ : HUBBERS
IN THE BACK ROOM
MOM IS WITH THE RP
CT TOLD RP TO LOCK THEM IN ROOM TO SEPERATE
ALERT
1101 1125
NEG WEAPONS
MOMS NAME : REYGAN BOURGAULT
SUSP : ANTHONY HUBBERS
IN EIHER DINING ROOM OR IN THE BACK ROOM
RP IS IN HER ROOM WITH HER LITTLE BROTHER
MOM IS IN HER BEDROOM
MALE LEFT THE HOUSE
UNK DOT
POSS LSW BLK SHIRT BLK PANTS
LITTLE BROTHER IS 8 YOA / RP IS 14 YOF
UNITS UPDATED
RP ADV HE DOESN'T HAVE A VEH
POSS CAME ON FOOT
MOM IS STILL IN HER ROOM / RP AND BROTHER ARE STILL IN RP'S BEDROOM
RP CAN'T HEAR ANYTHING - REF THE MALES LOCATION
 OUT W/ POSS MALE
STAYING ON THE PHONE WITH RP UNTIL 1125 KNOCKS ON THE DOOR
CT ADV RP TO STAY IN HER ROOM UNTIL 1125 OR 1101 KNOCKS AND IDENTIFIES THEMSELVES
 CALLING RP BACK
 SOMEONE IS COMING TO THE DOOR
CODE 5
SWITCHING TO PTL2
SEE FI

*[handwritten annotations: NO CONTACT 12/17/22   Violation NO CONTACT   Released 1/10 or so after 30 day Property damage Time served   NO RESTITUTION   lady @ STATT office said Sorry you're out of the period to file for it...... 3 days late so NO RESTIT.   She was very Rude!]*

15)   **MCSO23CAD027339** Friday      8:25 am 10-Feb-2023      **ASSIST KWPD**

      14 BEECHWOOD DR/5.5 MM GU KEY HAVEN  - KWPD
      D.C.'s:55-3,   D, 2-1,  0                    Sector:  1 Zone:  1 Grid: 0300
      Shipped:   8:25 am Dispatched:   8:32 am     Enroute:  8:37 am  OnScene:  8:37 am     Closed:  8:52 am

**Units Responding:**      *SIFA*

Program/Modified Date: cad24hr
3/10/2023      11:01:33AM

3/10/2023

# Monroe County Sheriff's Office - Call History



### For Period Beginning March 31, 2022 and Ending  March  8, 2023

| CAD Number | Date Rcvd Time Rcvd | Nature of the Complaint | 911 Offense Numbers |
|---|---|---|---|

Primary          0012 - SWOGGER, EDWARD
Backup          S150 - MIXON, LINDA ELIZABETH
Backup          1112 - RODRIGUEZ, FREDDY
Backup          KWPD - KEY WEST, POLICE
Backup          1201 - CURRY, SPENCER

**Remarks:**
ATL FOR GRY HYUN 4D WAS NB @ 0821 ON STOCK ISLAND
KWPD ATL REF A THEFT THAT JUST OCCURRED
SUBJ LIVES AT 14 BEECHWOOD DR NAMED THOMAS
AIRED BOLO PTL'S 1, 2, AND 3
DISP. ADD. CHANGED SOUTH END [LPR STOCK ISLAND (4MM)]  x[4 MM GULF]   [STOCK ISLAND]  = 14 BEECHWOOD DR/5.5 MM GU x[BO
UGAINVILLEA]   [KEY HAVEN]
VEH IS AT RESIDENT BACKED IN // CODE 4
KWPD IS ENRT
SET UP ON BEECHWOOD
SWITCHING TO PTL3
SWITCHING TO KWPD PATROL
SWITCHING BACK TO PTL1
SUSPECT ADAMS WAS ARRESTED FOR PETIT THEFT BY KWPD
A TRESPASS WARNING WAS ISSUED TO ADAMS FOR 14 BEECHWOOD DR

*[handwritten: illegal search seizure all walking through handcuff]*

16)   **MCSO23CAD041101** Thursday      1:04 pm  02-Mar-2023      **ASSIST AGENCY**          N

      14 BEECHWOOD DR/5.5 MM GU  KEY HAVEN    - BRTOGG,ALANA  (786)316-1909
      D.C.'s:55-4, D,2-0,0                          Sector:   1 Zone:   1 Grid: 0300
Shipped:    1:04 pm Dispatched:    1:10 pm     Enroute:  1:10 pm  OnScene:  1:19 pm       Closed:  1:56 pm

**Units Responding:**          *Dispatched*
      Primary          1216 - DEEN, CHRISTIAN

*[handwritten: w/o warra or w/o knowing driver was male]*

**Remarks:**
DCF REQ ASSISTENCE ETA 8 MINS AWAY
THEY REQ LEO BE ONSCENE
1216 WILL TAKE A WHILE TO ASSIST

*[handwritten: Keygan was illegally detained knowing driver was male]*

17)   **MCSO23CAD045356** Wednesday  12:41 pm  08-Mar-2023     **WELFARE CHECK**

      14 BEECHWOOD DR/5.5 MM GU  KEY HAVEN    - ORCUTT,TAMMY  302931609
      D.C.'s:13-0, E,2-0,0                          Sector:   1 Zone:   1 Grid: 0300
Shipped:   12:41 pmDispatched:  12:43 pm    Enroute:  12:43 pm  OnScene:  12:43 pm       Closed:  1:24 pm

**Units Responding:**
      Primary          1116 - ALLEN, JOHN
      Backup          R55 - MALONE, DANIELLE
**Remarks:**

3/10/2023

# Monroe County Sheriff's Office - Call History

For Period Beginning March 31, 2022 and Ending  March  8, 2023



| CAD Number | Date Rcvd Time Rcvd | Nature of the Complaint | 911 Offense Numbers |
|---|---|---|---|

SCHOOL COUNSELOR IS THE RP
THE LAST TIME SUBJ WAS AT SCHOOL WAS MARCH 3RD
UNABLE TO MAKE CONTACT WITH MOTHER REYGAN BOURGAULT
MOTHER ISN'T CALLING HIM OUT THE DAYS HE'S MISSING
COUNSELOR HAS ALREADY INVOLVED DCFS
CHILD FINE AT HOME
MOTHER HAS ALREADY CONTACTED SHCOOL SEV TIMES
WILL BE HOME SCHOOLING THE KIDS
WAS ALSO ADVISED ON TRESPASS WARNINGS/ R. STRAINING ORDERS
MOTHER WILL BE RECONTACTING SCHOOL

*Yes*

*BS*

*He missed 1 day in 2nd sem they...*

*Though we had spoken verbally 6 times in that period —*

*[Handwritten notes at top: "Pull Cam's"; "11/24 incident"; "Black eye while on floor"; "Inaccurate reporting"; "No mention of witness"; "Robert Ame..."]*

# FIBRS Incident Report

MONROE COUNTY SO
20950 OVERSEAS HWY
CUDJOE, FL 33042

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 12/4/2022 9:22:46 AM | MCSO22OFF009161 (01) | MCSO22OFF009161 / MCSO22CAD211466 | DEPUTY / 0020 | DEEN, CHRISTIAN |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: CLOSED |
|---|---|---|---|---|
| FL0440000 | 11/24/2022 4:53:27 PM | 11/24/2022 16:53:27 - | In Jurisdiction | Clearance: |

| Offense Description |
|---|
| 25-0 DISTURBANCE |

## LOCATION(S)

| County | Location Type | Location Description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MONROE | INCIDENT LOCATION | | | | | | | |
| Street Number | Street | | Apt/Lot/Bldg | City | State | Zip Code | Phone Number | Ext. |
| 14 | BEECHWOOD DR/5.5 MM GU | | | | FL | 33040 | | |

### Person: VICTIM

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| REYGAN | LEA | BOURGAULT | | WHITE | FEMALE | 5'05" | 132 | BLN | BRO |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID | |
|---|---|---|---|---|---|---|---|---|
| MCSO20MNI022043 | | 05/14/1981 | 41 | E | ▓▓▓▓ | FL | | |

| Place of Birth: | CLEWISTON, , UNITED STATES |
|---|---|

Addresses
- / 14 BEECHWOOD DR, KEY WEST, FL 33040 / 786-426-0402

### Person: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ANTHONY | THOMAS | HUBBARD | | BLACK | MALE | 506 | 0 | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID | |
|---|---|---|---|---|---|---|---|---|
| MCSO22MNI026826 | | 01/16/1987 | 35 | | ▓▓▓▓ | FL | | |

| Place of Birth: | , , |
|---|---|

Addresses
- / 726 POOR HOUSE LN, KEY WEST, FL 33040 /

### Person: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| REYGAN | LEA | BOURGAULT | | WHITE | FEMALE | 5'05" | 132 | BLN | BRO |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID | |
|---|---|---|---|---|---|---|---|---|---|
| MCSO20MNI022043 | ▓▓▓ | 05/14/1981 | 41 | E | ▓▓▓▓ | FL | | |

| Place of Birth: | CLEWISTON, , UNITED STATES |
|---|---|

Addresses
- / 14 BEECHWOOD DR, KEY WEST, FL 33040 / 786-426-0402

---

FIBRS Incident Report

*[Handwritten at bottom: "Robert American was the that day B saw him chut me while I was on the floor bleeding myself after he threw me there."]*

— BETWEEN

— Where did this web originate?

— Why would soft curley make a false statement w/o proof?

| Report Date / Time<br>**12/4/2022 9:22:46 AM** | Report Number<br>**MCSO22OFF009161 (01)** | Report Case/CAD Number<br>**MCSO22OFF009161 /<br>MCSO22CAD211466** | Reporting Officer Rank / ID<br>**DEPUTY / 0020** | Reporting Officer Name<br>**DEEN, CHRISTIAN** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0440000** | Reported to Agency Date<br>**11/24/2022 4:53:27 PM** | Occur Date Range<br>**11/24/2022 16:53:27 -** | Jurisdiction<br>**In Jurisdiction** | Status:  **CLOSED**<br>Clearance: |
| Offense Description<br>**25-0 DISTURBANCE** | | | | |

**Person: VICTIM**

| First Name<br>**ANTHONY** | Middle Name<br>**THOMAS** | Last Name<br>**HUBBARD** | Suffix | Race<br>**BLACK** | Sex<br>**MALE** | Height<br>**506** | Weight<br>**0** | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| MNI #<br>**MCSO22MNI026826** | SSN | Date of Birth<br>**01/16/1987** | Age<br>**35** | ID Type | Drivers License or other ID<br>▮▮▮▮ | State<br>**FL** | OCA / Agency ID | | |
| Place of Birth: | , , | | | | | | | | |

Addresses
* **/ 726 POOR HOUSE LN, KEY WEST, FL 33040 /**

**Narrative: SUMMARY**

| Narrative Date/Time<br>**12/4/2022 9:26:59 AM** | Narrative Synopsis |
|---|---|
| Reporting Officer<br>**DEEN, CHRISTIAN** | Officer Rank<br>**DEPUTY** | Officer ID No<br>**0020** | Officer Org/Unit<br>**MCSO\DIST 1<br>ROAD PATROL** |
| Officer Signature | Officer Agency<br>**MONROE COUNTY SO** |

On 11/24/2022 I was dispatched to 14 Beechwood Dr, Stock Island, Monroe County, Florida, in reference to a domestic disturbance.

I met with Reygan Bourgault who stated she and her on again off again boyfriend, Anthony Hubbard, had gotten into a physical altercation. Bourgalt stated she and Hubbard had been arguing and Hubbard had thrown Bourgault onto the bed on her back and crawled on top of her. Bourgault then stated she began kicking trying to get Hubbard off of her and was able to kick Hubbard in the face. Bourgault then stated that Hubbard punched Bourgault in the right eye.

I observed a small purple bruise on the top of Bourgault's right eye not consistant with being punched in the face.

I spoke to Hubbard. Hubbard stated that Bourgault had been yelling and angry all day. Bourgault broke all the dishes that were on the counter in the kitchen because Hubbard had asked why he always had to clean up after everyone. They went to the bedroom and Hubbard pushed everything off the bed while they were arguing. Bourgault then slaped Hubbard on the back of the head and the left side of his face. Hubbard stated he then grabbed his bag of stuff and tried to leave the room. As Hubbard was exiting the room he felt something hard strike the back of his head. Hubbard then turned around and threw Bourgault to the bed and attempted to pin her down to prevent her from striking him again. Hubbard stated Bourgault began kicking and kicked Hubbard in the jaw. Hubbard released Bourgault and again tried to leave the room. Bourgault struck Hubbard again in the back of the head. Hubbard

**FIBRS Incident Report**

| Report Date / Time 12/4/2022 9:22:46 AM | Report Number MCSO22OFF009161 (01) | Report Case/CAD Number MCSO22OFF009161 / MCSO22CAD211466 | Reporting Officer Rank / ID DEPUTY / 0020 | Reporting Officer Name DEEN, CHRISTIAN |
|---|---|---|---|---|
| Originating Agency ORI FL0440000 | Reported to Agency Date 11/24/2022 4:53:27 PM | Occur Date Range 11/24/2022 16:53:27 - | Jurisdiction In Jurisdiction | Status:    CLOSED Clearance: |
| Offense Description 25-0 DISTURBANCE | | | | |

then swung his right hand backwards striking Bourgault in the face. Hubbard then left the room and began removing his item from the property.

I observed a ring with a small bump on Hubbards right hand. The bruise on Bourgault's right eye could be constistant with bein gstruck by Hubbard's ring.

Based on the lack of indendent witnesses and conflicting stories about how the incident began the parties were separated. Hubbard left the residence with all his items.

There is a call history of Bourgault bringing different men into her home and then calling the cops stating they had struck her.

No arrest was made.

**Narrative: SUPPLEMENT**

| Narrative Date/Time 12/16/2022 2:52:27 PM | Narrative Synopsis | | | |
|---|---|---|---|---|
| Reporting Officer CURRY, SPENCER | | Officer Rank SERGEANT | Officer ID No 9745 | Officer Org/Unit MCSO\DIST 1 ROAD PATROL |
| Officer Signature | | Officer Agency MONROE COUNTY SO | | |

On November 24, 2022 I responded to this scene as a back-up officer.

I spoke with Hubbard who explained he lives in a sperate room within the residence and he pays rent for it. He was actively gathering his belongings from this room. Hubbard was not able to put a definite label on his relationship with Bourgault. According to Hubbard they do at time sleep together and have an intimate relationship but they do not "live" together in the same room as a family unit.

At this time it appeared to be a mutual battery between the two subjects. It was unclear whom the "primary aggressor" was as the incident occurred throughout the entire day.

Hubbard agreed to vacate the premises.

| Report Date / Time<br>**12/4/2022 9:22:46 AM** | Report Number<br>**MCSO22OFF009161 (01)** | Report Case/CAD Number<br>**MCSO22OFF009161 /**<br>**MCSO22CAD211466** | Reporting Officer Rank / ID<br>**DEPUTY / 0020** | Reporting Officer Name<br>**DEEN, CHRISTIAN** |
|---|---|---|---|---|
| Originating Agency ORI<br>**FL0440000** | Reported to Agency Date<br>**11/24/2022 4:53:27 PM** | Occur Date Range<br>**11/24/2022 16:53:27 -** | Jurisdiction<br>**In Jurisdiction** | Status: **CLOSED**<br>Clearance: |
| Offense Description<br>**25-0 DISTURBANCE** | | | | |

### Officer: Approving Supervisor (Supplement 01)

| ▶ Officer Name<br>**CURRY, SPENCER** | Officer Rank<br>**SERGEANT** | Officer ID No<br>**9745** | Officer Agency<br>**MONROE COUNTY SO** |
|---|---|---|---|
| Approval Date / Time<br>**12/16/2022 3:07:03 PM** | Officer Signature | *[signature]* | |

| Sup # | Officer Name<br>Rank / ID # | | Involvement On Report /<br>Reporting Role | Officer Agency<br>Org/Unit |
|---|---|---|---|---|
| 01 | **DEEN, CHRISTIAN**<br>**DEPUTY** | **0020** | **REPORTING OFFICER** | **MONROE COUNTY SO**<br>**MCSO\DIST 1 ROAD PATROL** |
| 01 | **CURRY, SPENCER**<br>**SERGEANT** | **9745** | **APPROVING SUPERVISOR** | **MONROE COUNTY SO**<br>**MCSO\DIST 1 ROAD PATROL** |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the narratives associated with this report:

**Officer: Reporting Officer (Supplement01)**

| Officer Name<br>**DEEN, CHRISTIAN** | Office Rank<br>**DEPUTY** | Officer ID No<br>**0020** | Sworn and subscribed before me, the undersigned authority<br>This the _____ day of _____ |
|---|---|---|---|
| Officer Agency<br>**MONROE COUNTY SO** | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT<br>OFFICER |
| *[signature]*<br><br>Officer Signature | | | |

*[handwritten top left]* Pull Cam's

*[handwritten top right]* Inaccurate reporting. No mention of witness. Robert American

## FIBRS Incident Report

MONROE COUNTY SO
20950 OVERSEAS HWY
CUDJOE, FL 33042

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 12/4/2022 9:22:46 AM | MCSO22OFF009161 (01) | MCSO22OFF009161 / MCSO22CAD211466 | DEPUTY / 0020 | DEEN, CHRISTIAN |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: CLOSED |
|---|---|---|---|---|
| FL0440000 | 11/24/2022 4:53:27 PM | 11/24/2022 16:53:27 - | In Jurisdiction | Clearance: |

| Offense Description |
|---|
| 25-0 DISTURBANCE |

### LOCATION(S)

| County | Location Type | Location Description | | | | | |
|---|---|---|---|---|---|---|---|
| MONROE | INCIDENT LOCATION | | | | | | |
| Street Number | Street | | Apt/Lot/Bldg | City | State | Zip Code | Phone Number | Ext. |
| 14 | BEECHWOOD DR/5.5 MM GU | | | | FL | 33040 | | |

### Person: VICTIM

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| REYGAN | LEA | BOURGAULT | | WHITE | FEMALE | 5'05" | 132 | BLN | BRO |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO20MNI022043 | | 05/14/1981 | 41 | E | ███████ | FL | |

| Place of Birth: | CLEWISTON, , UNITED STATES |
|---|---|

Addresses
• / 14 BEECHWOOD DR, KEY WEST, FL 33040 / 786-426-0402

### Person: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ANTHONY | THOMAS | HUBBARD | | BLACK | MALE | 506 | 0 | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO22MNI026826 | | 01/16/1987 | 35 | | ███████ | FL | |

| Place of Birth: | , , |
|---|---|

Addresses
• / 726 POOR HOUSE LN, KEY WEST, FL 33040 /

### Person: SUSPECT

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| REYGAN | LEA | BOURGAULT | | WHITE | FEMALE | 5'05" | 132 | BLN | BRO |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO20MNI022043 | ███████ | 05/14/1981 | 41 | E | ███████ | FL | |

| Place of Birth: | CLEWISTON, , UNITED STATES |
|---|---|

Addresses
• / 14 BEECHWOOD DR, KEY WEST, FL 33040 / 786-426-0402

---

FIBRS Incident Report                                         Page 1 of 4

*[handwritten]* Robert American was the that day & saw him shut me while I was on the floor where Anthony threw me.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 12/4/2022 9:22:46 AM | MCSO22OFF009161 (01) | MCSO22OFF009161 / MCSO22CAD211466 | DEPUTY / 0020 | DEEN, CHRISTIAN |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: CLOSED |
|---|---|---|---|---|
| FL0440000 | 11/24/2022 4:53:27 PM | 11/24/2022 16:53:27 - | In Jurisdiction | Clearance: |

| Offense Description |
|---|
| 25-0 DISTURBANCE |

**Person: VICTIM**

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ANTHONY | THOMAS | HUBBARD | | BLACK | MALE | 506 | 0 | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO22MNI026826 | | 01/16/1987 | 35 | | ██████ | FL | |

| Place of Birth: | , , |
|---|---|

| Addresses |
|---|
| • / 726 POOR HOUSE LN, KEY WEST, FL 33040 / |

**Narrative: SUMMARY**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 12/4/2022 9:26:59 AM | |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| DEEN, CHRISTIAN | DEPUTY | 0020 | MCSO\DIST 1 ROAD PATROL |

| Officer Signature | Officer Agency |
|---|---|
| *[signature]* | MONROE COUNTY SO |

On 11/24/2022 I was dispatched to 14 Beechwood Dr, Stock Island, Monroe County, Florida, in reference to a domestic disturbance.

I met with Reygan Bourgault who stated she and her on again off again boyfriend, Anthony Hubbard, had gotten into a physical altercation. Bourgalt stated she and Hubbard had been arguing and Hubbard had thrown Bourgault onto the bed on her back and crawled on top of her. Bourgault then stated she began kicking trying to get Hubbard off of her and was able to kick Hubbard in the face. Bourgault then stated that Hubbard punched Bourgault in the right eye.

I observed a small purple bruise on the top of Bourgault's right eye not consistant with being punched in the face.

I spoke to Hubbard. Hubbard stated that Bourgault had been yelling and angry all day. Bourgault broke all the dishes that were on the counter in the kitchen because Hubbard had asked why he always had to clean up after everyone. They went to the bedroom and Hubbard pushed everything off the bed while they were arguing. Bourgault then slaped Hubbard on the back of the head and the left side of his face. Hubbard stated he then grabbed his bag of stuff and tried to leave the room. As Hubbard was exiting the room he felt something hard strike the back of his head. Hubbard then turned around and threw Bourgault to the bed and attempted to pin her down to prevent her from striking him again. Hubbard stated Bourgault began kicking and kicked Hubbard in the jaw. Hubbard released Bourgault and again tried to leave the room. Bourgault struck Hubbard again in the back of the head. Hubbard

| Report Date / Time<br>12/4/2022 9:22:46 AM | Report Number<br>MCSO22OFF009161 (01) | Report Case/CAD Number<br>MCSO22OFF009161 /<br>MCSO22CAD211466 | Reporting Officer Rank / ID<br>DEPUTY / 0020 | Reporting Officer Name<br>DEEN, CHRISTIAN |
|---|---|---|---|---|
| Originating Agency ORI<br>FL0440000 | Reported to Agency Date<br>11/24/2022 4:53:27 PM | Occur Date Range<br>11/24/2022 16:53:27 - | Jurisdiction<br>In Jurisdiction | Status:      CLOSED<br>Clearance: |
| Offense Description<br>25-0 DISTURBANCE | | | | |

then swung his right hand backwards striking Bourgault in the face. Hubbard then left the room and began removing his item from the property.

I observed a ring with a small bump on Hubbards right hand. The bruise on Bourgault's right eye could be constistant with bein gstruck by Hubbard's ring.

Based on the lack of indendent witnesses and conflicting stories about how the incident began the parties were separated. Hubbard left the residence with all his items.

There is a call history of Bourgault bringing different men into her home and then calling the cops stating they had struck her.

No arrest was made.

**Narrative: SUPPLEMENT**

| ▶ | Narrative Date/Time<br>12/16/2022 2:52:27 PM | Narrative Synopsis | | |
|---|---|---|---|---|
| Reporting Officer<br>CURRY, SPENCER | | Officer Rank<br>SERGEANT | Officer ID No<br>9745 | Officer Org/Unit<br>MCSO\DIST 1<br>ROAD PATROL |
| Officer Signature | | Officer Agency<br>MONROE COUNTY SO | | |

On November 24, 2022 I responded to this scene as a back-up officer.

I spoke with Hubbard who explained he lives in a sperate room within the residence and he pays rent for it. He was actively gathering his belongings from this room. Hubbard was not able to put a definite label on his relationship with Bourgault. According to Hubbard they do at time sleep together and have an intimate relationship but they do not "live" together in the same room as a family unit.

At this time it appeared to be a mutual battery between the two subjects. It was unclear whom the "primary aggressor" was as the incident occurred throughout the entire day.

Hubbard agreed to vacate the premises.

| Report Date / Time
12/4/2022 9:22:46 AM | Report Number
MCSO22OFF009161 (01) | Report Case/CAD Number
MCSO22OFF009161 /
MCSO22CAD211466 | Reporting Officer Rank / ID
DEPUTY / 0020 | Reporting Officer Name
DEEN, CHRISTIAN |
|---|---|---|---|---|
| Originating Agency ORI
FL0440000 | Reported to Agency Date
11/24/2022 4:53:27 PM | Occur Date Range
11/24/2022 16:53:27 - | Jurisdiction
In Jurisdiction | Status:         CLOSED
Clearance: |
| Offense Description
25-0 DISTURBANCE | | | | |

## Officer: Approving Supervisor (Supplement 01)

▶ | Officer Name
CURRY, SPENCER | Officer Rank
SERGEANT | Officer ID No
9745 | Officer Agency
MONROE COUNTY SO |
|---|---|---|---|
| Approval Date / Time
12/16/2022 3:07:03 PM | Officer Signature | | |

| Sup # | Officer Name
Rank / ID # | Involvement On Report /
Reporting Role | Officer Agency
Org/Unit |
|---|---|---|---|
| 01 | DEEN, CHRISTIAN
DEPUTY                    0020 | REPORTING OFFICER | MONROE COUNTY SO
MCSO\DIST 1 ROAD PATROL |
| 01 | CURRY, SPENCER
SERGEANT                  9745 | APPROVING SUPERVISOR | MONROE COUNTY SO
MCSO\DIST 1 ROAD PATROL |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the narratives associated with this report:

**Officer: Reporting Officer (Supplement01)**

| Officer Name
DEEN, CHRISTIAN | Office Rank
DEPUTY | Officer ID No
0020 | Sworn and subscribed before me, the undersigned authority
This the _____ day of _____, _____ |
|---|---|---|---|
| Officer Agency
MONROE COUNTY SO | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT
OFFICER |
| Officer Signature | | | |

*(handwritten: TABLE INCIDENT  ROB RYAN  NAVARO  FIRE)*

## Arrest Report

MONROE COUNTY SO
20950 OVERSEAS HWY
CUDJOE, FL 33042

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 12/16/2022 04:57 PM | MCSOCHG00008066S | MCSO22OFF009795 / MCSO22CAD225550 | KETCHAM, JENNIFER |

| Originating Agency ORI | Occur Date Time Range | | Jurisdiction |
|---|---|---|---|
| FL0440000 | 12/16/2022 15:37:34 - | | |

| OBTS Number | Other Number | Clearance |
|---|---|---|
| | | |

### Location of Occurrence

| County | Location Type | Location Description |
|---|---|---|
| MONROE | VICTIM'S ADDRESS | 14 BEECHWOOD DRIVE/5.5 MM GU |

| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code |
|---|---|---|---|---|---|
| 14 | BEECHWOOD DR/5.5 MM GU | | KEY HAVEN | FL | 33040 |

### Suspect

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| ANTHONY | THOMAS | HUBBARD | | BLACK | MALE | 506 | 0 | | |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO22MNI026826 | ▇ | 01/16/1987 | 35 | | ▇ | FL | |

| Place of Birth: |
|---|
| |

| Address |
|---|
| * RESIDENCE / 726 POOR HOUSE LN , KEY WEST, FL 33040 / |

### Arrest

| Arrest Date/Time | Arrest Location Type | Arrest Location Description |
|---|---|---|
| 12/16/2022 5:00:33 PM | VICTIM'S ADDRESS | |

| Street Number | Street | Apt/Lot/Bldg | County | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 14 | BEECHWOOD DR/5.5 MM GU | | MONROE | KEY HAVEN | FL | 33040 |

### Charge :

| Counts | Charge | Bond Amount | |
|---|---|---|---|
| 1 | 806.13.1b2 | $0.00 | No Bond |

| Charge Degree | Charge Level |
|---|---|
| F | MISDEMEANOR |

| General Offense Code | Arrest Offense Code |
|---|---|
| COMPLETED | DAMAGE PROP-CRIM MISCH |

| Charge Description |
|---|
| OVER 200 DOLS UNDER 1000 DOLS |

| Administrative Code - Description |
|---|
| - |

### Probable Cause

On December 16, 2022 at approximately 1538 hours, I (Deputy J. Ketcham) was dispatched to a fight in progress at 14 Beechwood Drive in Key Haven. Upon arrival, I observed three black males, a white female, and a white male gathered at the back of the property screaming at each other.

---

**Arrest Report**                                                                 **Page 1 of 4**

| Report Date / Time<br>**12/16/2022 04:57 PM** | Report Number<br>**MCSOCHG00008066S** | Case Number/Cad Number<br>**MCSO22OFF009795 /<br>MCSO22CAD225550** | Reporting Officer Name<br>**KETCHAM, JENNIFER** |
|---|---|---|---|
| Originating Agency ORI<br>**FL0440000** | Occur Date Time Range<br>**12/16/2022 15:37:34 -** | Jurisdiction | |
| OBTS Number | Other Number | Clearance | |

I made contact with all parties and asked everyone to show me their hands. One black male, who I later identified as Anthony Thomas Hubbard by his Florida driver's license, put his hands in the air but continued to scream at all parties and attempted to keep the situation escalated. I detained Hubbard due to his lack of compliance while I attempted to sort out the scene.

I made contact with the female who I knew from prior law enforcement contact at the residence to be Reygan Bourgault and also the main resident of the house. Bourgault said Hubbard came to the residence to confront her when he saw his belongings destroyed in the backyard. Bourgault denied knowing how the belongings got destroyed and said it was like that when she returned from work this morning. Bourgault said Hubbard called her out of the residence and attempted to fight with her and the other two black males who I identified as Mario Stephens and Ryan Plummer by their Florida driver's licenses. Bourgault said Hubbard could not get a rise out of Stephens and Plummer so Hubbard flipped her pool table over which cause it to break. Bourgault estimated the value of the pool table to be $900.00 and said she purchased it approximately 10 months ago. Bourgault provided a recorded statement and said she wished to press charges. Bourgault declined to provide a written statement. Bourgault had security cameras on the property but said they only provided live feed and did not record.

Next I met with Stephens and Plummer. Both males had very similar versions of events as given by Bourgault. Stephens and Plummer provided recorded statements but declined to provide written statements. Stephens and Plummer denied knowing how the belongings in the back yard got destroyed.

Next I met with the white male who I identified as Robert Michael Amerian by his California driver's license. Amerian gave a very similar version of events as given by Bourgault, Stephens, and Plummber. Amerian denied knowing how the belongings in the back yard got destroyed.

Next I met with Hubbard. Hubbard admitted to entering the property and trying to fight with Bourgault, Stephens, and Plummer. Hubbard said he flipped the pool table after he saw that his belongings were destroyed in the backyard. Hubbard went on to say that if he could have destroyed more things that he would have. During the investigation, Hubbard started to vomit and requested medical attention. Rescue 8 responded to the scene but Hubbard would not allow them to examine him.

Based on the evidence, witness statements, and Hubbard's admission to destroying the pool table, I have probable cause to believe Anthony Thomas Hubbard violated Florida Statute 806.13(1)(b)2 (criminal mischief greater than $200 but less than $1,000) by willfully and maliciously damaging a pool table belonging to Reygan Bourgault with the damage being greater than $200.00 but less than $1,000.00.

I transported Hubbard to the Monroe County Detention Center without incident. Once transport was complete, I checked the back seat of my patrol car to ensure no personal items were left by Hubbard.

---

**Arrest Report**                                                                                     **Page 2 of 4**

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 12/16/2022 04:57 PM | MCSOCHG00008066S | MCSO22OFF009795 / MCSO22CAD225550 | KETCHAM, JENNIFER |

| Originating Agency ORI | Occur Date Time Range | Jurisdiction |
|---|---|---|
| FL0440000 | 12/16/2022 15:37:34 - | |

| OBTS Number | Other Number | Clearance |
|---|---|---|
| | | |

Deputies C. Deen, N. Titko, and Investigator F. Westerband were on scene as backup.

All events occurred in Monroe County, Florida.

My BWC (s0523) and incar video were active.

### Jail Booking Facility

| Booking Date/Time | Booking County | Booking Facility | Booking Facility Phone |
|---|---|---|---|
| 12/16/2022 05:02 PM | MONROE | KEY WEST DETENTION CENTER | (305) 293-7300 |

| Booking Facility Location | Booking Number |
|---|---|
| 5501 COLLEGE ROAD KEY WEST, FL 33040 | |

| Booking Comments |
|---|
| |

### Person: VICTIM

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| REYGAN | LEA | BOURGAULT | | WHITE | FEMALE | 5'05" | 132 | BLN | BRO |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO20MNI022043 | | 05/14/1981 | 41 | E | | FL | |

| Place of Birth: | CLEWISTON UNITED STATES |
|---|---|

| Address |
|---|
| * RESIDENCE / 14 BEECHWOOD DR , KEY WEST, FL 33040 / 786-426-0402 |

### Person: WITNESS

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| RYAN | ANTHONY | PLUMMER | | BLACK | MALE | 601 | 185 | BLK | BRO |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO12MNI000570 | | 09/16/1992 | 30 | E | | FL | |

| Place of Birth: | FT. LAUDERDALE UNITED STATES |
|---|---|

| Address |
|---|
| * RESIDENCE / 1010 EMMA ST 6F, KEY WEST, FL 33040 / |

### Person: WITNESS

| First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| MARIO | CLARK | STEPHENS | II | BLACK | MALE | 600 | 150 | BRO | BRO |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO16MNI002823 | | 06/28/1994 | 28 | | | FL | |

| Place of Birth: | PITTSBURGH UNITED STATES |
|---|---|

| Address |
|---|
| * RESIDENCE / STREETS OF KEY WEST , KEY WEST, FL 33040 / |

| Report Date / Time | Report Number | Case Number/Cad Number | Reporting Officer Name |
|---|---|---|---|
| 12/16/2022 04:57 PM | MCSOCHG00008066S | MCSO22OFF009795 / MCSO22CAD225550 | KETCHAM, JENNIFER |

| Originating Agency ORI | Occur Date Time Range | Jurisdiction |
|---|---|---|
| FL0440000 | 12/16/2022 15:37:34 - | |

| OBTS Number | Other Number | Clearance |
|---|---|---|
| | | |

**Person: WITNESS**

| ► | First Name | Middle Name | Last Name | Suffix | Race | Sex | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|---|
| | ROBERT | | AMERIAN | III | WHITE | MALE | 5'08" | 135 | BRO | BRO |

| MNI # | SSN | Date of Birth | Age | ID Type | Drivers License or other ID | State | OCA / Agency ID |
|---|---|---|---|---|---|---|---|
| MCSO20MNI001475 | | 12/21/1986 | 35 | | | CA | |

| Place of Birth: | FORD LEONARD UNITED STATES |
|---|---|

| Address |
|---|
| * RESIDENCE / 14 BEECHWOOD DR. , KEY WEST, FL 33040 / |

| Officer Name Rank / ID # | | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|---|
| DEEN, CHRISTIAN DEPUTY | 0020 | ASSISTING | MONROE COUNTY SO MCSO\DIST 1 ROAD PATROL |
| KETCHAM, JENNIFER DEPUTY | 0523 | REPORTING OFFICER | MONROE COUNTY SO MCSO\DIST 1 ROAD PATROL |
| TITKO, NICOLE DEPUTY | S0579 | ASSISTING | MONROE COUNTY SO MCSO\DIST 1 ROAD PATROL |
| WESTERBAND, FRANK INVESTIGAT | 0162 | ASSISTING | MONROE COUNTY SO MCSO\DIST 1 CIU |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the probable cause associated with this report:

**Reporting Officer**

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| KETCHAM, JENNIFER | DEPUTY | 0523 | This the _____ day of _____, _____ |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT |
| MONROE COUNTY SO | | | |
| Officer Signature | | | |

○ No Bill / Petition     ○ Issue Warrant     ○ Prosecution Approved

_____
Signature of Assistant State Attorney                    Date

IN THE CIRCUIT/COUNTY COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA

STATE OF FLORIDA,
v.                                                    CASE NUMBER: _____

**Hubbard, Anthony Thomas**

DEFENDANT

### NO CONTACT ORDER

Per Florida Statute 903.047, as a condition of Pretrial Release, the defendant is ordered to have no contact with the victim(s), **Reygan Lea Bourgault.**

No Contact includes the following prohibited acts:

_____ Communicating orally or in any written form, either in person, telephonically, electronically, or in any other manner, either directly or indirectly through a third person, with the victim or any other person named in the order.  If the victim and the defendant have children in common, at the request of the defendant, the Court may designate an appropriate third person to contact the victim for the sole purpose of facilitating the defendant's contact with the children. However, this subparagraph does not prohibit an attorney for the defendant, consistent with rules regulating The Florida Bar, from communicating with any person protected by the no contact order for lawful purposes.

_____ Having physical or violent contact with the victim or other named person or his or her property.

_____ Being within 500 feet of the victim's or other named person's residence, even if the defendant and the victim or other named person share the residence.

_____ Being within 500 feet of the victim's or other named person's vehicle, place of employment, or a specified place frequented regularly by such person, located at _____.

Pursuant to Florida Statute 741.29, a person who willfully violates a condition of pretrial release, when the original arrest was for an act of domestic violence as defined in Florida Statute 741.28 or dating violence as defined in Florida Statute 784.046, commits a misdemeanor of the first degree, punishable as provided in Florida Statute 775.082 or 775.083, and shall be held in custody until his or her first appearance.

This bond condition/pretrial release condition shall automatically be vacated upon a prosecutorial Decline/No Action/Nolle Prosequi of the charge(s) resulting from defendant's arrest in this case, unless otherwise modified by court order.

**DONE AND ORDERED** in Open Court at **KW/MR/PK**, Monroe County, Florida this **17th** day of **December, 2022.**

_____
Judge

Copies to:
Clerk of Court (original)
State Attorney
Defense Attorney
MCSO Records
KWPD Records
Defendant
Pretrial Services

# COURT MINUTES

IN THE 16th JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA

Bond # _____ Bond $ _____

CASE NUMBER: 22 mm 2307 Ak
**(ONE CASE PER PAGE)**

Court Opened _9am_ on _1_ / _11_ / 20_23_ with the following officer present:
TIME  MONTH  DAY  YEAR

HONORABLE _Wilson_  STATE ATTORNEY _Cartenuto_

DEFENSE ATTORNEY _PP_  COURT REPORTER _FTP_  BAILIFF _Oconnell/Careag_

STATE OF Florida VS _Anthony Thomas Hubbard_

DEFENDANT CHARGED WITH: 1) _Crim Misch >200_  2) _____  3) _____

4) _____  5) _____  6) _____

PLED TO COUNTS: 1) _____  2) _as Charged_  3) _____

4) _____  5) _____  6) _____

## PLEA

As sworn (FP)

- [x] In jail
- [ ] Denial
- [ ] Not Guilty
- [ ] Demand Filed
- [ ] 10 Days Granted For Motion
- [ ] 40 Paid App Fee W/I 7 Days
- [ ] PD Appt (_____) Contact Weekly
- [x] Information File

- [x] Present with Attorney
- [ ] Negotiated plea
- [ ] Bond Set $ _____
- [ ] Other _____
- [ ] Present Without Attorney
- [ ] Guilty
- [ ] PSI Ordered
- [ ] Not Present In Court
- [x] Nolo-Contendre
- [ ] Speedy Trial
- [ ] Issue Capias
- [ ] Bond Estreated
- [x] Factual Basis

x Adv JOA

Sentencing Date: _____  [x] Accepts Plea / Admission  [ ] No Objection to Score Sheet _____ PTS

## SENTENCE

IT IS THE JUDGEMENT OF THE COURT AND THE SENTENCE OF THE LAW THAT YOU, THE ABOVE NAMED DEFENDANT:

- [x] Adjudication Guilty
- [ ] Nolle-Prosequi _____
- [ ] Drug Offender _____
- [ ] Drug Court _____
- [ ] Probation Restored _____
- [ ] _____ Hours Comm Service _____ Hours Monthly
- [ ] Community Control - Period of _____
- [ ] Complete terms probation w/in _____ Months
- [x] Confined to MCSO Jail for _27 days_ _____ Days days3
- [ ] JIP Program _____
- [ ] Early Release Review After JIP Program
- [ ] Hold & Transport (bed space) to _____
- [ ] Same Terms and Conditions _____
- [ ] State Prison _____
- [ ] Tier Program or Other W/I Prison _____
- [ ] Sentence Concurrent _____
- [ ] Urinalysis _____ Weekly
- [ ] Psychological Evaluation _____
- [ ] NA / AA Meetings _____ Weekly
- [ ] Interlock Device _____
- [ ] No Contact with Victim _avg_
- [x] No Harmful Contact _Ms. Dougautt_
- [ ] Surrender Weapons
- [ ] Indiv/Group Counseling w/Res. Trmt. If needed
- [ ] Indigent for Evaluation/Treatment _____

- [x] Adjudication Withheld
- [x] Placed on Probation _Temo prob_
- [ ] After Care
- [x] Probation Revoked
- [x] New Period of Probation _____
- [ ] Electronic Monitor _____  [ ] Phone Line Inst. within 10 days
- [ ] New Period of Community Control _____
- [ ] Indigent for Cost of Supervision _____
- [ ] Jail Program _____
- [ ] PSW/COS Waived during Jail / Program _____
- [ ] Care Center _____
- [ ] Furlough Granted Start _____ / End _____
- [ ] Make up Arrears _____
- [x] Credit For Time Served (CFTS) _27 days_
- [ ] Other _____
- [ ] Sentence Consecutive _____
- [ ] 90 / 90 Program _____
- [x] Report to PBC within @ 10am 1/13/23 of Release
- [ ] License Revoked / Suspended  [ ] Work Permit
- [ ] DUI School _____  [ ] Impound _____
- [ ] Make equal monthly installments _____
- [ ] Previously Imposed JL Remains in Effect _____
- [ ] Daily Activity/Exercise as directed 1/2-1 hr Daily 3xs week
- [ ] Sub Abuse Eval W/I _____ days & treatment if needed
- [x] Advised of Immigration Rights _____  [x] Appeal Rights 30 days

## COSTS

- [x] Attorney's Fees $ _50_
- [x] Fines $ _100_
- [x] Judgment Lien $ _____
- [ ] Convert Fines to CSW @ $10.00/hr
- [ ] FHP $ _____
- [ ] Bond Money - deduct court cost $ _____
- [ ] OTHER INFORMATION: _____

- [ ] F.S. 27.3455 - $ _____
- [x] Cost _228_
- [x] Cost Super PBC - $ _50_
- [x] Early Term @ 3mo.
- [ ] FFWL - $ _____
- [ ] Refund Bond Money

- [ ] BOCC - $ _____
- [x] PD app 50
- [x] SA $ 50
- [x] MCSO $ 40
- [ ] PD $ _____
- [x] Restitution $ reserved for 60 days

**KEVIN MADOK, CLERK OF THE CIRCUIT AND COUNTY COURTS.**

BY: _____  DEPUTY CLERK in attendance

Continued
[ ] See Second Page

IN THE CIRCUIT COURT OF THE _____16th_____ JUDICIAL CIRCUIT,
IN AND FOR _Monroe_ COUNTY, FLORIDA

_Reygan Bourgault_
Petitioner,

and

_Anthony Hubbard_
Respondent.
aka _January Prince_

Case No.: _23-DR-57 K_
Division: _____

## PETITION FOR INJUNCTION FOR PROTECTION AGAINST DATING VIOLENCE

I, (full legal name) _Reygan Bourgault_, being sworn, certify that the following statements are true:

### SECTION I. PETITIONER
(This section is about you. It must be completed.)

1. Petitioner currently lives at the following address: (address, city, state, zip code)
   _14 Beechwood Dr Key West Fl 33040_
   Date of Birth of Petitioner: _5/14/81_

   [Indicate if applicable]
   [X] **Petitioner seeks an injunction for protection on behalf of a minor child.** Petitioner is the parent or legal guardian of (full legal name) _Kyle Brergault_ a minor child who is living at home. _(My son)_ 8 yo

2. Petitioner's attorney's name, address, and telephone number is: _____

   (If you do not have an attorney, write "none.")

### SECTION II. RESPONDENT
(This section is about the person you want to be protected from. It must be completed.)

1. Respondent currently lives at the following address: (address, city, state, and zip code)
   _Acots Homeless / friends sofa_
   Respondent's Driver's License number is: (if known) _N/A_

2. Petitioner has known Respondent since (date) _about 1.5 yrs_

Florida Supreme Court Approved Family Law Form 12.980(n), Petition for Injunction for Protection Against Dating Violence (10/22)

3. Respondent's last known place of employment: _Ricks (security)_
Employment address: _Dural St._
Working hours: _9pm – 4Am_

4. Physical description of Respondent:
Race: _____  Sex: Male ☐  Female ☐  Date of Birth: _____
Height: _____  Weight: _____  Eye Color: _____  Hair Color: _____
Distinguishing marks and/or scars: _____
Vehicle: (make/model) _____  Color: _____  Tag Number: _____

5. Other names Respondent goes by (aliases or nicknames): _January Prince_

6. Respondent's attorney's name, address, and telephone number is: _NA_

(If you do not know whether Respondent has an attorney, write "unknown." If Respondent does not have an attorney, write "none.")

7. If Respondent is a minor, the address of Respondent's parent or legal guardian is: _NA_

**SECTION III.  CASE HISTORY AND REASON FOR SEEKING PETITION** (This section must be completed.)

1. Have the Petitioner and Respondent been involved in a dating relationship within the past six months?  ☑ Yes    ☐ No

2. Describe the nature of the relationship between the Petitioner and *Respondent (Include the length of time of the relationship, the romantic or intimate nature of the relationship, the frequency or type of interaction, and any other facts that characterize the relationship)*,
_We've been dating for 7 months during which he was at my house often to eat sleep shower etc. numerous occassions he has been abusive aggressive & manipulative. He has broken my property & spend time in jail over the holidays for this property damage. Since his release he has made more police visits & incident of abu_
☐ Please indicate here if you are attaching additional pages to continue these facts.

3. Has Petitioner ever received or tried to get an injunction for protection against domestic violence, dating violence, repeat violence, or sexual violence, or stalking against Respondent in this or any other court?
☐ Yes  ☑ No  If yes, what happened in that case? *(Include case number, if known)*

_____
_____

My hand written Statement. Clerk didn't allow/provide.

*He even planted drugs in my car and I got aggressively pulled over & searched w/o due cause.*

☐ Please indicate here if you are attaching additional pages to continue these facts.

8. **Imminent Danger**
   *{Please complete **either** paragraph a or b below}*
   a. ☑ Petitioner is a victim of dating violence and has reasonable cause to believe he or she is in **imminent danger** of becoming a victim of another act of dating violence. *{Explain what Respondent has done to make you a victim of dating violence and to make you fear that you are in **imminent danger** of becoming a victim of another act of dating violence.}*

   *He has made an anonymous complaint to DCF regarding my children / he has attempted to coerce my 8y to say something happened.*

**OR**

   b. ☑ Petitioner has reasonable cause to believe he or she is in **imminent danger** of becoming a victim of dating violence as demonstrated by the fact that Respondent has: *{Explain what Respondent has done that makes you fear that you are in **imminent danger** of becoming a victim of dating violence.}*

   *making false/unsubstantiated accusations & threats of torenmeut via police / DCF/ landlord too.*

9. **Additional Information**
   *{Indicate **all** that apply}*
   a. ☐ Respondent owns, has, and/or is known to have guns or other weapons. Describe weapon(s): *I DONT KNOW* *I found a bullet so may*

   b. ☑ This or prior acts of dating violence have been previously reported to: *{person or agency}*
   *Sheriff Monroe County.*

Florida Supreme Court Approved Family Law Form 12.980(n), Petition for Injunction for Protection Against Dating Violence {10/22}

4. Has Respondent ever received or tried to get an injunction for protection against domestic violence, dating violence, repeat violence, or sexual violence, or stalking against Petitioner in this or any other court?

☐ Yes  ☑ No If yes, what happened in that case? *(Include case number, if known)*

_____

_____

_____

5. Describe **any other** court case that is either going on now or that happened in the past **between Petitioner and Respondent** *(Include case number, if known)*: On dec
134th or 14th .... property damage
arrest on him spent 29 days
in jail then get out & started
shit again.

6. Respondent has directed an incident of violence, meaning assault, aggravated assault, battery, aggravated battery, sexual assault, sexual battery, stalking, aggravated stalking, kidnapping, or false imprisonment, or any criminal offense resulting in physical injury or death against Petitioner or a minor child living at home. The incident (including date and location) is described below.
On *(date)* 2020 thanksgiving at *(location)* 14 beechwood dR
Respondent day
was asked to leave due to
anger aggression & mal treatment
yo ward's me. He tried to attack
me and I ended up w/ a swollen
black eye, witness 1 was present  yet
he was able to manipulate the
officers with his narcissistic tactics
b/c him being a Marine Corp  VE

_____

_____

☑ Please indicate here if you are attaching additional pages to continue these facts.

7. Other prior incidents (including dates and location) are described below:
On *(date(s))* _____, at *(location(s))* _____,
Respondent _____
Several other times the
police came 14 beechwood
Sheriff
specific dates not avail.

**SECTION IV. INJUNCTION**
(This section must be completed.)

1. Petitioner asks the Court to enter a **TEMPORARY INJUNCTION** for protection against dating violence that will be in place from now until the scheduled hearing in this matter.

2. Petitioner asks the Court to enter an injunction prohibiting Respondent from committing any acts of violence against Petitioner and:

   a. prohibiting Respondent from going to or within 500 feet of any place Petitioner lives;

   b. prohibiting Respondent from going to or within 500 feet of Petitioner's place(s) of employment or the school that Petitioner attends;  the address of Petitioner's place(s) of employment and/or school is: _Teasers, Red garter, 14 beechwood d. Shell station Stock Island (bus stop; kid_

   c. prohibiting Respondent from contacting Petitioner by telephone, mail, by e-mail, in writing, through another person, or in any other manner;

   d. ordering Respondent not to use or possess any guns or firearms;

   *(Indicate all that apply)*

   e. ☑ prohibiting Respondent from going to or within 500 feet of the following place(s) Petitioner or Petitioner's immediate family must go to often: _Shell gas Station (bus stop) Key Haven fun k Oriole, Teasers, Red garter, Schooner wharf_

   f. ☑ prohibiting Respondent from knowingly and intentionally going to or within 100 feet of Petitioner's motor vehicle;

   and any other terms the Court deems necessary for the safety of Petitioner and Petitioner's immediate family.

**I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING. I UNDERSTAND THAT IF EITHER RESPONDENT OR I FAIL TO APPEAR AT THE FINAL HEARING, WE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED AT THAT HEARING.**

**I HAVE READ EVERY STATEMENT MADE IN THIS PETITION, AND EACH STATEMENT IS TRUE AND CORRECT.  I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE BEING MADE UNDER PENALTY OF PERJURY, PUNISHABLE AS PROVIDED IN SECTION 837.02, FLORIDA STATUTES.**

**THIS PETITION MUST BE SIGNED BY THE PETITIONER BUT IT IS NOT REQUIRED TO BE NOTARIZED IF IT IS FILED DURING THE SCOPE AND DURATION OF A STATE OF EMERGENCY DECLARED BY A GOVERNMENTAL ENTITY.**

Dated: _1/27/23_

_____
Signature of Petitioner
Printed Name: Reygan Bourgault
Address: 14 Beechwood dr
City, State, Zip: Key West FL 33040
Telephone Number: 786 426 0402
Fax Number: _____
Designated E-Mail Address(es): Reygan@
Reygan b.com

STATE OF FLORIDA
COUNTY OF __Monroe__

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization, this _27_ day of _Jan_ 2023 by _Reygan Bourgault_

_____
Signature of Notary Public - Deputy Clerk

_____
Printed/Typed/Stamped Commissioned
Name of Notary Public - Deputy Clerk

☐ Personally Known OR ☒ Produced Identification
Type of Identification Produced: _FL DL_

Florida Supreme Court Approved Family Law Form 12.980(n), Petition for Injunction for Protection Against Dating Violence (10/22)

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT,
IN AND FOR MONROE COUNTY, FLORIDA

Case No.: __23-DR-57-K_____
Division: __Key West Family Court_____

REYGAN BAURGAULT_____,
                        Petitioner,

and

ANTHONY HUBBARD
AKA JANUARY PRINCE_____,
                        Respondent.

# ORDER DENYING PETITION FOR INJUNCTION FOR PROTECTION AGAINST
## (  ) DOMESTIC VIOLENCE (  ) REPEAT VIOLENCE
## ( X ) DATING VIOLENCE (  ) SEXUAL VIOLENCE (  ) STALKING

The Court has reviewed the Petition for Injunction for Protection Against Domestic, Repeat, Dating, or Sexual Violence, or Stalking filed in this cause, and finds that Petitioner has failed to comply with one or more statutory requirements applicable to that petition, including the following:

1. _____Petitioner has failed to allege in a petition for domestic violence that Respondent is a family or household member as that term is defined by Chapter 741, Florida Statutes.
2. _____Petitioner has used a petition form other than that which is approved by the Court and the form used lacks the statutorily required components.
3. _____Petitioner has failed to complete a mandatory portion of the petition.
4. _____Petitioner has failed to sign the petition.
5. _JWM_ Petitioner has failed to allege facts sufficient to support the entry of an injunction for protection against domestic, repeat, dating, or sexual violence; or stalking because:
   **There are insufficient details, including dates of alleged incidents to support a determination of dating violence.**_____
   _____
   _____
   _____

6. _____Other: _____
   _____
   _____
   _____

It is therefore, ORDERED AND ADJUDGED that the petition is denied without prejudice to amend or supplement the petition to cure the above stated defects.

Florida Supreme Court Approved Family Law Form 12.980(b)(2), Order Denying Petition for Injunction for Protection Against Domestic Violence, Repeat Violence, Dating Violence, or Sexual Violence, or Stalking (03/15)

ego

Same

attention

Validation

Control


       




## Tantra Grillo · 3rd

Radio Personality at Podbean

 Podbean

University of Hawaii at Hilo

Honolulu County, Hawaii, United States · Contact info

500+ connections

( + Follow )  ( More )

## About

Radio personality, rapper, and emcee 'Tantra' is originally from Tustin, California. She decided to jump to Hilo for adventure and the stars. Intending to become an astronomer she ended up with her BA in Communications from UH Hilo in 06'. She entered the radio business in 2003 with KWXX in Hilo after program direc ...see more

## Featured



**Tantra | Hip Hop from**
ReverbNation
Sounds Like: Foxy Brow
Minaj Official, Lauryn H
Productions Bio: Born ii
heart, spoken word fror
the brain. Born and rais
recording music in San

## Activity

1,228 followers

**Tantra hasn't posted yet**
Recent posts Tantra shares will be displayed here.

Show all activity →

## Experience

A common example of a specific intent crime is **first degree murder**. A defendant is only guilty of this offense if he actually intended to cause someone's death. It is not enough for a district attorney to show that an accused shot, stabbed or poisoned someone. May 31, 2023

## What are "Specific Intent Crimes"? A defense lawyer explains

 shouselaw.com

https://www.shouselaw.com › blog › what-are-specific-in...

Search for: What kind of crimes require specific intent and how difficult is that to prove?

What is the defense of lack of intent?

Defenses Based on Lack of Intent

Insanity: If a defendant was unable to understand the nature of their actions or the consequences due to a mental illness or defect, they may be able to argue that they lacked the intent to commit the crime. May 11, 2023

*I called him a NIGER He came after me, B split I back after trying t provoke to hit first. He wanted to kill me that day*

## The Role of Intent in Criminal Defense Cases - Chambers Law Firm

**C** chamberslawfirmca.com

https://www.chamberslawfirmca.com › the-role-of-intent...

Search for: What is the defense of lack of intent?

What is the difference between motive intention and malice?

Motive is the ultimate object, with which an act is done, while intention is the immediate purpose. When an act is done with bad intention, it is called malice.

## Tort-Lawful Act and bad motive-Motive, Malice, Intention and ...

legalserviceindia.com

https://www.legalserviceindia.com › legal › article-575-t...

Search for: What is the difference between motive intention and malice?

## Specific and General Intent Crimes - LegalMatch



legalmatch.com

https://www.legalmatch.com › law-library › article › spec...

Search for: What crimes are easier to prove intent?

**What is the hardest thing to prove in court?**

Proving Intent in Court

This must be proven beyond a reasonable doubt to produce a guilty verdict. Since **intent is a mental state, it is one of the most difficult things to prove**. There is rarely any direct evidence of a defendant's intent, as nearly no one who commits a crime willingly admits it. Aug 1, 2016

## How is Criminal Intent Proved in Court?



gabriellawteam.com

https://www.gabriellawteam.com › what-is-intent-and-ho...

Search for: What is the hardest thing to prove in court?

**What kind of crimes require specific intent and how difficult is that to prove?**

A common example of a specific intent crime is **first degree murder**. A defendant is only guilty of this offense if he actually intended to cause someone's death. It is not enough for a district attorney to show that an accused shot, stabbed or poisoned someone. May 31, 2023

## What are "Specific Intent Crimes"? A defense lawyer explains

shouselaw.com

https://www.shouselaw.com › blog › what-are-specific-in...

Search for: What kind of crimes require specific intent and how difficult is that to prove?

**What are the 4 types of intention?**

What are examples of intent?

**Intent Sentence Examples**

- It wasn't my intent to hide anything from you.
- She glanced up and met his intent gaze.
- They put her through college and it was her intent to stay with them as long as they needed her.
- Finally, his intent gaze left the glass and found hers.
- Letting go of her chin, his intent gaze met hers.

## Intent Definition & Meaning | YourDictionary



yourdictionary.com

https://www.yourdictionary.com › intent

Search for: What are examples of intent?

#### What is intent and intention?

Intent and intention share meanings and overlap in use, but they are not completely interchangeable. Both words mean "**the thing that you plan to do or achieve : an aim or purpose.**" Often they can be used interchangeably: She thinks I'm trying to make things difficult for her, but that's not my intent/intention.

## "Intent" and "intention" | Britannica Dictionary



britannica.com

https://www.britannica.com › dictionary › intent-and-inte...

Search for: What is intent and intention?

#### What must be proven to convict?

The prosecution must prove **every element of the case against the defendant beyond a reasonable doubt.** The beyond-a-reasonable doubt standard is the highest evidence level the US courts require.

- Oaths. ...
- Euphemisms. ...
- Alluding to actions. ...
- Lack of Detail.

More items...

*sub words for more harsh word — alternatives — hinting at something that is known only to you & another — used to provoke me many time*

## The 10 Tell-Tale Signs of Deception - Fraud Magazine

FM

fraud-magazine.com

https://www.fraud-magazine.com › article

Search for: What are the 5 indicators of deception?

**What is a false statement made with deliberate intent to deceive?**

a false statement made with deliberate intent to deceive; an intentional untruth.

## Lie Definition & Meaning - Dictionary.com

dictionary.com

https://www.dictionary.com › browse

Search for: What is a false statement made with deliberate intent to deceive?

**What is the difference between motive and intent?**



Intent and motive focus on an individual's mental state. **Intent is concerned about an individual's decision to carry out a specific action. Motive is concerned about the underlying reason for carrying out that action.** The two concepts are often conflated. Aug 22, 2022

Direct intent and oblique intent

Direct intent: a person has direct intent when they intend a particular consequence of their act. Oblique intent: the person has oblique intent when the event is a natural consequence of a voluntary act and they foresee it as such.

## Intention (criminal law) - Wikipedia

W

wikipedia.org
https://en.wikipedia.org › wiki › Intention_(criminal_law)
Search for: What are the two forms of intention?

Do all crimes require intent?

With the overwhelming majority of crimes, defendants must act intentionally—or at least recklessly—in order to be guilty. Statutes that require intentional acts fall under the category of either "general intent" or "specific intent."

## General Intent Crimes vs. Specific Intent Crimes - Criminal Law - Nolo

nolo.com
https://www.nolo.com › legal-encyclopedia › general-vs-...
Search for: Do all crimes require intent?

What are the 5 indicators of deception?



**THE**
**"10"**
**Tell-Tale Signs of Deception**

- Lack of self-reference. Truthful people make frequent use of the pronoun "I" to describe their actions: "I arrived home at 6:30. ...
- Verb tense. Truthful people usually describe historical events in the past tense. ...
- Answering questions with questions. ...
- Equivocation. ... → ambiguous language to conceal the truth.

Search for: What is wrongful intent?

What is an example of intent to commit a crime?

Levels of Culpability

Intent: This is the explicit and conscious desire to commit a dangerous or illegal act. For example, if a person targets and assaults someone with the goal of inflicting harm on the victim, he is displaying criminal intent.

## The Four Types of Mens Rea - Bruno Law Offices

B.

tombruno.com

https://www.tombruno.com › articles › the-four-types-of...

Search for: What is an example of intent to commit a crime?

How can a plaintiff prove intent?

In other words, a plaintiff needs to prove that the defendant meant to hurt him or her, understood the actions would result in the harm, or acted without showing any caution. If you hit someone in order to hurt him, intent is straightforward.Oct 14, 2022

## Intentional Torts and Personal Injury Lawsuits - Justia



justia.com

https://www.justia.com › injury › intentional-torts

Search for: How can a plaintiff prove intent?

What is a real life example of motive?

Intrinsic motivation:

Picking up new hobbies that interest you. Following a self-care routine every day to feel better. Helping someone move from one house to another. Playing on a community sports team for fun.Oct 6, 2022

An intent to commit a crime can be proven with either **direct evidence or with circumstantial evidence**. Proving that a criminal defendant intended to commit a crime is often one of the most important parts of a case. It has to be proven beyond a reasonable doubt.Feb 10, 2022

## How to prove intent in court - A defense lawyer explains

shouselaw.com
https://www.shouselaw.com › blog › how-to-prove-inten...
Search for: How do you prove intent in law?

What is motive and intention in law?

The intention is the basic element for making a person liable for the crime, which is commonly contrasted with motive. Though we often use the two terms interchangeably these are different in the eyes of law. While **intention means the resolution of doing something**, motive regulates the object for committing an act.

## Difference between Intention and Motive - FREE LEGAL ADVICE

lawrato.com
https://lawrato.com › criminal-legal-advice › difference-...
Search for: What is motive and intention in law?

What is motive and opportunity crime?

As I was engrossed in an episode in series two, Steve and Kate outlined the three criteria that a suspect must fulfil to be convicted of a crime: Motive:a reason/ motivation to commit the crime. Means:the ability and tools necessary to commit the crime. Opportunity:adequate chance(s) to commit the crime.May 31, 2019

## Motive, Means and Opportunity – The Birmingham Graduate

bham.ac.uk
https://blog.bham.ac.uk › 2019/05/31 › motive-means-a...
Search for: What is motive and opportunity crime?

## Motivation and inspiration: Examples in life and work - BetterUp



betterup.com

https://www.betterup.com › blog › examples-of-motivati...

·Search for: What is a real life example of motive?

What is motive and opportunity crime?

As I was engrossed in an episode in series two, Steve and Kate outlined the three criteria that a suspect must fulfil to be convicted of a crime: **Motive:a reason/ motivation to commit the crime. Means:the ability and tools necessary to commit the crime. Opportunity:adequate chance(s) to commit the crime.**May 31, 2019

## Motive, Means and Opportunity – The Birmingham Graduate



bham.ac.uk

https://blog.bham.ac.uk › 2019/05/31 › motive-means-a...

Search for: What is motive and opportunity crime?

What is the hardest thing to prove in court?

Proving Intent in Court

This must be proven beyond a reasonable doubt to produce a guilty verdict. Since **intent is a mental state, it is one of the most difficult things to prove.** There is rarely any direct evidence of a defendant's intent, as nearly no one who commits a crime willingly admits it.Aug 1, 2016

## How is Criminal Intent Proved in Court?



gabriellawteam.com

https://www.gabriellawteam.com › what-is-intent-and-ho...

Search for: What is the hardest thing to prove in court?

What kind of crimes require specific intent and how difficult is that to prove?

**Capital felonies** are the most serious types of crimes. As a result, these offenses can lead to life imprisonment without parole or, if there are enough aggravating factors, to the death penalty. Premeditated homicide or killing a person while committing certain offenses are examples of capital felonies in Florida.

## Florida Felony Charges: Statutes, Definitions & Crimes

goldmanwetzel.com
https://www.goldmanwetzel.com › florida-felony-charges
Search for: What is the most serious felony in Florida?

What is the highest felony in Florida?

**Capital and life felonies** are the most serious crimes in Florida. Capital felonies are punishable by the death penalty. Life felonies are punishable by life imprisonment and a fine of up to $15,000.

## Felony Penalties - Bryce A. Fetter

brycefetter.com
https://brycefetter.com › resources › felony-penalties-flor...
Search for: What is the highest felony in Florida?

What is Florida 3 strikes law?

In Florida, the "Three Strikes Law" **applies only to violent repeat offenders or habitual felony offenders**. "Three strikes" refers to the amount of "strikes" an offender can have before they are subject to serious prison time, the third strike being the final "strike-out", so to say.

*He has committed >3 acts of meth!*

## Three Strikes Law and PRR Minimum Mandatory Sentencing in Sarasota ...

pallegarlawfirm.com
https://www.pallegarlawfirm.com › three-strikes-law-and...
Search for: What is Florida 3 strikes law?

## How To Write a Letter of Intent (With Template and Tips) | Indeed.com

indeed.com
https://www.indeed.com › career-advice › finding-a-job
Search for: Who needs a letter of intent?

Is intent enough to convict?

In Criminal Law, criminal intent, also known as mens rea, is **one of two elements that must be proven in order to secure a conviction** (the other being the actual act, or actus reus).

## intent | Wex | US Law | LII / Legal Information Institute

cornell.edu
https://www.law.cornell.edu › wex › intent
Search for: Is intent enough to convict?

What are the 3 types of intent?

*preplanned on all counts.*

Three types of criminal intent exist: (1) general intent, which is presumed from the act of commission (such as speeding); (2) specific intent, which requires preplanning and presdisposition (such as burglary); and (3) constructive intent, the unintentional results of an act (such as a pedestrian death resulting from ...

## Element of Intent in Criminal Law - Office of Justice Programs

ojp.gov
https://www.ojp.gov › ncjrs › virtual-library › abstracts
Search for: What are the 3 types of intent?

What is an example of motive and intent?

**Intent is the difference between trying to avoid a car collision versus aiming for the center and hitting the gas.** The intent describes a conscious decision to carry out a criminal act. If you stood to gain monetarily by causing the car accident, you would also have a motive for doing so.Mar 25, 2020

*He wanted my following*

Taking these things from me
was the prized outcome.

⌄

an the fact that I'm authenically
confident & honest.



Introduction. There are four types of intent that underlie all communication: **affirming, controlling, defending, and withdrawing**. Everyone displays all four types of intent, but the object of excellent communicators is an affirming intent.

# The Four Types of Intent - Communication Styles

communicationstyles.org

https://communicationstyles.org › the-four-types-of-intent

Search for: What are the 4 types of intention?

What are the 4 stages of intention?

*He knew it was wrong*

In this case, the Hon'ble Supreme Court held that the commission of an offence involves four stages; i.e. **intention, preparation, attempt and commission**. The first two stages of these offences would not attract culpability, however, the last two stages would attract it. Mar 11, 2022

*Blame — or Responsibility for a fault or wrong*

# All you need to know about stages of crime - iPleaders

ipleaders.in

https://blog.ipleaders.in › all-you-need-to-know-about-st...

Search for: What are the 4 stages of intention?

What is the process of intention?

Intention setting is the process of creating a clear and focused mental or emotional intention for a specific goal or outcome. It involves consciously directing your thoughts and energy toward a desired outcome or experience, with the aim of increasing the likelihood of achieving it. Mar 17, 2023

...........  .  .  is about your choices, actions, and your attention, and how you align those
......  the results you seek — it's about your energy.Jan 19, 2022

## How to Manifest Your Intentions With Reiki - The Chopra Center

chopra.com
https://chopra.com › articles › how-to-manifest-your-inte...
Search for: What are intentions manifestations?

What are the 3 types of intent?

Three types of criminal intent exist: (1) general intent, which is presumed from the act
of commission (such as speeding); (2) specific intent, which requires preplanning and
presdisposition (such as burglary); and (3) constructive intent, the unintentional results
of an act (such as a pedestrian death resulting from ...

## Element of Intent in Criminal Law - Office of Justice Programs

ojp.gov
https://www.ojp.gov › ncjrs › virtual-library › abstracts
Search for: What are the 3 types of intent?

Which of the following crimes require specific intent?

Some examples of specific intent crimes include assault (versus battery, a general
intent crime), theft, aggravated battery, and murder: Any event where someone had
intentionally committed a crime and the result of the crime.

## General Intent vs. Specific Intent Crimes | Half Price Lawyers

halfpricelawyers.com
https://www.halfpricelawyers.com › criminal-defense › g...
Search for: Which of the following crimes require specific intent?

What is the law word for intention?

## mens rea

motive | Wex | US Law | LII / Legal Information Institute

cornell.edu
https://www.law.cornell.edu › wex › motive
Search for: Do you need motive to convict?

What is the motive intention?

Intention refers to the **specific plan or goal a person has in mind** when they take an action, while motive refers to **the underlying reason or drive behind the action.** Intentions are conscious, while motives can be both conscious and subconscious.Mar 1, 2023

Difference **between Intention and Motive - Testbook**



testbook.com
https://testbook.com › key-differences › difference-betw...
Search for: What is the motive intention?

What is the difference **between motive intention and malice?**

Motive is the **ultimate object, with which** an act is done, while intention is the immediate purpose. When an act is done with bad intention, it is called malice.

Tort-Lawful Act and bad motive-Motive, Malice, Intention and ...

legalserviceindia.com
https://www.legalserviceindia.com › legal › article-575-t...
Search for: What is the difference between motive intention and malice?

What is lying with intent?

According to the intention to deceive the addressee condition, lying requires that a person make an untruthful statement to another person with the intention that that other person believe that untruthful statement to be true.Feb 21, 2008

*# Witnesses many Times*

*Refused to leave me / Constant emotional outburs in private then direct the...*

From: Zoey Hernandez

He once Said: "I cant be myself around you!"

My Reply - "That's because you're a phony!" And you know I'm not —

A popular example of indirect evidence is **seeing a person enter the room with wet clothes**. You could infer from the wet clothes that it was raining.

## Direct and Indirect Evidence of Discrimination - Busca Law Firm

mjbuscalaw.com

https://mjbuscalaw.com › ...

Search for: What is the best example of indirect evidence?

What are the 2 rules of intention?

What are the two rules governing intention? The two rules are (1) **keep intentions good** and, (2) **remember that the end does not justify the means**. The answers to the questions who, where, when, and how reveal what? These questions help reveal the circumstances of a particular moral act.

Rakuten:$5 Cash Backat Quizlet

## theology chapter 2-3 Flashcards - Quizlet



quizlet.com

https://quizlet.com › theology-chapter-2-3-flash-cards

Search for: What are the 2 rules of intention?

What are the 7 intentions?

I'm talking about a source of energy that lives within each of us. Paskin: Tell us about what you call the Seven Faces of Intention: **creativity, kindness, love, beauty, expansion, abundance, and receptivity.**

## Seven Secrets Of A Joyful Life - Wayne Dyer

drwaynedyer.com

https://www.drwaynedyer.com › press › seven-secrets-jo...

Search for: What are the 7 intentions?

What are the two forms of intention?

Google    describe the phrase alluding to actions

↪ Converse    Essay    Examples    Images    Videos    News    Books    Shopping    Maps

All filters ▾    Tools    SafeSearch ▾

✦    Generative AI is experimental. Info quality may vary.

"Allude" means to mention something indirectly or to hint at it. For example, if someone says "I'm interested in hearing more about the technology you alluded to a minute ago", they are referring to the technology but not saying it directly. ⌄

Here are some other ways "allude" can be used: ⌄

- Suggest or call attention to something indirectly.
- Recall something in a way that suggests a relationship with it.

Allude to Definition & Meaning - Merriam-Webster

What is the meaning of 'alluded to?' :...    Elude vs. Allude: What is the Differenc...

Aug 17, 2020

ⓡ Reddit    merriam-we...    merriam-we...

*an implied or indirect reference to a person, place, event, or thing or to a part of another text.*

*Allusion - Britannica.com*

↪ What is a word that means alluding to?    ↪ What is an example sentence for alluding?    ↪ What is the differenc

It generally means 'to reference something indirectly' or 'to hint at' It can also mean 'to mention without discussing at length'

Ubersuggest Extension    Disable    Enable

It looks like you're no longer using the Ubersuggest Chrome extension. We've automatically disabled it. You can turn it back on quickly by toggling the "Enable" button

Ⓢ IDP Connect
https://ielts.idp.com › Prepare for IELTS    ⋮

Grammar 101 | Elude vs Allude: Learn The Difference

*most allusions are based on the assumption that there is a body of knowledge shared by the author & the reader & that therefore the reader will understand the authors Refere*

ⓘ About featured snippets • ⊟ Feedback

People also ask    ⋮

What does it mean when someone is alluding to something?

phrasal verb

alluded to: alluding to: alludes to. : **to speak of or mention (something or someone) in an indirect way.** I'm interested in hearing more about the technology you alluded to a minute ago. Aug 31, 2023

merriam-webster.com
https://www.merriam-webster.com › dictionary

Allude to Definition & Meaning - Merriam-Webster

Search for: What does it mean when someone is alluding to something?

What is the definition of the action of mentioning or alluding to something?

a passing or casual reference; an incidental mention of something, either directly or by implication: The novel's title is an allusion to Shakespeare. the act of alluding: **the making of**

What are the 4 stages of intention?

In this case, the Hon'ble Supreme Court held that the commission of an offence involves four stages; i.e. **intention, preparation, attempt and commission**. The first two stages of these offences would not attract culpability, however, the last two stages would attract it.Mar 11, 2022

## All you need to know about stages of crime - iPleaders

ipleaders.in
https://blog.ipleaders.in › all-you-need-to-know-about-st...
Search for: What are the 4 stages of intention?

How do you prove intent to deceive?

Fraudulent intent is shown **if a representation is made with reckless indifference** to its **truth or falsity."** Intent can be reasoned from statements, conduct, victim testimony, and complaint letters, all of which can help demonstrate that the perpetrator knew that victims were being misled.Dec 14, 2022

## What's Intent Got to Do With It? - Fraud Examiner Article

acfe.com
https://www.acfe.com › fraud-examiner-archives › fraud...
Search for: How do you prove intent to deceive?

What kind of crimes do not require criminal intent?

Not all crimes need such an exacting mens rea. For some, the act itself is enough for you to be convicted. Statutory rape, selling alcohol to minors and driving while intoxicated are strict liability crimes. In other words, **strict liability crimes** are ones for which you don't need to have intent to commit.

## When Intent Doesn't Matter: Strict Liability Crimes and Torts

icc

injuryclaimcoach.com
https://www.injuryclaimcoach.com › strict-liability-crimes

In Criminal Law, criminal intent, also known as **mens rea**, is one of two elements that must be proven in order to secure a conviction (the other being the actual act, or actus reus).

### intent | Wex | US Law | LII / Legal Information Institute

LII

cornell.edu

https://www.law.cornell.edu › wex › intent

Search for: What is the law word for intention?

What are the 4 types of circumstantial evidence?

*what they saw w/o witnessing the creime itself.*

Four examples of circumstantial evidence include **physical evidence, human behavior, indirect witness testimony, and scientific evidence**. A combination of these forms of evidence is often enough to convict someone, but they are still not as powerful as a direct witness of the crime. Feb 20, 2022

### Circumstantial Evidence | Definition, Types & Examples - Study.com

study.com

https://study.com › learn › lesson › circumstantial-eviden...

Search for: What are the 4 types of circumstantial evidence?

What are 4 examples of circumstantial evidence?

Circumstantial Evidence

- Eyewitness testimony that a person was seen fleeing from the scene of a crime;
- A person's fingerprints found at the scene of the crime alongside other people's fingerprints;
- An audio recording of the defendant stating his or her intent to commit a crime before the alleged crime actually occurred;

More items...

Feb 17, 2023

Intent: This is the explicit and conscious desire to commit a dangerous or illegal act. For example, if a person targets and assaults someone with the goal of inflicting harm on the victim, he is displaying criminal intent.

## The Four Types of Mens Rea - Bruno Law Offices
**B.**

tombruno.com

https://www.tombruno.com › articles › the-four-types-of...

Search for: What is an example of intent to commit a crime?

### What is willful malice?

a conscious, intentional wrongdoing either of a civil wrong like libel (false written statement about another) or a criminal act like assault or murder, with the intention of doing harm to the victim. This intention includes ill-will, hatred or total disregard for the other's well-being.

## malice - Legal Dictionary | Law.com

law.com

https://dictionary.law.com › Default

Search for: What is willful malice?

### What is willful and malicious intent?

"Willful" means that a person intended to inflict the injury or engaged in conduct he knew was likely to cause injury. "Malicious" means an act is done without just cause or excuse, even if it is not motivated by ill will. Nov 30, 2021

## Understanding the "Willful and Malicious Injury" Exception to Debt ...

bankruptcypower.com

https://www.bankruptcypower.com › blog › understandi...

Search for: What is willful and malicious intent?

### How do you prove intent in law?

## Motive When Not an Element of Charged Crime



nycourts.gov

https://www.nycourts.gov › judges › cji › 1-General

Search for: What is the difference between criminal intent and motive to commit a crime?

### What is willful intent in law?

An act is done "willfully" if done voluntarily and intentionally and with the specific intent to do something the law forbids. There is no requirement that the government show evil intent on the part of a defendant in order to prove that the act was done "willfully." See generally United States v. Gregg, 612 F. Jan 21, 2020

## 910. Knowingly and Willfully | JM - Department of Justice

justice.gov

https://www.justice.gov › archives › criminal-resource-m...

Search for: What is willful intent in law?

### What kind of crimes do not require criminal intent?

Not all crimes need such an exacting mens rea. For some, the act itself is enough for you to be convicted. Statutory rape, selling alcohol to minors and driving while intoxicated are strict liability crimes. In other words, strict liability crimes are ones for which you don't need to have intent to commit.

## When Intent Doesn't Matter: Strict Liability Crimes and Torts

ICC

injuryclaimcoach.com

https://www.injuryclaimcoach.com › strict-liability-crimes

Search for: What kind of crimes do not require criminal intent?

### What is an example of intent to commit a crime?

Levels of Culpability

*Handwritten note:* Has a history w/ his discharge from the military and his x Plus girls in fear. All living in fear.

## Intent vs Motive: What's the Difference? | Wilson Criminal Defence



wilsoncriminaldefence.com
https://wilsoncriminaldefence.com › intent-vs-motive
Search for: What is the difference between motive and intent?

**What is an example of constructive intent?**

Constructive intent exists when the consequences of a reckless act should be anticipated, even though not intended when it occurs. **Killing somebody while driving drunk is a good example.**

## What is constructive intent? - Quora

Q

quora.com
https://www.quora.com › What-is-constructive-intent
Search for: What is an example of constructive intent?

**What is an example of indirect intention?**

Indirect intention is referred to as "dolus indirectus". This is where you want a specific outcome, but know that your action could also result in another outcome, but you nevertheless proceed with your unlawful conduct. Say for example a person wants to shoot a particular person in a crowded restaurant.

## Dolus Eventualis and the Oscar Pistorius verdict. - Find an Attorney

✛

findanattorney.co.za
https://www.findanattorney.co.za › content_dolus-eventu...
Search for: What is an example of indirect intention?

What is the difference between criminal intent and motive to commit a crime?

Thus, a person commits a criminal act with intent when that person's conscious objective or purpose is to engage in the act which the law forbids or to bring about an unlawful result. Motive, on the other hand, is the reason why a person chooses to engage in criminal conduct.

EgOIC control      —

→

*[Handwritten note: (UNICATION)] gathering info for Round 2 Req. for Rest. order*

**From:** Reygan Bourgault
**Sent:** Friday, March 10, 2023 5:49 PM
**To:** centralrecords@keysso.net
**Cc:** reyganlea96@gmail.com
**Subject:** Re: Records for the Following Address/People

I need the call logs for the sheriff for the restraining order petition... and I am certain there is a record on Anthony because he was arrested at my home for damaging my property...

Sent from Samsung Galaxy smartphone.
Get

**From:** Reygan Bourgault
**Sent:** Friday, March 10, 2023 9:08:52 AM
**To:** centralrecords@keysso.net <centralrecords@keysso.net>
**Cc:** Reyganlea96@gmail.com <Reyganlea96@gmail.com>
**Subject:** Records for the Following Address/People

Thank you for taking my call and providing the information today. I appreciate your assistance, truly.

The person who I need the info we spoke of for is:

Anthony Hubbard
January Prince
DOB: 01/16/1987
B/M/36yo

Address in Question: 14 Beechwood Dr 33040
Search Date Range: 3/1/22 - current

Please provide any logs or reports or otherwise associated with this person in Monroe County, as well as the same for the address. I would like to receive it via email on this address please. Cc my secondary email just in case, it's reyganlea96@gmail.com

Thank you so much!


**Reygan Bourgault**
**HealthUp Coaching & Mentoring,**
**Holistic Empowerment Specialist**
**954-667-3477**
http://reygan360.com

Hard Drive/SSD Infor...

*Repeatedly Computer Crashed 4 times*

D/SSD 1 :

| | |
|---|---|
| Type | ATA |
| Model | SAMSUNG MZNLN128H |
| Firmware Version | MVT23H3Q |
| Serial Number | S3T8NX0K850921 |
| Capacity | 119 GB |
| LBA48 | Supported |
| SMART | Enabled |
| Sector Type | 4k/512e |
| SSD Wear Percentage | 6 |
| Temperature | 38°C |

8/13/23
Computer ↓ 2 wks nearly
crashed out of nowhere.

IN THE CIRCUIT/COUNTY COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA

STATE OF FLORIDA,
v.

CASE NUMBER: 23 CF 30 A PK

**Hubbard, Anthony Thomas**

DEFENDANT

**NO CONTACT ORDER**

*[handwritten notations: NEW AGG BAT / 2nd / AGG BAT POSS COC EQUIPMENT / CASE / Repeat offender]*

Per Florida Statute 903.047, as a condition of Pretrial Release, the defendant is ordered to have no contact with the victim(s), **Revgan Lea Bourgault.**

No Contact includes the following prohibited acts:

___ ☑ ___ Communicating orally or in any written form, either in person, telephonically, electronically, or in any other manner, either directly or indirectly through a third person, with the victim or any other person named in the order. If the victim and the defendant have children in common, at the request of the defendant, the Court may designate an appropriate third person to contact the victim for the sole purpose of facilitating the defendant's contact with the children. However, this subparagraph does not prohibit an attorney for the defendant, consistent with rules regulating The Florida Bar, from communicating with any person protected by the no contact order for lawful purposes.

___ ☑ ___ Having physical or violent contact with the victim or other named person or his or her property.

___ ☑ ___ Being within 500 feet of the victim's or other named person's residence, even if the defendant and the victim or other named person share the residence.

___ ☑ ___ Being within 500 feet of the victim's or other named person's vehicle, place of employment, or a specified place frequented regularly by such person, located at _____ .

Pursuant to Florida Statute 741.29, a person who willfully violates a condition of pretrial release, when the original arrest was for an act of domestic violence as defined in Florida Statute 741.28 or dating violence as defined in Florida Statute 784.046, commits a misdemeanor of the first degree, punishable as provided in Florida Statute 775.082 or 775.083, and shall be held in custody until his or her first appearance.

This bond condition/pretrial release condition shall automatically be vacated upon a prosecutorial Decline/No Action/Nolle Prosequi of the charge(s) resulting from defendant's arrest in this case, unless otherwise modified by court order.

**DONE AND ORDERED** in Open Court at **KW/MR/PK**, Monroe County, Florida this **8ᵗʰ** day of **May, 2023.**

_____
Judge

Copies to:
Clerk of Court (original)
State Attorney
Defense Attorney
MCSO Records
KWPD Records
Defendant
Pretrial Services



non Hearsay-

Robert yelled at
Jan to "get the Fuc
out of this house
NOW JANUARY!"

after seeing a disgusting
look of pure
satisfaction on his face
- to which he stated he
would testify to -
because January needs
help desperately and
is not good for any
community for
the reason she is a ungo
COVERT NARCISSIST

**OFFICE OF THE STATE ATTORNEY**
SIXTEENTH JUDICIAL CIRCUIT

| **Dennis W. Ward** | 530 Whitehead Street, Suite 301 | **(305) 292-3400** |
| State Attorney | Key West, Florida 33040 | Fax(305) 294-7707 |

May 9, 2023

Reygan Lea Bourgault
14 Beechwood Drive
Key West, FL 33040

Re: *State of Florida vs. Anthony ~~Thomas~~ Hubbard*
Case Number 2023TN01432AK

Dear Ms. Bourgault:

The State Attorney's Office represents the state in the criminal matter pertaining to the above referenced case. Our office understands the Criminal Justice System can be confusing and frustrating to those unfamiliar with the justice process. Therefore, we have established a special Victim Assistance Unit to assist you with any questions you may have about your rights in the justice process and to give you updated information concerning the case, including court dates. The enclosed Guide to the Criminal Justice System explains the basic steps of a case.

Currently, the case is scheduled for an Arraignment Hearing on **May 19, 2023, 1:30 PM at the Freeman Justice Center, Courtroom F, 302 Fleming Street, Key West, FL.** You are not required to attend hearings unless subpoenaed. However, if you want, you may attend the hearings. Give me a call the day before the hearing so I can confirm that the date has not changed.

Please fill out and return the attached Victim Impact Statement. This statement will aid our Office in understanding how this crime has affected you and help us in the prosecution of this case. Your cooperation is requested in returning this form as quickly as possible. If you have not already been contacted by our office, please call to schedule an interview.

There are laws to protect you as a State Witness. If you are intimidated, harassed or threatened in any manner regarding involvement in this case, contact your local law enforcement agency and our office immediately.

The Criminal Justice System cannot be a responsible one without your participation. I hope the information and services available to you will answer many of the questions you may have about this case. Your cooperation is greatly appreciated.

Sincerely yours,

*Valerie Thomas*

Valerie Thomas
Victim Advocate

Enclosures: Victim Information Sheet, Criminal Justice System Brochure, and Victim's Rights Brochur

which day? 10th, 9th

(15h)
June 16th 2023

- I called Brett after calls + texts (5) gave him 3 names (day before) about me + kid threats (prison)

C. Brett called -
Cool log to
(Possible Barker Act)

Joey Person to · Meet w/ Brett
Curtis office · said NO ! DON'T
WANT TO JOIN "your side" in
MISSION (See his statement email (possibly) to?· Attorney General)

3 Names Given in 2 day Fourth
· R.Spot + Tyler Wilson
· Steve Ilama

OFFICE OF THE STATE ATTORNEY,
SIXTEENTH JUDICIAL CIRCUIT
**Dennis W. Ward**
State Attorney

530 Whitehead Street, Suite 301
Key West, Florida 33040

**(305) 292-3400**
Fax(305) 294-7707

STATE OF FLORIDA
This copy is a True Copy of the
Original on file in this Office. Witness less
of said clerk in hereof and effec fisc
A. D. 20___ day ____

KEVIN MADOK, CPA
Clerk Circuit Court

By: ____
Deputy Clerk

( Bribery )

To:
Re: The Honorable Kevin Madok, Clerk of Court
*State of Florida vs. Reygan Lea Bourgault*
Case Number: 2022CF00677AK  — AK - is code case#
Charge(s): 1) Possession of Cocaine 893.13(6)(a) (3 F)   for conspiracy
2) Possession of Paraphernalia (Use) 893.147 1b (1 M)   victims /
cases

## N O L L E   P R O S E Q U I   A L L   C O U N T S

The State of Florida hereby enters a Nolle Prosequi in this case for the following reasons:

Undersigned has investigated more since the intake in this case. From the videos in the case, it appears the case would fall afoul of *US v. Rodriguez* and not survive a motion to suppress. In addition since the drugs were seized in October 2022, no submission was ever done for testing at FDLE.

/S/Charles M. Britt III
Charles M. Britt III
Assistant State Attorney
Florida Bar No. 0017944
cbritt@keyssao.org

Date: ___6/14/23___

cc:     Jail records
Warrants
PTS



**ASHLEY MOODY
ATTORNEY GENERAL
STATE OF FLORIDA**

OFFICE OF THE ATTORNEY GENERAL
Division of Victim Services and Criminal Justice Programs
Bureau of Victim Compensation

The Capitol, PL-01 • Tallahassee, FL 32399-1050
Office: (800) 226-6667 • Fax: (850) 414-6197 or (850) 487-1595
Providers: (850) 414-3331 • TDD Florida Relay: (800) 955-8771
Website: myfloridalegal.com • Email: vcintake@myfloridalegal.com

August 01, 2023

Reygan Bourgault
14 Beechwood Dr
Key West, FL 33040

Dear Reygan Bourgault:

The Office of the Attorney General has received your claim for **Domestic Violence** benefits. However, additional information is needed from you before your claim can be processed. The enclosures indicated below must be completed and either faxed or mailed to the Bureau of Victim Compensation no later than **August 31, 2023**.

• **Please provide Marriage Certificate.**
• **Proof that the offender and victim are or have in the past resided together as if a family, or are parents of a child in common.**
• **Proof of the offender's release date from jail/prison.**

Please indicate your name and claim number whenever you contact this office. It is your responsibility to notify this office whenever your address or telephone number changes. Incorrect information will delay the processing of your claim. If you have any questions about your claim, please call me at the number provided above.

Sincerely,

**Caitlin Bass**, Domestic Violence Analyst

Victim:Reygan Bourgault
BVC Analyst:Caitlin Bass

Claim Num:2023-301152 DV
Crime Date:05/07/2023

FORM BVC201DV (1/1999) Revised (3/2021)          DOCUMENT 8/1/2023

*phone call —*
*Kristina — "oh well, sorry!*
*it's not my Responsibility."*
*M. — lady was rude*
*Anna Hubich and not helpful to me.*



OFFICE OF THE ATTORNEY GENERAL
Division of Victim Services and Criminal Justice Programs
Bureau of Victim Compensation

**ASHLEY MOODY**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

The Capitol, PL-01 • Tallahassee, FL 32399-1050
Office: (800) 226-6667 • Fax: (850) 414-6197 or (850) 487-1595
Providers: (850) 414-3331 • TDD Florida Relay: (800) 955-8771
Website: myfloridalegal.com • Email: victimbvc@myfloridalegal.com

## NOTICE OF INELIGIBILITY

*[handwritten: Denied DV Benefits  8/1/23  Reygan's Eligibility letter per email]*

August 10, 2023

Reygan Bourgault
14 Beechwood Dr
Key West, FL 33040

Dear Reygan Bourgault:

Your claim for domestic violence relocation benefits was determined ineligible on August 10, 2023. This notice is to advise that your claim for compensation has been denied for the following reason(s):

Based on information received, there is no proof that a compensable domestic violence crime occurred. [§ 960.198(2)(a), Fla.Stat.]
The application or expense worksheet was not certified by a certified domestic violence center in this state. [§ 960.198(2)(c), Fla.Stat.]
The claimant/applicant did not provide proof of relocation expenses. [§ 2A-2.2002 (4)(c) F.A.C.]
The application was filed beyond the statutory filing period. [§ 960.07(2), Fla.Stat.]

This office reserves the right to make additional denial and/or eligibility determinations in the future. No response to this notice is needed unless you wish to request a hearing. Pursuant to F.S. 960.09(3), you may request a hearing by completing the enclosed Hearing Request form and returning it within sixty (60) days of the date of this notice.

Please indicate the name and claim number provided at the end of this letter whenever you contact this office. If you have any questions about your claim, please call me at the number provided above. TDD users may call through the Florida Relay Service using number 1-800-955-8771.

Sincerely,

Caitlin Bass, Domestic Violence Claims Analyst

**Victim:** Reygan Bourgault                    **Claim Num:** 2023-301152DV
**BVC Analyst:** Caitlin Bass                    **Crime Date:** 05/07/2023

FORM BVC210D (1/2000) Revised (9/2014)          DOCUMENT 8/10/2023

Re: 14 Beechwood Rent

**Stacy Ryan** <stacy.wendyzintsmasterandteam@gmail.com>
Tue 7/18/2023 9:02 AM
To:Reygan Bourgault <reygan@reyganb.com>

📎 2 attachments (8 MB)
Bourgault,_2022,_2023.pdf; Truman W9, Mar 24, 2023.pdf;

The requested attchments



manager
1205 Truman Avenue    Key West, FL 33040
cell (305) 26-4154    office (305) 292-2243 x111

On Tue, Jul 18, 2023 at 8:58 AM Reygan Bourgault <                    > wrote:

Working on it... I cant find the W9 or the lease, can you send it? It's part of the violence victims places. So they'll issue a check quickly once I get the docs sent completely.

*[handwritten: Victims assist. Newer came through afterall]*

*[handwritten: See august statement. Couns organiz. to Nega]*

**From:**
**Sent:** Monday, July 17, 2023 9:17 AM
**To:** .
**Subject:** 14 Beechwood Rent

Good morning Reygan-

Your rent for the month of July was due on 7/1/23 and as of today, 7/17/23, we still do not have it. You are in violation of your lease and I need rent turned in as soon as possible.  When will rent be

turned into my office?

Please note that your lease expires at the end of August but you previously used your last month's rent so your final month's rent will be due on 8/1/23.

Thank you,



manager
1205 Truman Avenue    Key West, FL  33040
cell (305) 203-3154    office (305) 292-2244 x111

**From:** Zoey Hernandez
**Sent:** Monday, August 28, 2023 1:17 PM
**To:** Reygan Bourgault
**Subject:** Re: COMPLETE FILE REQUEST FOR ASSISTANCE - URGENT

Hi Reygan,

I tried to give you a call a few weeks ago to follow up. I spoke with your property manager about on

→L she advised via phone call
that she contacted the prop.
mgmt co. Truman - Stacy. (NO PHONE/INTERNET)
As I was unable to be reached -
Zoey asked Stacy for $ past due $
if she would allow this org.
to remit payment.
Stacy then stated they weren't
going to evict us, but payment/
or none, the lease ended on
8/31 and I would have to leave
then either way. & implied homelessness
Zoey declined $$

*[handwritten top right: Samuels House]*

**From:** Zoey Hernandez
**Sent:** Monday, August 28, 2023 1:17 PM
**To:** Reygan Bourgault
**Subject:** Re: COMPLETE FILE REQUEST FOR ASSISTANCE - URGENT

Hi Reygan,

I tried to give you a call a few weeks ago to follow up. I spoke with your property manager about on August 3rd to request an updated late notice. I then tried to call after we spoke with her but I was able to reach you.

After speaking with your property manager it was determined that payment of past due rent will not prevent your household from becoming homeless. Due to this we are unable to assist at this time.

We suggest locating new housing.. In the event you are able to locate new housing we may be able to assist with your first months rent if we have funds available.

Thank you.

On Mon, Aug 28, 2023 at 9:16 AM Reygan Bourgault <                    > wrote:

I never heard back from anyone... is there anything that can be done? Please advise asap.

*[handwritten: 10/18 - Day of Removal - Shelter Petition claimed they tried/failed to help me find shelter for background & history - Not True! See Background Check 9/27/23]*

Sent from            for Windows

**From:**
**Sent:** Tuesday, August 1, 2023 6:48 PM
**To:**
**Subject:** RE: COMPLETE FILE REQUEST FOR ASSISTANCE - URGENT

Ok I'll see where they are and forward them shortly. The owners son came to town apparently to "handle this situation" so I am guessing the court process. I'm not sure. How soon can we get the information? Please tell me it's quick?

And can you send me a statement I can provide to the manager? Something that says [with enthusiasm of likelihood] so at the very least it buys me some time...

**From:** Zoey Hernandez
**Sent:** Monday, August 28, 2023 1:17 PM
**To:** Reygan Bourgault
**Subject:** Re: COMPLETE FILE REQUEST FOR ASSISTANCE - URGENT

*Denied. No follow up after 3wks.*

Hi Reygan,

I tried to give you a call a few weeks ago to follow up. I spoke with your property manager about on August 3rd to request an updated late notice. I then tried to call after we spoke with her but I was able to reach you.

After speaking with your property manager it was determined that payment of past due rent will not prevent your household from becoming homeless. Due to this we are unable to assist at this time.

*often they use comments - leading to tell tale info*

We suggest locating new housing.. In the event you are able to locate new housing we may be able to assist with your first months rent if we have funds available.

*Knowing I didn't have a solid phone line then*

Thank you.

On Mon, Aug 28, 2023 at 9:16 AM Reygan Bourgault <                    > wrote:

I never heard back from anyone... is there anything that can be done? Please advise asap.

Sent from        for Windows

---

**From:**

*2 months for phone to arrive.*

*(NOT) X*

*USPS apparently delivered ct to 14 Beechwood St in Key West — but I couldn't ever locate that similar address myself.*

**From:** Zoey Hernandez
**Sent:** Monday, August 28, 2023 1:17 PM
**To:** Reygan Bourgault
**Subject:** Re: COMPLETE FILE REQUEST FOR ASSISTANCE - URGENT

Hi Reygan,

I tried to give you a call a few weeks ago to follow up. I spoke with your property manager about on August 3rd to request an updated late notice. I then tried to call after we spoke with her but I was able to reach you.

After speaking with your property manager it was determined that payment of past due rent will not prevent your household from becoming homeless. Due to this we are unable to assist at this time.

We suggest locating new housing.. In the event you are able to locate new housing we may be able to assist with your first months rent if we have funds available.

Thank you.

On Mon, Aug 28, 2023 at 9:16 AM Reygan Bourgault <                    > wrote:

I never heard back from anyone... is there anything that can be done? Please advise asap.

Sent from        for Windows

---

**From:**
**Sent:** Tuesday, August 1, 2023 6:48 PM
**To:**
**Subject:** RE: COMPLETE FILE REQUEST FOR ASSISTANCE - URGENT

*Stacey offered too many details that caused process denial. She would've been paid plus late*

## Parent Copy of Student Documentation

Use this page to obtain copies of records from your student's previous or current school that are needed by Pearson Virtual Schools. **Check ONLY the items needed and send the form to your student's previous or current school.** You will need to pay any copying costs. Once you receive these records, **forward them to Pearson Virtual Schools** using the submission instructions on the Document Cover Page. If you are unable to obtain the necessary documents, contact the Academic Placement Advising team at 1-800-382-6010.

## DO NOT RETURN THIS FORM TO PEARSON VIRTUAL SCHOOLS.

Name of Student: _Kyle Bourgault_          Date: _8/24/23_

Name of School: _Gerald Adams Elem._

Address of School: _College St. Key West Fl 33040_

**To Whom It May Concern:**

I am the parent and/or legal guardian of the above-named student. I am looking at educational options for my student and would like a copy of the item(s) checked below:

- [x] Progress report or report card from current marking period
- [x] End-of-year report card
- [x] UNOFFICIAL transcript
- [x] State or other standardized test scores
- [x] Gifted evaluation or designation letter
- [x] Most recent IEP, all IEP amendments, or formal exit documentation
- [x] Most recent evaluation report(s) (May refer to eligibility report, MET, psychological assessment, or supporting evaluation)
- [x] 504 plan and supporting documents

**Please do not withdraw this student from your school on the basis of this request.**

The records can be sent to my address or fax number below.

Signature of Parent/Legal Guardian: _____

Name: _Keygan Bourgault_   Phone Number: _786 426 0407_   Fax Number: _____

Address: _14 Beechwood Dr    Key West FL 33040_

_immunization
proof of address_

Statement on 1st
zoom w/ Stephanie & Amy
(Wigley House)
why he waited to 10/26
I stated attorney was wrong
+ not trying to help me...
Amy said - "maybe he had to
wait until after the
dependency doc was filed"
Evidence ( KNOWLEDGE THE COURT PROCESS
of — WELL)
↑
involvement

I know he should've
filed the denial of Demand
to dismiss w/ evidence
⤵ PRIOR to dependency.

S Albury said - 10/19 - you can show
your evidence at trial -
lied - based on online info of
statutes / procedures

*trying to or get aid help*

*NO*

*9/27/23*

# Monroe County
## Social Services

## Low Income Home Energy Assistance Program ( LIHEAP)

| Address: | Name : 9/27/23 |
|---|---|
| Historic Gato Building | Date: Reagan Bourgault |
| 1100 Simonton Street, Suite 1-190 | Phone: 780-426-0402 |
| Phone: 305-292-4408 | Email: Reagan@Reaganb.co |
| Fax: 305-292-4410 | |
| holtzermann-franziska@monroecounty-fl.gov | |
| Sanchez-Maresa@MonroeCounty-FL.Gov | |

**Required documents for assistance with  LIHEAP ( electric bill help)**

- Completed Application (with signatures from all adults )
- Current electric Bill
- Photo ID (Adult Members 18 & Older)
- Social Security Cards for All Household Members
- Birth Certificate for Children
- Copy of Current Lease or proof of ownership

*emailed 1 statement*

- Copy of most recent rent receipt or rental ledger
- Copy of current certification letter from Public housing / Section 8 , if

*NA* applicable
  -applicants must pay the monthly utility allowance/ reimbursement amount prior to Liheap determining eligibility

- DCF Award letter for food stamps (if applicable)
- Proof of Income for All Household Members, for the past 30 days including, but not limited to:

*Pending statement emailed*

  - Current Year Disability and/or SSI Benefits Statement
  - Current Year Senior Citizens: Retirement Benefits Statement
  - Current Pay Stubs (consecutive pay stubs for last 30 days of employment)
  - Current Unemployment Wage Determination Statement
  - Current Pension Printout
  - Current Child Support Verification Printout
  - Current AFDC Verification Printouts
  - Current Veteran Benefits
  - Current Worker Compensation Benefits

*I wondered how they knew about the eviction before I told them. - See Eviction Final Writ possession \Vor (How) - transmission is Shared - incl. Westinghouse*

 

# County of Monroe
## The Florida Keys

# **Self-Declaration of Income**

### (Adult household members 18 years and older)

Please list your income for the past 12 months, on a month-by-month basis.  Include all sources of income to include wages and salaries before deductions, regular payments form Social Security, Unemployment Compensation, Worker's Compensations, VA Payments, Child Support, TANF, SSI, SSD, private pensions, government pensions, net rental income, dividends, interests, net royalties, periodic receipt from estates or trust, net gambling, or lottery winnings.

_Reygan Bourgault_
Name

9/23 $175.00  I
Month/Year
+$744/mon
→ Child support
+$250

8/23
Month/Year

7/23  CS 744
+ 450
Month/Year

6/23 CS 744 + 690
Month/Year

5/23 CS 744 + 780
Month/Year

4/23  CS 744 + 650
Month/Year

3/23  CS 744 + 32
Month/Year

2/23 CS 744 + 450
Month/Year

1/23  CS 744 + 390
Month/Year

_____
Month/Year

_____
Month/Year

_____
Month/Year

Client Signature                          Date  9/27/23

Staff Signature                           Date

Similarities
between
Restraining Order
Requests

Cristina —
vs
[signature]

Manipulation

Delivering a
professional edge for **35** years

BPD - Borderline Personality Disorder
characterized by —

manipulation
control
lying fear
deflecting
projecting
anger/rage/anger

ill mindset
untrustworthy

(2) I believe Anthony took to
me and our Relation ship
on a mission of Pre-Militia
- w/ CRISTIAN - acts of Premilitiain
NICARAGUA
Political

- Both of which have
been known to have done,
set up, or otherwise took
part inthe same activitie
previously.


- At Hubbard - Honorably
dis charged with forced
resignation for acts PRE MILITIA
- X-girlfried Fled Hawaii to get
away from him. Then he
followed when he found her

③

~~When~~ he is the cause of her music career in HI being destroyed.

/ this is His M.O.

He does this for sport.

he intimidated 30 girls on this island, terrified to go against him.

Others still enamered by the Value (stage I) of NaRCissistic abuse see VT DR Ramani —

4) He was a completely different person one moment to the next (seemingly) sweet & helpful 1 moment then suddenly he was like a glass eyed angry zombie.

Devalue came almost immediately when May/Ju came around.

They both called D↔F and lied out of childlike rebellion "not getting their way."



# MONROE COUNTY SHERIFF'S OFFICE
## RICHARD A. RAMSAY, SHERIFF

| Central Records | Records Division | Records Division | Records Division |
|---|---|---|---|
| 5525 College Road | 20950 Overseas Highway | 3103 Overseas Highway | 50 High Point Rd Ste 100 |
| Key West, Florida 33040 | Cudjoe, Florida 33042 | Marathon, Florida 33050 | Tavernier, Florida 33070 |
| Phone: 305-292-7050 | Phone: 305-745-3184 | Phone: 305-289-2430 | Phone: 305-853-3211 |
| Fax: 305-292-7074 | Fax: 305-745-3761 | Fax: 305-2892497 | Fax: 305-853-3205 |

Check to be completed for:   Reygan Lea Bourgault                                    Date:   8/4/2023

## ***** THIS IS NOT TO BE USED FOR IDENTITY PURPOSES *****

| Last name: | First name: | Middle name: | Date of Birth | Race / Sex |
|---|---|---|---|---|
| Bourgault | Reygan | Lea | 5/14/1981 | W/F |

A Local Records Check search has been completed.  As of this date, the search includes a check of those arrest records currently existing in the computer filing system with the Monroe County Sheriff's Office.

**PLEASE NOTE:**

This information may not be inclusive.  For more complete information you may contact the Florida Department of Law Enforcement Public Records Office at (850) 410-8106 or you may obtain an FCIC Record Check through the Internet at *www2.fdle.state.fl.us.*  See FDLE web site for fees.

☐ No warrants or arrest records found in our computer system at this time.  Our search does not include traffic citations or out of county incidents.

☒ Arrest record has been found with this office.  Listed below are the dates and charges.  Dispositions may be obtained through the Monroe County Clerk of the Court.

☐ The above named subject is indicated in our system, however, the Florida Department of Archives record retention period for this document has expired.  Please contact the Florida Department of Law Enforcement Public Records Office for further information.

| Date | Charge |
|---|---|
| | see attached |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Completed by:   Laurie Reinson Records Clerk                     Date:   8/4/2023

**Monroe County Sheriff's Office
CENTRAL RECORDS
5525 College Rd.
Key West, FL. 33040**




# M.C.S.O. Arrest Search Result



## REYGAN LEA BOURGAULT



Race: W  Gender: F  Date of Birth: 05/14/1981  Age: 42

Arrest Date: 11/17/2022  Arrest #: MCSO22WAR002697  Offense #: KWPD22OFF04493
Charges:

- 1  F  893.13.6a  DRUGS-POSSESS - CNTRL SUB WO PRESCRIPTION
- 1  M  893.147.1  DRUG EQUIP-POSSESS - AND OR USE

Officer/Agency: KEY WEST, POLICE - Monroe County Sheriff's Office Bond Amount: $ 30000



**The Monroe County Sheriff's Office is a state and nationally accredited law enforcement agency.**



Follow us:

  

Download our app:

 

Accessibility Policy
The Monroe County Sheriff's Office is committed to providing access to all individuals—with or without disabilities—seeking information on Keysso.net. To provide this information, we've built Keysso.net to conform to American with Disabilities Act (as amended). The ADA requires that all individuals with disabilities have access to, and use of, information and data comparable to that provided to individuals without disabilities, unless an undue burden may be imposed on us.
If you use assistive technology (such as a screen reader, eye tracking device, voice recognition software, etc.) and have difficulty accessing information on Keysso.net, please contact us and provide the URL (web address) of the material you tried to access, the problem you experienced, and your contact information. We'll contact you and attempt to provide the information you're seeking.
You may contact us by telephone at (305) 292-7000 or via email web@keysso.net.

Links to Third Party Websites
Some pages on this website may contain links to third party sites not operated by the Monroe County Sheriff's Office. These sites may not adhere to ADA standards. The Monroe County Sheriff's Office is not responsible for the content and accessibility of those sites, their partners, or advertisers.

Copyright © M.C.S.O. Information Systems

IN THE CIRCUIT COURT OF THE SIXTEENTH
JUDICIAL CIRCUIT IN AND FOR MONROE
COUNTY, FLORIDA

LOWER KEYS CRIMINAL DIVISION

STATE OF FLORIDA,
          **Plaintiff,**

v.                                                  Case No.: **2022-CF-677-A-K**

REYGAN BOURGAULT,
          **Defendant.**

**NOTICE OF HEARING**

TO:   Kat Cortes, ASA
       Office of State Attorney
       kcortes@keyssao.org

     PLEASE TAKE NOTICE that the undersigned will bring on to be heard before the

Honorable Mark Wilson, County Judge of the above-styled court, at the Freeman Justice Center, 302

Fleming Street, Key West, FL 33040, on the **10th day of May, 2023, at 1:30 p.m.,** or as soon

thereafter as counsel may be heard, the following:

**MOTION TO WITHDRAW**

     I HEREBY CERTIFY that a copy of the foregoing was provided by (x) email to the above

addressee this 2nd day of May, 2023.

RESPECTFULLY SUBMITTED,
REED PALACIOS LAW
3706 N. Roosevelt Boulevard, Ste 208
Key West , FL 33040
Phone:  305.563.7281

Colleen Reed
Florida Bar No. 108098

IN THE CIRCUIT COURT OF THE 16TH
JUDICIAL CIRCUIT FOR THE STATE OF
FLORIDA, IN AND FOR MONROE COUNTY

STATE OF FLORIDA

      **Plaintiff,**

V.                          **CASE NO.: 2022-CF-677-A-K**

REYGAN BOURGAULT,

      **Defendant.**

## MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

    The undersigned attorney, Colleen Reed, of Reed Palacios Law, PLLC, requests that this Honorable Court enter an Order permitting the undersigned counsel to withdraw from the underlying case and from further representation of Defendant. In support thereof, the undersigned states as follows:

1. On February 27, 2023, the Defendant retained the undersigned to represent the Defendant in the above-captioned case.

2. Multiple grounds for withdrawal exist under Rule 4-1.16(b), Florida Rules of Professional Conduct.

3. The undersigned has attempted in good faith to resolve these matters.

4. The above-described matters constitute an irreconcilable difference and good cause for withdrawal.

5. The instant Motion has been filed at the early stages of Defendant's case, and withdrawal can be accomplished without any material adverse effect on the interests of Defendant.

6. Requiring undersigned to remain on the case would impose an unreasonable financial burden and would adversely affect Defendant's ability to defend her case.

    WHEREFORE, undersigned counsel respectfully requests this Honorable Court grant this Motion to Withdraw as counsel for the above-named Defendant.

*[handwritten annotations: "NOT TRUE!" and "Never had any such convo!"]*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed to the Ms. Katheline Cortes, Office of the State Attorney via electronic filing and to Reygan Bourgault via email on this May 2, 2023.

Sincerely,

Reed Palacios Law, PLLC
3706 N. Roosevelt Boulevard,
Ste 208
Key West FL 33040
Phone: 305.613.4036

_____

Colleen Reed
Florida Bar No: 108098

22-4493

22CF677AK

## ARREST AFFIDAVIT

IN THE CIRCUIT / COUNTY COURT, 16TH JUDICIAL CIRCUIT,
IN AND FOR THE COUNTY OF MONROE, FLORIDA

STATE OF FLORIDA

v.

Reygan Bourgault

**1.) Possession of Controlled Substance:** Contrary to section(s): 893.13-6A Florida Statutes.

**2.) Use or Possession of Drug Paraphernalia:** Contrary to section(s): 893.147 Florida Statutes.

CASE #: 22-4494
NAME: **Reygan Bourgault**
DATE OF BIRTH: **05/14/1981**
RACE: **White**
SEX: **Female**
HEIGHT: **5'05"**
WEIGHT: **140 LBS**
EYE COLOR: **Brown**
HAIR COLOR: **Blonde**
SS#: ████████
FL DL #: **B-624-732-81-674-0**
LAST KNOWN ADDRESS: **14 BEECHWOOD DR Key West Fl 33040**

FILED FOR RECORD
2022 OCT 31 PM 3:36
CLR CIR & COUNTY CT
MONROE COUNTY FLA

In the name of the State of Florida, to all singular the sheriffs of the State of Florida, **Patrol Officer Samuel Adorno** of the Key West Police Department has this day made oath that on **August 8, 2022** in the county aforesaid, one: **Reygan Bourgault** did then and there:

On August 8, 2022, at approximately 2309 hours, I (Ofc. Adorno) responded to Sgt. Kouri's traffic stop located at 2508 N Roosevelt Blvd as a backup unit.

Upon arrival, I observed a Grey 4-Door Hyundai bearing FL Tag GJNU88. Sgt. Kouri identified the driver as Reygan Bourgault (DOB 05/14/1981).

Sgt. Kouri advised me to watch Bourgault as he ran her identification. At this time, K9 Ofc. T. Anglin arrived on scene. I asked Bourgault to exit the vehicle and follow me to a nearby sidewalk. K9 Ofc. T. Anglin walked K9 Jigsaw around the exterior of the vehicle.  K9 Ofc. T.

1

22-4493

Anglin advised that K9 Jigsaw positively alerted to the odor or presence of narcotics coming from the vehicle (see supplemental).

K9 Ofc. T. Anglin and Sgt. Kouri began searching the vehicle. K9 Ofc. T. Anglin advised me there were trace amounts of white powdery residue on both the top of the driver's seat cushion and in the seams of the center console. K9 Ofc. T. Anglin utilized a Cocaine field test swab and wiped down those areas and observed a positive reaction to the presence of Cocaine, F.T.P. Cocaine. K9 Ofc. T. Anglin also advised me he swabbed several other areas of the passenger's seat, floorboards and front passengers seat cushion, which also gave a positive reaction for the presence of Cocaine, F.T.P Cocaine.

Sgt. Kouri advised me he searched the passenger's side of the Hyundai and located several items. The items located included a digital scale with F.T.P. Cocaine residue. A glass smoking pipe with F.T.P. Cocaine residue, several empty plastic Zip Loc type baggies, Zip Loc baggies with F.T.P. Cocaine residue, Plastic containers with F.T.P. Cocaine, and Plastic baggies with miscellaneous pills. Sgt. Kouri also advised me a small Zip Loc type baggy with a white powdery residue was resting on the rear seat rail to the front passenger's seat. K9 Ofc. T. Anglin retrieved the baggy and conducted a field test on the white powdery residue, which came back to F.T.P. Cocaine.

Items located:

The final weight of the F.T.P. Cocaine located was 6.4 grams.

1 Digital scale with F.T.P. Cocaine residue.

1 Glass smoking pipe with F.T.P. Cocaine residue.

2 plastic containers containing F.T.P. cocaine.

Several Zip Loc type Baggies with F.T.P cocaine residue.

Multiple plastic baggies with miscellaneous pills.

I later packaged the items and placed them into The Key West Property Division as Evidence.

This incident was recorded with my body worn camera, 4155.

Bourgault said she was willing to cooperate with The Key West Police Department. Elizabeth was released shortly after.

I was later informed Bourgault failed to complete her obligation.

*Confidential enformaint* *"obligation"* *coercion tactic*

22-4493

Based on the facts and evidence, Reygan Bourgault was in constructive possession of several baggies containing a white powdery substance along with other items. Sgt. Kouri also advised me a small Zip Loc type baggy with a white powdery residue was resting on the rear seat rail to the front passenger's seat, which came back to F.T.P. Cocaine Contrary to F.S.S. 893.13-6A Possession of Controlled Substance.

Based on the facts and evidence, Reygan Bourgault was had in her possession with intent to use, drug paraphernalia, contrary to F.S.S 893.147 Use or Possession of Drug Paraphernalia. Bourgault was found with a glass smoking pipe with F.T.P Cocaine residue.

Patrol Officer Samuel Adorno

SWORN AND SUBSCRIBED BEFORE ME THIS 31 day of October 2022.

SIGNATURE AND TITLE OF PERSON TAKING OATH

MARIA TERESA MAYNARD
Notary Public - State of Florida
Commission # HH 131476
My Comm. Expires Jun 7, 2025
Bonded through National Notary Assn.

2nd officer on traffick stop 8/29/22

Adorno Somsany Britt Wilson

A-K

3

IN THE CIRCUIT / COUNTY COURT, 16TH JUDICIAL CIRCUIT,
IN AND FOR THE COUNTY OF MONROE, FLORIDA

STATE OF FLORIDA

Originating agency: Key West Police Department
Originating agency Case Number: 22-1191
Warrant No: 22CF617AK

v.

Reygan Bourgault

ORIGINAL   MCSO22WAR-002697

**WARRANT ARREST**

WHEREAS, complaint on oath and in writing, supported by affidavit of a credible witness, or witnesses, has this day been made before the undersigned Judge Bonie J. Helms

WHEREAS, said facts made known to me and considered by me have caused me to certify and find that the facts set forth in said affidavit show and constitute probable cause for the issuance of this warrant and the Court being satisfied of the existence of said grounds set forth in the affidavit and that the laws of the State of Florida have been violated.

Based on a finding of probable cause, you are commanded to arrest the above-named defendant and bring the defendant without unnecessary delay before this court to answer to the charge(s) of:

1.) Possession of Controlled Substance: Contrary to section(s): 893.13-6A Florida Statutes.
2.) Use or Possession of Drug Paraphernalia: Contrary to section(s): 893.147 Florida Statutes.

GIVEN UNDER MY HAND AND SEAL THIS 31st DAY OF Oct 20___

JUDGE

Count # 1 Bond $ 25,000 —
Count # 2 Bond $ 5,000 —

**Description of defendant:**

NAME: Reygan Bourgault
DATE OF BIRTH:



Check MARCH or April 2023

2:54 AM Message to
January, I couldn't
do what he wanted so
at 256 AM an anonymous
Report was recieved online
for drugs & abuse/neglect ?
10:30 AM same day
Saturday morning
DCF Lady shows up.

**OFFICE OF THE STATE ATTORNEY**
SIXTEENTH JUDICIAL CIRCUIT

| | | |
|---|---|---|
| **Dennis W. Ward**<br>State Attorney | 530 Whitehead Street, Suite 301<br>Key West, Florida 33040 | **(305) 292-3400**<br>Fax(305) 294-7707 |

May 9, 2023

Reygan Lea Bourgault
14 Beechwood Drive
Key West, FL 33040

Re: *State of Florida vs. Anthony Thomas Hubbard*
Case Number 2023TN01432AK

Dear Ms. Bourgault:

      The State Attorney's Office represents the state in the criminal matter pertaining to the above referenced case. Our office understands the Criminal Justice System can be confusing and frustrating to those unfamiliar with the justice process. Therefore, we have established a special Victim Assistance Unit to assist you with any questions you may have about your rights in the justice process and to give you updated information concerning the case, including court dates. The enclosed Guide to the Criminal Justice System explains the basic steps of a case.

      Currently, the case is scheduled for an Arraignment Hearing on **May 19, 2023, 1:30 PM at the Freeman Justice Center, Courtroom F, 302 Fleming Street, Key West, FL.** You are not required to attend hearings unless subpoenaed. However, if you want, you may attend the hearings. Give me a call the day before the hearing so I can confirm that the date has not changed.

      Please fill out and return the attached Victim Impact Statement. This statement will aid our Office in understanding how this crime has affected you and help us in the prosecution of this case. Your cooperation is requested in returning this form as quickly as possible. If you have not already been contacted by our office, please call to schedule an interview.

      There are laws to protect you as a State Witness. If you are intimidated, harassed or threatened in any manner regarding involvement in this case, contact your local law enforcement agency and our office immediately.

      The Criminal Justice System cannot be a responsible one without your participation. I hope the information and services available to you will answer many of the questions you may have about this case. Your cooperation is greatly appreciated.

Sincerely yours,

*Valerie Thomas*

Valerie Thomas
Victim Advocate

Enclosures: Victim Information Sheet, Criminal Justice System Brochure, and Victim's Rights Brochur

**WIKIPEDIA**
The Free Encyclopedia

# Conspiracy theories in United States politics

**Conspiracy theories in United States politics** are beliefs that an event or situation in US politics is the result of secretive collusion by powerful people striving to harm a rival group or undermine society in general.

Such theories draw from actual conspiracies, in which individuals work together covertly in order to unravel a larger system.[1][2][3] Often, the struggle between a real conspiracy theory and a misconception of one leads to conflict, polarization in elections, distrust in government, and racial and political divisions.[1][4]

Many political conspiracies begin and spread from politically charged circumstances, individuals' partisan affiliations, and online platforms that form echo chambers with like-minded individuals.[1][5] Belief in American political conspiracy theories applies to all parties, ideologies, races, ethnicities, socioeconomic levels, and genders.[6][7][8]

## Contributions

### Circumstantial fear

Conspiracy theories often arise during new political or social circumstances in which one group of people feels threatened by another group that is politically, religiously, ethnically, racially, or economically different from them.[1][8][9][4] Theories began as early as the European colonization of the Americas when colonizers deemed Native Americans as threats.[10] As a result, many colonizers, including Cotton Mather, speculated that Native Americans were controlled by the devil.[1] Some even believed in the "myth of the super-chief," in which every Indigenous attack was orchestrated by a tribal chief, who controlled thousands of Native American fighters and strived to wipe out the whites.[1]

Northern Republicans in the mid-1860s believed President Andrew Johnson *was conspiring with ex-Confederates to undo the abolition of slavery.*[11]

Theories also arose in response to the counterculture, feminist, and anti-war era of the 1960s.[1] Many conservatives felt threatened and began to believe that the movements had been formed with communist motivations to undermine the U.S. government.[1] During the 1990s, many right-wing conspiracy theorists also feared that the Clintons were involved in drug cartels and assassinations.[1] Some have theorized that the government is planting drugs in predominately-black neighborhoods to breed a greater rate of incarceration and crime in the community.[1][9][7][2] In 2020, many conspiracy theories circulated during the coronavirus pandemic partly because of the increased anxiety, larger number of people staying at home, and greater focus on the Internet and social media outlets.[12][13] One such conspiracy that proliferated from the 2020 Presidential election was QAnon.[14][15][12]



**ASHLEY MOODY**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

*Denied DV Benefits*

OFFICE OF THE ATTORNEY GENERAL
Division of Victim Services and Criminal Justice Programs
Bureau of Victim Compensation

The Capitol, PL-01 • Tallahassee, FL 32399-1050
Office: (800) 226-6667 • Fax: (850) 414-6197 or (850) 487-1595
Providers: (850) 414-3331 • TDD Florida Relay: (800) 955-8771
Website: myfloridalegal.com • Email: vcintake@myfloridalegal.com

August 01, 2023          *Approved*

Reygan Bourgault
14 Beechwood Dr
Key West, FL 33040

Dear Reygan Bourgault:

The Office of the Attorney General has received your claim for **Domestic Violence** benefits. However, additional information is needed from you before your claim can be processed. The enclosures indicated below must be completed and either faxed or mailed to the Bureau of Victim Compensation no later than **August 31, 2023**.

• **Please provide Marriage Certificate.**
• **Proof that the offender and victim are or have in the past resided together as if a family, or are parents of a child in common.**
• **Proof of the offender's release date from jail/prison.**

Please indicate your name and claim number whenever you contact this office. It is your responsibility to notify this office whenever your address or telephone number changes. Incorrect information will delay the processing of your claim. If you have any questions about your claim, please call me at the number provided above.

Sincerely,

**Caitlin Bass**, Domestic Violence Analyst

Victim:Reygan Bourgault                    Claim Num:2023-301152 DV
BVC Analyst:Caitlin Bass                    Crime Date:05/07/2023

FORM BVC201DV (1/1999) Revised (3/2021)          DOCUMENT 8/1/2023



OFFICE OF THE ATTORNEY GENERAL
Division of Victim Services and Criminal Justice Programs
Bureau of Victim Compensation

**ASHLEY MOODY**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

The Capitol. PL-01 • Tallahassee, FL 32399-1050
Office: (800) 226-6667 • Fax: (850) 414-6197 or (850) 487-1595
Providers: (850) 414-3331 • TDD Florida Relay: (800) 955-8771
Website: myfloridalegal.com • Email: vcintake@myfloridalegal.com

---

## NOTICE OF INELIGIBILITY

*Denied* —

August 10, 2023

Reygan Bourgault
14 Beechwood Dr
Key West, FL 33040

*8/1/23 Reygan: Eligibility letter per email (Jenn)*

Dear Reygan Bourgault:

Your claim for domestic violence relocation benefits was determined ineligible on August 10, 2023. This notice is to advise that your claim for compensation has been denied for the following reason(s):

Based on information received, there is no proof that a compensable domestic violence crime occurred. [§ 960.198(2)(a), Fla.Stat.]
The application or expense worksheet was not certified by a certified domestic violence center in this state. [§ 960.198(2)(c), Fla.Stat.]
The claimant/applicant did not provide proof of relocation expenses. [§ 2A-2.2002 (4)(c) F.A.C.]
The application was filed beyond the statutory filing period. [§ 960.07(2), Fla.Stat.]

This office reserves the right to make additional denial and/or eligibility determinations in the future. No response to this notice is needed unless you wish to request a hearing. Pursuant to F.S. 960.09(3), you may request a hearing by completing the enclosed Hearing Request form and returning it within sixty (60) days of the date of this notice.

Please indicate the name and claim number provided at the end of this letter whenever you contact this office. If you have any questions about your claim, please call me at the number provided above. TDD users may call through the Florida Relay Service using number 1-800-955-8771.

Sincerely,

Caitlin Bass, Domestic Violence Claims Analyst

**Victim:** Reygan Bourgault            **Claim Num:** 2023-301152DV
**BVC Analyst:** Caitlin Bass           **Crime Date:** 05/07/2023

FORM BVC210D (1/2000) Revised (9/2014)            DOCUMENT 8/10/2023

Filing # 182995330 E-Filed 10/02/2023 10:57:31 AM

MONROE COUNTY SHERIFFS OFFICE
## Deputy Worksheet / Return of Service

**Document #:** MCSO23CIV002741NON                    **Agency #:**

**Plaintiff:** TRUMAN CO
**Defendant:** REYGAN BOURGAULT
**Type of Process:** SUMMONS 5 DAYS/ COMPLAINT FOR EVICTION

**Attorney/Agent:**
TRUMAN & COMPANY INC

**Case Number:** 23CC202K
**Court:** COUNTY

1205 TRUMAN AVE
KEY WEST, FL 33040

**Court Date:**

**Serve:** BOURGAULT,REYGAN
14 BEECHWOOD DR , KEY WEST, FL 33040

MNU Intel Flags as of:      9/29/2023
none

**Instructions:**

Received these papers on 9/29/2023,  at 1:45 PM further more  on date: _10/2/23_  time: _1045_
and by serving (Persons Full Name if they refuse please state that on this return) _Emily Bourgault — daughter_
Please indicate by checking  below of the type of service that was made.                                _(15 y.o.)_

attempted 1 _____  attempted 2 _____  attempted 3 _____

___ INDIVIDUAL - NORMAL SERVICE
By serving the within named person a true copy of the writ with the date and hour of serivce endorsed thereon by me, and at the same time delivering to the named person a copy of the complaint, petion or initial pleading.

✓ SUBSTITUTE - AT USUAL PLACE OF ABODE
By serving a true copy this Writ, with the date and hour of service endorsed thereon by me and a copy of the complaint, petition or initial pleading at the Witness/Defendant's usual place of abode, on any person residing therein the age of Fifteen years or older to wit; and informing such person of their contents.

___ SUBSTITUTE - BY SERVING PRIVATE MAILBOX ET AL
Pursuant to Florida Statues, Chapter 48.031 (6)(a): If the only address for a person to be served, which is discoverable through public records, is a private mailbox, a virtual office, or an executive office or mini suite, substitute service may be made by leaving a copy of the process with the person in charge of the private mailbox, virtual office or executive office or mini suite, BUT ONLY IF THE PROCESS SERVER DETERMINES THAT THE PERSON TO BE SERVED MAINTAINS  a mailbox, a virtual office, or an executive office or mini suite at that location.

___ UNEXECUTED - NOTICE OF UNEXECUTED
After due diligence to find the BOURGAULT,REYGAN, service could not be completed because the subject could not be found.Notice of Unexecuted; Papers returned the same unexecuted as to the within named Defendant/Witness for the reason that after diligent search failed to find said Defendant/Witness in Monroe County, Florida

**Service Cost:**     $40.00                                    Sheriff Richard A. Ramsay
**Deposit:**          $40.00                                    MONROE
                                                               **By:** _____ SO133 / 8175
                                                                        Deputy Sheriff
                                                                        PETTORINI

good morning

I believe I have 1, maybe 2 of your sheets here... that means you have mine!

I don't have your sheets. Please don't tell me what I have

Well I have some I didn't have similar colors and mine are gone... lol

You got alot of never

I lost so much and

U accuse me of taking your sheets

I didn't accuse u lol

I made a statement and inquiry

No accusations

Ur very angry bro you need to relax... since when have I ever been the kind of person to lash out like that lol...

I kicked you out cuz you freaked my kids

Statement of truth & kindness on my part in face of adversity, & rage coming at me.

← **Steve Stritt Teasers**

Ur very angry bro you
need to relax... since when
have I ever been the kind
of person to lash out like
that lol... I kicked you
out cuz you freaked my
kids out with your anger
issues at 7am... and you
know good and well you
and I never even had the
conversation about you
living here with me lol so
again all within you.

Funny thing is tho... only
people I seem to have
"misunderstandings" with
are those with hidden
agendas, alterior motives,
or mental problems...

Don't worry, I'll toss these
and buy my daughter
some new ones.

Listen scumbag I'm call
children and youth and tell
them everything

— OK NP

I have a video of him
acting like the Hulk during
Summer break @ 4 AM
woke kids flipping out
THREATENED "I'LL RUIN YOU"

← **Steve Stritt Teasers**

My friend Anna works at the office if you disrespect me again by accusing me of stealing a sheet or look in my direction I'll put you where you belong you piece of trash.
Look in the mirror please.
Your a horror show

No no Mucho Dinero

Don't worry I'll not call again lol. Just remember the warning signs you should avoid taking any further ugly actions towards me!

Ur pathetic!

No wonder ur girl left!

Statement of threat w/ MOTIVE & INTENT for Maliscious actions

Called into KWSD NON ER line Ketchum called back took Report after trying to make me feel Ridiculous for calling

⌂   ⌖ keysso.net/ArrestQg⋮   ＋   47   ⋮

# JEFFREY JAY CARBONELL

Race: W  Gender: M  Age: 38

Arrest Date: 3/8/2023  Arrest #: DOC23OFF16-218  Offense #: Charges:

- 1   948.06  PROB VIOLATION - REF BATTERY UPON PERDON 65 OLDER FELONY BATTERY

Officer/Agency: - Bond Amount: $ 0

Arrest Date: 1/10/2023  Arrest #: DOC2100107  Offense #: Charges:

- 1   948.06  PROB VIOLATION - FVOP REF CT1 BATTERY UOPN PERSON 65/OLDER CT2 FELONY BATTERY

Officer/Agency: - Bond Amount: $ 0

Arrest Date: 12/14/2022  Arrest #:

FRIDAY
10/13/23
JS: —

Moved us
into
719 South
St. #2
finished
@ 1230A
10/14 - Sat.
by 245Am
he was
flipping &
scaring
us ...

Unlike
Him !



JS: U know what , u tripping and I'm not dealing with it anymore.  Hope all works out for u

2:54 AM

*2:54 AM*
*10/14/2*



me: [voice message] ▶ 0:19    2:55 AM ✓✓

me: [voice message] ▶ 0:05    2:56 AM ✓✓

me: Yeah, I see you can't listen to Voice messages. Cause she's sitting there with your right, I'm not stupid, dog.    2:56 AM ✓✓

me: U would fucking ignore me now too ducking liar    2:58 AM ✓✓

me: I can't find the place    2:58 AM ✓✓

me: All is did  was ask for the address    2:58 AM ✓✓

*10/14/ 2:58 Am*

JS: Ok   3:01 AM

JS: I forgot my name is January   3:01 AM

*admitting to his involvement*

me: Ur a fucking liar and u know it   3:04 AM ✓✓

me: Wrf is wrong with you   3:05 AM ✓✓

me: And I do not have the f****** address Josie. JS (speech to text)   3:05 AM ✓✓

*sitting in parking lot waiting for the address*



☺ | Message    

**JJ KW**

Of u want  13:50 ✓✓

If*  13:51 ✓✓

Ok  13:51

JJ:  ▶ ⬤  0:06        13:51  🎤

Hey  16:52 ✓✓

Bring green babe pls  16:52 ✓✓

JJ:  Hey I love you and everything is gonna be good
17:02

10/1
502l

me  ▶ ⬤  0:05        17:03 ✓✓

me  ▶ ⬤  0:06        17:04 ✓✓

me  ▶ ⬤  0:05        17:04 ✓✓

10/02/23
4/mom
JJ:  Wyd  16:17

JJ:  ✆ Missed voice call at 16:18  ⌄⌄

October 12, 2023

☺ Message        📎  📷  🎤



**JJ KW**

October 14, 2023

You blocked this contact. Tap to unblock.

You unblocked this contact.

Hey 13:06 ✓✓

Please lose my number. I don't ever want to see or hear from u again, for the rest of my time here. The landlord has been informed 14:34

*inference or implication? of ....?*

Of what? 15:27 ✓

And how do I reach her? 15:28 ✓

*warning or threat?*

U will be served an order from the sheriff. I promise. Everything I have done for u . Obvious y u in the situation u in all the time . Slimy heart of yours . U have become obsolete to me . Absolute stranger now . Lol 19:12

Service foe what 19:14 ✓

*my response is consist*

You're being ridiculous u know I haven't done anything other than callbtou outr on your lies 19:15 ✓

October 15, 2023

*Projection of feelings of guilt.*

U ain't nothing but a trifling con artist, prostitute that uses people for your

 Message   

OK   03:01

I forgot my name is January   03:01   ← *indication of his involvement*

*He's warning me*

Ur a fucking liar and u know it   03:04

Wrf is wrong with you   03:05   — ???

And I do not have the f****** address Josie.   03:05   *Totally out of Character*

Y the fuck would you even try this ahit with me? U know I'm not falling for it! Bastard!   03:10

You blocked this contact. Tap to unblock.   *I can't stand this much negativity...*

You unblocked this contact.   *I can't Won't*

Hey   13:06

Please lose my number. I don't ever want to see or hear from u again, for the rest of my time here) The landlord has been informed   14:34

Of what?   15:27

And how do I reach her?   15:28   *Landl info Request*

U will be served an order from the sheriff.  I promise.  Everything I have

⊙ Message      



have become obsolete to me . Absolute stranger now . Lol 7:12 PM

*Me:* Service foe what 7:14 PM ✓

*Me:* You're being ridiculous u know I haven't done anything other than callbtou outr on your lies 7:15 PM ✓

*TRUTH*

Sunday

*JJ:* U ain't nothing but a trifling con artist, prostitute that uses people for your advantage. U will be homeless eating out of dumpsters. U r pure evil and nothing good will come your way . The universe will make sure of that . U and your kids are scum . Nobody likes u at all . U r hated down here . Go back to where u came from . Everything that has been done to u by every body u deserve it all . Keep being slimy and giving your kids drugs and teaching them how to steal and lie .See where that gets u . Lmao . U will get caught . I'm just gonna sit back and watch the show . Good riddance 1:06 PM

*Same lies all the controlle by the conspirac*

Lies. Harassment. Convict! 1:07 PM ✓✓

Theif! 1:07 PM ✓✓

*Last place he had been blocke*

You blocked this contact. Tap to unblock.



Message



In 3 For Monroe
Sixteenth

Kay Spenser          Case# 23-CC-202-K
vs.
Reagan Bourgault

FILED FOR RECORD
2023 OCT 10  PH 2:33

DEFENDANTS RESPONSE AFFIRMED

1. ok

2. ok

3. Statement fails to provide an accurate depiction to the court.

4. Statement fails to convey actual events for clarity to the Court

5. Statement fails to state important facts concerning fairness, accuracy, and due process

I Reagan Bourgault of Key West Fl, hereby Make OATH & SAY THAT These are

Filing # 183429978 E-Filed 10/06/2023 03:11:51 PM

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT OF
FLORIDA, IN AND FOR MONROE COUNTY

CASE NO: 2023-DR-667-K

REYGAN BOURGAULT,
    Petitioner,

and

SANDRA SUAREZ,
    Respondent.

_____



### ORDER VACATING ORDER EXTENDING INJUNCTION FOR PROTECTION AGAINST STALKING

    THIS CAUSE, having come before the Court sua sponte and the Court having reviewed the Court file and otherwise being fully advised in the premises

    It is hereby:

        Ordered and Adjudged:

1. That the Order Extending Injunction for Protection dated October 4, 2023 is **VACATED.** The case will be reset per separate order.

    DONE AND ORDERED in Key West, Florida on Thursday, October 5, 2023

44-2023-DR-000667-A0-01KW 10/05/2023 03:34:07 PM

_____
Judge Albert Kelley, Acting Circuit Judge
44-2023-DR-000667-A0-01KW 10/05/2023 03:34:07 PM

*waited 3.5 hours in injunction*

*Kyle had — a live class so court. to attend then rescheduled to 10/18/23 I had to leave store*

Filing # 183632546 E-Filed 10/10/2023 12:52:33 PM

*[handwritten: same day I filed with Regions]*

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA

CASE NO.:44-2023-DR-000667-A0-01KW

REYGAN BOURGAULT,
   Petitioner,

and

SANDRA SUAREZ,
   Respondent.

*[handwritten: Sheriff & PD showed up cuz I "wasn't happy" this takes 6 weeks with so much he/he/ shou]*

### ORDER SETTING HEARING ON PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING

A Petition for Injunction for Protection Against: Domestic Violence filed under section 741.30, Florida Statutes; Repeat, Dating, or Sexual Violence filed under section 784.046, Florida Statutes; or Stalking filed under section 784.0485, Florida Statutes, has been reviewed. This Court has jurisdiction of the Petitioner and the subject matter. Upon review of the Petition, this Court concludes that a Temporary Injunction for Protection Against Domestic Violence; Repeat, Dating, or Sexual Violence; or Stalking, pending the hearing scheduled below, **NOT** be entered at this time but that an injunction may be entered after hearing, depending on the findings made by the Court at that time.

**FINDINGS:**

The Court finds that based upon the facts, as stated in the Petition alone and without a hearing on the matter, there is no appearance of an immediate and present danger of domestic violence; repeat, dating, or sexual violence, or stalking, or that stalking exists. Therefore, there is not a sufficient factual basis upon which the court can enter a Temporary Injunction for Protection Against Domestic, Repeat, Dating, or Sexual Violence, or Stalking, prior to a hearing. A hearing is scheduled on the Petition for Injunction for Protection Against Domestic, Repeat, Dating, or Sexual Violence, or Stalking in Section II of this Order. Petitioner may amend or supplement the Petition at any time to state further reasons why a Temporary Injunction should be ordered which would be in effect until the hearing scheduled below.

### NOTICE OF HEARING RESET

Petitioner and Respondent are ordered to appear and testify at a hearing on the Petition for Injunction for Protection Against Domestic, Repeat, Dating, or Sexual Violence, or Staling on: **WEDNESDAY, OCTOBER 18, 2023, at 10:30 a.m.** before the **Honorable Albert L. Kelley,** at the **Freeman Justice Center, 302 Fleming Street, Courtroom C, Key West, Florida 33040,** at which time the Court will consider whether a Final Judgment of Injunction for Protection Against Domestic, Repeat, Dating, or Sexual Violence, or Stalking should be entered. If entered, the injunction would remain in effect until a fixed date set by the Court or until modified or dissolved by the Court. At the hearing, the Court will determine whether other things should be ordered, including, for example, such matters as time-sharing and support, if appropriate.

If Petitioner and/or Respondent do not appear, orders may be entered, including entry of a permanent injunction and the imposition of court costs. Petitioner and Respondent will be bound by the terms of any injunction or order issued at the final hearing.

**IF EITHER PETITIONER OR RESPONDENT DO NOT APPEAR AT THE FINAL HEARING, HE OR SHE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED IN THIS MATTER.**

All witnesses and evidence, if any, must be presented at this time. In cases where temporary support issues have been alleged in the pleadings, each party is ordered to bring his or her financial affidavit (Florida Family Law Rules of Procedure Form 12.902(b) or (c)), tax return, pay stubs, and other evidence of financial income to the hearing.

**DOMESTIC VIOLENCE AND STALKING HEARINGS:**
Court proceedings concerning domestic violence or stalking are required by law to be recorded. This recording may be by electronic means. No written transcript of the Court's recording will be provided to the parties. Either party may arrange for a court reporter to prepare a written transcript of the hearing at that party's expense.

**REPEAT VIOLENCE, DATING VIOLENCE, OR SEXUAL VIOLENCE HEARINGS:**
The law does not require court proceedings concerning repeat, dating, or sexual violence to be recorded; however, either party may arrange for a court reporter to record the hearing and prepare a written transcript of the hearing at that party's expense. Arrangements for a court reporter must be made in advance.

A RECORD, WHICH INCLUDES A TRANSCRIPT, MAY BE REQUIRED TO SUPPORT AN APPEAL. THE PARTY SEEKING THE APPEAL IS RESPONSIBLE FOR HAVING THE TRANSCRIPT PREPARED BY A COURT REPORTER. THE TRANSCRIPT MUST BE FILED WITH THE REVIEWING COURT OR THE APPEAL MAY BE DENIED.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact, Cheryl Alfonso, ADA Coordinator, 302 Fleming Street, Key West, Florida 33040; (305)-292-3423, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Nothing in this order limits Petitioner's right to dismiss the petition.

DONE and ORDERED at Monroe County, Florida on Thursday, October 5, 2023

44-2023-DR-000667-A0-01KW 10/05/2023 03:34:31 PM

Judge Albert Kelley, Acting Circuit Judge
44-2023-DR-000667-A0-01KW 10/05/2023 03:34:31 PM

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA

CASE NO.:44-2023-DR-000667-A0-01KW

REYGAN BOURGAULT,
    Petitioner,

and

SANDRA SUAREZ,
    Respondent.

### <u>ORDER SETTING HEARING ON PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING</u>

A Petition for Injunction for Protection Against: Domestic Violence filed under section 741.30, Florida Statutes; Repeat, Dating, or Sexual Violence filed under section 784.046, Florida Statutes; or Stalking filed under section 784.0485, Florida Statutes, has been reviewed. This Court has jurisdiction of the Petitioner and the subject matter. Upon review of the Petition, this Court concludes that a Temporary Injunction for Protection Against Domestic Violence; Repeat, Dating, or Sexual Violence; or Stalking, pending the hearing scheduled below, **NOT** be entered at this time but that an injunction may be entered after hearing, depending on the findings made by the Court at that time.

**FINDINGS:**

The Court finds that based upon the facts, as stated in the Petition alone and without a hearing on the matter, there is no appearance of an immediate and present danger of domestic violence; repeat, dating, or sexual violence, or stalking, or that stalking exists. Therefore, there is not a sufficient factual basis upon which the court can enter a Temporary Injunction for Protection Against Domestic, Repeat, Dating, or Sexual Violence, or Stalking, prior to a hearing. A hearing is scheduled on the Petition for Injunction for Protection Against Domestic, Repeat, Dating, or Sexual Violence, or Stalking in Section II of this Order. Petitioner may amend or supplement the Petition at any time to state further reasons why a Temporary Injunction should be ordered which would be in effect until the hearing scheduled below.

### <u>NOTICE OF HEARING</u>

Petitioner and Respondent are ordered to appear and testify at a hearing on the Petition for Injunction for Protection Against Domestic, Repeat, Dating, or Sexual Violence, or Staling on: **Wednesday, October 04, 2023,** at **9:00 am** before the **Honorable Albert L. Kelley,** at the **Freeman Justice Center, 302 Fleming Street, Courtroom C Key West, Florida 33040,** at which time the Court will consider whether a Final Judgment of Injunction for Protection Against Domestic, Repeat, Dating, or Sexual Violence, or Stalking should be entered. If entered, the injunction would remain in effect until a fixed date set by the Court or until modified or dissolved by the Court. At the hearing, the Court will determine whether other things should be ordered, including, for example, such matters as time-sharing and support, if appropriate.

If Petitioner and/or Respondent do not appear, orders may be entered, including entry of a permanent injunction and the imposition of court costs. Petitioner and Respondent will be bound by the terms of any injunction or order issued at the final hearing.

**IF EITHER PETITIONER OR RESPONDENT DO NOT APPEAR AT THE FINAL HEARING, HE OR SHE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED IN THIS MATTER.**

All witnesses and evidence, if any, must be presented at this time. In cases where temporary support issues have been alleged in the pleadings, each party is ordered to bring his or her financial affidavit (Florida Family Law Rules of Procedure Form 12.902 b) or (c)), tax return, pay stubs, and other evidence of financial income to the hearing.

**DOMESTIC VIOLENCE AND STALKING HEARINGS:**
Court proceedings concerning domestic violence or stalking are required by law to be recorded. This recording may be by electronic means. No written transcript of the Court's recording will be provided to the parties. Either party may arrange for a court reporter to prepare a written transcript of the hearing at that party's expense.

**REPEAT VIOLENCE, DATING VIOLENCE, OR SEXUAL VIOLENCE HEARINGS:**
The law does not require court proceedings concerning repeat, dating, or sexual violence to be recorded; however, either party may arrange for a court reporter to record the hearing and prepare a written transcript of the hearing at that party's expense. Arrangements for a court reporter must be made in advance.

A RECORD, WHICH INCLUDES A TRANSCRIPT, MAY BE REQUIRED TO SUPPORT AN APPEAL. THE PARTY SEEKING THE APPEAL IS RESPONSIBLE FOR HAVING THE TRANSCRIPT PREPARED BY A COURT REPORTER. THE TRANSCRIPT MUST BE FILED WITH THE REVIEWING COURT OR THE APPEAL MAY BE DENIED.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact, Cheryl Alfonso, ADA Coordinator, 302 Fleming Street, Key West, Florida 33040; (305)-292-3423, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Nothing in this order limits Petitioner's right to dismiss the petition.

DONE and ORDERED at Monroe County, Florida on Wednesday, September 20, 2023



STATE OF FLORIDA
COUNTY OF MONROE
This copy is a True Copy of the
Original on File in this Office. Witness
My hand and Official Seal
And that same is in full force and effect

This _____ day of _____

A.D., 20 _____
         KEVIN MADOK, CPA
         Clerk Circuit Court

By: _____
         Deputy Clerk

Judge Albert Kelley, Acting Circuit Judge
44-2023-DR-000667-A0-01KW 09/20/2023 04:22:15 PM

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT,
IN AND FOR MONROE COUNTY, FLORIDA

Case No.: 2023-DR-667-K

REYGAN BOURGAULT,

       Petitioner,

and

SANDRA SUAREZ
       Respondent.

## ORDER EXTENDING INJUNCTION FOR PROTECTION AGAINST
### (  ) DOMESTIC VIOLENCE (  ) REPEAT VIOLENCE
### (  ) DATING VIOLENCE  (  ) SEXUAL VIOLENCE ( X ) STALKING

THIS CAUSE came before the Court on **October 4, 2023,** upon an extension of injunction for protection and it appearing to the Court as follows:

1.  N/A  **Ex parte.**
The claims in the motion for extension of injunction for protection make it appear to the Court that there is an immediate and present danger of domestic, repeat, dating, or sexual violence as required under section 741.30 or section 784.046, Florida Statutes, or that stalking exists, pursuant to section 784.0485, Florida Statutes. The previously entered injunction is extended until *October 18, 2023*.
A full hearing on the petition is scheduled on *October 18, 2023* at *9:00* (a.m.)/p.m. at the **Freeman Justice Center, 302 Fleming Street, Courtroom C, Key West, Florida.**

NOTICE:  Because this is a civil case, there is no requirement that these proceedings be transcribed at public expense.

YOU ARE ADVISED THAT IN THIS COURT:

a.  N/A  a court reporter is provided by the court.

b.  **ALK** electronic recording only is provided by the court.  A party may arrange in advance for the services of and provide for a court reporter to prepare a written transcript of the proceedings at that party's expense.

c.  N/A  If this is a repeat violence, dating violence, or sexual violence action, no  electronic recording or court reporting services are provided by the court. A party may arrange in advance for the services of and provide for a court reporter to prepare a written transcript of the proceedings at that party's expense.

Florida Supreme Court Approved Family Law Form 12.980(m), Order Extending Injunction for Protection Against Domestic, Repeat, Dating or Sexual Violence, or Stalking (03/15)

A RECORD, WHICH INCLUDES A TRANSCRIPT, MAY BE REQUIRED TO SUPPORT AN APPEAL.  THE PARTY SEEKING THE APPEAL IS RESPONSIBLE FOR HAVING THE TRANSCRIPT PREPARED BY A COURT REPORTER.

THE TRANSCRIPT MUST BE FILED WITH THE REVIEWING COURT OR THE APPEAL MAY BE DENIED.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. **Please contact Cheryl Alfonso, ADA Coordinator, Freeman Justice Center, 302 Fleming Street, Key West, FL 33040 Telephone Number: 305-292-3423. at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

2. _____**After notice and hearing.**
Respondent was served with a copy of the temporary injunction, if applicable, and a notice of this hearing within the time required by Florida law and was afforded an opportunity to be heard. The notice and opportunity to be heard were sufficient to protect Respondent's right to due process.  The following persons attended the hearing:  _____ Petitioner _____ Respondent.

After hearing the testimony of each party present and of any witnesses, or upon consent of Respondent, the Court finds that Petitioner is a victim of domestic, repeat , dating , or sexual violence, or stalking, or reasonably fears that he/she will become a victim of domestic or dating violence from Respondent. The previously entered injunction is extended until *{date}*_____, or until further order of the Court.

3. _____**Other** _____

_____

_____

_____

_____

_____

_____

The previously entered injunction is extended until___        _____
A full hearing on the petition is scheduled on *October 18, 2023*_____ at *9:00* am./p.m. at the **Freeman Justice Center, 302 Fleming Street, Courtroom C, Key West, Florida.**

DONE AND ORDERED in Key West, Florida, on *October 4, 2023*_____.

_____
ALBERT L. KELLEY, ACTING CIRCUIT JUDGE

STATE OF FLORIDA
COUNTY OF MONROE
This copy is a True Copy of the
Original on File in this Office. Witness
My hand and Official Seal
And that COPIES TO in full force and effect

This 4 Florida Supreme Court Approved day of OCt
A.D., 20 23
KEVIN MADOK, CPA
Clerk Circuit Court

Florida Supreme Court Approved Family Law Form 12.980(m), Order Extending Injunction for Protection Against Domestic, Repeat, Dating or Sexual Violence, or Stalking (03/15)

Sheriff of Monroe County

Petitioner:
_____ by U.S. Mail
__X__ by hand delivery in open court
_____ by e-mail to designated e-mail address(es)


Respondent:
_____ by U.S. Mail
__X__ by hand delivery in open court
_____ by e-mail to designated e-mail address(es)


_____ State's Attorney's Office
__XX__ **Domestic Violence Coordinator and Pro se Coordinator- VBeerbower**
_____ Other:


CERTIFY the foregoing is a true copy of the original **Order Extending the Injunction for Protection** as it appears on file in the office of the Clerk of the Circuit Court of Monroe County, Florida, and that I have furnished copies of this order as indicated above.

CLERK OF THE CIRCUIT COURT
By: *Shey D ghahaue*
(SEAL)
*Deputy Clerk or Judicial Assistant*

**ACKNOWLEDGMENT**

I, *Reygan Bourgault,* acknowledge receipt of a certified copy of this Order Extending the Injunction for Protection.

_____
Petitioner

**ACKNOWLEDGMENT**

I, *Sandra Suarez,* acknowledge receipt of a certified copy of this Order Extending the Injunction for Protection.

_____
Respondent


Florida Supreme Court Approved Family Law Form 12.980(m), Order Extending Injunction for Protection Against Domestic, Repeat, Dating or Sexual Violence, or Stalking (03/15)



**STATE OF FLORIDA**
**JUDICIAL QUALIFICATIONS**
**COMMISSION**
Post Office Box 14106
Tallahassee, Florida 32317
Tel: (850) 488-1581
www.floridajqc.com

| FOR JQC USE ONLY |
| --- |
|  |

## COMPLAINT AGAINST A JUDGE

**INSTRUCTIONS**: This form is designed to provide the Commission with the information required to make an initial evaluation of your complaint and to begin any necessary inquiry or investigation into your allegations.

Please print or type your information onto this form. Any materials or documents that you provide to the Commission will become part of the Commission's files, and will not be returned or copied to you. The Commission will contact you if additional information or materials are needed.

After you complete this form, please sign and date the certification page, and mail it, along with any attachments, to Post Office Box 14106, Tallahassee, Florida 32317. Please be aware that the Commission cannot accept complaints by fax, email, or telephone. You will receive an acknowledgement letter when the Commission has received your complaint. The Commission meets approximately every six weeks, and reviews complaints on a first-come-first-served basis. You will be notified in writing of the outcome of your complaint, subject to the limits of confidentiality.

**IMPORTANT**: **The Judicial Qualifications Commission has no authority to review, reverse, or modify a judge's decision or order, and cannot intervene in any way in a court case.** Similarly, the Commission does not have the authority to remove a judge from your case. Commission staff is not permitted to provide you with any legal advice or opinions.

The Commission has jurisdiction over Justices of the Florida Supreme Court, and Judges of the District Courts of Appeal, County Courts, and Circuit Courts. The Commission does not have jurisdiction over special masters, magistrates, hearing officers (including: traffic hearing officers, worker's compensation hearing officers), administrative law judges, or federal judges.

**YOUR CONTACT INFORMATION** (Please print legibly):

Name: _Reygan Bourgault_ Phone Number: _7864260402_

Mailing Address: _1801 POLK St_

City, State, Zip Code: _Hollywood FL 33022_

**JUDGE'S INFORMATION:**

Judge's Name: _Mark Wilson_ County: _Monroe_

Address: _530 Whitehead St_

City, State, Zip Code: _Key West FL 33040_

## CASE INFORMATION

If your complaint involves a court case, please provide the following information.

Case Name: _2022- CF C0677 AK_

Case Number (include all letters and numbers): _Reagan Bourgau_

County: _Monroe_

*If you were represented by an attorney, please provide their contact information.*

Attorney's Name: _____

Address: _____

City, State, Zip Code: _____

Phone: _____

## WITNESS INFORMATION

In this section, provide the names and contact information for any other persons who may have witnessed the improper conduct. (Attach additional sheets if necessary).

1. Name: _____

   Relationship to case: _____

   Phone number: _____

2. Name: _____

   Relationship to case: _____

   Phone: _____

## ADDITIONAL DOCUMENTS

Attach copies of any relevant documents which you believe support your claim that the judge has engaged in judicial misconduct or has a disability.  Please do not staple or bind documents.  **Retain the originals or copies of any documents submitted.  All submitted materials become property of the Commission and will not be returned**.

**STATEMENT OF FACTS**

Please provide, in as much detail as possible, the information you believe constitutes judicial misconduct or disability.  Include names, dates, places, addresses, and telephone numbers which may assist the Commission.  Attach additional pages as necessary.

I'm reporting a conspiracy Domestic Terrorism.

I've been victimized wrongfully charged, bribed, lied to, and defamed by many officials & Military in Key West.

You'll find evidence & information to support this in the following pages.

Please notice Repeat & sporadic occurrences & similar case #'s & changes.

**IN FILING THIS COMPLAINT, I UNDERSTAND THAT FLORIDA LAW REQUIRES THAT COMPLAINTS FILED WITH THE COMMISSION MUST REMAIN CONFIDENTIAL, AND THAT ALL INQUIRIES BEFORE THE COMMISSION ARE CONFIDENTIAL, UNLESS AND UNTIL PROBABLE CAUSE IS DETERMINED AND FORMAL CHARGES ARE FILED.**

UNDER THE PENALTY OF PERJURY, I declare that I have read and understand this complaint form, and the above information is true, correct, complete, and submitted of my own free will.

Date 11/16/23

Complainant's Signature

*Please note that the Commission only has authority to investigate allegations of judicial misconduct or permanent disability by persons holding state judicial positions. The Commission has no jurisdiction over, and does not consider complaints against, Federal Judges, magistrates, law enforcement, clerks, court personnel, attorneys, etc.*

**The Commission does not act as an appellate court and cannot review, reverse or modify a decision or ruling made by a judge in the course of a court proceeding.**

Please return the completed complaint form by regular US Mail, and direct all future communications, to:

Florida Judicial Qualifications Commission
Post Office Box 14106
Tallahassee, Florida 32317

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

IN AND FOR MONROE COUNTY, FLORIDA

Kay F. Springer

Plaintiff

-vs-

Reygan L. Bourgault

Defendant

CASE #: 2023-CC-202-K

MARK WILSON

( EVICTION )

( CIVIL )

*[handwritten left margin: Reygan @ Reyganb_com]*

## MOTION FOR CHANGE OF VENUE *[handwritten: Ignored]*

I, Reygan Bourgault, of Key West Florida, in Monroe, Florida, MAKE OATH AND SAY
THAT:

1. This judge should be removed from this case due to a conflict of interest.

*[handwritten right margin: Retaliated]*

2. The system is completely corrupt, and I have evidence to support that I have been victimized
and that law enforcement in Key West, has not taken proper action to protect and uphold the law
nor allow such for my civil and constitutional rights as a U.S. Citizen - which have both been
violated and then ignored yet again. In fact, they neglected to do so which further allowed the
assailant to commit multiple acts of pre-militia upon me over the course of the last year which
began in April 2022.

3. For these reasons, I do not believe a fair or impartial will be afforded to me in Monroe county.

4. *[handwritten]* As there are extenuating circumst-
ances, please set for new venue.
Thank You,
*[handwritten date]* 10/10/23  2:30 pm

*[signature: Reygan Bourgault]*

IN THE COUNTY COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA

Case No. 2023-CC-202-K

KAY F. SPRINGER,
*Plaintiff,*

v.

REYGAN LEA BOURGAULT,
*Defendants.*

CIVIL

## FINAL JUDGMENT FOR POSSESSION

THIS CAUSE is before the Court on the plaintiff's Complaint for Eviction. The record indicates that defendant was served with the complaint on October 2, 2023. The defendant answered the complaint but raised no legally cognizable defense to eviction. Moreover, the defendant has not paid the accrued rent as alleged in the complaint into the registry of the court. Accordingly, under section 83.60(2), Florida Statutes, this constitutes an absolute waiver of all defenses other than payment, and the plaintiff is entitled to an immediate default judgment for removal of the defendant with a writ of possession to issue without further notice or hearing thereon.

Therefore, it is ORDERED AND ADJUDGED that final judgment is hereby entered in favor of the plaintiff, Kay F. Springer, and against the defendant, Reygan Bourgault (and all others in possession), for possession of the premises located at and known as 14 Beechwood Drive, Key West, Monroe County, Florida, for which let writ of possession issue forthwith.

*IT IS SO ORDERED* at Key West, Monroe County, Florida this 13th day of October, 2023.

## MARK WILSON
MARK WILSON
COUNTY JUDGE

cc:     Wendy Zinstmaster, 1205 Truman Ave., Key West, Florida 33040
        (wendy@trumanandcompany.com)
        Reygan Bourgault, 14 Beechwood Dr., Key West, Florida 33040
        (reygan@reyganb.com)
        Clerk of the Court

[1]

*Final Judgement* *on Possession*

*Copied?*

*Evict*

bjrestivo@aol.com

Wesley House
courtdocs@wesleyhouse.org

Ginger Cooper
Ginger.Cooper@wesleyhouse.org

Anjelica Harden-Ivanoski
anjelica.hardenivanoski@myflfamilies.com
andrea.jacobs@myflfamilies.com
snr.cls.eservice@myflfamilies.com

*who authorizes this disclosure*

*link to conspiracy*

*who authorized this sharing?*

*— what's the reason for sharing?*

**From:** Christina Norris
<Christina.Norris@KeysCourts.net>
**Sent:** Friday, October 13, 2023 11:30 AM
**To:** Greg Oropeza
<greg@oropezastonescardenas.com>;
wendy@trumanandcompany.com
<wendy@trumanandcompany.com>; Reygan
Bourgault <reygan@reyganb.com>
**Subject:** 2023-CC-202-K Kay F. Springer v. Reygan Lea
Bourgault

Please see attached Final Judgment for Possession.

Thank you,

*Christina Norris*
Judicial Assistant to
County Judge Mark Wilson
Sixteenth Judicial Circuit
Freeman Justice Center
302 Fleming Street
Key West, Florida 33040
(305) 292-3424



Did MRS
NORRS order
the eviction?
W/o a Judges
Signature?

↰ ⌄ Reply all

*Dependency cases where he assists w/ TPR, then adoptions funnell...*

## Human
## TRAFFICKING SCHEME

At the very least, he has disregarded the information I've presented to him, and neglected to follow up, nor check in with me. Nor has he advised me on the AGG BAT case against the Marine Anthony Thomas Hubbard 01/16/1987, as I've just found out that it was transferred to another prosecutor, from which I also have not heard a peep.

I was approached by Charles Britt during a meeting about my criminal charges that were Nolle Prosed after I declined the offer to "work off the charges, by introducing another female to the locals as a friend, but undercover cop, she would be trying to make purchases of drugs to make busts. "something of my own, I've got going on" Britt said.

*admitting statement in hindsight*

*conflict of interest*

*~ Joe Albury*

Should there be any questions please let me know, without hesitation.

Thank you for your prompt response and attention to this matter. It involves innocent children's lives and custody, as mentioned in 515434 complaint.

*changed the case # to a potential code case #....*

*23 DP 107 K*
*O23 DP 107 AK ?*

Reply all



*planning on joining the Chamber of Commerce upon arriving*

*on Key West*

# Key West Chamber of Commerce
## "Shell Out Less!" Coupon Program
### Participation Form

***\*\* Please return completed form electronically with your Company Logo (400 pixels wide) to info@keywestchamber.org***

*Evidence of*

## FREE for Chamber Members

*Community Involvement intention*

Name of Business: _____

Address: _____

Contact Name: _____

Phone Number: _____ Email: _____

Website: _____

Description of Discount/Promotion:

_____ 2022 - FREE DISCOVER CALL
_____ Free Trial Preview of Yoga class
_____ 15 Yoga session free

Expiration Date (minimum of 3 months): _____  ← 12/31/22

Authorized by: _____ Date: _____

***Please note; it is the responsibility of the member to contact the Chamber if you detect an error on your online coupon within five (5) business days of submission.  \* Proof will not be provided.***

Wilson — pushing me for an attorney But Rerigged on the evidence which (viewed)

Motive intent



**CITY OF KEY WEST**

**STREET PERFORMER**

Reygan
Bourgault

**Expires: 09/04/2024**



**Permit #23-PER-023**



Date Issued

City of Key West
Licensing Representative

City licensing &
permit for street
performer.

# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L23000306707
FILED 8:00 AM
June 26, 2023
Sec. Of State
jafason

93-214 8062

## Article I

The name of the Limited Liability Company is:

PRIVATE SPA SERVICES | IN-HOME MASSAGE & BODYWORK LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

14 BEECHWOOD DR
KEY WEST, FL. 33040

The mailing address of the Limited Liability Company is:

14 BEECHWOOD DR
KEY WEST, FL. 33040

## Article III

The name and Florida street address of the registered agent is:

REYGAN L BOURGAULT
14 BEECHWOOD DR
KEY WEST, FL. 33040

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.
Registered Agent Signature:   REYGAN L BOURGAULT

## Article IV

The effective date for this Limited Liability Company shall be:

06/20/2023

Signature of member or an authorized representative

Electronic Signature: REYGAN BOUGAULT

I am the member or authorized representative submitting these Articles of Organization and affirm that the
facts stated herein are true. I am aware that false information submitted in a document to the Department
of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to
file an annual report between January 1st and May 1st in the calendar year following formation of the LLC
and every year thereafter to maintain "active" status.

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L23000354566
FILED 8:00 AM
July 27, 2023
Sec. Of State
adjohnson

## Article I

The name of the Limited Liability Company is:

HEALTHUP COACHING AND MENTORING | REBOOT WITH REYGAN
LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

14 BEECHWOOD DR
KEY WEST, FL. 33040

The mailing address of the Limited Liability Company is:

14 BEECHWOOD DR
KEY WEST, FL. 33040

## Article III

Other provisions, if any:

REGISTERED AGENT FULL CONTROL MGR REYGAN

BOURGAULT

## Article IV

The name and Florida street address of the registered agent is:

REYGAN L BOURGAULT
14 BEECHWOOD DR
KEY WEST
FL, FL. 33040

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:   REYGAN L BOURAULT, MGR



# Electronic Articles of Incorporation For

DIVINELY GUIDED INTUITION AND INSIGHTS INC.

N23000009489
FILED
August 08, 2023
Sec. Of State
tscott

93-2814470

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

DIVINELY GUIDED INTUITION AND INSIGHTS INC.

## Article II

The principal place of business address:

14 BEECHWOOD DR
KEY WEST, FL. 33040

The mailing address of the corporation is:

14 BEECHWOOD DR
KEY WEST, FL. 33040

## Article III

The specific purpose for which this corporation is organized is:

TO PROVIDE GUIDANCE FOR COMMUNITY MEMBERS WHO SEEK DIVINE INSIGHTS AND WHO ARE EAGER TO COMMIT TO PERSONAL GROWTH AND TRANSFORMATION THROUGH TECHNIQUES THAT EMPOWER THEM TO REFLECT AND GROW USING INTERNAL DIALOGUE PROVOKING EXERCISES

## Article IV

The manner in which directors are elected or appointed is:

AS PROVIDED FOR IN THE BYLAWS.

## Article V

The name and Florida street address of the registered agent is:

REYGAN L BOURGAULT
14 BEECHWOOD DR
KEY WEST, FL. 33040

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   REYGAN BOURGAULT

**Sam C. Steele**
**Monroe County Tax Collector**
P.O Box 1129, Key West, FL 33041-1129

## Transaction # 3079647

| | |
|---|---|
| Cashier: | JM |
| Paid By: | |
| REYGAN BOURGAULT | |
| Posted Date: | 07/06/2023 12:37PM |
| Received Via: | In Person |
| Num. Items: | 2 |
| Total Tendered: | $45.00 |
| Receipt #: | 131-22-00006792 |
| Batch: | 712717 |
| Drawer: | 131 |
| Status: | Complete |

## Receipt

| Item | Details | Effective Date | Due | Paid |
|---|---|---|---|---|
| Business Tax | Acc# 136943 Rct# 46110-136943 Yr: 2024 | 07/06/2023 | $30.00 | $30.00 |
| Business Tax | Acc# 136943 Rct# 46110-136943 Yr: 2023 | 07/06/2023 | $15.00 | $15.00 |
| | Total: | | $45.00 | $45.00 |

| Payment | Details | Paid |
|---|---|---|
| PIN Debit | Visa CC#XXXX-4836 Confirmation number: M8562697252 AID: A0000000980840 TDS: emv Application Label: US DEBIT PIN Statement: 1 Auth Code: 001579 | $45.00 |
| | Balance: | $0.00 |
| Convenience Fee: | | $2.50 |
| Total Charged: | | $47.50 |

**2023 / 2024**

# MONROE COUNTY BUSINESS TAX RECEIPT
## EXPIRES SEPTEMBER 30, 2024

Business Name: PRIVATE SPA SERVICES IN-HOME
MASSAGE & BODYWORK LLC

RECEIPT# 46110-136943

Owner Name:
Mailing Address:
REYGAN BOURGAULT

Business Location: 14 BEECHWOOD DR
KEY WEST, FL   33040

14 BEECHWOOD DR
KEY WEST, FL   33040

Business Phone: 786-496-0764
Business Type: PROFESSIONAL (MASSAGE THERAPIST)

1

STATE LICENSE: MA76524

| Tax Amount | Transfer Fee | Sub-Total | Penalty | Prior Years | Collection Cost | Total Paid |
|---|---|---|---|---|---|---|
| 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |

Paid 131-22-00006792  07/06/2023  30.00

THIS BECOMES A TAX RECEIPT
WHEN VALIDATED

**Sam C. Steele, CFC, Tax Collector**
**PO Box 1129, Key West, FL 33041**

THIS IS ONLY A TAX.
YOU MUST MEET ALL
COUNTY AND/OR
MUNICIPALITY
PLANNING, ZONING AND
LICENSING
REQUIREMENTS.

## MONROE COUNTY BUSINESS TAX RECEIPT
P.O. Box 1129, Key West, FL 33041-1129
EXPIRES SEPTEMBER 30, 2024

Business Name: PRIVATE SPA SERVICES IN-HOME
MASSAGE & BODYWORK LLC

RECEIPT# 46110-136943

Business Location: 14 BEECHWOOD DR
KEY WEST, FL   33040

Owner Name:
Mailing Address:
REYGAN BOURGAULT

Business Phone: 786-496-0764
Business Type: PROFESSIONAL (MASSAGE THERAPIST)

14 BEECHWOOD DR
KEY WEST, FL   33040

1

STATE LICENSE: MA76524

| Tax Amount | Transfer Fee | Sub-Total | Penalty | Prior Years | Collection Cost | Total Paid |
|---|---|---|---|---|---|---|
| 30.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |

**2022 / 2023**
# MONROE COUNTY BUSINESS TAX RECEIPT
## EXPIRES SEPTEMBER 30, 2023

Business Name: PRIVATE SPA SERVICES IN-HOME MASSAGE & BODYWORK LLC

RECEIPT# 46110-136943

Owner Name: REYGAN BOURGAULT
Mailing Address:

14 BEECHWOOD DR
KEY WEST, FL   33040

Business Location: 14 BEECHWOOD DR
KEY WEST, FL   33040

Business Phone: 786-496-0764
Business Type: PROFESSIONAL (MASSAGE THERAPIST)

1

STATE LICENSE: MA76524

| Tax Amount | Transfer Fee | Sub-Total | Penalty | Prior Years | Collection Cost | Total Paid |
|---|---|---|---|---|---|---|
| 15.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 |

Paid 131-22-00006792   07/06/2023   15.00

THIS BECOMES A TAX RECEIPT
WHEN VALIDATED

**Sam C. Steele, CFC, Tax Collector**
**PO Box 1129, Key West, FL 33041**

THIS IS ONLY A TAX.
YOU MUST MEET ALL
COUNTY AND/OR
MUNICIPALITY
PLANNING, ZONING AND
LICENSING
REQUIREMENTS.

## MONROE COUNTY BUSINESS TAX RECEIPT
P.O. Box 1129, Key West, FL 33041-1129
EXPIRES  SEPTEMBER 30, 2023

Business Name: PRIVATE SPA SERVICES IN-HOME MASSAGE & BODYWORK LLC

RECEIPT# 46110-136943

Business Location: 14 BEECHWOOD DR
KEY WEST, FL   33040

Owner Name: REYGAN BOURGAULT
Mailing Address:

14 BEECHWOOD DR
KEY WEST, FL   33040

Business Phone: 786-496-0764
Business Type: PROFESSIONAL (MASSAGE THERAPIST)

1

STATE LICENSE: MA76524

| Tax Amount | Transfer Fee | Sub-Total | Penalty | Prior Years | Collection Cost | Total Paid |
|---|---|---|---|---|---|---|
| 15.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 |



AC#

## STATE OF FLORIDA
## DEPARTMENT OF HEALTH
## DIVISION OF MEDICAL QUALITY ASSURANCE

| DATE | LICENSE NO. | CONTROL NO. |
|---|---|---|
| 08/24/2021 | MA 76524 | 424488 |

**THE MASSAGE THERAPIST**

NAMED BELOW HAS MET ALL REQUIREMENTS OF
THE LAWS AND RULES OF THE STATE OF FLORIDA.

Expiration Date: **AUGUST 31, 2023**
**REYGAN LEA BOURGAULT**
**14  BEECHWOOD DR**
**FL**
**KEY WEST, FL - 33040**

Ron DeSantis
GOVERNOR

Scott A. Rivkees, MD
State Surgeon General

DISPLAY  IF REQUIRED BY LAW

# CITY OF KEY WEST, FLORIDA

## Business Tax Receipt

This Document is a business tax receipt
Holder must meet all City zoning and use provisions.
P.O. Box 1409, Key West, Florida 33040 (305) 809-3955

| | |
|---|---|
| Business Name | PRIVATE SPA SERVICES | IN-HOME MASSAGE & |
| Location Addr | 14 BEECHWOOD DR |
| Lic NBR/Class | LIC2023-000558        STATE LICENSED PROFESSIONAL |
| Issued Date | 8/7/2023        **Expiration Date:    September 30, 2023** |

MASSAGE THERAPIST

Comments:     MASSAGE/TAROT & SPIRITUAL SVCS

Restrictions:     MOBILE SERVICE

PRIVATE SPA SERVICES | IN-HOME        This document must be prominently displayed.
MASSAGE &
BODYWORK LLC/REYGAN
BOURGAULT
14 BEECHWOOD DR
KEY WEST, FL 33040

PRIVATE SPA SERVCES | IN-HOME MASSAGE & BODYWORK LLC

# CITY OF KEY WEST, FLORIDA
### Business Tax Receipt

This Document is a business tax receipt
Holder must meet all City zoning and use provisions.
P.O. Box 1409, Key West, Florida 33040 (305) 809-3955

| | |
|---|---|
| Business Name | PRIVATE SPA SERVICES \| IN-HOME MASSAGE & |
| Location Addr | 14 BEECHWOOD DR |
| Lic NBR/Class | LIC2023-000558     STATE LICENSED PROFESSIONAL |
| Issued Date | 8/7/2023     **Expiration Date:** **September 30, 2024** |

MASSAGE THERAPIST

Comments:     MASSAGE/TAROT & SPIRITUAL SVCS

Restrictions:     MOBILE SERVICE

PRIVATE SPA SERVICES | IN-HOME
MASSAGE &
BODYWORK LLC/REYGAN
BOURGAULT
14 BEECHWOOD DR
KEY WEST, FL 33040

This document must be prominently displayed.

PRIVATE SPA SERVCES | IN-HOME MASSAGE & BODYWORK LLC



# Cash Register Receipt
### City of Key West

## Receipt Number
## R71415

| DESCRIPTION | ACCOUNT | QTY | PAID |
|---|---|---|---|
| **LicenseTRAK** | | | **$144.43** |
| **LIC2023-000558    Address: 14 BEECHWOOD DR    APN: 00136570-000000** | | | **$144.43** |
| | | | $141.25 |
| MISCELLANEOUS OTHER SERVICE | | | $113.00 |
| MASSAGE THERAPIST | PRO-RATED | | $28.25 |
| **Percent Credit Card Fee** | | | $3.18 |
| Percent Credit Card Fee | | | $3.18 |
| **TOTAL FEES PAID BY RECEIPT: R71415** | | | **$144.43** |

Date Paid: Monday, August 07, 2023

Paid By: BOURGAULT, REYGAN

Cashier: JLM

Pay Method: CREDIT CARD 8660



# Hard Drive/SSD Info...

[redacted]

Computer crashed 4 times

D/SSD 1 :

| | |
|---|---|
| Type | |
| Model | |
| Firmware Version | |
| Serial Number | |
| Capacity | Supported |
| LBA48 | Enabled |
| SMART | 4k/512e |
| Sector Type | 6 |
| SSD Wear Percentage | 38°C |
| Temperature | |

4 computers
3 phones
3 - Resets on

8/13/23
Computer down 2 weeks almost.
Crashed out of nowhere!

9/19/23

Kids School info
———————
on top of things
(sanity)

We're excited to be part of your family's education journey, and we
enrollment experience as easy as possible. The attached set of ma
the process—just print, complete, sign, and return to us.

If you prefer, you can also log in to our online learning portal, Pear

Welcome message for
Kyle's online enroll-
ment in school-

*Order Results*

**Name:** Bourgault, Reygan

**Age:** 42 yrs **Sex:** Female **DOB:** 05/14/1981
**Arrival Date:** 09/13/2023 **Time:** 11:49
Bed 6

*Lower Keys Medical Center*

**Emergency Department**
5900 College Road
Key West FL 33040
**MRN:** 10288868
**Account#:** 5844682
**Private MD:**

| Test | Value | Flag | Range | Units | Status | Updated |
|---|---|---|---|---|---|---|
| *CBC W-PLT AUTO COMPD* | | *Received: 09/13/23 12:42* | | | | |
| WBC | 8.3 | | 3.6-11.0 | thousand/uL | F | 09/13 12:53 |
| RBC | 4.38 | | 3.80-5.90 | million/uL | F | 09/13 12:53 |
| **HGB** | **11.5** | **Below low normal** | **12.0-14.0** | **g/dL** | **F** | **09/13 12:53** |
| **HCT** | **35.7** | **Below low normal** | **35.9-44.6** | **%** | **F** | **09/13 12:53** |
| MCV | 81.6 | | 80-100 | fl | F | 09/13 12:53 |
| MCH | 26.2 | | 26-34 | pg | F | 09/13 12:53 |
| MCHC | 32.1 | | 32-37 | g/dl | F | 09/13 12:53 |
| **RDW** | **18.4** | **Above high normal** | **12-15** | **%** | **F** | **09/13 12:53** |
| PLATELET COUNT | 341 | | 150-450 | thousand/uL | F | 09/13 12:53 |
| **MPV** | **7.9** | **Below low normal** | **8-11** | **fl** | **F** | **09/13 12:53** |
| NEUTROPHIL # | 4.8 | | | | | |
| LYMPHOCYTE # | 2.6 | | | | | |
| MONOCYTE # | 0.8 | | | | | |
| EOSINOPHIL # | 0.1 | | | | | |
| BASOPHIL # | 0.1 | | | | | |
| NEUTROPHIL | 57.2 | | | % | F | 09/13 12:53 |
| LYMPHOCYTE % | 31.6 | | | % | F | 09/13 12:53 |
| MONOCYTE % | 9.3 | | | % | F | 09/13 12:53 |
| EOSINOPHIL % | 1.3 | | | % | F | 09/13 12:53 |
| BASOPHIL % | 0.6 | | | % | F | 09/13 12:53 |
| NUCLEATED RBC'S | 0.0 | | | | | |
| *BMP* | | *Received: 09/13/23 12:42* | | | | |
| GLUCOSE, QUANT | 92 | | 74-118 | MG/DL | F | 09/13 13:03 |
| SODIUM | 138 | | 136-145 | mMol/L | F | 09/13 13:03 |
| **POTASSIUM** | **3.3** | **Below low normal** | **3.6-5.1** | **mMol/L** | **F** | **09/13 13:03** |
| CHLORIDE BLOOD | 107 | | 101-111 | mMol/L | F | 09/13 13:03 |
| CARBON DIOXIDE CO2 | 27 | | 22-32 | mMol/L | F | 09/13 13:03 |
| **ANION GAP** | **4.0** | **Below low normal** | **6-22** | | **F** | **09/13 13:03** |
| CALCIUM TOTAL | 9.2 | | 8.9-10.3 | MG/DL | F | 09/13 13:03 |
| UREA NITROGEN, QUAN | 12 | | 8-26 | MG/DL | F | 09/13 13:03 |
| CREATININE BLOOD | 0.7 | | 0.4-1.0 | mg/dL | F | 09/13 13:03 |
| BUN/CREATININE RATIO | 17.1 | | 8.0-20.0 | | F | 09/13 13:03 |
| GFR | >60 | | | | | |
| 09/13 13:03 | GFR is calculated based on Ethnicity of Patient (African American or Non-African American) Age and | | | | | |

*Reggan Bourgault*



# SOUTH MIAMI CHIROPRACTIC

### Release the Power of Health

---

## Heath Treatment Plan

**24** Total Visits

o  Pay as you go       Adjustment  $ 40  -Therapies  $ 20       $ 60 / v
                       Total $ 1440

## Affordable Plan

o  Monthly plan        **50% Discount: Two payments of $ 360**
                       Includes all therapies and adjustments

                       Total amount to pay $ 720 you save $ 720

o  Pay in full         **55% Discount:**
                       Includes all therapies and adjustments

                       Total amount to pay $ 648 you save $ 792       $ 28/v

## Additional Modalities

Massage (18/min) or     Six     10min massages for $50
                        Eight   30min massages for $240
                        Ten     60min massages for $450

Interferential Current / Thermo pack Combo
     $20 per visit or 6 visits for $90 (one time charge of $5 for
     electrodes)

Ultrasound
     $40 per visit or 6 visits for $200 (Limited scheduling availability)

Acupuncture
     $50 per Needling or 6 visits for $260 (Limited scheduling
availability)

All folders ⌄      ← legal aid

**Home**   View   Help

New mail ⌄    Delete ⌄    Archive    Report ⌄    Sweep    Move to ⌄

Mail    Files        Has attachments    Unread    To me    Mentions me

From

Subject

Received

HARO                                    [HARO] Wednesday Afternoon Edition   Why

**new pt**

JT   Jose Texidor <info@seasidepediatricskw.com>
     To: Reygan Bourgault                                    Mon 4/17/2023 9:39 AM

📄 Auth and Consent to Treat - Jose....  ⌄    📄 Financial Policy.docx  ⌄
   14 KB                                         22 KB

⌄ Show all 7 attachments (127 KB)    ↓ Download all

Hi attached is the new pt ppwk also let me know when you want to bring him in

Sent from Mail for Windows

↩ Reply    ↪ Forward

*Proof*   Dr Appt for Meds
          Where in KeyWest.

X  No neglect for health care

① Intro

Intro slide - w/photo of transfer
someone to introduce you.
sexy video intro

List 3 biggest take aways

excite the imagination

Next
Slide
Have you ever wondered what
it would be like....

introduce the Yes state -
get them to agree
use 3 Yes questions

Next- Framing
- telling ppl what you're going to
- tell them.

How to open loop the mind
by making a promise
excite them about the benefits.
- why is this important to them
- why now?

Credibility slide -

(Mind — Body overhaul)

- Trans form boot self
- Trans form action
- change
- inner growth
- to
  approach
  Holistic & Somatic
  meditation
  Mind body
  Transformation

Relationships
Goods
Careers

GET IT DONE!!!

Pre call a

**Build webinar Funnel**

＊ Wed. 10-6  Thurs 10-6  Fri 10-6

Step by step

Dave:    Write the irresistible £offer
        - powerpoint slides

Rey:    Setup Webinar Page
        - build out bootcamp

DrSelf360.com
@Rey w/healing
Modalities

What has to occur for you
that makes me say
"Wow, good investment."

Why?

① ☆ Calender  2-3 weeks out
  - Choose a date to launch
    1st webinar  T, W, Th ....?
  - Guidance - ASK FOR CLARITY
    Short term $ - low hanging fruit
    Long term $

500 signups webinar
1000 webinar
100

( 5/31/20 )

NOTICE
date

(6) Day 2 Workshop build out. ✓

Because benefit of the benefit. 20

M - T
PP creation

W TH
Delivery

Intro
Story
Offer
Body
Close

Coaching Program Admin Docs

Plan it out intake - admission -
entry assessment - goal setting - tracking
names - Links (easily retrieved)
mid assm't - Training & coaching -
Celebrating - Review & graduate or
continue (change of course) - Repeat
goals & assm'ts + plan - Graduatung
exit assm. + exit interviews

Mindfulness Segment
Self Care, Segment
Universal Laws Segment

Mention → Free on YT explained incl.
→ \$ on Webinar - all w/ tips
→ \$\$ Class to fully apply
      w/ Attunements

Membership website
fee for access

Online evergreen
courses

1 Beta
2 Visibility
3 build sales process

Beta test alot
focus on visibility
for sales leads
build sales process

Common Sense
Humanely
Freebies

Gillian
Perkins

— Webinars work
— Solving problems

Live
Broadcast
Manually emails for
beta launch
scheduled -
vs Automated

Adobe
Premier
Rush.
Vid edits

Mistakes Questions Pitfalls
!! Outline course
Lessons
What they need to know
to do...
3 Demos
where possible

Sacred Suits 4 Channel

Book -
the Alchemist

① &

# The Speaker Success Roadmap

Select a problem to Solve
Prepare my talk
Establish myself as an expert
Acquire paid speaking gigs
Know when to scale

Scale

Solve 1 specific problem
for 1 specific audience

The more specific narrow &
focused you are, the
easier it is to find gigs

Who do I speak to?

What problem am I going to solve.

Learning Objectives

Quizes

ENTRY EXAM –
Aspects of Life
("Common (+ Knowledge")

Entry Exam Questions

EBP
EVidence based practice

the intersection of all aspects
on learning & growth.

Growth-based mindset/
Mentality

Vision

Cultivate a collective
growth-based mentality

"Best Practices" TBD---
- overcome judgements/fears
limiting beliefs- blockages

School of Transformation
(Transformation Coach)
Mentor-

quote: statement college
of nurses concluded
they perceived mentoring was
essential to their growth.

Metricool - Accounts w/ All connect

Reboot
Revamp     } → create
Recode         Connect all
                    SM accts

Divinely Guided — ~~create SM's &~~
                                ~~connect~~

Youtube
IG
Linkedin    } → All accts
FB              created
TW              & connected.
Tik Tok

Zapier
Zap subscribers on SM - Welcom
+ invite to other Subs optio
include APP + All SM.

$2^a$

- Zap all site visitors? — email invite to subscribe/joi[n]

- Zap all subs to Recieve email or message to welcome & invite to — next la[

- Schedule Sun on various accounts

- create linktree or connect to Reboot

Addt'l Domains / drop 360?

Reygan 360 & com Take your power back . co >

Vision = Goals

Mission = Purpose

objectives  Divinely Guided ✓

③

My Best ~~talk~~ marketing is a great

Short 2-3 demo video
of Speaking.
intro outro
captions

Great demo wins grp

"practical ease integration"

improve your daily life.

Prospects decision-maker

④

Audience / Topic Keyword

+

Conference,
Convention
association
group
Club
event

Send email to ask who
hires

Don't try to land the gig
on the 1st contact w/ a
someone

Cults adopt Cult
mentality .. meaning
they're in agreement
of time & joining/initiation
Standardized ways &
beliefs for commune

Philosophies to live by ---
it's in the Bible

The Lord blessed [Isaac] so that he became rich, and continued to grow richer until he became very wealthy.

Genesis 26:12-13





# CERTIFICATE OF LIABILITY INSURANCE

ACORD

| PRODUCER | | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. |
|---|---|---|
| Insurance Plus    800-222-1110 | | |
| Arthur J. Gallagher Risk Management Services, Inc. | | |
| 8430 Enterprise Circle, Suite 200 | | INSURERS AFFORDING COVERAGE    NAIC # |
| Lakewood Ranch, FL 34202 | | INSURER A  Arch Specialty Insurance Company- Surplus Lines Insurance    21199 |
| INSURED | | Report all claims via e-mail at sarasota.bsd.operations@ajg.com |
| REYGAN L BOURGAULT | | INSURER B |
| 14 BEECHWOOD DR | | INSURER C |
| KEY WEST, FL 33040    Ins. # 596883 | | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS

| INSR LTR | ADDL INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY | | | | EACH OCCURRENCE | $ 2,000,000 |
| | | X  COMMERCIAL GENERAL LIABILITY | #PLP0066026-02 | 07/18/2023 | 07/18/2024 | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | CLAIMS MADE  X  OCCUR | | | | MED EXP (Any one person) | $ N/A |
| | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 3,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | X  POLICY  X  PRO-JECT  X  LOC | | | | BUS. PERS. PROP. AGG/DED | $ 1,000 / $250 |
| | | AUTOMOBILE LIABILITY | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | ANY AUTO | | | | | |
| | | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | SCHEDULED AUTOS | | | | | |
| | | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | | NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | EXCESS / UMBRELLA LIABILITY | | | | EACH OCCURRENCE | $ |
| | | OCCUR  CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | DEDUCTIBLE | | | | | $ |
| | | RETENTION  $ | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | WC STATU-TORY LIMITS  OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  Y/N (Mandatory in NH) | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | | OTHER  Professional Liability | #PLP0066026-02 | 07/18/2023 | 07/18/2024 | 2,000,000 per occurrence / $3,000,000 annual aggregate | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

**Policy provides coverage for all claims and damage to property or bodily injury, including death, which may arise from street performances or art vending on city rights-of-way.**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| City of Key West 1300 White St. Key West, FL. 33040 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  10  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES. |
| | AUTHORIZED REPRESENTATIVE |

ACORD 25 (2009/01)
INS025 (200901)

© 1988-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Group polarization - Wikipedia



**WIKIPEDIA**
The Free Encyclopedia

# Group polarization

(Redirected from Polarization (psychology))

In social psychology, **group polarization** refers to the tendency for a group to make decisions that are more extreme than the initial inclination of its members. These more extreme decisions are towards greater risk if individuals' initial tendencies are to be risky and towards greater caution if individuals' initial tendencies are to be cautious.[1] The phenomenon also holds that a group's attitude toward a situation may change in the sense that the individuals' initial attitudes have strengthened and intensified after group discussion, a phenomenon known as **attitude polarization**.[2]

## Overview

Group polarization is an important phenomenon in social psychology and is observable in many social contexts. For example, a group of women who hold moderately feminist views tend to demonstrate heightened pro-feminist beliefs following group discussion.[3] Similarly, studies have shown that after deliberating together, mock jury members often decided on punitive damage awards that were either larger or smaller than the amount any individual juror had favored prior to deliberation.[4] The studies indicated that when the jurors favored a relatively low award, discussion would lead to an even more lenient result, while if the jury was inclined to impose a stiff penalty, discussion would make it even harsher.[5] Moreover, in recent years, the Internet and online social media have also presented opportunities to observe group polarization and compile new research. Psychologists have found that social media outlets such as Facebook and Twitter demonstrate that group polarization can occur even when a group is not physically together. As long as the group of individuals begins with the same fundamental opinion on the topic and a consistent dialogue is kept going, group polarization can occur.[6]

Research has suggested that well-established groups suffer less from polarization, as do groups discussing problems that are well known to them. However, in situations where groups are somewhat newly formed and tasks are new, group polarization can demonstrate a more profound influence on decision-making.[7]

## Attitude polarization

**Attitude polarization**, also known as **belief polarization** and **polarization effect**, is a phenomenon in which a disagreement becomes more extreme as the different parties consider evidence on the issue. It is one of the effects of *confirmation bias*: the tendency of people to search for and interpret evidence selectively, to reinforce their current beliefs or attitudes.[8] When people encounter ambiguous evidence, this bias can potentially result in each of them interpreting it as in support of their existing attitudes, widening rather than narrowing the disagreement between them.[9]

The effect is observed with issues that activate emotions, such as political "hot-button" issues.[10] For most issues, new evidence does not produce a polarization effect.[11] For those issues where polarization is found, mere thinking about the issue, without contemplating new evidence, produces the effect.[11] Social comparison processes have also been invoked as an explanation for the effect,

which is increased by settings in which people repeat and validate each other's statements.[12] This apparent tendency is of interest not only to psychologists, but also to sociologists,[13] and philosophers.[14]


## Empirical findings

Since the late 1960s, psychologists have carried out a number of studies on various aspects of attitude polarization.

In 1979, Charles Lord, Lee Ross and Mark Lepper[9] performed a study in which they selected two groups of people, one group strongly in favor of capital punishment, the other strongly opposed. The researchers initially measured the strength with which people held their position. Later, both the pro- and anti-capital punishment people were put into small groups and shown one of two cards, each containing a statement about the results of a research project written on it. For example:

> Kroner and Phillips (1977) compared murder rates for the year before and the year after adoption of capital punishment in 14 states. In 11 of the 14 states, murder rates were lower after adoption of the death penalty. This research supports the deterrent effect of the death penalty.[15]

or:

> Palmer and Crandall (1977) compared murder rates in 10 pairs of neighboring states with different capital punishment laws. In 8 of the 10 pairs, murder rates were higher in the state with capital punishment. This research opposes the deterrent effect of the death penalty.[15]

The researchers again asked people about the strength of their beliefs about the deterrence effect of the death penalty, and, this time, also asked them about the effect that the research had had on their attitudes.

In the next stage of the research, the participants were given more information about the study described on the card they received, including details of the research, critiques of the research, and the researchers' responses to those critiques. The participants' degree of commitment to their original positions were re-measured, and the participants were asked about the quality of the research and the effect the research had on their beliefs. Finally, the trial was rerun on all participants using a card that supported the opposite position to that they had initially seen.

The researchers found that people tended to believe that research that supported their original views had been better conducted and was more convincing than research that didn't.[16] Whichever position they held initially, people tended to hold that position more strongly after reading research that supported it. Lord et al. point out that it is reasonable for people to be less critical of research that supports their current position, but it seems less rational for people to significantly increase the strength of their attitudes when they read supporting evidence.[17] When people had read both the research that supported their views and the research that did not, they tended to hold their original attitudes more strongly than before they received that information.[18] These results should be understood in the context of several problems in the implementation of the study, including the fact

the researchers changed the scaling of the outcome of the variable, so measuring attitude change was impossible, and measured polarization using a subjective assessment of attitude change and not a direct measure of how much change had occurred.[19]

# Choice shifts

Group polarization and **choice shifts** are similar in many ways; however, they differ in one distinct way. *Group polarization* refers to attitude change on the individual level due to the influence of the group, and *choice shift* refers to the outcome of that attitude change; namely, the difference between the average group members' pre-group discussion attitudes and the outcome of the group decision.[7]

Risky and cautious shifts are both a part of a more generalized idea known as group-induced attitude polarization. Though group polarization deals mainly with risk-involving decisions and/or opinions, discussion-induced shifts have been shown to occur on several non-risk-involving levels. This suggests that a general phenomenon of choice-shifts exists apart from only risk-related decisions. Stoner (1968) found that a decision is impacted by the values behind that circumstances of the decision.[20] The study found that situations that normally favor the more risky alternative increased risky shifts. More so, situations that normally favor the cautious alternative increased cautious shifts. These findings also show the importance of previous group shifts. Choice shifts are mainly explained by largely differing human values and how highly these values are held by an individual. According to Moscovici et al. (1972) interaction within a group and differences of opinion are necessary for group polarization to take place.[21] While an extremist in the group may sway opinion, the shift can only occur with sufficient and proper interaction within the group. In other words, the extremist will have no impact without interaction. Also, Moscovici et al. found individual preferences to be irrelevant; it is differences of opinion which will cause the shift.[21] This finding demonstrates how one opinion in the group will not sway the group; it is the combination of all the individual opinions that will make an impact.

# History and origins

The study of group polarization can be traced back to an unpublished 1961 Master's thesis by MIT student James Stoner, who observed the so-called "risky shift".[22] The concept of risky shift maintains that a group's decisions are riskier than the average of the individual decisions of members before the group met.

In early studies, the risky-shift phenomenon was measured using a scale known as the Choice-Dilemmas Questionnaire. This measure required participants to consider a hypothetical scenario in which an individual is faced with a dilemma and must make a choice to resolve the issue at hand. Participants were then asked to estimate the probability that a certain choice would be of benefit or risk to the individual being discussed. Consider the following example:

> "Mr. A, an electrical engineer, who is married and has one child, has been working for a large electronics corporation since graduating from college five years ago. He is assured of a lifetime job with a modest, though adequate, salary and liberal pension benefits upon retirement. On the other hand, it is very unlikely that his salary will increase much before he retires. While attending a convention, Mr. A is offered a job with a small, newly founded company which has a highly uncertain future. The new job would pay more to start and would offer the possibility of a share in the owner- ship if the company survived the competition of the larger firms."

Participants were then asked to imagine that they were advising Mr. A. They would then be provided with a series of probabilities that indicate whether the new company that offered him a position is financially stable. It would read as following

"Please check the lowest probability that you would consider acceptable to make it worthwhile for Mr. A to take the new job."

_____The chances are 1 in 10 that the company will prove financially sound.

_____The chances are 3 in 10 that the company will prove financially sound.

_____The chances are 5 in 10 that the company will prove financially sound.

_____The chances are 7 in 10 that the company will prove financially sound.

_____The chances are 9 in 10 that the company will prove financially sound.

_____Place a check here if you think Mr. A should not take the new job no matter what the probabilities.

Individuals completed the questionnaire and made their decisions independently of others. Later, they would be asked to join a group to reassess their choices. Indicated by shifts in the mean value, initial studies using this method revealed that group decisions tended to be relatively riskier than those that were made by individuals. This tendency also occurred when individual judgments were collected after the group discussion and even when the individual post-discussion measures were delayed two to six weeks.[23]

The discovery of the risky shift was considered surprising and counter-intuitive, especially since earlier work in the 1920s and 1930s by Allport and other researchers suggested that individuals made more extreme decisions than did groups, leading to the expectation that groups would make decisions that would conform to the average risk level of its members.[20] The seemingly counter-intuitive findings of Stoner led to a spurt of research around the risky shift, which was originally thought to be a special case exception to the standard decision-making practice. Many people had concluded that people in a group setting would make decisions based on what they assumed to be the overall risk level of a group; because Stoner's work did not necessarily address this specific theme, and because it does seem to contrast Stoner's initial definition of risky shift, additional controversy arose leading researchers to further examine the topic. By the late 1960s, however, it had become clear that the risky shift was just one type of many attitudes that became more extreme in groups, leading Moscovici and Zavalloni to term the overall phenomenon "group polarization."[24]

Subsequently, a decade-long period of examination of the applicability of group polarization to a number of fields in both lab and field settings began. There is a substantial amount of empirical evidence demonstrating the phenomenon of group polarization. Group polarization has been widely considered as a fundamental group decision-making process and was well established, but remained non-obvious and puzzling because its mechanisms were not fully understood.

## Major theoretical approaches

Almost as soon as the phenomenon of group polarization was discovered, a number of theories were offered to help explain and account for it. These explanations were gradually narrowed down and grouped together until two primary mechanisms remained, social comparison and informational

influence.

## Social comparison theory

The social comparison theory, or normative influence theory, has been widely used to explain group polarization. According to the social comparison interpretation, group polarization occurs as a result of individuals' desire to gain acceptance and be perceived in a favorable way by their group. The theory holds that people first compare their own ideas with those held by the rest of the group; they observe and evaluate what the group values and prefers. In order to gain acceptance, people then take a position that is similar to everyone else's but slightly more extreme. In doing so, individuals support the group's beliefs while still presenting themselves as admirable group "leaders". The presence of a member with an extreme viewpoint or attitude does not further polarize the group.[25] Studies regarding the theory have demonstrated that normative influence is more likely with judgmental issues, a group goal of harmony, person-oriented group members, and public responses.[4]

## Informational influence

Informational influence, or persuasive arguments theory, has also been used to explain group polarization, and is most recognized by psychologists today. The persuasive arguments interpretation holds that individuals become more convinced of their views when they hear novel arguments in support of their position. The theory posits that each group member enters the discussion aware of a set of items of information or arguments favoring both sides of the issue, but lean toward that side that boasts the greater amount of information. In other words, individuals base their individual choices by weighing remembered pro and con arguments. Some of these items or arguments are shared among the members while some items are unshared, in which all but one member has considered these arguments before. Assuming most or all group members lean in the same direction, during discussion, items of unshared information supporting that direction are expressed, which provides members previously unaware of them more reason to lean in that direction. Group discussion shifts the weight of evidence as each group member expresses their arguments, shedding light onto a number of different positions and ideas.[26] Research has indicated that informational influence is more likely with intellective issues, a group goal of making correct decision, task-oriented group members, and private responses.[4] Furthermore, research suggests that it is not simply the sharing of information that predicts group polarization. Rather, the amount of information and persuasiveness of the arguments mediate the level of polarization experienced.[27]

In the 1970s, significant arguments occurred over whether persuasive argumentation alone accounted for group polarization. Daniel Isenberg's 1986 meta-analysis of the data gathered by both the persuasive argument and social comparison camps succeeded, in large part, in answering the questions about predominant mechanisms. Isenberg concluded that there was substantial evidence that both effects were operating simultaneously, and that persuasive arguments theory operated when social comparison did not, and vice versa.[4]

## Self-categorization and social identity

While these two theories are the most widely accepted as explanations for group polarization, alternative theories have been proposed. The most popular of these theories is self-categorization theory. Self-categorization theory stems from social identity theory, which holds that conformity stems from psychological processes; that is, being a member of a group is defined as the subjective

perception of the self as a member of a specific category.[28] Accordingly, proponents of the self-categorization model hold that group polarization occurs because individuals identify with a particular group and conform to a prototypical group position that is more extreme than the group mean. In contrast to social comparison theory and persuasive argumentation theory, the self-categorization model maintains that inter-group categorization processes are the cause of group polarization.[29]

Support for the self-categorization theory, which explains group polarization as conformity to a polarized norm, was found by Hogg, Turner, and Davidson in 1990. In their experiment, participants gave pre-test, post-test, and group consensus recommendations on three choice dilemma item-types (risky, neutral, or cautious). The researchers hypothesized that an ingroup confronted by a risky outgroup will polarize toward caution, an ingroup confronted by a caution outgroup will polarize toward risk, and an ingroup in the middle of the social frame of reference, confronted by both risky and cautious outgroups, will not polarize but will converge on its pre-test mean.[29] The results of the study supported their hypothesis in that participants converged on a norm polarized toward risk on risky items and toward caution on cautious items.[29] Another similar study found that in-group prototypes become more polarized as the group becomes more extreme in the social context.[30] This further lends support to the self-categorization explanation of group polarization.

# Applications

## The Internet

The rising popularity and increased number of online social media platforms, such as Facebook, Twitter and Instagram, has enabled people to seek out and share ideas with others who have similar interests and common values, making group polarization effects increasingly evident, particularly in generation Y and generation Z individuals.[31] Similar to the social media platforms, video streaming platforms like YouTube are forming groups unconsciously through intelligent algorithm seeking for extreme contents.[32] Owing to this technology, it is possible for individuals to curate their sources of information and the opinions to which they are exposed, thereby reinforcing and strengthening their own views while effectively avoiding information and perspectives with which they disagree.[33]

One study analyzed over 30,000 tweets on Twitter regarding the shooting of George Tiller, a late term abortion doctor, where the tweets analyzed were conversations among supporters and opponents of abortion rights, post shooting. The study found that like-minded individuals strengthened group identity whereas replies between different-minded individuals reinforced a split in affiliation.[6]

In a study conducted by Sia et al. (2002), group polarization was found to occur with online (computer-mediated) discussions. In particular, this study found that group discussions, conducted when discussants are in a distributed (cannot see one another) or anonymous (cannot identify one another) environment, can lead to even higher levels of group polarization compared to traditional meetings. This is attributed to the greater numbers of novel arguments generated (due to persuasive arguments theory) and higher incidence of one-upmanship behaviors (due to social comparison).[34]

Some philosophers, such as Douglas Campbell, have argued that group polarization online might not always be a bad thing.[35] In some cases, such as polarization against slavery and slave-owners, it might be desirable to inculcate strongly polarized attitudes in people, with the result that they do not even entertain these views as having any merit at all.

However, some research suggests that important differences arise in measuring group polarization in laboratory versus field experiments. A study conducted by Taylor & MacDonald (2002) featured a realistic setting of a computer-mediated discussion, but group polarization did not occur at the level expected.[36] The study's results also showed that groupthink occurs less in computer-mediated discussions than when people are face to face. Moreover, computer-mediated discussions often fail to result in a group consensus, or lead to less satisfaction with the consensus that was reached, compared to groups operating in a natural environment. Furthermore, the experiment took place over a two-week period, leading the researchers to suggest that group polarization may occur only in the short-term. Overall, the results suggest that not only may group polarization not be as prevalent as previous studies suggest, but group theories, in general, may not be simply transferable when seen in a computer-related discussion.[36]

## Politics and law

Group polarization has been widely discussed in terms of political behavior (see political polarization). Researchers have identified an increase in affective polarization among the United States electorate, and report that hostility and discrimination towards the opposing political party has increased dramatically over time.[37]

Group polarization is similarly influential in legal contexts. A study that assessed whether Federal district court judges behaved differently when they sat alone, or in small groups, demonstrated that those judges who sat alone took extreme action 35% of the time, whereas judges who sat in a group of three took extreme action 65% of the time. These results are noteworthy because they indicate that even trained, professional decision-makers are subject to the influences of group polarization.[38]

### War and violent behavior

Group polarization has been reported to occur during wartime and other times of conflict and helps to account partially for violent behavior and conflict.[39] Researchers have suggested, for instance, that ethnic conflict exacerbates group polarization by enhancing identification with the ingroup and hostility towards the outgroup.[40] While polarization can occur in any type of conflict, it has its most damaging effects in large-scale inter-group, public policy, and international conflicts.

### College life

On a smaller scale, group polarization can also be seen in the everyday lives of students in higher education. A study by Myers in 2005 reported that initial differences among American college students become more accentuated over time. For example, students who do not belong to fraternities and sororities tend to be more liberal politically, and this difference increases over the course of their college careers. Researchers theorize that this is at least partially explained by group polarization, as group members tend to reinforce one another's proclivities and opinions.[41]

# See also

- Confirmation bias
- Deindividuation
- Group-serving bias

*[Handwritten annotations in top margin: "Individually Dismissed attorney", "Susan Merry", "Good friend of Ass+ State attorney Charles Britt", "Judge Sharon Hamilton"]*

## IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
## IN AND FOR MONROE COUNTY, FLORIDA
### JUVENILE DIVISION

IN THE INTEREST OF:
CASE NO.: 2023-DP-107-K

MORA, KYLE BOURGAULT
    DOB 01/16/2015
BOURGAULT, EMILY
    DOB 05/07/2008

**MINOR CHILD(REN)** _____/

## ORDER AS TO SHELTER
## AND NOTICE OF NEXT HEARING

    **THIS CAUSE** came before this Court on the 19th day of October, 2023 under section 39.402, Florida Statutes (2023), on the sworn Shelter Petition filed by the Florida Department of Children and Families, hereinafter referred to as the Department. The Court, having heard testimony and argument, and being fully advised in the premises, finds as follows:

1. **Appearances**: The following individuals appeared before the Court:

    ☒ Susan M. Merry _____, Attorney for the Department
    ☒ Jean Curtis, Cathy Vostry, Teresa Glover, Child Protective Investigator
    ☒ Kenneth Williams_____, Full Case Management Agency
    ☐ Reygan Bourgault_____, Mother
    ☒ Joseph Albury _____, Attorney for the Mother
    ☒ Christopher Jones_____, Father
    ☐ _____, Attorney for the Father
    ☐ Byron Mora Chavarria_____, Father
    ☐ _____, Attorney for the Father
    ☐ _____, Guardian Ad Litem
    ☒ Holly Aliprandi_____, Attorney for the Guardian Ad Litem
    ☐ _____, Legal Custodian
    ☐ _____, Other: _____

2. **Presence of Child(ren)**: Pursuant to Florida Rule of Juvenile Procedure 8.255(b):
    ☒ The child, Emily was present at hearing.
    ☒ The child, Kyle was not present at hearing. The hearing was conducted without presence of the child(ren) as it was determined to be in their best interest for the following reason: ___ the child is too young to understand court proceedings. ___

*[REVISED 07/08/2022]*

3. **Jurisdiction**: The above-named child(ren) were found to be within the jurisdiction of this Court and are of an age subject to the jurisdiction of this Court.

4. **Protective Custody**: On October 18, 2023 at approximately 5:30 p.m., the above-named child(ren) were taken into protective custody by __Jean Curtis__, an authorized agent of the Department.

5. **Parent(s) or Legal Custodian(s)**: The parent(s) or legal custodian(s) of the above-named child(ren) are:

   **Mother**:
   Name: **Reygan Bourgault**

   **Father 1**:
   Name: **Byron Mora Chavarria__**
   Father of: Kyle Bourgault_____
   ☒ The father, **Byron Mora Chavarria**, is the legal father of the child(ren) in that:
       ☐ he was married to the mother at the time the child(ren) was/were conceived or born.
       ☒ his name is on the child(ren)'s birth certificate(s).
       ☐ he has been declared to be the father in a Court order.

   **Father 2**:
   Name: **Christopher Jones**
   Father of: Emily Bourgault
   ☒ The father, **Christopher Jones**, is the legal father of the child(ren) in that:
       ☐ he was married to the mother at the time the child(ren) was/were conceived or born.
       ☒ his name is on the child(ren)'s birth certificate(s).
       ☐ he has been declared to be the father in a Court order.

6. **Notification of Parent(s)/Legal Custodian(s)**: Pursuant to section 39.402(5), each parent or legal custodian was notified as follows:

   **Mother: Reygan Bourgault**
   ☒ In Person ☒ By Phone ☐ Other: _____
   ☒ The child(ren) was/were taken into custody
   ☒ To be present at this hearing
   ☐ Was provided with a statement setting a summary of procedures involved in
   dependency

   **Father, Byron Mora Chavarria__**                  :
   ☐ In Person ☐ By Phone ☐ Other: _____

*[REVISED 07/08/2022]*

☐ The child(ren) was/were taken into custody
☐ To be present at this hearing
☐ Was provided with a statement setting a summary of procedures involved in
dependency

**Father, Christopher Jones:**
☒ In Person ☒ By Phone ☐ Other: _____
☒ The child(ren) was/were taken into custody
☒ To be present at this hearing
☐ Was provided with a statement setting a summary of procedures involved in
dependency

No notice was provided to the ☐ Mother and/or ☐ Chavarria Father because: his contact information is unknown

7. **Right to Counsel**: The parent(s) is/are hereby informed of their right to be represented by an attorney at each stage of the dependency proceedings and of the right of an indigent parent to be represented by Court appointed counsel.

**The Mother: Reygan Bourgault**
☒ did not appear
☐ appeared
    ☐ with legal counsel;
    ☐ without legal counsel and was advised of right to legal counsel but knowingly, intelligently, and voluntarily did waive right to legal counsel;
    ☐ and requested appointment of counsel and counsel was appointed; or
    ☐ Court appointed counsel was denied because the parent did not qualify as indigent

**Father, Byron Mora Chavarria_____:**
☒ did not appear
☐ appeared
    ☐ with legal counsel;
    ☐ without legal counsel and was advised of right to legal counsel but knowingly, intelligently, and voluntarily did waive right to legal counsel;
    ☐ and requested appointment of counsel and counsel was appointed; or
    ☐ Court appointed counsel was denied because the parent did not qualify as indigent

**Father, Christopher Jones:**
☐ did not appear

*[REVISED 07/08/2022]*

☒ appeared
□ with legal counsel;
□ without legal counsel and was advised of right to legal counsel but knowingly, intelligently, and voluntarily did waive right to legal counsel;
□ and requested appointment of counsel and counsel was appointed; or
□ Court appointed counsel was denied because the parent did not qualify as indigent

~~The Child(ren), _____:~~
~~□ Pursuant to section 39.01305, the following child(ren) _____ _____ must have an attorney appointed to represent their legal interests in these proceedings to address the child(ren)'s medical and related needs and the services and supports necessary for the child(ren) to live successfully in the community. This child(ren) qualifies/qualify for appointment of an attorney because the child(ren):~~
~~□ reside(s) in a skilled nursing facility or is/are being considered for placement in a skilled nursing home;~~
~~□ is/are prescribed psychotropic medication but decline(s) assent to the psychotropic medication;~~
~~□ has/have a diagnosis of a developmental disability as defined in section 393.063;~~
~~□ is/are being placed in a residential treatment center or being considered for placement in a residential treatment center;~~
~~□ is/are a victim of human trafficking as defined in section 787.06(2)(d).~~

8. **Grounds for Removal/Need for Placement**: In accordance with section 39.402(8)(h), based on the allegations in the Shelter Petition, there is probable cause to believe the child(ren) is/are dependent based on allegations of abuse, abandonment, or neglect or substantial risk of same and available services will not eliminate the need for placement. The child(ren) is/are dependent, and shelter care is necessary and in the best interest of the child(ren) based upon the verified allegations in the shelter petition, which are incorporated herein and establish the criteria in section 39.402(1)(a)-(c) because:

☒ The child has been abused, neglected, or abandoned, or is suffering from or is in imminent danger of illness or injury as a result of abuse, neglect, or abandonment pursuant to §39.402(1)(a). The child was abused, abandoned, or neglected, or is in imminent danger of injury or illness as a result of abuse, abandonment, or neglect, within the meaning and intent of sections 39.01 (1), (2), (37), and (50). Present or impending danger threats exist within the household. The child is a vulnerable child.  Insufficient protective capacities exist to manage

*[REVISED 07/08/2022]*

the danger threats.  All five sufficiency criteria required to implement an in-home safety plan cannot be met at this time and the specific grounds that support removal are as follows:



The child protective investigator ("CPI"), Jean Curtis, investigated the allegations and found the mother to be erratic, impulsive and refusing to cooperate with the investigation.  The CPI discovered that the older child Emily had only been to school 14 days of this school year and that the younger child has only been to school 4 days all this school year.  The CPI also discovered that the mother and children were being evicted and were evicted last night.  The Mother does not have anywhere to care for the children and is not employed.  The CPI attempted to assist the mother to find housing at a shelter but none of the shelter's would allow the mother to stay due to her criminal history.  The CPI drug tested the mother, and she was positive for Buprenorphine. The mother denied any illicit drug use even suboxone. The mother has untreated mental health concerns as indicated by her inability to focus and her paranoia.  The mother believes there is a conspiracy with Monroe County law enforcement and that they are out to get her.  This family has numerous intakes for domestic violence, illicit substance misuse and inadequate supervision.  The intakes are becoming more frequent and more concerning.  The eldest child is parentified and appears to be the primary caregiver for the younger child.
              The mother has a pattern of arrests for violent actions, two batteries were dropped.  The mother discloses a history of DV with Mr. Hubbard as well as prior history with a prior relationship. The mother has little family support in Monroe County and is a single mother.  She does not have any assistance or contact with Kyle's father and although Emily's father pays child support, he lives in another county and she is the primary custodian.  The mother reports that she uses THC to assist with relaxation.  The mother was not compliant with allowing the department to interview her children alone but finally agreed. During the interview she interrupted and it appears that she has coached the children to not talk to DCF.  In prior investigations the mother has picked up the children to avoid allowing DCF to speak to them.  Mother has also kept them out of school to avoid DCF from interviewing them.        The whereabouts of the younger child's father are unknown, and he has not provided any support for his child.  The Mora father has abandoned his child

☐ The parent or legal custodian of the child(ren) has materially violated a condition of placement imposed by the Court pursuant to §39.402(1)(b). Specifically, _____



[REVISED 07/08/2022]

☐ The child(ren) has/have no parent, legal custodian, or responsible adult relative immediately known and available to provide supervision and care pursuant to §39.402(1)(c). Specifically, _____

_____

____

☐ In accordance with section 39.402(8)(h), a finding of probable cause **cannot** be made at this time and the Court requires additional information to determine the risk to the child(ren). The following information must be provided to the Court during the continuation of this hearing: _____

_____ This hearing is continued for not more than 72 hours, until _____, at _____ a.m./p.m. The child(ren) shall remain in shelter care.

9. **Cause of the Removal**: The conditions that led to the child's out of home placement were caused by the ☒ Mother; ☒ Chavarria Father; ☐ Mother and Father.

10. **Contrary to Welfare**: In accordance with section 39.402(8)(h), placement of the child(ren) in shelter care is in the best interest of the child(ren). Continuation in the home is contrary to the welfare of the child(ren) because the home situation presents a substantial and immediate danger to the child(ren)'s physical, mental or emotional health or safety, which cannot be mitigated by the provision of preventive services and placement is necessary to protect the child(ren), as shown by the following facts: <u>The specific findings in Paragraph 8 above are incorporated as though fully set forth herein and support the Court's finding that continuation in the home is contrary to the welfare of the child(ren).</u>

11. **Reasonable Efforts to Prevent or Eliminate the Need for Removal**: In accordance with section 39.402(8)(h)(5), the Department has made reasonable efforts to prevent or eliminate the need for removal of the child(ren) from the home. In accordance with section 39.402(10), the reasonable efforts of the Department were as follows:

☐ The first contact with the Department occurred during an emergency. Specifically, _____

_____

_____.

☒ The appraisal of the home situation by the Department indicated a substantial and immediate danger to the child(ren)'s physical, mental, or emotional health or safety which could not be mitigated by the provision of preventive services. Specifically, <u>The department has made referrals</u>

*[REVISED 07/08/2022]*

*NOT TRUE*

for the mother and children which the mother has refused to follow up on. The department was able to safety plan with the mother last night, but mother failed to abide by the safety plan leaving the residence in the middle of the night. The department is unable to safety plan with the mother leaving the children in present danger. The department attempted to assist the mother in finding a shelter but none of the shelters would allow the mother to stay due to criminal history and presents with manic-type behavior. She is unable to regulate her emotional outbursts. She believes that she is being victimized by conspiracies developed by various agencies throughout Monroe County.

*see over gov over Approval BG Check to Follow!*

☒ Present danger threat(s), as defined by section 39.01(66), exist(s) in the household, which is/are immediate, significant, clearly observable, and actively occurring, and an in-home present danger safety plan is not feasible with the current family conditions; and/or

☒ Impending danger threat(s), as defined by section 39.01(36) exist(s) in the household, the child(ren) is/are vulnerable to the threats, the caregiver's protective capacities are insufficient to manage the danger threats active within the household, and an in-home safety plan is not feasible with the current family conditions.

☒ The child(ren) cannot safely remain at home, either because there are no preventive services that can ensure the safety of the child(ren), or because, even with appropriate and available services being provided, the health and safety of the child(ren) cannot be ensured, pursuant to section 39.402(8)(h)(5)(c), specifically ***(specific services provided and why it did not remedy the situation)***:
  The department has made referrals for the mother and children which the mother has refused to follow up on. The department was able to safety plan with the mother last night, but mother failed to abide by the safety plan leaving the residence in the middle of the night. The department is unable to safety plan with the mother leaving the children in present danger. The department attempted to assist the mother in finding a shelter but none of the shelters would allow the mother to stay due to criminal history and presents with manic-type behavior. She is unable to regulate her emotional outbursts. She believes that she is being victimized by conspiracies developed by various agencies throughout Monroe County

☒ The parent/legal guardian is **not** willing for an in-home safety plan to be developed and implemented and/or have **not** demonstrated that they will cooperate with all identified safety service providers.

☒ The home environment is **not** calm and consistent enough for an in-home safety plan to be implemented and for safety service providers to be in the home safely.

[REVISED 07/08/2022]

☒ Safety services are **not** available at a sufficient level and to the degree necessary in order to manage the way in which the impending danger is manifested in the home.

☒ An in-home safety plan and the use of in-home safety services **cannot** sufficiently manage impending danger without the results of scheduled professional evaluations.

☒ The parent/legal guardian does **not** have a physical location in which to implement and in-home safety plan.

☐ The parent or legal custodian is alleged to have committed any of the acts listed as grounds for expedited termination of parental rights in section 39.806(1)(b)-(d) and (f)-(m).

12. **Reasonable Efforts to Keep Siblings Together**: Pursuant to section 39.402(8)(h)(6), the Department has made reasonable efforts to keep the siblings together after the removal from the home. The reasonable efforts of the Department were as follows:
    ☐ There are no siblings.
    ☐ The siblings are currently placed together.
    ☒ A home is not available to place the siblings together at this time. The Department has made the following reasonable efforts to keep the child(ren) together: the children were unable to be placed together but are placed within 45 minutes of each other and will visit with each other frequently_____
    ☐ It is not in the best interest of each sibling that all the siblings be placed together in out-of-home care, for the following reasons: __
    _____
    _____

13. **Inquiry as to Relative Placement**:
    ☐ The Court has inquired of any parent(s) or legal custodian(s) present whether the parent(s) or legal custodian(s) has relatives who might be considered as a placement for the child(ren).

    ☐ The Court has advised any parent(s) or legal custodian(s) present that the parent(s) or legal custodian(s) has a continuing duty to inform the Department of any relative who should be considered for placement of the child(ren).

14. **Other Findings/Special Conditions**: <u>The shelter hearing was held remotely via Zoom video conferencing. The Court observed the following procedural safeguards during the hearing:</u>

*[REVISED 07/08/2022]*

a. At the start of the hearing, before and after the presentation of each witness, and before the conclusion of the hearing, the court inquired of the parties whether they were able to see and hear the proceedings.
b. All parties confirmed they were able to see and hear the entire proceeding.
c. Throughout the hearing, the court was able to see and hear all parties.
d. At the inception of the hearing the court was able to positively identify all witnesses and administered the oath.
e. During the presentation of witness testimony, the court was fully able to see and hear each witness and was able to observe the witness's demeanor. The court also confirmed that the witness was not relying upon notes or documents located outside of the camera's view.
f. During the presentation of witness testimony, all parties were able to contemporaneously raise objections.  Any objections raised were immediately ruled on before proceeding.
g. All parties were afforded the opportunity to cross-examine witnesses.
h. All parties were provided the opportunity to privately confer with their clients.
i. No party lost connectivity during the hearing.
j. The hearing was recorded in full.

**THEREFORE**, based upon the foregoing findings, it is hereby **ORDERED AND ADJUDGED** that:

1. **Placement**: The Department has made reasonable efforts to place the child in order of priority as provided in section 39.4021, Florida Statutes, or such priority placement is not a placement option or in the best interest of the child based on the criteria and factors set out in section 39.01375, Florida Statutes. The child(ren) shall remain/be placed under the supervision of the Department under shelter care and shall be released to the temporary legal custody of:

   ☐ **Placement with Approved Relative/Non-Relative**: The child shall remain/be placed under shelter care in the temporary legal custody of, whose relationship is, under the supervision of the Department. The Department shall have placement and care responsibility while the child(ren) is/are under protective supervision in an out of home placement.

   If present, the Court notified relatives who are providing out-of-home care for the child(ren) of the next dependency hearing and of the importance of active participation of the relatives who are providing out-of-home care in all proceedings and hearings and that they have a

*[REVISED 07/08/2022]*

right to attend subsequent hearings, submit reports to the Court, and speak to the Court regarding the child(ren).

☒ **Placement in Department Licensed Care**: The child Kyle Bourgault Mora shall remain/be placed under shelter care in the temporary legal custody of the Department of Children and Families, and the Department. The Department shall have placement and care responsibility while the child(ren) is/are under protective supervision in an out of home placement.

☒ **Placement with a Parent**: The child, Emily Bourgault shall remain/be placed under shelter care in the temporary legal custody of **Christopher Jones**, who is the father of the child, under the supervision of the Department.

2. **Visitation**
   Mother: **Reygan Bourgault**
   ☒ Supervised by Wesley House with a frequency of 2x per week

   ☐ Unsupervised with frequency as follows: _____

   ☒ Other conditions: Mother must test negative for illicit substances prior to the visit and Mother must present herself to the court.
   ☐ Not applicable. Child(ren) is/are in home with this parent.

   Father, **Byron Mora Chavarria**_____:
   ☐ Supervised by _____ with a frequency of _____

   ☐ Unsupervised with frequency as follows: _____

   ☒ Other conditions: ___None until he presents himself to the court

   ☐ Not applicable. Child(ren) is/are in home with this parent.

   Father, **Christopher Jones**:
   ☐ Supervised by _____ with a frequency of _____

   ☐ Unsupervised with frequency as follows: _____

   ☐ Other conditions: _____

   ☒ Not applicable. Child Emily is in home with this parent.

   Other persons: _____
   _____

3. **Visitation/Interaction Between Siblings**: Pursuant to section 39.402(9)(b), on-going visitation or interaction between the siblings is:

*[REVISED 07/08/2022]*

☐ Not applicable; there are no siblings.
☐ Not applicable; siblings are placed together.
☒ Ordered as follows: frequent visitation between the siblings
☐ Not recommended because visitation or interaction would be contrary to the safety and well-being in that: _____

_____

_____

4. **Psychotropic Medication**: The Department or its contracted agencies is authorized to continue administering the above-captioned child(ren)'s psychotropic medication(s). If authorized, absent the parent(s) or legal custodian(s) authorization to continue psychotropic medications, said medications shall continue until or unless changed by the child(ren)'s physician for 28 days or until the arraignment, whichever is sooner.

5. **Indian Child Welfare Act is ☐ applicable ☒ not applicable**: In accordance with section 39.0317, and the Indian Child Welfare Act (ICWA), 25 U.S.C. ss. 1901 et seq., it is determined as follows:
Child(ren) name(s): _____
Tribe: _____
Inquiry made: Yes/No
To whom inquiry was made: _____
Method/Date/Time inquiry was made: _____

6. **Guardian Ad Litem Program**: Pursuant to section 39.822 and Florida Rule of Juvenile Procedure 8.215, the Guardian Ad Litem Program ☒ is ☐ is not appointed.

7. **Comprehensive Behavioral Health Assessment**: In accordance with section 39.407, a comprehensive behavioral health assessment shall be completed by the Department or its contracted agencies.

8. **Diligent Search ☐ not applicable ☒ applicable**: Pursuant to section 39.503, the Court directs the Department or its contracted agencies to conduct a diligent search of the following parent or prospective parent, who's location is unknown: **Byron Mora Chavarria**_____

9. **Access to Child(ren)**: Person's with care, visitation, or custodial control over the child(ren) subject to this dependency action must allow the Department or its contracted agencies access to the child(ren) upon request.

10. **Admonishment pursuant to section 39.402(18)**: IF THE PARENTS FAIL TO SUBSTANTIALLY COMPLY WITH THE CASE PLAN, THEIR PARENTAL RIGHTS MAY BE TERMINATED AND THE CHILD(REN)'S OUT-OF-HOME PLACEMENT MAY BECOME PERMANENT. THE PARENT(S) MUST TAKE ACTION TO COMPLY WITH THE CASE PLAN SO PERMANENCY CAN OCCUR WITHIN THE

*[REVISED 07/08/2022]*

SHORTEST TIME POSSIBLE. THE PARENT(S) MUST STAY IN CONTACT WITH THEIR ATTORNEY AND THE CASE MANAGER. THE PARENT(S) MUST PROVIDE UPDATED CONTACT INFORMATION IF THERE IS A CHANGE. THE PARENT(S) MUST NOTIFY THE PARTIES AND THE COURT OF BARRIERS TO COMPETING THE CASE PLAN WITHIN A REASONABLE TIME OF DISCOVERING THE BARRIER.

11. **Educational Records and Information**: Pursuant to section 39.402(11)(c), the parent(s) or prior legal custodian(s), or other caregivers as applicable, shall provide access to the child(ren)'s educational records and provide educational information to the Court, the Department or its contracted agencies, and any guardian ad litem or attorneys for the child(ren). Within 24 hours of this order, the parent(s) or prior legal custodian(s), or other caregivers as applicable, shall execute appropriate authorizations to release the child(ren)'s educational records and educational information. Upon presentation of a copy of this order, the legal custodian appointed in these proceedings, or in the absence of such a legal custodian, the Department or its contracted agencies, is hereby authorized to obtain copies of the child(ren)'s educational records and educational information from any entity, including but not limited to, public and private educational providers and facilities, and may execute appropriate authorizations to release the child(ren)'s educational records and educational information. Providers and facilities may require identification and signature to ensure compliance with state and federal laws.

15. **Medical, Mental/Behavioral Health Treatment, and Substance Abuse Treatment Records and Information:** Pursuant to section 39.402(11)(b), the parent(s) or prior legal custodian(s), or other caregivers as applicable, shall provide access to the child's medical, mental/behavioral health treatment, and substance abuse treatment records and provide medical, mental/behavioral health treatment, and substance abuse treatment information to the court, the Department or its contracted agencies, and any guardian ad litem or attorney for the child. Within 24 hours of this order, the parent(s) or prior legal custodian(s), or other caregivers as applicable, shall execute appropriate authorizations to release the child's medical, mental/behavioral health treatment, and substance abuse treatment records and medical information. Upon presentation of a copy of this order, the legal custodian appointed in these proceedings, or in the absence of such a legal custodian, the Department or its contracted agencies, is hereby authorized to obtain copies of the child's medical, mental/behavioral health treatment, and substance abuse treatment records and medical information from any entity, including but not limited to, public and private medical providers and facilities, and may execute appropriate authorizations to release the child's medical records and medical information. Providers and facilities may require identification and signature to ensure compliance with state and federal laws.

*[REVISED 07/08/2022]*

12. **Temporary Legal Custody**: Pursuant to section 39.01(86) the temporary legal custody conferred upon the custodian gives the custodian the right to have temporary physical custody of the child(ren) and the right and duty to protect, nurture, guide, and discipline the child(ren) and to provide the child(ren) with food, shelter, and education, and ordinary medical, dental, psychiatric, and psychological care, unless these rights and duties are otherwise enlarged or limited by further order of the Court.

13. **Medical Screening**: Pursuant to section 39.407(1) the Department is authorized to have a medical screening performed on the child(ren) without authorization from the Court and without consent from a parent or legal custodian. Such medical screening shall be performed by a licensed health care professional and shall be to examine the child(ren) for injury, illness, and communicable diseases and to determine the need for immunization. If the medical screening determines that the child(ren) is/are in need of medical treatment, including the need for immunization, consent for medical treatment shall be obtained pursuant to section 39.407(2)(a)1 or 39.407(2)(a)2.

14. **Reports of the Child Protection Team**: Pursuant to section 39.202(6), the Department shall be permitted to disclose the reports of the Child Protection Team to the Court, the parent or legal custodian of the child(ren), their attorneys, the child(ren)'s attorney, and to the Guardian Ad Litem Program for purposes of discovery.

15. **Missing Child**: The legal custodian appointed in these proceedings, or in the absence of such a legal custodian, the Department or its contracted agencies, is hereby directed to notify local law enforcement and the Department immediately at any time that any child subject to the jurisdiction of this Court is determined to be missing or that the child's whereabouts are unknown. Law enforcement is directed to proceed with all missing child protocols, including the commencement of a full investigation. The child shall not be released to any person without verification of the individual's authority to take custody of the child.

16. **Participation in Proceedings**: The legal custodian appointed in these proceedings have the right to attend all subsequent hearings, to submit reports to the Court, and to speak to the Court regarding the child(ren), if they so desire.

17. **Permanent Mailing Address**: The parties have provided the Court with a permanent mailing address and said address will be used by the Court and the petitioner for notice purposes unless and until the party notifies the Court and the petitioner in writing of a new mailing address pursuant to section 39.402(8)(g).

*[REVISED 07/08/2022]*

18. **Right to and Contact with Counsel**: Pursuant to section 39.502(8)(h)(7), and Florida Rule of Juvenile Procedure 8.320, a parent(s) or legal custodian(s) has the right to have counsel present at each stage of the dependency proceeding. Parent(s) or legal custodian(s) is/are required to maintain regular frequent contact with their attorney. If a parent(s) or legal custodian(s) fails to maintain regular frequent contact with the attorney, the attorney may be unable to adequately and appropriately advise, advocate, and provide representation.

19. **Child Support**: Pursuant to section 39.402(11)(a), the parent(s) or legal custodian(s) shall provide the Department or its contracted agencies, and the Florida Department of Revenue with financial information necessary to accurately calculate child support under section 61.30 within 28 days of this Court's order, and the parent(s) or legal custodian(s) of the child(ren), or the guardian of the child(ren)'s estate, if possessed of assets which under law may be disbursed for the care, support, and maintenance of the child(ren), shall pay the Department or institution having custody of the child(ren), fees established by the Department.

20. **Travel**: The custodian(s) are permitted to take the child(ren) to another county within the State of Florida for no longer than seven (7) days. The custodian(s) is/are authorized through the Department to authorize emergency medical, surgical, and psychological/psychiatric evaluations and treatment of the child(ren), if necessary, during any said trip. No person shall remove the child/children from the State of Florida without a Court Order. The custodian(s) must immediately notify the Department or its contract provider in writing of scheduled travel plans regardless of whether the travel will be within the State.

In the event that a state of emergency is declared for the county where the children are placed, the caregiver may evacuate the children to a safe place anywhere within the continental United States without further order of the Court. The caregiver shall notify the Department or its contract provider of the address and phone number of the safe place where the children will be located within 72 hours of the evacuation. This temporary relocation is approved for a period not exceeding fourteen (14) days. The child(ren) shall be returned to their original placement as soon as it is determined that it is safe and suitable.

21. **Change in Location of Care/Removal from Jurisdiction**: The parent(s) or legal custodian who has custody pursuant to this order must notify the case manager within two (2) days of any changes with regards to where the child(ren) reside(s), attend(s) school or daycare, or any other changes in the child(ren)'s location of care. The parent(s) is/are prohibited from removing the child(ren) from the Court's judicial circuit without prior approval of the Court and entry of an order authorizing them to do so. Should the parent(s) fail to comply with these

*[REVISED 07/08/2022]*

requirements or the child(ren) be unable to be located, the Department may, at the Department's discretion, notify local law enforcement and submit a missing child report. This language is designed to allow law enforcement to proceed with all missing child protocols including the commencement of a complete investigation.

22.    **Notice of Shelter Review Hearing** ☒ not applicable ☐ applicable: The Shelter Review Hearing is scheduled for _____, at ___ ___ a.m./p.m., at
☐ Monroe County Courthouse, 88820 Overseas Highway, Tavernier, FL 33070
☐ Freeman Justice Center, 302 Fleming Street, Courtroom D, Key West, FL 33040
☐ Marathon Courthouse, 3117 Overseas Highway, Marathon, FL 33050

23.    **Notice of Arraignment Hearing:** If a Petition for Dependency is subsequently filed in this cause, the Arraignment Hearing is scheduled for November 8, 2023, at 9:30 a.m., at
☐ Monroe County Courthouse, 88820 Overseas Highway, Tavernier, FL 33070
☒ Freeman Justice Center, 302 Fleming Street, Courtroom D, Key West, FL 33040
☐ Marathon Courthouse, 3117 Overseas Highway, Marathon, FL 33050
The parent(s) has/have a right to be represented by an attorney at the arraignment hearing and during the dependency proceedings. FAILURE TO APPEAR AT THE ARRAIGNMENT CONSTITUTES CONSENT TO THE ADJUDICATION OF THE CHILD(REN) AS DEPENDENT CHILD(REN) AND MAY ULTIMATELY RESULT IN LOSS OF CUSTODY OF THE CHILD(REN) AND PERMANENT DEPRIVATION OF PARENTAL RIGHTS.

24.    **Notice of Initial Judicial Review Hearing**: The Judicial Review Hearing is scheduled for _____, at _____ a.m./p.m., at
☐ Monroe County Courthouse, 88820 Overseas Highway, Tavernier, FL 33070
☐ Freeman Justice Center, 302 Fleming Street, Courtroom D, Key West, FL 33040
☐ Marathon Courthouse, 3117 Overseas Highway, Marathon, FL 33050

25.    **Notice of Permanency Hearing**: The Permanency Hearing in the above-styled cause is scheduled for _____, at _____ a.m./p.m., at
☐ Monroe County Courthouse, 88820 Overseas Highway, Tavernier, FL 33070
☐ Freeman Justice Center, 302 Fleming Street, Courtroom D, Key West, FL 33040
☐ Marathon Courthouse, 3117 Overseas Highway, Marathon, FL 33050

*[REVISED 07/08/2022]*

26.   **Jurisdiction Retained**: The Court retains jurisdiction over this matter to enter any other and further orders as may be deemed to be in the best interests and welfare of the child(ren).

27.   **Other Findings/Special Conditions**: _____

_____

_____

28.   **Denial of Shelter Petition ☐ applicable**: The Department's petition is denied without prejudice and the Department is ordered to return the above-named child(ren) to the parent(s)/legal custodian(s) forthwith. The Court finds that the reason for removal of the child(ren) has/have been or can be remedied to the extent that the safety and well-being of the child(ren) will not be endangered.

**DONE AND ORDERED** in Plantation Key, Monroe County, Florida on Tuesday, October 24, 2023.



44-2023-DP-000107-A001KW 10/24/2023 07:55:20 AM

Judge Sharon Hamilton, Acting Circuit Judge
44-2023-DP-000107-A001KW 10/24/2023 07:55:20 AM

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact ADA Coordinator, 302 Fleming Street, Key West, Florida 33040; (305) 292-3423, at least 7 days before your scheduled Court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## PLEASE BE GOVERNED ACCORDINGLY.

Cc:

Susan M Merry
susan.merry@myflfamilies.com
andrea.jacobs@myflfamilies.com
snr.cls.eservice@myflfamilies.com

Joseph M. Albury
servicecivilkw@rc3fl.com
jalbury@rc3fl.com
joe@alburylaw.com

Holly A Aliprandi

[REVISED 07/08/2022]

C16galMC.eservice@gal.fl.gov
Holly.Aliprandi@gal.fl.gov

*[REVISED 07/08/2022]*



**U.S. Department of Justice**

Federal Bureau of Investigation
Criminal Justice Information Services Division
*Clarksburg, WV 26306*

REYGAN LEA BOURGAULT                                        Date: 08-22-2023
14 BEECHWOOD DR
KEY WEST, FL 33040

The Criminal Justice Information Services (CJIS) Division of the
Federal Bureau of Investigation (FBI) has completed the following
fingerprint submission:

**Subject Name**

REYGAN LEA BOURGAULT

**Search Completed Result**          08-22-2023  E2023234000000188932

**A SEARCH OF THE FINGERPRINTS PROVIDED BY THIS INDIVIDUAL HAS REVEALED PRIOR
ARREST DATA AT THE FBI. THIS DOES NOT PRECLUDE FURTHER CRIMINAL HISTORY AT THE
STATE OR LOCAL LEVEL.**

Date of Birth:            05/14/1981

Social Security number:   XXX-XX-5513

The result of the above response is only effective for the date
the submission was originally completed. For more updated information,
please submit new fingerprints of the Subject.

In order to protect Personally Identifiable Information, as of
August 17, 2009, FBI policy has changed to no longer return the
fingerprint cards. This form will serve as the FBI's official
response.

This Identity History Summary (IdHS) is provided pursuant to 28
CFR 16.30-16.34 solely for you to conduct a personal review and/or
obtain a change, correction, or updating of your record. **This IdHS is
not provided for the purpose of licensing or employment or any other
purpose enumerated in 28 CFR 20.33.**

Any questions may be addressed to the Customer Service Group at
304-625-5590.  You may also visit the website at www.fbi.gov/checks
for further instructions.

*I PURchased a GUN in August Pending this Report*

Chris Ormerod
Section Chief
Biometric Services Section
Criminal Justice Information
Services Division

*I NOW OWN A GUN!*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000001Z                                    NCN E2023234000000188932
TCN  WVFBIJM0Z-20230822143107-EDO-0000-68228

THE ENCLOSED RECORD, DATED 2023/08/22, WITH THE FBI UCN 112061XA4 AND
NGI CONTROL NUMBER (NCN) E2023234000000188932 IS BEING PROVIDED AS THE
RESULT OF CIVIL RETURN IDENT TEN-PRINT SUBMISSION.
THE TENPRINT BIOGRAPHICS AS SUBMITTED IN THE ORIGINAL TRANSACTION ARE:
NAME: BOURGAULT,REYGAN LEA                        DOB 1981/05/14


DATA RELATED TO THIS RECORD WAS REQUESTED FROM THE FOLLOWING:


FLORIDA           - STATE ID/FL03997464
FBI               - FBI/112061XA4

SINCE THIS RESPONSE CONTAINS NATIONAL FINGERPRINT FILE (NFF) AND/OR III
PARTICIPANT STATE(S) REGULATED DATA, THE RESPONSE MAY NOT BE COMPLETE.
HOWEVER THE FBI MAINTAINED DATA FROM THE NON-RESPONDING III PARTICIPANT
STATE(S) IS INCLUDED IN THE RESPONSE.

DC000001Z
DO 556-73 REQ
FBI-CJIS-WV
BIOMETRIC TECHNOLOGY CTR
1000 CUSTER HOLLOW RD
CLARKSBURG,WV 26306

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV   26306


DC000001Z
TCN WVFBIJM0Z-20230822143107-EDO-0000-68228
AGENCY CASE D60706923219


THE FBI IDENTIFIED YOUR TEN-PRINT SUBMISSION WHICH
CONTAINED THE FOLLOWING DESCRIPTORS:


NAME BOURGAULT,REYGAN LEA

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|-----|------|-----------|--------|--------|------|------|
| F | W | 1981/05/14 | 000 | UNK | UNK | UNK |

| STATE ID | BIRTH PLACE |
|----------|-------------|
| NULL | UNITED STATES |


CITIZENSHIP
UNITED STATES


| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|-------------------|---------------------|-----------------|--------------|
| NONE | NONE | 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 | NONE |


ALIAS NAME(S)
NONE


END OF COVER SHEET

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DC000001Z                                    NCN E2023234000000188932

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
            - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                           FBI UCN          DATE REQUESTED
BOURGAULT,REYGAN               112061XA4        2023/08/22

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
F    W     1981/05/14  505     124     HAZ   XXX

BIRTH PLACE
FLORIDA

PATTERN CLASS
LS LS LS LS LS LS AU LS LS LS


RECORD UPDATED 2023/08/22




ALL ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

*************************** Introduction ***************************

This rap sheet was produced in response to the following request:

State Id Number          FL03997464 (FL)
Purpose Code             R
Attention                E2023234000000188932;T

The information in this rap sheet is subject to the following caveats:

This record contains Florida information only. When explanation of a
charge or disposition is needed, communicate directly with the agency
that contributed the record information.

The use of this record is controlled by federal regulations. It is
provided for the purpose of personal review and may only be used for
the purpose requested. This record may only be used for review and
challenge as defined by the code of federal regulations.

** Sealed pursuant to Florida Statute(s) 943.0595 **


*************************** IDENTIFICATION ***************************

Subject Name(s)

BOURGAULT, REYGAN
BOURGAULT, REYGAN LEA  (AKA)


Subject Description

                         State Id Number
                         FL03997464 (FL)

Social Security Number
599489222
590085513
599811922
599819222


Sex                      Race
Female                   White

Height                   Weight                   Date of Birth
5'05"                    50                       1981-05-14
                         132

Hair Color               Eye Color
Brown                    Blue

Scars, Marks, and Tattoos
Code                     Description, Comments, and Images
TAT BREAST               , BREAST, NONSPECIFIC

```
Florida
Residence
Residence as of
                            14 BEECHWOOD DR
                            KEY WEST, FL   USA



************************   CRIMINAL HISTORY   ************************

============================ Cycle 001 ============================
Cycle Caveat                ** Sealed pursuant to Florida Statute(s)
                            943.0595 ** 2023-08-22
Cycle Caveat                If further information is desired please
                            contact FL03701C1 via Administrative Message or
                             call 1-850-410-7870 between the hours of
                            0800-1700 M-F. 2023-08-22
Tracking Number             2601013378
Earliest Event Date         2002-08-10 Incident Date         2002-08-10
------------------------------------------------------------------
Arrest Date                 2002-08-10
Arrest Case Number          20022492
Arresting Agency            FL0260000 Hendry County Sheriffs Office
Charge                      001
        Charge Literal      Battery
     Charge Description      TOUCH OR STRIKE DOM VIOL
     Charge Description      Domestic Violence Flag:true
             Statute         Touch Or Strike ( )
    State Offense Code       784.03.1a1
             Counts          1
           Severity          Misdemeanor 1st Degree
     Enhancing Factor        Accessory after the fact.
                             Principal in first degree.
Charging Agency             FL0260000 Hendry County Sheriffs Office
------------------------------------------------------------------
Prosecutor Disposition      (Cycle 001)
Prosecutor Case Number      02000653MMMA
Prosecutor Agency           FL026105A Hendry County State Attorney's Office
                            Ft. Myers
Charge                      1
Charge Tracking Number      1
        Charge Literal      Battery
     Charge Description      BATTERY
             Statute         Touch Or Strike ( )
    State Offense Code       784.03
             Counts          1
           Severity          Misdemeanor 1st Degree
         Disposition         Dropped/Abandoned( 2002-08-23; Same As Above)
     Prosecution Comment     Arrest Charge Status - Charge Resulted From
                             Arrest
============================ Cycle 002 ============================
Cycle Caveat                ** Sealed pursuant to Florida Statute(s)
                            943.0595 ** 2023-08-22
Cycle Caveat                If further information is desired please
                            contact FL03701C1 via Administrative Message or
                             call 1-850-410-7870 between the hours of
```

```
Tracking Number          2601013531
Earliest Event Date      2002-09-08 Incident Date          2002-09-08
-------------------------------------------------------------------
Arrest Date              2002-09-08
Arrest Case Number       20022814
Arresting Agency         FL0260000 Hendry County Sheriffs Office
Charge                   001
        Charge Literal   Battery
     Charge Description  TOUCH OR STRIKE DOM VIOL
     Charge Description  Domestic Violence Flag:true
            Statute      Touch Or Strike ( )
     State Offense Code  784.03.1a1
            Counts       1
            Severity     Misdemeanor 1st Degree
     Enhancing Factor    Accessory after the fact.
                         Principal in first degree.
Charging Agency          FL0260000 Hendry County Sheriffs Office
-------------------------------------------------------------------
Prosecutor Disposition   (Cycle 002)
Prosecutor Case Number   262002MM000734XXAXMX
Prosecutor Agency        FL026023J Hendry County Clerk of Court LaBelle
Charge                   1
Charge Tracking Number   1
        Charge Literal   Battery
     Charge Description  BATTERY
            Statute      Touch Or Strike ( )
     State Offense Code  784.03
            Counts       1
            Severity     Misdemeanor 1st Degree
            Disposition  Filed( 2002-09-30; )
     Prosecution Comment Arrest Charge Status - Charge Resulted From
                         Arrest
-------------------------------------------------------------------
Court Disposition        (Cycle 002)
Court Case Number        262002MM000734XXAXMX
Final Disposition Date   2002-12-10
Court Agency             FL026023J Hendry County Clerk of Court LaBelle
Charge                   1
        Charge Literal   Battery
     Charge Description  BATTERY
            Statute      Touch Or Strike ( )
     State Offense Code  784.03
            Counts       1
            Severity     Misdemeanor 1st Degree
            Disposition  Acquitted( 2002-12-10; Not Applicable)
=============================== Cycle 003 ==========================
Cycle Caveat             ** Sealed pursuant to Florida Statute(s)
                         943.0595 ** 2023-08-22
Cycle Caveat             If further information is desired please
                         contact FL03701C1 via Administrative Message or
                         call 1-850-410-7870 between the hours of
                         0800-1700 M-F. 2023-08-22
Tracking Number          2601018531
Earliest Event Date      2003-12-13 Incident Date          2003-12-13
-------------------------------------------------------------------
Arrest Date              2003-12-13
Arrest Case Number       20033821
```

```
              Charge               001
     Charge Literal                Battery
  Charge Description               TOUCH OR STRIKE DOM VIOL
  Charge Description               Domestic Violence Flag:true
           Statute                 Touch Or Strike ( )
State Offense Code                 784.03.1a1
            Counts                 1
          Severity                 Misdemeanor 1st Degree
  Enhancing Factor                 Accessory after the fact.
                                   Principal in first degree.
  Charging Agency                  FL0260000 Hendry County Sheriffs Office
------------------------------------------------------------------------
Prosecutor Disposition             (Cycle 003)
Prosecutor Case Number             262003MM004500XXAXMX
Prosecutor Agency                  FL026105A Hendry County State Attorney's Office
                                   Ft. Myers
Charge                             1
Charge Tracking Number             1
     Charge Literal                Battery
  Charge Description               BATTERY
           Statute                 Touch Or Strike ( )
State Offense Code                 784.03
            Counts                 1
          Severity                 Misdemeanor 1st Degree
       Disposition                 Dropped/Abandoned( 2004-01-22; Same As Above)
  Prosecution Comment              Arrest Charge Status - Charge Resulted From
                                   Arrest
============================= Cycle 004 =============================
Tracking Number                    1307153425
Earliest Event Date                2006-10-11 Incident Date        2006-10-11
------------------------------------------------------------------------
Arrest Date                        2006-10-11
Arrest Case Number                 0935386
Arresting Agency                   FL0132200 Bay Harbor Islands Police Department
Charge                             001
     Charge Literal                Resist Officer
  Charge Description               RESISTING OFFICER WITH VIOLENCE TO HIS PERSON
           Statute                 With Violence ( )
NCIC Offense Code                  4801
NCIC Offense Text                  Resist Officer
State Offense Code                 843.01
            Counts                 1
          Severity                 Felony 3rd Degree
Charging Agency                    FL0132200 Bay Harbor Islands Police Department
Charge                             002
     Charge Literal                Battery
  Charge Description               BATTERY
           Statute                 Touch Or Strike ( )
State Offense Code                 784.03
            Counts                 1
          Severity                 Misdemeanor 1st Degree
Charging Agency                    FL0132200 Bay Harbor Islands Police Department
Charge                             003
     Charge Literal                Disorderly Conduct
  Charge Description               DISORDERLY CONDUCT BREACH OF THE PEACE
           Statute                 Brawling Fighting Corrupt Public Moral Decency
                                   ( )
```

```
              NCIC Offense Code    5311
       State Offense Code    877.03
                  Counts    1
                Severity    Misdemeanor 2nd Degree
        Charging Agency    FL0132200 Bay Harbor Islands Police Department
------------------------------------------------------------------------
Prosecutor Disposition    (Cycle 004)
Prosecutor Case Number    132006CF0342600001XX
    Prosecutor Agency    FL013015A Dade County State Attorney's Office
                          Miami
Charge                    1
Charge Tracking Number    1
         Charge Literal    Resist Officer
     Charge Description    RESIST OFF W VIOL
     Charge Description    Counsel Type - Other
               Statute    With Violence ( )
       NCIC Offense Code    4801
       NCIC Offense Text    Resist Officer
       State Offense Code    843.01
                  Counts    1
                Severity    Felony 3rd Degree
             Disposition    Nolle Prosequi( 2006-11-01; )
    Prosecution Comment    Arrest Charge Status - Charge Resulted From
                          Arrest
------------------------------------------------------------------------
Prosecutor Disposition    (Cycle 004)
Prosecutor Case Number    132006CF0342600001XX
    Prosecutor Agency    FL013015A Dade County State Attorney's Office
                          Miami
Charge                    2
Charge Tracking Number    2
         Charge Literal    Battery
     Charge Description    BATTERY
     Charge Description    Counsel Type - Other
               Statute    Touch Or Strike ( )
       State Offense Code    784.03
                  Counts    1
                Severity    Misdemeanor 1st Degree
             Disposition    Nolle Prosequi( 2006-11-01; )
    Prosecution Comment    Arrest Charge Status - Charge Resulted From
                          Arrest
------------------------------------------------------------------------
Prosecutor Disposition    (Cycle 004)
Prosecutor Case Number    132006CF0342600001XX
    Prosecutor Agency    FL013015A Dade County State Attorney's Office
                          Miami
Charge                    3
Charge Tracking Number    3
         Charge Literal    Disorderly Conduct
     Charge Description    DISORDERLY CONDUCT
     Charge Description    Counsel Type - Other
               Statute    Brawling Fighting Corrupt Public Moral Decency
                          ( )
       NCIC Offense Code    5311
       NCIC Offense Text    Disorderly Conduct
       State Offense Code    877.03
                  Counts    1
```

```
                   Severity  Misdemeanor 2nd Degree
Prosecution Comment  Arrest Charge Status - Charge Resulted From
                     Arrest
-------------------------------------------------------------------
Court Disposition       (Cycle 004)
Court Case Number       132006CF0342600001XX
Final Disposition Date  2007-06-05
Court Agency            FL013015A Dade County State Attorney's Office
                        Miami
Charge                  1
        Charge Literal  Resist Officer
    Charge Description   RESIST OFF W VIOL
              Statute    With Violence ( )
    NCIC Offense Code    4801
    NCIC Offense Text    Resist Officer
    State Offense Code   843.01
              Counts     1
              Severity   Felony 3rd Degree
           Disposition   Pre-Trial Diversion( 2007-06-05; Not Applicable)
-------------------------------------------------------------------
Court Disposition       (Cycle 004)
Court Case Number       132006CF0342600001XX
Final Disposition Date  2007-06-05
Court Agency            FL013015A Dade County State Attorney's Office
                        Miami
Charge                  2
        Charge Literal  Battery
    Charge Description   BATTERY
              Statute    Touch Or Strike ( )
    State Offense Code   784.03
              Counts     1
              Severity   Misdemeanor 1st Degree
           Disposition   Pre-Trial Diversion( 2007-06-05; Not Applicable)
-------------------------------------------------------------------
Court Disposition       (Cycle 004)
Court Case Number       132006CF0342600001XX
Final Disposition Date  2007-06-05
Court Agency            FL013015A Dade County State Attorney's Office
                        Miami
Charge                  3
        Charge Literal  Disorderly Conduct
    Charge Description   DISORDERLY CONDUCT
              Statute    Brawling Fighting Corrupt Public Moral Decency
                         ( )
    NCIC Offense Code    5311
    NCIC Offense Text    Disorderly Conduct
    State Offense Code   877.03
              Counts     1
              Severity   Misdemeanor 2nd Degree
           Disposition   Pre-Trial Diversion( 2007-06-05; Not Applicable)
=============================== Cycle 005 ===============================
Tracking Number         1305135427
Earliest Event Date     2009-08-24
-------------------------------------------------------------------
Arrest Date             2009-08-24
Arrest Case Number      0935386
Arresting Agency        FL0130000 Miami Dade County Sheriffs Office/PD
```

```
        Charge Description  CP WORTHLESS CHECK ISSUE   150 OR MORE
                  Statute  Fraud-Insuff Funds Check ( )
       NCIC Offense Code  2606
       NCIC Offense Text  Fraud-Insuff Funds Check
       State Offense Code  832.05.2
                   Counts  1
                 Severity  Felony 3rd Degree
        Charging Agency  FL0130000 Miami Dade County Sheriffs Office/PD
-----------------------------------------------------------------
Prosecutor Disposition  (Cycle 005)
Prosecutor Case Number  132009CF0174140001XX
Prosecutor Agency  FL013025J Miami Dade County Clerk of Court
Charge  1
Charge Tracking Number  1
          Charge Literal  Fraud-Insuff Funds Check
      Charge Description  W C ISSUE 150
      Charge Description  Counsel Type - Other
                  Statute  Fraud-Insuff Funds Check ( )
       NCIC Offense Code  2606
       NCIC Offense Text  Fraud-Insuff Funds Check
       State Offense Code  832.05.2
                   Counts  1
                 Severity  Felony 3rd Degree
              Disposition  Filed( 2009-05-26; )
    Prosecution Comment  Arrest Charge Status - Charge Resulted From
                          Arrest
-----------------------------------------------------------------
Court Disposition  (Cycle 005)
Court Case Number  132009CF0174140001XX
Final Disposition Date  2009-11-18
Court Agency  FL013025J Miami Dade County Clerk of Court
Charge  1
          Charge Literal  Fraud-Insuff Funds Check
      Charge Description  W C ISSUE 150
                  Statute  Fraud-Insuff Funds Check ( )
       NCIC Offense Code  2606
       NCIC Offense Text  Fraud-Insuff Funds Check
       State Offense Code  832.05.2
                   Counts  1
                 Severity  Felony 3rd Degree
              Disposition  Adjudication Withheld( 2009-11-18; Not
                          Applicable)
-----------------------------------------------------------------
Sentencing  (Cycle 005)
Sentencing Agency
Charge  0
          Charge Literal  Fraud-Insuff Funds Check
      Charge Description  W C ISSUE 150
                  Statute  Fraud-Insuff Funds Check ( )
       NCIC Offense Code  2606
       NCIC Offense Text  Fraud-Insuff Funds Check
       State Offense Code  832.05.2
                   Counts  1
                 Severity  Felony 3rd Degree
              Disposition  ( 2009-11-18; )
SENTENCE TYPE-N/A - Not Applicable to
```

```
Prosecutor Case Number    442022CF000672000AKW
Prosecution Date          2022-10-31
Prosecutor Agency         FL044093J Monroe County Clerk of Court
Subject's Name            BOURGAULT, REYGAN LEA
Charge                    2
Charge Tracking Number    2
         Charge Literal   Drug Equip-Possess
     Charge Description   DRUG EQUIP POSSESS AND OR USE
     Charge Description   Counsel Type - Private Attorney
             Statute      And Or Use ( )
     NCIC Offense Code    3550
     NCIC Offense Text    Drug Equip-Possess
    State Offense Code    893.147.1
            Counts        1
          Severity        Misdemeanor 1st Degree
       Disposition        Nolle Prosequi( 2023-06-14; Same As Above)
Prosecution Comment       Arrest Charge Status - Charge Resulted From
                          Arrest
```

************************ INDEX OF AGENCIES ************************

```
Agency                    Hendry County State Attorney's Office;
                          FL026105A;
Address                         2000 Main Street
                          Ft. Myers, FL 33901
                          County: 26

-----------------------------------------------------------------
Agency                    Hendry County Sheriffs Office; FL0260000;

-----------------------------------------------------------------
Agency                    Hendry County Clerk of Court; FL026023J;
Address                         25 E. Hickpochee Avenue
                          LaBelle, FL 33975
                          County: 26

-----------------------------------------------------------------
Agency                    Dade County State Attorney's Office; FL013015A;
Address                         1350 NW 12th Avenue
                          Miami, FL 33136
                          County: 13

-----------------------------------------------------------------
Agency                    Bay Harbor Islands Police Department; FL0132200;

-----------------------------------------------------------------
Agency                    Miami Dade County Clerk of Court; FL013025J;

-----------------------------------------------------------------
Agency                    Miami Dade County Sheriffs Office/PD; FL0130000;

-----------------------------------------------------------------
Agency                    Monroe County Clerk of Court; FL044093J;

-----------------------------------------------------------------
Agency                    Monroe County Sheriffs Office; FL0440000;
```

```
                        COURT COST             0.00
Sentence                CREDITED TIME-276 days
Sentence                COURT COST-0.0
Sentence                FINE-0.0
Sentence                RESTITUTION-0.0
Sentence                SENT PROVISIONS-N/A - Not Applicable null
============================ Cycle 006 ============================
Cycle Caveat            ** Sealed pursuant to Florida Statute(s)
                        943.0595 ** 2023-08-22
Cycle Caveat            If further information is desired please
                        contact FL03701C1 via Administrative Message or
                        call 1-850-410-7870 between the hours of
                        0800-1700 M-F. 2023-08-22
Tracking Number         4401088132
Earliest Event Date     2022-11-17 Incident Date          2022-11-17
------------------------------------------------------------------
Arrest Date             2022-11-17
Arresting Agency        FL0440000 Monroe County Sheriffs Office
Subject's Name          BOURGAULT, REYGAN LEA
Charge                  001
        Charge Literal  Drugs-Possess
    Charge Description  DRUGS-POSSESS - CNTRL SUB WO PRESCRIPTION
            Statute     ACTUAL CONSTRUCTIVE POSS SYNTHETIC CANNABINOID
                        ( )
    State Offense Code  893.13.6a
            Counts      1
            Severity    Felony 3rd Degree
Charging Agency         FL0440000 Monroe County Sheriffs Office
Charge                  002
        Charge Literal  Drug Equip-Possess
    Charge Description  DRUG EQUIP-POSSESS - MANUFACTURE DELIVER
            Statute     Manufacture Deliver ( )
    NCIC Offense Code   3550
    NCIC Offense Text   Drug Equip-Possess
    State Offense Code  893.147.2
            Counts      1
            Severity    Felony 3rd Degree
Charging Agency         FL0440000 Monroe County Sheriffs Office
------------------------------------------------------------------
Prosecutor Disposition  (Cycle 006)
Prosecutor Case Number  442022CF000677000AKW
Prosecution Date        2022-10-31
Prosecutor Agency       FL044093J Monroe County Clerk of Court
Subject's Name          BOURGAULT, REYGAN LEA
Charge                  1
Charge Tracking Number  1
        Charge Literal  Drugs-Possess
    Charge Description  DRUGS POSSESS CNTRL SUB WO PRESCRIPTION
    Charge Description  Counsel Type - Private Attorney
            Statute     ACTUAL CONSTRUCTIVE POSS SYNTHETIC CANNABINOID
                        ( )
    State Offense Code  893.13.6a
            Counts      1
            Severity    Felony 3rd Degree
        Disposition     Nolle Prosequi( 2023-06-14; Same As Above)
    Prosecution Comment Arrest Charge Status - Charge Resulted From
                        Arrest
```

```
--------------------------------------------------------------------
Agency              Hendry County Clerk of Court; FL026023Q;
Address                  25 E. Hickpochee Avenue
                    LaBelle, FL 33975
                    County: 26


--------------------------------------------------------------------
Agency              Dade County State Attorney's Office; FL013015A;
Address                  1350 NW 12th Avenue
                    Miami, FL 33136
                    County: 13


--------------------------------------------------------------------
Agency              Miami Dade County Clerk of Court; FL013025J;



               * * * END OF RECORD * * *
```

Filing # 184834252 E-Filed 10/26/2023 02:16:22 PM

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR MONROE COUNTY
JUVENILE DIVISION

IN THE INTEREST OF:                                  Case Number: 23-DP-107-A-K
                                                     Judge: BONNIE J. HELMS
Kyle Bourgault Mora,
Emily Bourgault,

        Minor Children.
_____

FILING OF NOTICE OF APPEARANCE, DESIGNATION OF E-MAIL,
DENIAL, AND DEMAND FOR DISCOVERY

NOTICE OF APPEARANCE AND DESIGNATION OF PRIMARY E-MAIL

COMES NOW, the Respondent Mother, REYGAN BOURGAULT, by and

through the undersigned counsel and files this Notice of Appearance for Respondent.

Pursuant to Florida Rules of Judicial Administration, 2.516(b)(1), undersigned

hereby designates the following primary e-mail address:

              Primary E-Mail Address: servicecivilkw@rc3fl.com
              Secondary E-Mail Address:   joe@alburylaw.com

All papers and pleadings filed in this action should be served on the undersigned

at this primary e-mail address. Undersigned requests to be apprised of all hearings,

depositions and any other matters.

ANSWER AND DEMAND FOR DISCOVERY

The Respondent hereby enters a Written Plea of Denial. The Respondent pursuant

to FLA.R.JUV.P. 8.245, hereby demands that the following be provided within ten (10)

days from receipt of this demand by the Florida Department of Children and Families and

Guardian ad Litem Program:

        1.      The names and addresses of all persons known to have information

relevant to the proof or defense of the petition's allegations.

Page **1** of **2**

# MEMBER PROFILE

# Joseph M. Albury

**Member in Good Standing**

**Eligible to Practice Law in Florida**



**Bar Number:**

515434

**Mail Address:**

The Albury Law Firm, P.A.
PO Box 2165
Key West, FL 33045-2165

Office: **305-292-7272**

Cell: **305-292-7272** - No Text Messages

Fax: 305-741-7988

**Email:**

joe@alburylaw.com

**Personal Bar URL:**

https://www.floridabar.org/mybarprofile/515434

**vCard:**





**County:**

Monroe

**Circuit:**

16

**Admitted:**

10/01/2001

**10-Year Discipline History:**

None

**Law School:**

Nova Southeastern University - Shepard Broad College of Law, 2001

**Practice Areas:**

Adoption
Appellate Practice
Business
Construction
Contracts
Corporate
Criminal
Debtor and Creditor
Family
Guardianship
Real Estate
Trademark
Wills, Trusts and Estates

**Federal Courts:**

U.S. District Court, Southern District of Florida

**State Courts:**

Florida

**Firm:**

*[Handwritten annotations:]*
*TPR + ADOPTION = TRAFFICKING RING*
*23-DP-107-K - Depend. Case MOVING to TPR Due to Malpractice*

The Albury Law Firm, P.A.

**Firm Size:**

1

**Firm Position:**

Private Law Practice

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by The Bar for accuracy and The Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.



 To: joe.alburylaw.com <joe@alburylaw.com>

THAT'S OBSURD. AS IS THE FACT YOU NEVER MENTIONED FILING AN EMERGENCY MOTION TO NEGATE SET HEARING AND RETURN MY CHII

YOU'RE NOT TRYING TO HELP ME OR MY CHILDREN! REMOVE YOUSELF FROM MY CASE AT ONCE! YOU ARE DISMISSED.

Sent from Mail for Windows

**From:** joe.alburylaw.com
**Sent:** Monday, October 30, 2023 4:26 PM
**To:** Reygan Bourgault
**Cc:** Raven Ferguson
**Subject:** Client - RC3 - Reygan Bourgault

Regarding our telephone conversation earlier today, I will not be filing a Motion to Transfer Jurisdiction.  Please see below, Rule 8.205(b) of
We do not have a meritorious argument.

(b) Transfer of Cases Within the State of Florida. The court may
transfer any case after adjudication, when adjudication is withheld, or before
adjudication where witnesses are available in another jurisdiction, to the circuit
court for the county in which is located the domicile or usual residence of the child
or such other circuit as the court may determine to be for the best interest of the
child and to promote the efficient administration of justice. The transferring court
shall enter an order transferring its jurisdiction and certifying the case to the proper
court, furnishing all parties, the clerk, and the attorney's office handling

### The Florida Bar
### Inquiry/Complaint Form

## STOP - PLEASE DOWNLOAD THIS FORM TO YOUR COMPUTER **BEFORE** FILLING IT OUT.

**PART ONE (See Page 1, PART ONE -- Complainant Information.):** Your Name:

REYGAN BOURGAULT

Organization:   US BORN CITIZEN

Address:   WITHHELD FOR SAFETY   RETALIATION UNDERWAY

City, State, Zip Code:

Phone:   7864260402 OR 9546673477

Email:   REYGAN@REYGANB.COM

ACAP Reference No.:

Does this complaint pertain to a matter currently in litigation?   Yes **X = YES**   No

**PART TWO (See Page 1, PART TWO -- Attorney Information.):**
Attorney's Name: CHARLES BRITT          Florida Bar No.          17944
Address: 530 WHITEHEAD STREET #301
City, State, Zip Code: KEY WEST,FLORIDA 33040
Phone:  3052923441

**PART THREE (See Page 1, PART THREE -- Facts/Allegations.): The specific thing or things I am complaining about are: (attach additional sheet). MISCONDUCT - SEE EMAIL ATTACHMENT FOR DETAILS**

**PART FOUR (See Page 1, PART FOUR -- Witnesses.): The witnesses in support of my allegations are: (attach additional sheet). DOCUMENTED EVIDENCE & TESTIMONY.VICTIMS = CITIZEN (AND FAMILY MEMBERS) FILING COMPLAINT YES -** YOU MUST PLACE YOUR MARK IN THE BOX ACKNOWLEDGING THE

| X |

OATH AND YOU MUST SIGN YOUR FULL NAME BELOW.

**Under penalties of perjury, I declare that the foregoing facts are true, correct and complete.**          REYGAN BOURGAULT

**PART FIVE (See Page 1, PART FIVE -- Acknowledge Oath and Signature.):**
Print Name          Reygan Bourgault          11/11/2023

Signature

11/10/23, 6:01 PM                    Re: Follow Up Regarding Covert and Illegal Activities and for Retaliation - Reygan Bourgault - Outlook

## Re: Follow Up Regarding Covert and Illegal Activities and for Retaliation

Charles Britt <cbritt@keyssao.org>
Wed 11/8/2023 9:25 AM
To:Reygan Bourgault <reygan@reyganb.com>;David Alvarez <dalvarez@keyssao.org>

Ms. Bourgault, I have read your email. I wanted to let you know that the case involving Mr. Hubbard 2023 cf 304ak has been re-assigned to Mr. David Alvarez. Your concerns are duly noted. cb

On Tue, Nov 7, 2023 at 12:49 PM Reygan Bourgault <reygan@reyganb.com> wrote:

Good morning Charlie,

I appreciate you getting back to me so quickly yesterday. I've been victimized and so have my children, and it seems everyone supposed to be trying to help me have simply dropped the ball or denied me, which has led to several complaints given the circumstances.

I wanted to follow up and reiterate the situation for clarity. Also, because this isn't the first time I've spoken to you, and several others about the situation yet, nothing seems to be done about any of it. In fact, since the last time I mentioned these things to you personally around several times, most recently on or about Sept. 11th, they've gotten worse. Much, much worse! Including many prank calls, threats, denials for government grants funds that I should've qualified for, lacking information, rudeness and lacking empathy even from the *"advocates for victims of domestic violence"*, false or inadequate reporting, stalking, trespassing, illegal statements and omissions, denial of restraining orders, falsifying records and documents for the purpose of manipulating the courts for the sick hanis and reprehensible, unacceptable immoral and illegal activities being forced upon those locals in Monroe County, namely Key West.

Yet, crickets are all hear in my ears, however my eyes witness the lies, and my heart and my mind have compelled me to rectify and remedy this situation for the greater good. However, I'm unable to get information, assistance, or even a follow-up, I mean there just aren't enough lies in the world to cover this up! I think the government is going to see the hole that these illegal doers have already dug out for themselves and the Government (likely, not oblivious) will drop key west like a hot potato when I take this fully public, they'll even set an example by throwing the book at you all for your transgressions, omissions, and stupidity... after all, ignorance is no excuse for breaking the law right?? Especially when you're the military and other government officials, taking wrongful immoral, illegal, and unethical actions towards innocent children and civilians for personal gain.

As mentioned, I do have evidence to support these allegations and I'm sure the attorney general and inspector General among others, would be all to happy to investigate upon review of the complaints I've filed, and those being prepared now to be filed. I'm going all in on this one, they've taken my children and i will NOT be ignored any longer!

about:blank                                                                                                1/4

I'm still working on a few more complaints, so it's a slow going process when you, and any/everyone involved already have been notified numerous times, verbally, and in many cases, in writing. **The retaliation should stop immediately** as there are COUNTLESS crimes that will fall under the governance of the "moral turpitude" laws as well as considered **"morally reprehensible"** as stated in the Codes and Statutes (by which Key West too, is still bound by, despite the common beliefs that it is not) that I've come across thus far.

Countless errors have been made. And several reports and notifications have been logged and will be included in all the complaints filed. That way, there'll not be any questions about **who or what**, only decisions about **how** they'll be punished for their **indiscretions and omissions that have caused my children and I, great harm**.

I've asked a few things of you previously regarding the case against Anthony and his charges being increased due to the nature of the crimes committed against me and allowed to continue by the law enforcement (in Key West, and otherwise Monroe County) and about this conspiracy that seems to be larger than I originally realized. Yet**, Still NOTHING** has been done nor beneficial to us. So I've already reached out to a good friend in the area of Terrorist Prevention Department in the U.S. Government. He's in charge, and he loves my children and I! Once he gets the message I sent, I'm confident, no! I'm certain, he will send a command down the line that sounds something like the "wrong can" I've previously mentioned. He's very on point, honest, and he wants a kinder more pleasant world, not like those in Key West's, and the illegal actions/actors/officials who claim to uphold the law, yet only make a mochary of it, by forcing citizens out of their homes, stealing their children for purpose of trafficking them, as was done to me, and taking illegal actions, seizures, searches, and unreasonable force against innocent lives!

However, rest assured there are many who are in fear of speaking publicly, **unlike me**, they want to submit their complaints privately. I've already stated numerous times to many that they'll be sorry too. Nothing! Nothing is being done!

In previous conversation we had, I once stated that IA would be crawling all over this place, and now I'm certain that the damage done to us is clearly acts of MILITIA a large conspiracy against Citizens and the Government which have been taken by the military against me, an innocent civilian and my children, and many others, and yet the only thing happening now is more of the same, and so I have evidence to support it all and I will be making many more complaints because these bastards are not going to get away with doing this to us!

Now, I have prepared complaints for individuals, businesses, and I'm seeking an attorney for the massive lawsuit I'll be bringing against the Federal Government, if this can't be handled at your level. Which means, basically, I'll be including a complaint against you as well, considering this isn't the

first time we've had this conversation, it's actually the 3rd time don't forget those calls were over VoIP. And it's also the final opportunity I'm offering to rectify and remedy the situation IMMEDIATELY.

This is merely my last effort to rectify this situation, with you or anyone else at this level. I'll simply expose the entire corruption and misrepresentation of the rights, regulations, ethics, and morals, as part of the conspiracy taken by the military. I've filed documents been wrongfully evicted and retaliated and altogether ignored, Robert in Internal Affairs, claims to be the director, laughed at me and never got back to me. Says I need an attorney... Well I'm making my way through the program as we speak to become one myself, since there seems to be a vast shortage of decent lawyers with any substance of merit or gall.  I'll fix that too!

Seems to be a pattern here... I don't believe in accidents or coincidences. **Someone is going to remedy this situation and restore my children and I to our rightful places both physically and monetarily for the compensatory and punitive damages that have been caused as a result of the negligence and corruption in Key West.**

Having spent enough time here, I must be carrying on with the complaints I have yet to submit. Which will be done by the end of tomorrow, after court, I may need to add one more, depending on how it goes. Time is of the essence, and from previous conversations, I know you have the **authority** to make things happen Mr. Britt. Afterall, you agreed with me on the Nolle Pros stating *"would not survive a motion to suppress"* which quotes *"evidence obtain through law enforcement misconduct"*, sir. I appreciate you offering to speak to *"your good friend"* the attorney for DCF, Susan Merry, on my behalf. Still haven't heard anything yet... have court in the morning and Chief Judge Bonnie Helms, presiding.

Hope your day is going well. So sorry it's come to this... really, I came to key west to help people, maybe this is how I'm intended to help... Ever heard of the Whistle-Blower Act? Funny these things just keep popping up out of nowhere, like... it's a sign, I'm supposed to use it or fix something. I trust that everything will go as it should since I've done nothing wrong, especially where my children are concerned!

Good day sir.

Sent from Mail for Windows

--

6/14/2023 Nolle Prossed

6/14/2023 Nolle Prossed

Malpractice is **the failure to provide the quality and kind of service that another legal professional would provide under the same circumstances and consistent with generally accepted standards of care.**

 Wagner, McLaughlin & Whittemore
https://www.wagnerlaw.com › professional-malpractice   ⋮

## What Is Legal Malpractice Florida | Wagnerlaw.com

🌐 About featured snippets  ·  🔲 Feedback

## People also ask   ⋮

What are the elements of legal malpractice in Florida?                    ⌃

A legal malpractice plaintiff must plead and prove: **(1) the attorney's employment; (2) the attorney's neglect of a reasonable duty; and (3) the negligence resulted in, and was the proximate cause of, loss to the plaintiff.**

 NSUWorks - Nova
https://nsuworks.nova.edu › cgi › viewcontent

## Legal Malpractice in Florida - NSUWorks

Complaint includes:
allegations of:
- Domestic TERRORISM
- mis conduct (the whole system)
- unethical activities
- immoral acts of wrongdoing
- disregard for humanity
- disregard for Regulatory Standards, Oath's, Acts, and the mockery it's made of the Government is under
- ly "morally reprehensible" & Repulsive in nature.

11/11/23
Reygan Bourgault
Sworn to & affirmed to best of m

FL BAR          179 44

FL BAR          515 434

FL BAR          116257

also have been filed in connection to the conspiracy described herein..

More to come, details involve Chief Judge Bonnie Helms, Judge Mark Wilson & Domestic Terrorism acts by military forces, taken illegally, upon innocent civilians & children for personal gain while on duty.

## Primitive Reflexes

The Moro reflex is related to primitive fight-or-flight response. It is a primitive version of the startle response, with arms first spread, and then retracted. It appears at birth and usually integrates within two to four months after birth.

*Possible Signs of Retention:* Hypersensitivity, hyperreactivity, low impulse control, sensory overload, and social and emotional immaturity.

The rooting reflex is an automatic response to touch and to stimulation of the cheek. The baby turns the head toward the side on which the cheek is stimulated, to support feeding behaviors. This appears at birth and fully integrates within three to four months of age.

*Possible Signs of Retention:* Picky eating, drooling of saliva or other liquids when drinking, speech and articulation issues, and thumb sucking or thumb picking.

The Palmar reflex is an automatic flexing of the fingers to grab hold of something and not let go. It appears at birth and fully integrates within five to six months.

*Possible Signs of Retention:* Difficulty with fine motor skills, poor manual dexterity, and messy handwriting or dysgraphia.

The asymmetrical tonic neck reflex (ATNR) assists the baby through the birth canal and helps the child develop contralateral cross-pattern movements after birth. It activates during birth and integrates within the first six months of life.

*Possible Signs of Retention:* Poor eye-hand coordination, difficulty with handwriting, trouble crossing vertical midline, and poor visual tracking for reading and writing.

The spinal galant reflex (spinal galant)

*Possible Signs of Retention:* Poor concentration, poor short-term memory, unilateral or bilateral posture issues, bedwetting, and fidgeting.

The tonic labyrinthine reflex (TLR) aids with head management and postural stability using major muscle groups. It activates in utero and integrates within three and a half years of life.

*Possible Signs of Retention:* Low muscle tone, walking on tiptoes, decreased sense of balance, motion sickness, and spatial orientation issues.

The Landau reflex assists with posture development. It appears within three to five months when the infant begins to stand on her own. It integrates within one year.

*Possible Signs of Retention:* Poor motor development.

The symmetrical tonic neck reflex (STNR) assists the infant in modifying the crawling. It activates between six and nine months.

*Possible Signs of Retention:* Low muscle tone, poor eye-hand coordination, tendency to slump while sitting, and inability to sit still through activities.

**Former Client - RC3 - Reygan Bourgault**

joe alburylaw.com <joe@alburylaw.com>
Mon 11/13/2023 4:19 PM
To:Reygan Bourgault <reygan@reyganb.com>
Cc:Raven Ferguson <rferguson@RC3FL.COM>

📎 2 attachments (158 KB)
Joseph M_ Albury.vcf; 2023-11-13 - Order Relieving RC3.pdf;

I no longer represent you.  See attached Order.  You will have to file all motions on your own behalf.  I do not have the discovery and I have notified the DCF at[...] pleadings to your e-mail address.  You can retain counsel of your choice or repetition the court for me to be reappointed.



Joseph M. Albury
The Albury Law Firm, P.A.
Attorney at Law

(305) 292-7272 Work
joe@alburylaw.com
P.O. Box 2165
Key West, FL 33045
www.alburylaw.com

THIS ELECTRONIC MESSAGE IS INTENDED TO BE REVIEWED ONLY BY THE INDIVIDUAL OR ORGANIZATION NAMED ABOVE. **UNAUTHORIZED REVIEW, USE, DISCLO[...] PROHIBITED.** THIS EMAIL MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR BE OTHERWISE CONFID[...]

**From:** Reygan Bourgault <reygan@reyganb.com>
**Sent:** Sunday, November 12, 2023 12:57 PM
**To:** joe alburylaw.com <joe@alburylaw.com>
**Subject:** 10 day Non Compliance

Hello Mr Albury,

I'm sending you this message to notify you that...

The discovery has not been received. If you have it, please forward it to me here asap. All of it. Not just the response to the demand. I w[...] statements, evidence, reports, everything - please and thank you.

If it has not been received as indicated, please file the next document for non-compliance with the Florida statutes. Oh, and a motion fo[...] be greatly appreciated.

Good day sir,

HealthUp Coaching & Mentoring,
Holistic Empowerment Specialist

https://outlook.office.com/mail/id/AAMkADNhNic4NC[...]

Outlook     Q Search

≡     Home     View     Help     Message     Insert     Format text     Draw     Options

⚙ View settings     ✉ Messages ⌄     Zoom     Layout ⌄     Density ⌄     Immersive r     ⌄

Send     🗑   ⊡

Marked by unjust severity...

You're being notified of the complaints taking place in the Florida Bar, the Ethics Commission, and the Inspector General, just to name a few.

I've sent emails to the attorney general's online complaints contact in months passed, however, no response was ever received.

I've attempted to report this to many of the officials in the local hierarchy, to no avail.

Of little surprise, encountered complete disregard for the scenario from every angle stating that is it this issue or that issue...? the Captain and the Director of the local Internal Affairs office laughed, snickered, downplayed, ignored, and even disregarded my experience and my rights to the complaints process, and otherwise due process.

I've called the FBI, Trafficking Hotline, Filed Documents in Court, Spoke of this all in open court and Cheif Judge shunned me... they're all involved and this is absolutely absurd to be allowed to continue. I'm going to facebook and twitter and any other social media or broadcasting channel I can to show the evidence to the public and let them all decide!

This is a HUGE organized Militia with several military bases nearby, it's a type of takeover concept. They literally control who makes money, and who has friends, and who has criminal records, and who can sell drugs under the radar, where you can go and feel welcomed as a local resident... it's complete control. They've stolen my children in retaliation for the documents and notifications I've communicated, instead of just helping me and doing the right thing they are trying to force me to shut up and to discredit me by taking my children away and saying various lies and accusations that none of my attempts to show evidence to the contrary have been heard, and even my so-called attorney is lying to me about the process... they have refused the motion to change venue since I moved out of the county, and we have zero other ties to that place. I've moved back to our original place and they will not release my children even to another county for better handling.

PLEASE!!!! LISTEN... I'm calling it Reverse Emancipation - Not Coloreds, Women, Not Just Labor, but Sex Slavery as well.

This is a large, well-formed, and fully tactical, illegal coercion, forced sex/human/child/drug

Select an item to read          ✐ Attorney General Not... ✕



retaliation for the documents and notifications I've communicated, instead of just helping me and doing the right thing they are trying to force me to shut up and to discredit me by taking my children away and saying various lies and accusations that none of my attempts to show evidence to the contrary have been heard, and even my so-called attorney is lying to me about the process... they have refused the motion to change venue since I moved out of the county, and we have zero other ties to that place. I've moved back to our original place and they will not release my children even to another county for better handling.

PLEASE!!!! LISTEN... I'm calling it Reverse Emancipation - Not Coloreds, Women, Not Just Labor, but Sex Slavery as well.

This is a large, well-formed, and fully tactical, illegal coercion, forced sex/human/child/drug trafficking, false reporting, violations of civil, constitutional, parental, human, and birth rights; unlawful misuse of position and/or power/authority. That's just scratching the surface. There is forced labor of several types, complete control out of fear due to the high-ranking positions the individuals hold.  Complete and utter disregard for human and homeland safety, it's DOMESTIC TERRORISM TO THE MAX! MORAL TURPITUDE. MORALLY REPREHENSIBLE AND REPULSIVE ACTS BEHAVIORS AND PRACTICES which violate tons of Florida Statutes, Codes, Regulatory Agencies Compliance, Ethics and Morals, Fairness, Truth, Trust in the system, civil, constitutional and other rights...

No one will hear my evidence, my story, or my cries for help. I've been turned down, beaten up, permanently scarred, illegally searched, detained, coerced, trafficked, and still they try to set me up, lie on me, lied to me, and serious reports were never entered of stolen weapon by a violent felony offender on his last leg of a life sentence with a couple debts to settle. I know of other women and men who are victims as well, even other children. Please>>>

And I was raped, but still a marine was allowed (by law enforcement and the government agencies) to victimize me and my children for an entire year due to law enforcement misconduct, as stated in the Nolle Pros set forth as bribery to leave.

I've been victimized yet again by the unlawful and malicious removal of my children for no reason. Wrongful eviction, blackballed, victimized through retaliation, and forced into hiding from fear of the Militia being used to control me and keep me quiet. My children are in danger... and NO ONE IS doing ANYTHING about it???

I'm still doing just fine... health, and mindset are thriving, clearly... having only taken me 4 weeks to put this all together into the biggest civilian uncovered and overcome militia in our

Select an item to read            Attorney General Not... ✕

📧   ☰   Home   **View**   Help   Message   Insert   Format text   Draw   Options

📅   ⚙️ View settings   ✉️ Messages ▾   Zoom   ▢ Layout ▾   ≣ Density ▾   ⋯ Immersive r ▾

👥   Send   🗑   ▣

to set me up, lie on me, lied to me, and serious reports were never entered of stolen weapon by a violent felony offender on his last leg of a life sentence with a couple debts to settle. I know of other women and men who are victims as well, even other children. Please>>>

And I was raped, but still a marine was allowed (by law enforcement and the government agencies) to victimize me and my children for an entire year due to law enforcement misconduct, as stated in the Nolle Pros set forth as bribery to leave.

I've been victimized yet again by the unlawful and malicious removal of my children for no reason. Wrongful eviction, blackballed, victimized through retaliation, and forced into hiding from fear of the Militia being used to control me and keep me quiet. My children are in danger... and NO ONE IS doing ANYTHING about it???

I'm still doing just fine... health, and mindset are thriving, clearly... having only taken me 4 weeks to put this all together into the biggest civilian uncovered and overcome militia in our history!

**You're EITHER part of the <u>problem</u> OR part of the <u>solution</u>... Which Are YOU?**

I HAVE EVIDENCE TO SUPPORT EVERY SINGLE THING IF SOMEONE WILL SIT DOWN AND LOOK AT IT>>>

STOP IGNORING ME PLEASE... Hear a mother's cry for help.

THEY'RE TRYING TO TRAFFICK MY CHILDREN FOR GOD SAKE>>>

HELP ME HELP THE CHILDREN...

COMPLAINTS INCLUDE ALL OF THESE ALLEGATIONS AND WAY MORE... fabricating evidence, covert operations used for setting up people to instill fear based control so as to force them to do what they want to pay severely.. HENCE MY CHILDREN ILLEGALLY TAKEN!

Bar member complaints include (not limited to):
CAPITAL FELONIES SECTION PEOPLE!

TRUCK LOADS and Many More to be seen and submitted! Judges, Cheif Judge, Assistant state attorney, local defense and appointed attorneys; plus illegal actions, misconduct, retaliation for whistleblowers, VAWA violations... constitutional and civil, judicial and state, regulatory and grant-monetized organizations,

Select an item to read      ✐ Attorney General Not... ✕

Send

from fear of the Militia being used to control me and keep me quiet. My children are in danger... and NO ONE IS doing ANYTHING about it???

I'm still doing just fine... health, and mindset are thriving, clearly... having only taken me 4 weeks to put this all together into the biggest civilian uncovered and overcome militia in our history!

**You're EITHER part of the <u>problem</u> OR part of the <u>solution</u>... Which Are YOU?**

I HAVE EVIDENCE TO SUPPORT EVERY SINGLE THING IF SOMEONE WILL SIT DOWN AND LOOK AT IT>>>

STOP IGNORING ME PLEASE... Hear a mother's cry for help.

THEY'RE TRYING TO TRAFFICK MY CHILDREN FOR GOD SAKE>>>

HELP ME HELP THE CHILDREN...

COMPLAINTS INCLUDE ALL OF THESE ALLEGATIONS AND WAY MORE... fabricating evidence, covert operations used for setting up people to instill fear based control so as to force them to do what they want to pay severely.. HENCE MY CHILDREN ILLEGALLY TAKEN!

Bar member complaints include (not limited to):
CAPITAL FELONIES SECTION PEOPLE!

TRUCK LOADS and Many More to be seen and submitted! Judges, Cheif Judge, Assistant state attorney, local defense and appointed attorneys; plus illegal actions, misconduct, retaliation for whistleblowers, VAWA violations... constitutional and civil, judicial and state, regulatory and grant-monetized organizations, owners, and the list goes on, and on, and on...

17944
515434    *So far*
116257

I'm religious and do not involve nor engage in certain aspects of the "process" yet I've been forced to do things, lied to about so much, and denied what should have been awarded. No one listens only, they only continue with the judicial process to suit their requirements to cover up their illegal disgusting vicious lies and ego.

Select an item to read        Attorney General Not... ✕

IN THE CIRCUIT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND
FOR MONROE COUNTY, FLORIDA

IN THE INTEREST OF:

CASE #: 2023-DP-107-K [& A-K]

KYLE BOURGAULT

EMILY BOURGAULT

MINOR CHILDREN,

_____/

## VERIFIED EMERGENCY EX PARTE MOTION TO DISMISS, DEMAND FOR EMERGENCY HEARING TO SET ASIDE ORDER (ON 10/19/2023 AND 10/24/2023), IMMEDIATE REUNIFICATION, AND DESIGNATION OF EMAIL

### Notice of Appearance and Designation of Primary E-Mail

COMES NOW, Respondent/Mother, REYGAN BOURGAULT, Pro Se initial action and files this Verified Emergency Ex Parte Motion to Dismiss, Demand for Emergency Hearing, Immediate Reunification, and Designation of Email Motion is being filed for Non-Compliance of the following FL Statutes, Rules, and Codes governing the required processes, evidence, and discovery, in the above referenced case(s). THIS HEARING TO BE HELD VIA ZOOM ON EMERGENCY RETURN BASIS. I AM LOCATED IN BROWARD COUNTY WITHOUT A VEHICLE.

1. Pursuant to FL Rules of Jud Admin 2.516 for NON COMPLIANCE of Shelter Petition Hearing 10/19/2023 (and Order filed 10/24/2023), due to No Service or Notification, with Malicious intent. See Evidence as follows:

NO NOTICE OF SHELTER HEARING WAS GIVEN - IN VIOLATION OF THE 14TH AMENDMENT TO THE CONSTITUTION INSTILLING RIGHTS OF DUE PROCESS. EVIDENT IN THE UNREASONABLE FORCE, IGNORED REPORTS, NOTIFICATIONS, STATEMENTS, AND FILINGS, BY RESPONDENT. SUPPORTING DOCUMENTATION INCLUDES: EMAILS AND TEXT MESSAGES EXIST TO SUPPORT IMPROPER: METHODS, DOCUMENTATION, USE OF AUTHORITY, OMISSIONS, FALSE STATEMENTS, FABRICATION OF DOCUMENTS, REUNIFICATION PSEUDO-THERAPY PRACTICES, AND THE EXPEDITIOUS NATURE OF THESE PROCEDINGS, FOR PERSONAL GAIN.

2. Pursuant to <u>Fla Evid. Code</u> 90.802 (2023) for NON COMPLIANCE of Shelter Petition filed 10/19/2023. Party making initial Complaint of abuse/neglect/abandonment, did so with Malicious intent, and/or are otherwise inadmissible. See Evidence as follows:

EMAILS, TEXT MESSAGES, AND AUDIO RECORDINGS EXIST THAT CLEARLY STATE THREATS OF FALSE REPORTS AND OTHERWISE MISLEADING STATEMENTS AND/OR CONTRADICTORY STATEMENTS, FOR PURPOSE OF RETALIATION. FURTHER ACTIONS WERE TAKEN TO FORCE OR OTHERWISE COERCE RESPONDANT, FOR PERSONAL GAIN. FAILED ATTEMPTS LED TO THIS PROCEDING.

3. Pursuant to <u>FL Rules of Jud Admin</u> 2.516(b){1), undersigned hereby designates the following email addresses:

      MOVING PARTY IN A TEMPORARY LOCATION.

            primary email: REYGAN@REYGANB.COM
            secondary email: REYGAN.LEA@GMAIL.COM

4. Pursuant to <u>Fla Rule Juv Proc</u> 8.245(2)(A)(B)(C) for NON COMPLIANCE of Denial and Demand for Discovery filed 10/26/23. See Evidence as follows:

      Email on 11/13/2023 stated "no evidence was received" by Joe Albury, as he filed Motion for Relief, also on 11/13/2023. Evidence was due on 11/9/2023.

5. Pursuant to <u>Fla Stat.</u> 468.203(a)(2(b)(2) for NON COMPLIANCE of the regulation of professions and occupations.

      I adduce allegations of Manipulated, Forced, Unauthorized, and Improperly conducted evaluations and investigations, invalid tests, and biased opinions and statements, being used. As an indication to support alleged malicious intent: Text Messages exist that support this statement, as noted in a statement "my friend works at the office, I'll put you where you belong, you trash.", "you'll be eating out of dumpsters", "I'll make sure of it." just to name a few.

6. Pursuant to <u>Fla Stat.</u> 112.3187 for Violatios of the Whistle-Blowers Act and protections afforded under it.

7. In accordance with <u>FL R Jud Admin</u> 2.525, Pro Se, filed Electronically.

**I, REYGAN BOURGAULT, under penalties of perjury, hereby declare that the foregoing statements, and facts alleged, are true, to the best of my knowledge and belief. FS 92.525**

REYGAN BOURGAULT
REYGAN@REYGAN B.COM 7
86-426-0402, OR 954-667-3477

**EMERGENCY MOTION TO DISMISS ACKNOWLEDGED BY YOU ON 11/22/20231**

Reygan Bourgault <reygan@reyganb.com>
Mon 11/27/2023 2:26 PM
To:BONNIE.HELMS@KEYSCOURTS.NET <BONNIE.HELMS@KEYSCOURTS.NET>

I'M BEING DENIED THIS OPPORTUNITY. YOU SAID IT WOULD BE HEARD, AND SO FAR I'M BEING TOLD NO! BY YOUR STAFF RAQUEL GALVAN...

I'M BEING DENIED ACCESS AND PEOPLE ARE BEING NOTIFIED OF SENSITIVE INFORMATION THOUGH THEY HAVE NO LEGAL RIGHT TO IT!

FAULTY PROCESSES LIES FABRICATIONS AND ZERO REGARD FOR THE RIGHTFUL AND LAWFUL DUE PROCESS!

TODAY MISS BONNIE HELMS, THE HEARING TO DISMISS, OR THE ORDER WILL SUFFICE! AND IMMEDIATE REUNIFICATION TOO.

THANK YOU FOR TAKING THE HIGH ROAD ON THIS ONE... I'LL VACATE FURTHER PROCESS AGAINST YOU PERSONALLY FOR YOUR RIGHTEOUSNESS IN THE ORDER TO DISMISS!


YOU KNOW I'M RIGHT AND

THIS IS COMPLETELY ILLEGAL AND EVERY ONE INVOLVED WILL PAY, SERVING YOUR SENTENCE IN GUANTANAMO BAY! SO IT IS.


Sent from Mail for Windows

Child's Name: Kyle Bourgault

## MULTI-DISCIPLINARY TEAM STAFFING REPORT
## PLACEMENT CHANGE

**Case name:** Reygan Lea Bourgault

**Agency:** Wesley House

**Current Permanency Goal:** Pending

**Case ID:** 103145197

**Dependency Case Number/Division:** 2023-DP-107-K

**Discussion of CPA Completed:** ■ Yes ☐ No ☐ N/A

**Discussion of Confidentiality Completed:** ■ Yes ☐ No

Confidentiality Notice for ALL participants per Florida Statute 39.4022(9)
Notwithstanding any other provisions of law, participants representing the department and the Community-Based Care lead agency may discuss confidential information during a multidisciplinary team staffing in the presence of individuals who participate in the staffing. Information collected and shared by any agency or entity that participates in this multidisciplinary team staffing which is confidential and exempt upon collection REMAINS confidential and exempt when discussed in a staffing required under this section. ALL individuals who participate in the staffing shall maintain the confidentiality of any information shared during the staffing.

| Child Name | DOB/Age | Sibling(s) in care placed in same setting | Sibling(s) in Care placed in other settings | Current Placement and Type | Length of Time in Placement | Proposed New Placement and Type |
|---|---|---|---|---|---|---|
| Kyle Bourgault | 01/16/2015 (8) | N/A | Emily Bourgault | S.M. - Traditional Foster Home | 4 days | L.W. - Traditional Foster Home |

**Planned Placement Change:**    Proposed Placement Date: _____    Date of Staffing: _____

**Emergency Placement Change:**    Date placement changed: 11/27/2023    Date of Staffing: 11/28/2023

### Summary of why placement change is requested and who is requesting the change:

The Wesley House Case Manager Supervisor, Amy Eichen, advised Kyle was placed in relative care with his maternal aunt, however she advised the agency that she could care for Kyle anymore due to his behaviors. Placement in licensed care was needed and the child was placed in the traditional home of S.M. on Thanksgiving on a temporary basis. Ms. Eichen reported that as of last night Kyle was placed in the traditional foster home of L.W. which should be a long term placement in North Miami. Ms. Eichen informed that this morning the agency was provided information for other relatives that will be explored for possible placement in the future. Voting Question: Is the child's placement change to the traditional foster home in his best interest at this time?

**Transition Plan:**

**Created on:** 11/27/2023

### Summary if completed and/ or recommended transition plan actions. Please include completed or purposed dates for each action.

Foster parent S.M. reported that Kyle was quite difficult to handle and explosive while in his home. Kyle did not get along with the other children in the home and unfortunately felt very comfortable "using the n word" towards the other children. Kyle also hit the back-up caregiver. S.M. explained that the child is going to need ABA services, as he does not understand boundaries and when it comes to his interaction with other children and complying with authority figures it is a challenge. The maternal aunt reported that Kyle did not name call the other children when he was in her home, however he does have a foul mouth and says curse words and inappropriate things. The maternal aunt advised that Kyle was kicking, biting, and pinching her dog and could not provide reasons why he did it when confronted about his actions. The child was transported to the new placement by Wesley House staff with his belongings. Ms. Eichen informed that case management will introduce themselves to foster parent L.W. today and will create a safety plan which will be signed tomorrow.

Child's Name: __Kyle Bourgault__

**Siblings:**

**Will this Placement Change:**

■create or continue sibling separation ☐reunify siblings ☐place new sibling with siblings in care ☐not applicable

**Please include summary of sibling separation discussion and visitation plan, if creating or continuing sibling separation. Please include summary of discussion on additional supports for the new placement if reunifying or placing siblings together.**

The child has one sister in care, Emily, that is placed with her father. The child also has an adult sister, Alyssa. Ms. Eichen informed that Kyle and Emily had a visit on Thanksgiving day. The agency will make arrangements to coordinate virtual visitation between the siblings once they discuss with Emily's father and Kyle's new foster parent.

**Non-sibling related contacts and/or visitations (Please include plan for contact with previous caregiver.)**

In regards to the mother, Ms. Eichen informed there are court ordered parameters in place (drug screens and a mental health assessment) that the mother must complete prior to starting visitation with the child. Once she complies with the conditions Wesley House can proceed with coordinating supervised visitation by the agency. In regards to the father, visitation has not been granted yet. The father also has to complete drug screens and a mental health assessment. The maternal aunt expressed that she wants to maintain contact with Kyle and he has her phone number. The agency will coordinate virtual visitation between the maternal aunt and child, as the maternal aunt resides in Hendry County.

**Is an Educational Change required for this placement change? If so, include summary of the needed change and next action steps to appropriately complete the change.**

The youth is currently placed in a traditional foster home in Miami Dade County and will need to be registered in Miami Dade County Public Schools System so that there are no delays in education. The maternal aunt advised that when Kyle was temporarily placed with her she registered him in school but due to him being removed he never started at the school. She also informed that Kyle has new necessities which she purchased that can be used for school depending on the school uniform colors. Mr. Geoff Peattie from Monroe County Public Schools provided all recent school records. Ms. Jacqueline Stephens from Miami Dade County Public Schools informed that the identified boundary school near the new placement is South Hialeah Elementary School. Wesley House was advised of the procedures for enrollment and Ms. Eichen informed that they will work with a case manager from their other office to have someone take the youth to enroll him in school as they are 4 hours away. The agency will ensure that Kyle has all necessities for school and was advised that Kyle needs to be enrolled in school by 12/01/2023, upon receiving the student enrollment form.

**Services (including but not limited to extracurricular activities, therapy, medication management, developmental services, future appointments, etc.)**

The child is diagnosed with ADHD. The agency is referring Kyle to Kristi House for individual therapy and to Citrus Health for a psychiatric evaluation. Ms. Eichen informed the child may need to change pediatricians due to moving to a different area so the agency will explore obtaining an ABA referral from the psychiatrist. The child's initial medical was on 10/21/2023 and dental was on 11/01/2023. Kyle has seven cavities and will need a follow up dental appointment to fill the cavities. The child is not taking medication at this time, however the mother advised he was previously prescribed Adderall.

Child's Name: **Kyle Bourgault**

| Required Invitees | | Agree with Proposed Change? | If no, explain individual positions. If did not vote, provide reason |
|---|---|---|---|
| **Mother:** Reygan Lea Bourgault | ☒ Invited ☑ Attended <br> ☐ TPR ☐ TPR Pending <br><br> ☐ No Contact | ☐ Yes ☑ No <br> ☐ Did Not Vote | The mother wants the child to be placed with her or with family. |
| **Father:** Byron Mora Chavarria | ☐ Invited ☐ Attended <br> ☐ TPR ☐ TPR Pending <br><br> ☒ No Contact | ☐ Yes ☐ No <br> ☐ Did Not Vote | The father does not have court ordered visitation. The father logged into the staffing and was advised he would be removed due to the restrictions. |
| **Child (if applicable):** Kyle Bourgault | ☐ Invited ☐ Attended | ☐ Yes ☐ No <br> ☐ Vote Noted Below | |
| **Family Identified Supports (List under other invitees)** | ☐ Invited ☐ Attended | | |
| **Current Caregiver:** S.M., Foster Parent | ☒ Invited ☑ Attended | ☐ Yes ☐ No <br> ☒ Did Not Vote | Logged off prior to voting. |
| **Proposed new Caregiver:** L.W., Foster Parent | ☒ Invited ☐ Attended | ☐ Yes ☐ No <br> ☐ Did Not Vote | |
| **FCMA:** Stephanie Hassell, Wesley House Case Manager | ☒ Invited ☑ Attended | ☐ Yes ☐ No <br> ☐ Did Not Vote | |
| **DCF Rep (If applicable)** | ☐ Invited ☐ Attended | ☐ Yes ☐ No <br> ☐ Did Not Vote | |
| **Community Based Care Agency** Rebecca Rico, CFCN MDT Facilitator | ☒ Invited ☒ Attended | ☐ Yes ☐ No <br> ☐ Did Not Vote | Co-facilitated the MDT staffing. |
| **Other Invitees (Name/Title)** | | **Agree with Proposed Change?** | **If no, explain individual positions** |
| Amy Eichen, Wesley House Case Manager Supervisor | ☒ Invited ☑ Attended | ☒ Yes ☐ No <br> ☐ Did Not Vote | |
| Ginger Cooper, Wesley House Permanency and Legal Counselor | ☒ Invited ☑ Attended | ☒ Yes ☐ No <br> ☐ Did Not Vote | |
| Leslie Calero, Guardian Ad Litem | ☒ Invited ☑ Attended | ☒ Yes ☐ No <br> ☐ Did Not Vote | |
| Holly Aliprandi, Guardian Ad Litem Attorney | ☒ Invited ☑ Attended | ☒ Yes ☐ No <br> ☐ Did Not Vote | |
| Geoff Peattie, Monroe County Public Schools | ☒ Invited ☑ Attended | ☐ Yes ☐ No <br> ☒ Did Not Vote | Only votes on education. |
| Jacqueline Stephens, Miami Dade County Public Schools | ☒ Invited ☑ Attended | ☐ Yes ☐ No <br> ☒ Did Not Vote | Only votes on education. |
| Shanika Williams, CFCN Permanency MDT Facilitator | ☒ Invited ☑ Attended | ☐ Yes ☐ No <br> ☒ Did Not Vote | Co-facilitated the MDT staffing. |
| Stefanie Del Toro, CFCN Behavioral Health Coordinator | ☒ Invited ☑ Attended | ☐ Yes ☐ No <br> ☒ Did Not Vote | Present for observation. |
| Trudy Petkovich, CFCN QPI Coordinator | ☒ Invited ☑ Attended | ☐ Yes ☐ No <br> ☒ Did Not Vote | Present for observation. |



Child's Name: **Kyle Bourgault**

| | | | |
|---|---|---|---|
| Valencia McKinney, CFCN Education MDT Facilitator | ☒ Invited ☒ Attended | ☐ Yes ☐ No ☒ Did Not Vote | Co-facilitated the MDT staffing. |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |
| | ☐ Invited ☐ Attended | ☐ Yes ☐ No ☐ Did Not Vote | |

Child's Name: **Kyle Bourgault**

*Facilitator to ensure children's records have been reviewed and noted factors to consider, such as but not limited to family strengths and needs, current and long-term placement needs – and services to preserve placement after initial identification, identified fictive kin, community connection, sibling relationship and educational needs. Please refer to MDT Facilitator Guide for additional information.*

## EDUCATIONAL CHANGE

Educational change Requirements Completed as per 39.4023(2), Fla. Stat. (2021): ☒Yes ☐No
- If yes, applicable form uploaded in appropriate FSFN meeting tab
- If no, does an Educational change MDT need to be scheduled?    ☐Yes ☒No

## SIBLING SEPARATION

Sibling Separation Requirements Completed as per 39.4024(2), Fla. Stat. (2021): ☒Yes ☐No
- If yes, applicable form uploaded in appropriate FSFN meeting tab.
- If no, does a sibling separation staffing need to be scheduled?    ☐Yes ☒No

## TRANSITION PLANNING

Transition plan was discussed and developed:    ☒Yes ☐No
- If yes, applicable form uploaded in appropriate FSFN meeting tab
- If no, does a transition staffing need to be scheduled?    ☐Yes ☒No

The team considered the best interest factors in section 39.01375, Fla. Stat. (2021). If the child is under age 3, the team further considered all kinship factors enumerated in section 39.4022 (6)(c)(1)-(3), Fla. Stat. (2021).

**Outcome of the staffing requires notification to CLS to file report to the Court:**    ☒Yes ☐No

SNR.CLS.FRC@myflfamilies.com
SNR.CLS.CFCE@myflfamilies.com
SNR.CLS.CHS@myflfamilies.com

**Outcome of the staffing requires notification to DCF due to non-consensus:**    ☒Yes ☐No

**Rebecca Rico**
_____
Facilitator Name (please print)

*Rebecca Rico*
_____
Facilitator Signature

**DCF Representative Recommendation:**

The Department disagrees with the non-consensus for placement change. Due to the circumstances of the case, it is in the child's best interest to move foster placements.  The FCMA and CBC should ensure the relative placements are explored expeditiously and services provided to address the child's needs.

_____
**DCF Representative or Designee Signature**

12/01/2023
_____
**Date**

V:\Quality Improvement\Forms - Master\Approved Forms\Multi Disciplinary Team Report.0423.docx

Child's Name: **Kyle Bourgault**

STAFFING FOLLOW UP'S

(This section is for internal use only and should not be sent to DCF in non-consensus)

| List of recommended follow up's | Responsible party/ department | Timeframe |
|---|---|---|
| 1. Complete transition plan for licensed move and upload into FSFN. | Wesley House | 11/30/2023 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |

# Mora Bourgault, Kyle
4400090550 - Grade 03

---

## 🏠 Addresses & Contacts

### 🏠 Address

14 Beechwood Dr.
Key West, FL 33040
(786) 426-0402

**Contacts at this Address**

#1 - Bourgault, Reygan
| | |
|---|---|
| **Relationship** | Mother |
| **Email** | reygan@reyganb.com |
| **Cell Phone** | (786) 426-0402 |
| **Contact's Priority:** | 1 |

#3 - Bourgault, Emily
| | |
|---|---|
| **Relationship** | sister |
| **Cell Phone** | (913) 808-7738 |
| **Contact's Priority:** | 3 |

### 👤 Contact #2

Bourgault, Alyssa
(No Address)

**Contact Details:**

| | |
|---|---|
| Cell Phone | (786) 426-1704 |
| Contact's Priority | 2 |

sister

### 👤 Contact #4

Price , Zara
(No Address)

**Contact Details:**

| | |
|---|---|
| Contact's Priority | 4 |

None

---

## Linked Users   The following users will be able to view data for this student

**No Records Found**

---

## Linked Students   Define relationships between students



*Filed 11/6/23 Monroe Judges Email & judicial assistant*

**IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
IN AND FOR MONROE COUNTY, FLORIDA
JUVENILE DIVISION**

IN THE INTEREST OF:
**KYLE BOURGAULT &
EMILY BOURGAULT**

**CASE #: 2023-DP-107-K**

_____/

**Minor Children**

*Ignored*

## VERIFIED MOTION FOR CHANGE OF VENUE TO BROWARD COUNTY

COMES NOW, REYGAN BOURGAULT, MOTHER, files this Verified Motion for Change of Venue to Broward County.

1. Pursuant to Fla R Crim P 3.240(a)(b), grounds for request are that a fair and impartial trial cannot be had in Monroe County. Both children are located in Miami-Dade county, and both parents reside in Broward county. There are no child welfare related reasons for Monroe county to maintain jurisdiction, as there are no family members located in Monroe.
    MOTHER, FATHER, GRANDMOTHER, AUNT, ELDEST SISTER AND BROTHER, ARE IN AGREEMENT WITH THIS CASE BEING TRANSFERED. ALL PARTIES ARE WILLING TO PROVIDE THEIR STATEMENTS, and are eager to attend the hearing electronically.

2. Under the provisions of the UCCJEA, these children are protected from kidnapping and other unlawful abduction, by Monroe County and their corruption in human trafficking.
    Demand for Immediate Dismissal and Reunification, pending multiple Civil suits, torts, and criminal charges, against various members of government staff and officials in Monroe County, for Non Compliance of multiple, Florida Laws.

3. Pursuant to Fla R Juv P 8.205(b) governing transfer of cases where it promotes efficient administration of justice, and is in the best interests of the child to do so.

4. Pursuant to Fla R Juv P 8.330(c), which allows for electronic court appearances, where good cause is shown (refer to number 1).

Under penalty of perjury, I declare the foregoing statements to be true and correct to the best of my knowledge and belief. Fla Stat 92.525.

**REYGAN BOURGAULT, MOTHER**

**From:** Reygan Bourgault
**Sent:** Wednesday, December 6, 2023 8:49 AM
**To:** BONNIE.HELMS@KEYSCOURTS.NET
**Subject:** Information for Court Hearing scheduled 12/6/23
**Importance:** High

Please see the attachments.

Ms Bonnie, I apologize for being rude, please try to understand what that bastard put us through. I'm a good mother, and those children are far worse off now, then before. I know that you have a lot of experience with children, and I'm counting on you having developed a light hearted nature towards their best interests.

Dismiss this case, reunify my children and I, and negotiate punitive damages, in return for my sudden onset of amnesia. Sworn and affirmed, pending the negotiations, I'll sign to release you all from further liability. We have done nothing wrong, but help and love the wrong people. Life's about lessons though, and I'm here for all of it. As I encourage others to do the same, I simply want to live a healthy, happy, and narcissist free life far away with my children, alone. Single forever I am completely done with men.

Have a heart, overcome ego, and dismiss those just this once, and you can still be the hero today. My son is severely traumatized, my daughter is in imminent danger, she chose not to speak to her father for an entire 22 month period due to his maltreatment of her. He is not a parent, he never has been. I have raised those children, all 4 of them, myself, day in and day out, since day one.

I do believe you are being controlled to some extent. And I sympathize with you accordingly. Woman to woman, mother to mother. Please make it "in the best interests of Monroe" or whatever grounds you see fit. Please Ms Bonnie, I swear to God that this is not a true depiction of the laws and freedom we've been brought to believe in. I don't know what you're aware of, entirely, however, I'm willing to look the other way, with proper negotiations in place, and in writing, I'll sign.

You have my word, honest to God. I've not turned in your packets just yet. Feeling as though, you were the one good, in all of this nonsense. I'll shred it, and I'll sign the release, all I want are my children, and some money for the stress, and trauma we've experienced as a result of a covert narcissist who was "dishonorable" individual Anthony Hubbard aka January Prince. I have evidence that will drown him and many others he's worked with in this coercive nature, both prior to his arrival in Key West, and thereafter.

I do not make empty promises, and I have given my word, and extended a kind gesture in good faith. You and Mr Britt have the authority, individually, to make this happen for the greater good. No bribes, no threats, no lies. Only righteous acts of compassion, forgiveness, and honesty.

Please consider how much evidence I have, I assure you I've been gathering it for over a year now... it may take a little time for me to learn and understand and get it right in laws and reporting and so forth, however, should this last ditch effort to remedy and reunify, not prevail, I want you to be fully aware that I'll pursue each and every single one involved, and the trash in jail, will stay right there.

Please understand that "those recordings of the hearings" will be called upon at some point. And with my testimony, evidence, and mental agility... let's just say, the universe is ready for the new world to begin, and people are awakening to more than meets the eye nowadays. I'd say, clean it up, get out, and move on, that would be my friendly advice because I do want to live and let live. I'm not a drug addict, dealer, or whore, or whatever people may say... and that's the reason I'm under fire. Because I cannot be controlled. So, as I always say, "just ask nicely, and maybe I'll say yes", I'm practicing what I preach here. Giving credit where credit is due, as I always have.

Allow me the opportunity to credit you for shining bright in the darkness, upholding rules and oaths and laws and so forth... Allow my children to return home. They've never been without me. Did you know... Emily really likes ROTC, and did really well in her Criminal Justice class last year. I found an assignment she did, 100% on an essay that was very convincing. She aspires to the Navy or Airforce. And Kyle, he can be anything, he's busy-minded, not dumb, despite his relation to his father.

Please I beg your pardon for speaking disrespectfully in any moment towards you. I've had time now to be without the fears since I've moved back, and I'm totally interested in a one way ticket, for 3, out of the United States. Should you be so inclined to hear my plea Your Honor! You've worked hard and diligently in your pursuits and accomplishments in life. Understand that those being stripped away, may feel something horrifying like a mother helpless to aid her children. I'd like to share compliments and uplifting information about others, or just keep my mouth shut. However, my children are my fight!

I've been spending most of my time working on the evidence and the complaints filings and lawsuits being prepared, in the absence of my children. But I'd be happy to make a more mutually beneficial agreement in exchange for remedying and reunifying. You have my word! And my word, is solid Gold where my children are concerned. By the time the hearing begins, I'll have already obtained a judge's input on the Emergency Petition and Motions I've filed.

Should the negotiations not commence, I've attached my (work in progress) victim impact statement (no one has seen just yet), and it'll be a long one, that will accompany the various Civil cases that will ultimately end up in criminal charges being filed, because I know it's only a matter of time before the traction begins to dissipate, trepedaciously.

Please allow me to speak to my children Ms Bonnie.

Thank you for your time and consideration. Please make this ugliness go away from my children and I once and for all.

Good day Miss.

**From:** Reygan Bourgault
**Sent:** Wednesday, December 6, 2023 9:43 AM
**To:** RAQUELGALVAN@KEYSCOURTS.NET; BONNIE.HELMS@KEYSCOURTS.NET
**Subject:** Court access denied

I'm being denied access once again ladies.

Ms. Bonnie I sent you a message with contents last night. Please advise.

Get Outlook for Android

IN THE CIRCUIT COURT OF THE  SIXTEENTH _____ JUDICIAL CIRCUIT,
IN AND FOR  MONROE _____ COUNTY, FLORIDA

Case No: 2023-DP-107-K _____
Division: DEPENDENCY _____

DEPARTMENT OF CHILDREN AND FAMILIES
Petitioner,

and

REYGAN BOURGAULT _____,
Respondent.

## MOTION FOR CIVIL CONTEMPT/ENFORCEMENT

_____ Petitioner    X    Respondent   requests   that   the   Court   enter   an   order   of   civil
contempt/enforcement against   X   Petitioner _____ Respondent in this case because:

1.  A final judgment or order {title of final judgment or order}  SHELTER AND DEPENDENCY
    in this case was entered on {date} 10/20/2023 _____, by {court, city, and state} KEY WEST FLORIDA
    OMMISIONS IN CONJUNCTION WITH ORGANIZED MALICIOUS INTENT TO HARM/COERCE/RETALIATE
    _____ Please indicate here if the judgment or order is not from this Court and attach a copy.

2.  This order of the Court required the other party in this case to do or not do the following:
    {Explain what the other party was ordered to do or not do.} _____
    FOLLOW THE RULES, REGULATIONS, AND ETHICAL STANDARDS IN EACH CASE REPORT/PROCEDURE
    SET FORTH IN THE CFOP, FS, AS LISTED BELOW.
    EXTENSIVE VIOLATIONS HAVE BEEN MADE IN THIS CASE. DOCUMENTS FILED IN THE COURT
    WILL SHOW THE COURT TRUE RETALIATION AND FALSIFICATION COMMITTED BY EMPLOYEES
    WITHIN THE DEPARTMENT OF CHILDRENA DN FAMILIES, OUTSIDERS WITH MALICIOUS INTENT,
    EVIDENCE BEING OFFERED TO NEGATE, HOWEVER DENIED/NEVER HEARD. NO SERVICE OF INITIAL
    HEARING. _____ Please indicate here if additional pages are attached.

3.  The other party in this case has willfully failed to comply with this order of the Court: {Explain
    what the other party has or has not done.}  excessive mishaps and mistakes, ignoring evidence and testimonies
    of high preponderence, and instead using extreme force, and misuse of the authority, as clearly indicated
    IN THE CASE REFERENCED ABOVE, the Dept of Children and Families IS IN FULL OR PARTIAL
    VIOLATION of the following Florida Statutes and Applicable Codes (previously mentioned acts):
    FS 827.03; FS 402.26 - 402.33; FS 409.1676; FS 402.22; FS 402.04; 435.01 - ;FS 39.4015;
    FS 39.502 (1-4); FS 839.13; FS 812.13; FS 784.03(k,L, g, ); CFOP 170-7; 65C-30.002; 65C-30.004 -
    005 - 011; 65C-30.016; 65C-30.018; Causing Major Harm to the Children Emily 15, Kyle 8, and Mother 42, in this
    case. DCF employees have INTENTIONALLY - Falsely Ommited truths of preponderence; and Illegally
    Screened/reported the findings did not match the allegations.
    _____ Please indicate here if additional pages are attached.

4.  I respectfully request that the Court issue an order holding the above-named person in civil
    contempt, if appropriate, and/or providing the following relief:
    a.    X    enforcing or compelling compliance with the prior order or judgment;
    IMMEDIATELY INVESTIGATING and RECTIFYING THE SITUATION BY RETURNING BOTH CHILDREN TO THEIR MOTHER WITHOUT
    FURHTER DELAY, TO BEGIN TO HEAL.

b. __X__ awarding a monetary judgment;

c. _____ if a monetary judgment was included in the prior order, issuing a writ of execution or garnishment or other appropriate process;

d. __X__ awarding prejudgment interest;

e. __X__ requiring the other party to pay costs and fees in connection with this motion;

f. __X__ if the other party is found to be in civil contempt, ordering a compensatory fine;

g. __X__ if the other party is found to be in civil contempt, ordering a coercive fine;

h. __X__ if the other party is found to be in civil contempt, ordering incarceration of the other party with a purge;

i. __X__ issuing a writ of possession for real property, writ for possession of personal property, or other appropriate writ;

j. _____ issuing a writ of bodily attachment if the other party fails to appear at the hearing set on this motion;

k. _____ requiring the other party to make payments through the central governmental depository;

l. _____ requiring the support payments to be automatically deducted from the other party's income or funds;

m. _____ requiring the other party to seek employment;

n. __X__ awarding make-up time-sharing with minor child(ren) as follows {explain}: _____
IMMEDIATELY RECTIFY/REMEDY this unlawful and unjust case which majorly Lacks Preponderence, by returning the children to their mother from which they were removed unlawfully and negligently, through malicious intent as described further, herein
preponderance exists, only in Monroe's abuse of power unlawful force _____ ; and

o. __X__ awarding other relief {explain}: __children returned immediately then we talk__
1. disclose names and relationships of all reporting parties, witnesses, and full disclosure of factual and admissable evidence, 2. compensatory and punitive damages of Tort Violations concerning this family and the undue durress which has been inflicted upon them as a result of the neglegence by all parties involved. 3. complete a review of ALL cases having been handled by any of the parties (employed by DCF and Wesley House) for the rectification and reunification of other families cases starting with the neighbor at 16 Beechwood Dr Key West FL 33040 (both child cases involve the same individuals and accusations.

I, REYGAN BOURGAULT, hereby deglare the foregoing statements and information are true and accurate to the best of my knowledge and belief. Under pentalty of perjury, I affirm. F.S. 92.525

Reygan Bourgault Plaintiff/legal parent

**IN THE CIRCUIT COURT OF 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

Reygan Bourgault
_____
Petitioner,

v.

Monroe County
_____
Respondent.

Case No.: 23 - 014681

36
/
93

PETITION FOR  Jurisdictional Review

Petitioner alleges:

_Children do not live in Monroe NOR do parents. Children are in danger and court access is being denied repeatedly and we have no family or friends_

Wherefore, the Petitioner, moves for entry of an order in consonance with the foregoing, together with such further relief as this court deems to be just and proper.   in Mon

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN FURNISHED TO:

DCF
Attny. Angelica Hayden Ivanoski   1111 12th St Key West FL 33

BY MAIL/HAND/ELECTRONIC DELIVERY THIS  10  DAY OF  Dec. , 20 23

Respectfully submitted by:

Name: Reygan Bourgault
Address: reygan@reyganb.co
Phone: 7864260402

Under Penalty of perjury, FS 92.525
                        accuracy of

1-787a (Rev. 08-10-2016)



**U.S. Department of Justice**

Federal Bureau of Investigation
Criminal Justice Information Services Division
*Clarksburg, WV 26306*

---

REYGAN LEA BOURGAULT
14 BEECHWOOD DR
KEY WEST, FL 33040

Date: 08-22-2023

The Criminal Justice Information Services (CJIS) Division of the Federal Bureau of Investigation (FBI) has completed the following fingerprint submission:

**Subject Name**

REYGAN LEA BOURGAULT

**Search Completed Result**          08-22-2023  E2023234000000188932

**A SEARCH OF THE FINGERPRINTS PROVIDED BY THIS INDIVIDUAL HAS REVEALED PRIOR ARREST DATA AT THE FBI. THIS DOES NOT PRECLUDE FURTHER CRIMINAL HISTORY AT THE STATE OR LOCAL LEVEL.**

Date of Birth:            05/14/1981

Social Security number:    XXX-XX-5513

The result of the above response is only effective for the date the submission was originally completed. For more updated information, please submit new fingerprints of the Subject.

In order to protect Personally Identifiable Information, as of August 17, 2009, FBI policy has changed to no longer return the fingerprint cards. This form will serve as the FBI's official response.

This Identity History Summary (IdHS) is provided pursuant to 28 CFR 16.30-16.34 solely for you to conduct a personal review and/or obtain a change, correction, or updating of your record. **This IdHS is not provided for the purpose of licensing or employment or any other purpose enumerated in 28 CFR 20.33.**

Any questions may be addressed to the Customer Service Group at 304-625-5590.  You may also visit the website at www.fbi.gov/checks for further instructions.

*Chris Ormerod*
Chris Ormerod
Section Chief
Biometric Services Section
Criminal Justice Information
      Services Division

*[handwritten notations]* Passed Background Check — Purchased Gun — 8/22/23

*[handwritten notations]* JUDGE DCF LIES! Pet For Shelter Said they could find Shelter L

EPARTMENT OF JUSTICE
REAU OF INVESTIGATION
ORMATION SERVICES DIVISION
JRG, WV  26306

                        NCN E2023234000000188932
)000-68228

'22', WITH THE FBI UCN 112061XA4 AND
)0000188932 IS BEING PROVIDED AS THE
RINT SUBMISSION.
ED IN THE ORIGINAL TRANSACTION ARE:
                        DOB 1981/05/14

)UESTED FROM THE FOLLOWING:

'464

IAL FINGERPRINT FILE (NFF) AND/OR III
, THE RESPONSE MAY NOT BE COMPLETE.
)M THE NON-RESPONDING III PARTICIPANT
E.

HNOLOGY CTR
OLLOW RD
 26306

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND

## FOR BROWARD COUNTY, FLORIDA

REYGAN BOURGAULT

                        Petitioner,

and

MONROE COUNTY

                        Respondent.

Case No.: _23 014681_

Division: _Family Civil_

## UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA) AFFIDAVIT

## I, Reygan Bourgault, hereby declare the following are accurate to the best of my knowledge:

1. The number of minor child(ren) subject to this proceeding is __2__ . The name, place of birth, birth date, and sex of each child; the present address, periods of residence, and places where each child has lived **within the past five (5) years**; and the name, present address, and relationship to the child of each person with whom the child has lived during that time are:

**THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD #  1 :**

Child's Full Legal Name: _KYLE ESTEBAN MORA BOURGAULT_

Place of Birth: _FT MYERS FL_    Date of Birth: _01/16/2015_    Sex: _Male_

**Child's Residence for the past 5 years:**

| Dates (From/To) | Address (including city and state) where child lived | Name and present address of person child lived with | Relationship to child |
|---|---|---|---|
| 08/10/2021 /present* 10/18/2023 | 14 BEECHWOOD DR KEY WEST          FL | REYGAN BOURGUALT CONFIDENTIAL                FL | MOTHER/PARENT/ |
| 05/01/2017 08/10/2021 | PEMBROKE PINES/    FL | | |
| 01/16/2015 08/31/2015 | FT MYERS LEE COUNTY | REYGAN BOURGAULT CONFIDENTAIL FT MYERS LEE COUNTYFL | MOTHER/PARENT/ |
| ___/___ | | | |
| ___/___ | | | |

Florida Supreme Court Approved Family Law Form 12.902(d), Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit (02/18)

| | | | |
|---|---|---|---|
| ___/___ | | | |

\* If you are the petitioner in an injunction for protection against domestic violence case and you have filed a Request for Confidential Filing of Address, Florida Supreme Court Approved Family Law Form 12.980(h), you should write confidential in any space on this form that would require you to enter the address where you are currently living.

**THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD # _2_ :**

Child's Full Legal Name: EMILY GRACE BOURGAULT

Place of Birth: MIAMI FL          Date of Birth: 05/07/2008          Sex: Female

**Child's Residence for the past 5 years:**

| Dates (From/To) | Address (including city and state) where child lived | Name and present address of person child lived with | Relationship to child |
|---|---|---|---|
| 08/10/2021 /present 10/18/2023 | 14 BEECHWOOD DR KEY WEST          FL | REYGAN BOURGAULT CONFIDENTIAL HOLLYWOOD BROWARD FL | MOTHER/PARENT |
| ___/___ | | COUNTY | /LEGAL GUARDIAN |
| ___/___ | | | |
| ___/___ | | | |
| ___/___ | | | |
| ___/___ | | | |

**THE FOLLOWING INFORMATION IS TRUE ABOUT CHILD # _3_ :**

Child's Full Legal Name: _____

Place of Birth: _____ Date of Birth: _____ Sex: _____

**Child's Residence for the past 5 years:**

| Dates (From/To) | Address (including city and state) where child lived | Name and present address of person child lived with | Relationship to child |
|---|---|---|---|
| ___/present | | | |
| ___/___ | | | |

Florida Supreme Court Approved Family Law Form 12.902(d), Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit (02/18)

is not a party to this proceeding and who has physical custody or claims to have parental responsibility for, custody of, or time-sharing or visitation with respect to any child subject to this proceeding.

_____ I KNOW THAT THE FOLLOWING NAMED PERSON(S), not a party to this proceeding, has (have) physical custody or claim(s) to have parental responsibility for, custody of, , or time-sharing or visitation with respect to any child subject to this proceeding:

a.   Name and address of person: _____

_____ has physical custody
_____ claims parental responsibility or custody rights
_____ claims time-sharing or visitation

Name of each child: _____
Relationship to child, if any:_____

b.   Name and address of person: _____

_____ has physical custody
_____ claims parental responsibility or custody rights
_____ claims time-sharing or visitation

Name of each child: _____
Relationship to child, if any:_____

c.   Name and address of person: _____

_____ has physical custody
_____ claims parental responsibility or custody rights
_____ claims time-sharing or visitation

Name of each child: _____
Relationship to child, if any:_____

5.   **Knowledge of prior child support proceedings:**
[*Choose only one*]

_____ The child(ren) described in this affidavit are NOT subject to existing child support order(s) in this or any other state, jurisdiction, or country..

___X___ The child(ren) described in this affidavit are subject to the following existing child support order(s):

a.   Name of each child: EMILY _____
b.   Type of proceeding: CHILD SUPPORT _____
c.   Court and address: LABELLE FL 33935 _____
d.   Date of court order/judgment (if any): 12/01/2010 _____
e.   Amount of child support ordered to be paid and by whom: 744 CHRISTOPHER JON[...]

6.   I acknowledge that I have a continuing duty to advise this Court of any parental respons[...] custody, time-sharing or visitation , child support, or guardianship proceeding (includin[...] dissolution of marriage, separate maintenance, child neglect, or dependency) concerni[...]

Florida Supreme Court Approved Family Law Form 12.902(d), Uniform Child Custody Jurisdiction and Enfo[...]
[...] Affidavit (02/18)

| \_\_/\_\_ | | | |
|---|---|---|---|
| \_\_/\_\_ | | | |
| \_\_/\_\_ | | | |
| \_\_/\_\_ | | | |

2.  **Participation in custody or time-sharing proceeding(s):**
*[Choose only one]*

_____ I HAVE NOT participated as a party, witness, or in any capacity in any other litigation or custody proceeding in this or any other state, jurisdiction, or country, concerning parental responsibility for, custody of, or time-sharing or visitation with a child subject to this proceeding.

\_\_\_X\_\_\_ I HAVE participated as a party, witness, or in any capacity in any other litigation or custody proceeding in this or another state, jurisdiction, or country, concerning parental responsibility for, custody of, or time-sharing or visitation with a child subject to this proceeding. *Explain:*
a.  Name of each child: EMILY BOURGAULT AND KYLE BOURGAULT
b.  Type of proceeding: DEPENDENCY
c.  Court and state: MONROE COUNTY FL
d.  Date of court order or judgment (if any): 10/24/2023

3.  **Information about custody or time-sharing proceeding(s):**
*[Choose only one]*
\_\_\_X\_\_\_ I HAVE NO INFORMATION of any parental responsibility, custody, time-sharing, or visitation proceeding pending in a court of this or any other state, jurisdiction, or country concerning a child subject to this proceeding.

_____ I HAVE THE FOLLOWING INFORMATION concerning a parental responsibility, custody, time-sharing, or visitation proceeding pending in a court of this or another state concerning a child subject to this proceeding, other than set out in item 2. *Explain:*
a.  Name of each child involved in said litigation: _____
b.  Type of proceeding: _____
c.  Court and state: _____
d.  Date of court order or judgment (if any): _____
e.  Case Number: _____

4.  **Persons not a party to this proceeding:**
*[Choose only one]*
\_\_\_X\_\_\_ I DO NOT KNOW OF ANY PERSON in this or any other state, jurisdiction, or country, who

**** FILED: BROWARD COUNTY... Entered on Format: CLERK 12/6/2023 4:30:00 PM.****

child(ren) in this state or any other state about which information is obtained during this proceeding.

7. A completed Notice of **Confidential Information within Court Filing**, Florida Rules of Judicial Administration Appendix to Rule 2.420 Form, is filed with this Affidavit.

I certify that a copy of this document was ( X ) e-served ( ) mailed ( ) faxed and mailed ( ) hand delivered to the person(s) listed below on {date} 12/04/2023

**Other party or his/her attorney:**
Name: Anjelica N. Harden-Ivanoski
Address: 1144A Gilmore Dr
City, State, Zip: KEY WEST         FL      33040-6743
Fax Number:
Designated E-mail Address(es):
anjelica.hardenivanoski@myflfamilies.com

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

Dated: 12-6-23

Signature of Party
Printed Name: REYGAN BOURGAULT KYLE BOURGAULT
Address: CONFIDENTIAL
City, State, Zip: BROWARD COUNTY FL         33022
Telephone Number: 7864260402
Fax Number:
Designated E-mail Address(es):
REYGAN@REYGANB.COM

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to or affirmed and signed before me on 10/06/2023 by Reygan Lea Bourgault

NOTARY PUBLIC or DEPUTY CLERK

EANESE VOLMAR

_[Print, type, or stamp commissioned name of notary or clerk]_

___ Personally known
___ Produced identification
___ Type of identification produced FDL# 0710
EXP: 5-14-2029

Florida Supreme Court Approved Family Law Form 12.902(d), Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) Affidavit (02/18)

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

REYGAN BOURGAULT,
    EMILY BOURGAULT
    KYLE BOURGAULT
      MINOR CHILDREN
    PETITIONER

CASE NO.: ___ 23-014681 ___ ___

VS.

MONROE COUNTY, AND MONROE
COUNTY DEPT OF CHILDREN AND
FAMILIES RESPONDANT

## VERIFIED EXPARTE EMERGENCY MOTION FOR ORDER TO DISMISS, AND DEMAND FOR IMMEDIATE REUNIFICATION, WITHOUT FURTHER DELAY.

THIS CAUSE APPEARED TO BE considered bv the Court on the above Motion 11/29/2023

PLAINTIFFS ARGUMENTS WERE NOT HEARD, YET MOTION WAS DENIED, WITHOUT IMPARTIAL, CONSIDERATION. SUBSTANTIATED PHYSICAL EVIDENCE TO SUPPORT THE PLAINTIFFS VALID CONCERNS ,, WERE IGNORED. OR OTHERWISE IMPLIED, AS UNWILLING TO CONSIDER THESE CONCERNS, AND AGREE TO TRANSFER THE CASE. SUSPICIOUSLY DENYING ACCESS TO THE COURTS UNLESS PLAINTIFF PHYICALLY COMES TO KEY WEST, KNOWING PLAINTIFF DOESN'T HAVE A CAR, AND THAT OTHER CONCERNS FOR SAFETY EXIST, THAT CONTEMPORANEOUSLY AND SUGGESTIVELY, INTRODUCE THE POSSIBILITY OF THERE BEING  MERIT TO THE PLAINTIFF'S CLAIMS OF UNLAWFUL ACTIVITIES.

HEARING was held on 12/6/2023 -  WHERE deceitful statements alleged "mother did not attend", while knowingly ignoring petitioners needs, concerns, limitations, fears, or otherwise factual evidence, of traveling to Key West. or Monroe County.

THE COURT having appeared to have considered the grounds for the Motion, refused facts and testimony, declined to hear arguments or consider the applicable law, it is hereby ORDERED as follows:

THIS CASE IS HEREBY DISMISSED ON THE BASIS OF EVIDENCE, BEING PRESENTED IN PREPONDERANCE, IN FAVOR OF THE PLAINTIFF, which negates all allegations and proceedings concerning this case, herein. As such, QAULIFIES THIS ORDER GRANTED.IN BROWARD COUNTY, FLORIDA.

PETITIONERS STATEMENTS AND EVIDENCE SUPPORTS ALLEGATIONS THAT:

AT NO POINT DID THE RESPONDANTS PROVIDE ANY HONEST, UNBIASED, INVESTIGATIONS, NOR REGARD FOR THE BOURGAULT'S RIGHTS. DUE TO NO SERVICE RE: THE SHELTHER PETITION HEARING & ORDER ON 10/19/2023. SEE DOCUMENTATION TO SUPPORT THE IMMEDIATE REUNIFICATION OF THE CHILDREN WITH THE PETITIONER, WITHOUT FURTHER PROCESS.  NO NOTIFICATION WAS PROVIDED TO PETITIONER, THE APPOINTED ATTORNEY WAS DOCUMENTED FOR MISCONDUCT, AND ETHICS, CONFLICT OF INTEREST,LEGAL MALPRACTICE ARE UNDER INVESTIGATION.
SUPPORTED BY DOCUMENTATION, COURTS CAN SEE THAT TRUTHS WERE OMITTED, AND FACTS WERE PRESENTED IN A MANNER THAT COULD ONLY PRODUCE ONE RESULT, AND CONSTITUTE ACTS OF "MORAL TURPITUDE".

FURTHER REVIEW OF EVIDENCE SUPPORTS PETITIONERS CLAIMS, OF MALICIOUS INTENT BY MEANS OF FALSE/MISLEADING INFORMATION, AND SUGGESTS HIGHLY INTENTIONAL/PURPOSEFUL, NEGLIGENCE, AND MISCONDUCT IN AUTHORITY.
RESPONDANTS CASE FILINGS, INCLUDE CONTRADICTORY STATEMENTS, MISREPRESENTATIONS OF INFORMATION, FABRICATED DOCUMENTS, DECIETFUL PRACTICES, AND FALSE/MISLEADING STATEMENTS  KNOWINGLY. ONE EMPLOYEE SAID "DCF GETS PAID TO REMOVE CHILDREN". ATTEMPTS TO PROVOKE OR FORCE PETITIONER TO COMMIT ILLEGAL ACTS AND GIVE REASON FOR ARREST, FAILED.

AND CAUSE INDICATES THAT RESPONDANTS THRREFORE TOOK ACTION AGAINST THE PETITIONERS CHILDREN, IN AN ATTEMPT TO FORCEFULLY COERCE PERTITIONERS COMPLIANCE, AND TO DISCREDIT PLANTIFFS SUBSTANTIATED, VERIFIED TESTIMONIES, AND CONTINUES TO BE EVIDENT IN THE UNREASONABLE FORCE, EXPEDITIUS NATURE OF PROCEEDINGS, FACTS IGNORED, PSEUDO THERAPY METHODS AND PRACTICES EMPLOYED, AND FORCEFUL NATURE OF RESPODENTS REFUSAL TO TRANSFER CASE, EVIDENT IN THE UNREASONABLE DEMANDS FOR PERSONAL APPEARANCE, WITHOUT JUST CAUSE.

DONE AND ORDERED THIS _____ DAY OF _____, 2023 IN FORT LAUDERDALE, FL

_____
CIRCUIT JUDGE

Copies furnished:   ☐ In Open Court
                 ☐ By Mail

SERVICE PARTIES VIEA EMAIL
REYGAN BOURGAULT/MOTHER
REYGAN@REYGANB.COM

DCF ATTORNEY

BC/CA 118 (Rev 11/18)

case 23-014681

PETITIONERS ALLEGATIONS AND CORRESPONDNG STATEMENTS TO BE CONSIDERED BY HONORABLE BROWARD COUNTY:

I HAVE PLEADED WITH NUMEROUS OFFICIALS, INCLUDING THE JUDGE IN EMAILS AND IN THE HEARINGS, FOR SOMEONE TO HEAR MY CRY FOR HELP ABOUT THIS ONGOING SITUATION.

HAVING BEEN DENIED COUNTLESS DOMESTIC VIOLENCE VICTIMS BENEFITS THAT I SHOULD HAVE BEEN AWARDED, AND ALL BECAUSE THE GUY IN JAIL, A MARINE WAR VET, WHO CAUSED PERMANENT DISFIGUREMENT TO MY FACE [WHILE MY 8 YO SON STOOD BY AND WATCHED HIM ATTACK ME FOR NO REASON], AFTER

HAVING BEEN DENIED A RESTRAINING ORDER WHICH ALLOWED ANTHONY TO CONTINUOUSLY VICTIMIZE THE BOURGAULT'S, INCLUDING LOUD DISRUPTIONS AT MY HOME DURING ALL HOURS OF THE NIGHT AND DAY,

LAW ENFORCEMENT REFUSED TO HOLD HIM ACCOUNTABLE FOR ANYTHING. HE TRIED TO KILL ME TWICE. HOW CAN I LET HIM OUT OF JAIL? I'M TERRIFIED,

HE'S CALLED AND REPROTED ANONYMOUSLY SEVERAL TIMES TO DCF WITH LIES TO MAKE ME AFRAID OF LOSING MY KIDS SO I WOULD DO WHAT HE WANTED. NOW HE WANTS OUT OF JAIL! APPARENTLY. AS I SENT EMAILS TO THE JUDGE INTRODUCED BELOW, AND THE ONLY REPONSE I GOT WAS A CALL FROM THE PRETRIAL SERVICES DEPT OF MONROE COUNTY, ASKING FOR MY INPUT, AS THE VICTIM, OF WHTHER THE JUDGE SHOULD ALLOW ANTHONY TO HAVE A BOND SET, PER HIS ATTORNEYS REQUEST. THAT WAS RECEIVED "A COUPLE WEEKS AGO".

BUT I ALWAYS LET DCF COME IN AND SEE FOR THEMSELVES. TO SEE, YES THAT IT WAS A IN FACT A FALSE REPORT, AND ALL LIES.

PLEASE THAT'S WHAT'S HAPPENING NOW TOO.

SOMEONE HAS LIED AND THOSE THREATS ARE PART OF THE EVIDENCE TO FOLLOW.

COURT PROCEEDINGS, MICRO-EXPRESSIONS, INNUINDOS, LEADING CONVERSATIONS AS INDICATORS OF OPERATING WITH A HIDDEN AGENDA,

UNREASONABLE FORCE, LACK OF EMPATHY, HAVING 5 SEPARATE EVENTS ALL OCCURRING THE SAME DAY DOESN'T RAISE SUSPICION? (THE PERFECT STORM).

WITH THREATS OF RECORD, DISCOVERY DEMAND WAS NOT MET AND STILL HASN'T BEEN PROVIDED, THE APPOINTED ATTORNEY REFUSEED TO FILE A MOTION FOR CONTEMPT/ENFORCEMENT, YET, REMAINED ACTIVE ON THE CASE FOR AN ENTIRE WEEK AFTER BEING RELIEVED OF DUTY FOR MISCONDUCT AND UNLAWFUL PRACTICES (GOTTA MAKE IT LOOK LIKE THE OFFICIALS AND PROCEEDINGS ARE TAKING PROPER MEASURES TO UPHOLD THE LAW)

AND MY MOTION TO DISMISS WAS DENIED WITHOUT EVER BEING CONSIDERED.

2/3

MONROE OFFICIALS HAVE FORCEFULLY DENIED ME ACCESS TO THE COURTS

case 23-014681

TESTIMONIES (DCF) THEY'VE CLAIMED WERE THE REASON AND PURPOSE FOR VIOLENTLY ENTERING MY HOME WITHOUT EXPLANATION, DO NOT ACTUALLY EXIST, EVIDENT IN THE LACKING DISCOVERY, AND NON-COMPLIANCE OF THE RIGHTS AND LAWS.

NOR DO THE "WITNESSES" THEY CLAIM ARE THE REASON THEY HAVEN'T TRANSFERRED IT TO BROWARD YET.

THERE IS NOT A SINGLE SHRED OF EVIDENCE TO SUPPORT THEIR CLAIMS, NOR THEIR TRUE REASON AND INTENTIONS. AND THERE ARE STACKS OF EVIDENCE THAT NEGATE THEM. YET, I'VE YET TO BE ALLOWED TO SHARE THEM IN THE PRESENCE, OF UNBIASED ,OR OTHERWISE IMPARTIAL, CONSIDERATION.

THEY DIDNT TELL ME ABOUT THE HEARING THE NEXT DAY ON 10/19. OTHERWISE I WOULD'VE BEEN THERE. AND THEN, AFTER SOME RESEARCH, I'VE REALIZED IT IS BECAUSE THEY KNEW (AND WANTED) THE JUDGE TO ENTER A NO CONTACT AGAINST ME AND MY CHILDREN.

THEY NEVER MENTIONED THE HEARING, I BELIEVE IT'S BECAUSE (POLICE OFFICER SEEMED TO BE FRESH OUT OF AID FOR "A DAMZEL IN DISTRESS") THEY EXPECTED ME TO BE EASILY PROVOKED, SO I'D FLIP OUT AND GET ARRESTED, AFTER THEY PULLED ALL THEIR DISGUSTING TRICKS AND LIES AND VIOLATED OUR RIGHTS REPEATEDLY, AS THEY VIOLATED THEIR OWN LICENSURE REGULATIONS AND ETHICS.

I'M FILING COMPLAINTS, ANSWERING CALLS AND QUESTIONS, PROVIDING EVIDENCE, AND GIVING TESTIMONIES, DAILY REGARDING THE MOCHARY OF THE JUDICIAL SYSTEM THAT MONROE COUNTY HAS MADE.

REVIEW OF BODY CAM FOOTAGE WILL REVEAL THAT, THE POLICE [OFFICERS] SEEMED TO BE FRESH OUT OF EMPATHY OR OTHER AID FOR "A DAMZEL IN DISTRESS" ON 10/18/23 WHEN MONROE OFFICIALS COMMITED FURTHER ILLEGAL ACTS AGAINST MY CHILDREN AND I, FOR PERSONAL GAIN.

MAKING IT SEEMINGLY IMPOSSIBLE FOR ME TO ESCAPE THEIR COERCION TACTICS, HAVING STOLEN MY CHILDREN WITHOUT JUST CAUSE.

AT THE MERCY OF THE HONORABLE COURT OF BROWARD, THE BOURGAULT'S REQUEST REUNIFICATION IMMEDIATELY.

**UNDER PENALTY OF PERJURY, I, REYGAN BOURGAULT, DECLARE THE FOREGOING STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELEIVF. F.S. 92.525.**

**REYGAN BOURGAULT**
786 426 0402

IN THE CIRCUIT COURT OF 17TH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

Case No.:    23-014681

Reygan Bourgault
  (& Kyle/Emily Bourgault
  minor children.)
        Petitioners,

v.

Monroe County,
Dept of Children and Families
        Respondents.

## MOTION TO ORDER DISMISSAL, REJNIFICATION, AND JUDICIAL REVIEW OF MONROE CASE 23-DP-107-A / AK & PARTIES

**NOTICE of Petitioner Request** PLEASE RETURN THE CHILDREN TO THE MOTHER IMMEDIATELY VIA THE EMERGENCY CHILD PICK UP ORDER

**Petitioner alleges:**
There is good cause for concern of the children's safety and well-being, emotionally, psychologically, and physically, adverse behaviors indicate severe psychological trauma responsible for concern of imminent danger, as supported by the following information and documentation being preserved, and even still collecting new evidence as I experience this complete mochary of the judicial system. Children were removed from the mothers care in a violent, deceitful, and malicious manner. Procedures, investigations, misrepresentation, psychological and emotional trauma this has caused my children and I. is inhumane, truly; and potentially infinite. Children having been unlawfully removed from my care (their only caregiver, "best mommy ever", they say). Substantial physical evidence exists to support the potentially, detrimental harm, and irreparable damage to their [still developing] sense of security, and trust in the integrity of the judicial system and laws. We've been victimized for a year and a half now, by a member of some kind of militia (strong supportive information exists). We've been pursued for purposes of retaliation due to some events I've reported and methods have continuously and substantially, increased in severity. Please Honorable Judge in Broward county, We have lived in Dade/Broward for nearly 20 years, and spent only 2 in Key West, trying to dodge constant misfortune, with the meeting of an [apparently, protected] member of this group of organized crime, I have discovered through much thought, research, and learning of laws.

I am certain that the proceedings in Monroe county, are not on the up and up. Fake documents, false statements, denial of court access and due process, appointed attorney completely ruined my opportunity to rectify this quickly with his questionable [under par performance], and [misconduct of mis-advising the client, intentionally], as it later came to light.Itappears to have some indication of conflicting interests as petitioner discovered that Joe Albury who was appointed by the courts,

Gives way to petitioners claims of Pseudo therapy reunification practices evident herein, From a mental health professional's perspective, that basically means "anti-reunification" practices, lending a questionable motive for violating and continuously ignoring reports and cries for assistance, leaving my children distraught and displaced, terrified even, of the NOW EIGHT WEEKS OF NO CONTACT, because I'm afraid of them, and they know I know this is inetional, and that I'm not standing for their illegal use of authority in government.  Causing great distance and high levels of fear, insecurities, uncertainty, creating enormous amounts of adrenaline and cortisol and primitive reflex responses causing behaviors, suggesting a high level of severe psychological trauma has occurred, and is continuing. Please, the father and I agree that the children should be returned to my care immediately, without further delay.

Unreasonable force has been taken and punitive damages are being included in various, pending, Civil Actions. Demands for relief and remedy, have all been ignored, as have factual physical evidence to support my claims being made herein. Having a diverse skill set, and degrees, licenses, registries, and certifications, plus substantial life experience, offering great support to my mental agility, given the circumstances and hardships these events have taken on my cildren and I, illegally, unethically, and immorally, with malicious intent, for personal gain.

I, Reygen Bourgault, under penalty of perjury, I declare the foregoing is true to the best of my knowledge and belief. F.S. 92.525

Wherefore, the Petitioner, moves for entry of an order in consonance with the foregoing, together with such further relief as this court deems to be just and proper.

<div align="center">CERTIFICATE OF SERVICE</div>
I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN FURNISHED TO: _____

BY MAIL/HAND/ELECTRONIC DELIVERY THIS _____ DAY OF_____, 20___.

_____
Reygan Bourgault
786-426-0402
Reygan@ReyganB.com

Respectfully submitted by:
REYGAN BOURGAULT
REYGAN@REYGANB.COM
Submitted to:
Name:
Address:
Email:

### IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
### IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. **FMCE23014681**  DIVISION: **36**  JUDGE: **Marra, Jessica (36)**

Reygan Bourgault

Plaintiff(s)  Petitioner(s)

v.

Monroe County DCF

Defendant(s)  Respondent(s)

_____

### ORDER TO TRANSFER CASE

This CAUSE having come before this Court upon Petitioner's "*Verified Exparte Emergency Motion for Order to Dismiss, and Demand for Immediate Reunification, without Further Delay*" filed on December 11, 2023, the facts and circumstances of same make clear that this is a Dependency matter.

It is thereby **ORDERED AND ADJUDGED** that this matter be transferred to Dependency Court.

**Pursuant to Rule 2.516(h)(1), the Court hereby orders counsel to furnish copies of this Order/Judgment to any party who does not have an email address shown on this document.**

**DONE AND ORDERED** in Chambers at Broward County, Florida on 11th day of December, 2023.

FMCE23014681 12-11-2023 3:20 PM

FMCE23014681 12-11-2023 3:20 PM
Hon. Jessica Marra
**CIRCUIT COURT JUDGE**
Electronically Signed by Jessica Marra
A TRUE COPY

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you have a hearing or voice disability you can contact the court through the Florida Relay Service by calling 711.**

**Copies Furnished To:**
Reygan Bourgault . E-mail : Reygan@Reyganb.com

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. **FMCE23014681**   DIVISION: **36**   JUDGE: **Marra, Jessica (36)**

Reygan Bourgault

Plaintiff(s)  Petitioner(s)

v.

**Monroe County DCF**

Defendant(s)  Respondent(s)

_____

## ORDER DECLINING TO SCHEDULE EMERGENCY/URGENT HEARING & DENYING MOTION

THIS CAUSE having come to be considered on Petitioner's Request for Emergency Relief.

1. On December 11, 2023, Petitioner filed a "*Verified Exparte Emergency Motion for Order to Dismiss, and Demand for Immediate Reunification, without Further Delay*", seeking an emergency hearing.
2. First and foremost, upon review of the Motion, this matter does not qualify as an emergency under Administrative Order 2019-003-UFC which has established procedures for Family Division Emergency Matters. A copy of the AO is on the 17th Judicial Circuit website.
3. Further, pursuant to the facts and circumstances of this case, this matter should be before the Dependency Court.
4. This Court shall refer and transfer this case to Dependency Court. An Order of Transfer shall follow.

IT IS THEREBY **ORDERED AND ADJUDGED**:

Petitioner's "*Verified Exparte Emergency Motion for Order to Dismiss, and Demand for Immediate Reunification, without Further Delay*" is hereby **DENIED**.

Pursuant to Rule 2.516(h)(1), the Court hereby orders counsel to furnish copies of this Order/Judgment to any party who does not have an email address shown on this document.

**DONE AND ORDERED** in Chambers at Broward County, Florida on 11th day of December, 2023.

FMCE23014681 12-11-2023 3:17 PM

FMCE23014681 12-11-2023 3:17 PM
Hon. Jessica Marra
**CIRCUIT COURT JUDGE** COPY
Electronically Signed by Jessica Marra

Copies Furnished To:
Reygan Bourgault , E-mail : Reygan@Reyganb.com

**From:** Reygan Bourgault
**Sent:** Tuesday, December 12, 2023 6:00 PM
**To:** Leslie Calero
**Subject:** Follow Up to our 1st Call 1130am today

Thanks for chatting and hearing me out Leslie, I appreciate that very much. However, the fact remains, there is no VALID REASON nor CONCERN for "Best Interests of the children", if Monroe county maintains unreasonable forceful jurisdiction over this case.

Here is a Motion I filed with the Judicial Assistant of Bonnie Helms, yet nothing is being done. My children have not had a visit with Kyle since Thanksgiving day and there is ZERO RESPONSE for anyone trying to gain access to Kyle.

Again, referring to the Pseudo-therapy practices I've mentioned many times, including the facts concerning the underlying issues you referred to regarding Kyle's behavior, during our call. Additionally, I haven't heard from anyone in your office prior to today.

As previously mentioned, Kyle's behavior is an adverse affect of the Moro Reflex, in that the psychological trauma this unnecessary process has had on his development, is appearing outwardly as "concerning behaviors".

Further emphasizing the recommendation for Monroe to Order the "Motion for Change of Venue to Broward county", which I've attached to this email. The fact that have been/am being, repeatedly and consistently, denied access to the courts and due process, is just another notch in the belt, or "another violation of Florida Law" to attach to the files of complaints and civil suits of each individual (Monroe county staff) who is unable, or otherwise, unwilling, to follow proper procedures in this [unique case] (or is it, unique?), given that all of you are "so concerned for the wellbeing of the children" yet, have each ignored my concerns, facts, and requests, as well as those attempts of family members and those concerned for Kyle's needs being kept away from everyone, and Emily's needs having been disconnected from her brother knowing nothing about him or when she'll see him again. WHICH IS OBSURD!

I'd like to be notified when you send the recommendation or report you mentioned regarding this conversation.

Sent from            for Windows

**From:**
**Sent:** Tuesday, December 12, 2023 10:51 AM
**To:**              ;
**Subject:** RE: Bourgault ADJ Order

2/4

**From:** Reygan Bourgault <reygan@reyganb.com>
**Sent:** Tuesday, December 12, 2023 10:41 AM
**To:** Holly Aliprandi <holly.aliprandi@gal.fl.gov>
**Cc:** Leslie Calero <Leslie.Calero@gal.fl.gov>
**Subject:** RE: Bourgault ADJ Order
**Importance:** High

Thank you for the information. I'm responding to request a call back 7864260402. I'd like to speak to You Leslie, in regards to the the children and your role, responsibilities, licensing, as well as, the information and evidence that would best suit the purpose of your involvement.

As this is a pressing matter, I'd like to request URGENCY in handling this case. Please and thank you in advance.

Reygan Bourgault
7864260402
BEST INTERESTS OF KYLE AND EMILY BOURGAULT
23-DP-107-AK
23-DP-107-K


Sent from        for Windows


**From:**
**Sent:** Tuesday, December 12, 2023 10:15 AM
**To:**
**Cc:**
**Subject:** RE: Bourgault ADJ Order



FLORIDA
**GUARDIAN
AD LITEM**
OFFICE

**Holly Aliprandi, Esq.**
Managing Attorney
Statewide Guardian ad Litem

**Office:** 305-853-7366 | **Mobile:** 305-619-7353
**Email:**

*Connect with us: www.guardianadlitem.org*
*Representing Florida's abused and neglected children.*

314

**From:** Reygan Bourgault <                    >
**Sent:** Friday, December 8, 2023 2:08 AM
**To:** Holly Aliprandi <                    >
**Subject:** RE: Bourgault ADJ Order

Ms. Holly,

Hello miss. I'm Reygan. Kyle and Emily's mom. I've been a mom my whole life. I've tried showing my evidence and getting fair treatment but it just keeps getting worse. This whole process and proceeding is illegal and I'd like to speak to you please.

I'm available at 786-426-0402

Sent from          for Windows

**From:**
**Sent:** Thursday, December 7, 2023 2:44 PM
**To:**                    ;                    ;
**Cc:**                    ;
**Subject:** RE: Bourgault ADJ Order



**Holly Aliprandi, Esq.**
Managing Attorney
Statewide Guardian ad Litem

**Office**: 305-853-7366 | **Mobile**: 305-619-7353
**Email**:

***Connect with us: www.guardianadlitem.org***
*Representing Florida's abused and neglected children.*

FLORIDA
**GUARDIAN
AD LITEM**
OFFICE

**From:** Harden-Ivanoski, Anjelica <                                    >
**Sent:** Wednesday, December 6, 2023 4:32 PM
**To:**                           ; Holly Aliprandi <                       >;
**Cc:** Merry, Susan <                          >; Jacobs, Andrea <                       >
**Subject:** Bourgault ADJ Order

Attached please find the draft Adj order for Bourgault. Please advise of any additions or typographical errors. I will file by COB tomorrow. Thank you in advance for your time and attention.

**Ms. Bourgault you are on this email as you were pro se at the last hearing. If you have retained counsel please advise and provide their contact information so all correspondence can be sent to them. If you are represented we are not permitted to speak to you directly without your counsel. If you respond directly I will take that as meaning that you are not currently represented by counsel.**

Department of Children & Families
Children's Legal Services
1111 12th Street, # 304
Key West, FL 33040

786-831-3130

**From:** Reygan Bourgault
**Sent:** Thursday, December 14, 2023 10:38 AM
**To:** RAQUELGALVAN@KEYSCOURTS.NET; BONNIE.HELMS@KEYSCOURTS.NET
**Subject:** RE: Information for Court Hearing scheduled 12/6/23
**Importance:** High


I'M BEIING IGNORED AND DENIED ACCESS.

I'M FILING ALL OF THIS IN THE CASE IN BROWARD COUNTY AS WELL.

YOU HAVE NO JURISDICTION ON THIS CASE. REMOVE YOURSELVES AT ONCE.

Sent from          for Windows


**From:**
**Sent:** Wednesday, December 6, 2023 9:44 AM
**To:**                                          ;
**Subject:** Fwd: Information for Court Hearing scheduled 12/6/23

Please advise of link for zoom.

**From:** Reygan Bourgault
**Sent:** Thursday, December 14, 2023 10:43 AM
**To:** BONNIE.HELMS@KEYSCOURTS.NET; Raquel Galvan
**Subject:** REPEATED DENIALS OF ACCESS TO COURTS AND INFORMATION


PLEASE SEE the attached motion and process according to the Florida Laws.

Thank you


Sent from        for Windows

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT

IN AND FOR MONROE COUNTY, FLORIDA

**IN THE INTERESTS OF**

**KYLE & EMILY**

**BOURGAULT**

CASE #: 2023-CC-202-K

## VERIFIED MOTION FOR DISMISSAL, IMMEDIATE REUNIFICATION, JURISDICTIONAL TRANSFER/CHANGE OF VENUE/RECUSAL/CONTEMPT

COMES NOW, Reygan Bourgault, of HOLLYWOOD, Florida, in Broward county, MAKE OATH AND SAY THAT in accordance with the following Florida Statutes, Rules, etc. NON COMPLIANCE IS NOTED as follows:

1. Pursuant to the Fla. R, Juv. P. 8.305 (b)(1),, governing Shelter Petition and service for ensuring parents are present and are aware of the repercussions of not appearing. (or similar verbiage) NO NOTICE OF HEARING WAS GIVEN, THEREBY NEGATING ANY AND ALL PROCEEDINGS THEREAFTER, INCLUDING THE ORDER OF NO CONTACT, AND THE DEPENDENCY PETITION, ORDER OF ADJ., are THEREBY CREATING A CRIMINAL CHILD ABDUCTION CONCERN.

2. Pursuant to the Fla. R, Juv. P. 8.205, for ease of administration, the case should be ordered Dismissed. 8.205, for ease of administration, the case should be ordered for transfer to Broward county. According to the UCCJEA, Broward county has jurisdiction on these children, and therefore renders the procedings in Monroe county, out of jurisdiction, thus demanding the transfer be ordered, prior to any further proceedings or orders, or delays.

3. Pursuant to the Fla. R, Civ. P. 1.280, discovery demands must be met within 10 days, including full disclosure and ownership of such. (of similar verbiage). 10 days were tremendously exacerbated, and pertinent data or information was not provided at all. Thereby negating all actions or proceedings following this action of contempt.

4. Pursuant to the Fla. R, Jud. Admin. 2.505, governing outside agreements with others without consent and knowledge of all parties. (or similar verbiage). VARIOUS SIGNS, SIGNALS, & [REMINDERS] have been documented, evident in actions, behaviors, statements, etc.

5. Pursuant to the Fla. R, Juv. P. 8.245, for inspection of discovery in its entirety, within 10 days delivered to the requesting party, for full inspection. (or similar vertbiage) NO WITNESS TESTOMINY NOR SWORN STATEMENTS, NOR EVIDENCE OTHERWISE HAS BEEN SHOWN TO SUPPORT THE INITIAL INVESTIGATION, THERE BY NEGATING ANY FURTHER ACTION OR ORDERS.

VERIFIED MOTION FOR DISMISSAL, IMMEDIATE REUNIFICATION, JURISDICTIONAL TRANSFER/CHANGE OF VENUE/RECUSAL/CONTEMPT

Page 2 of 2

STATE OF FLORIDA

COUNTY OF MONROE

Under penalty of perjury, declared AND
SWORN TO as true and accurate to the bes of
my knowledge and belief. F.S. 92.525, By
undersigned, on the _____ day of
_____, _____

_____
(Signature)

Reygan Bourgault